# EXHIBIT A

DM 07312026

**ELECTRONICALLY FILED**
DOC ID: 39037708
CASE NO: 2026-LA-0000294
DATE: 7/15/2026 4:04 PM
BY: J P, DEPUTY

STATE OF ILLINOIS
IN THE CIRCUIT COURT OF THE 17TH JUDICIAL CIRCUIT
COUNTY OF WINNEBAGO

| | | |
|---|---|---|
| FOREST HILLS COUNTRY CLUB,<br><br>Plaintiff,<br><br>v.<br><br>THE TRAVELERS INDEMNITY COMPANY,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 2026 L 2026-LA-0000294 |

## COMPLAINT AT LAW

Plaintiff, FOREST HILLS COUNTRY CLUB ("FHCC" or "Plaintiff"), by and through its attorneys, Barrick, Switzer, Long, Balsley & Van Evera, LLP, and for its Complaint at Law against Defendant, THE TRAVELERS INDEMNITY COMPANY ("Travelers" or "Defendant"), states as follows:

### PARTIES, JURISDICTION, AND VENUE

1. Plaintiff Forest Hills Country Club is an Illinois not-for-profit corporation, with its principal place of business and the insured premises at issue located at 5135 Forest Hills Road, Rockford, Winnebago County, Illinois 61114 (the "Property").

2. Defendant The Travelers Indemnity Company is a Connecticut corporation with its principal place of business at One Tower Square, Hartford, Connecticut, authorized to conduct, and regularly conducting, the business of insurance in the State of Illinois, including in Winnebago County.

3. This Court has subject matter jurisdiction over this action, and personal jurisdiction over Defendant, which transacts insurance business in Illinois and issued the policy of insurance at issue to a Winnebago County insured covering Winnebago County property.

DM 07312026

4. Venue is proper in Winnebago County, Illinois, pursuant to 735 ILCS 5/2-101, because the transaction, or a substantial part of the transaction, out of which this cause of action arose occurred in Winnebago County, and because Defendant is doing business in Winnebago County.

5. This is an action for damages in excess of $50,000, exclusive of interest and costs, and is properly filed in the Law Division of this Court.

## GENERAL ALLEGATIONS

6. At all relevant times, Travelers issued to FHCC Policy No. Y-630-7P628893-IND-24 (effective 5/15/2024 to 5/15/2025) and its renewal, Policy No. Y-630-0Y496019-IND-25 (effective 5/15/2025 to 5/15/2026) (collectively, the "Policy"), insuring the Property against direct physical loss or damage, including loss caused by wind and hail, subject to the terms, conditions, exclusions, and limitations set forth in the Policy. A true and correct copy of the Policy is attached hereto as Exhibit 1 and incorporated herein by reference.

7. The Policy was in full force and effect on July 15, 2024, the date of loss at issue in this action.

8. On July 15, 2024, a derecho storm event struck Winnebago County, Illinois, including the Property. A forensic meteorological analysis of the event concluded that wind gusts at the Property reached approximately 70 to 75 miles per hour from the west-northwest between approximately 8:05 p.m. and 8:30 p.m. during the peak of the storm, and that the event also produced hail.

9. As a direct and proximate result of the derecho, the Property sustained significant physical damage, including but not limited to:

a. uplift, displacement, and fracturing of clay roof tiles, including tile displacement of approximately four inches with exposed underlayment;

b. loss of securement of the clay tile roofing system, including disturbance and displacement of roofing fasteners;

DM 07312026

c. hail impact damage to aluminum downspouts;

d. hail impact damage to the flat roof membrane;

e. hail-related damage to HVAC coils and an exhaust fan; and

f. resulting interior water intrusion and damage to ceilings, walls, and interior finishes.

g. other damages covered by the Policy.

10. FHCC timely reported the loss and submitted a claim to Travelers, which Travelers assigned Claim No. F8Y3566.

11. FHCC retained a licensed Illinois public adjuster, Matthew Nelson of Write It Right Public Adjusting, to assist in the presentation and pursuit of its claim.

12. In connection with its investigation, Travelers retained Vertex Engineering ("Vertex") to inspect the Property. Vertex inspected the Property on or about November 12, 2025.

13. On or about December 3, 2025, Vertex issued a report (Vertex Project 109742) concluding, among other things, that the clay tile roof "was not damaged by wind or wind borne debris" and that the interior water damage at the Property was not related to a covered storm event. A true and correct copy of the Vertex report is attached hereto as **Exhibit 2** and incorporated herein by reference.

14. Vertex's conclusions rested substantially on: (a) a characterization of storm winds at the Property as reaching only approximately 50 miles per hour; and (b) a Tile Roofing Industry Alliance wind-tunnel concept positing that tile lift of several inches, standing alone, does not constitute wind damage or evidence of code non-compliance.

15. Vertex's own report and photographs documented numerous uplifted clay tiles, that fasteners were raised, and that water staining observed on rafters and roof sheathing was consistent with water infiltration as a result of wind driven rain and loose tiles, notwithstanding Vertex's ultimate conclusion attributing those same conditions to age and deficient installation.

16. By letter dated December 4, 2025 (the "Denial Letter"), Travelers denied FHCC's claim in its entirety. The Denial Letter relied exclusively on the Vertex report and cited Policy exclusions for

DM 07312026

wear and tear and for settling, cracking, shrinking, or expansion, an exclusion for faulty or inadequate maintenance, and a Policy limitation requiring that interior water damage result from an opening in the roof or walls first caused by a Covered Cause of Loss. A true and correct copy of the Denial Letter is attached hereto as **Exhibit 3** and incorporated herein by reference.

17. Following the Denial Letter, FHCC, through Mr. Nelson, retained additional experts to evaluate the Property and the cause of the damage, including:

a. Shields Engineering Group ("Shields"), which issued a forensic engineering report dated April 12, 2026, concluding that the clay tile roofing system was experiencing systemic loss of securement and functional performance ... consistent with wind-induced displacement, and that the roof is not repairable on a localized basis and requires full replacement to restore intended performance (a true and correct copy of which is attached hereto as **Exhibit 4** and incorporated herein by reference); and

b. Forensic Weather Consultants, which concluded that wind gusts at the Property reached 70 to 75 miles per hour from the west-northwest during the derecho (a true and correct copy of which is attached hereto as **Exhibit 5** and incorporated herein by reference).

18. On May 11, 2026, Mr. Nelson, on FHCC's behalf, submitted a detailed written rebuttal to Travelers (the "Rebuttal"), together with a supporting exhibits, including the Engineering Rebuttal Summary, Meteorology Comparison, and a Photo Index. The Rebuttal, among other things:

a. documented material, unaddressed discrepancies between Vertex's conclusions and the contrary evidence described above;

b. identified collateral hail damage to the Property that the Vertex report did not meaningfully address;

c. requested that Travelers withdraw its reliance on the Vertex report as the sole engineering basis for its denial, re-evaluate the claim in light of the full record, and convene a joint

DM 07312026

engineering conference between Vertex, Shields, and, if appropriate, a neutral engineer; and

d. requested that, if Travelers intended to maintain its denial, Travelers provide a point-by-point written response addressing each issue raised in the Rebuttal.

19. On May 12, 2026, Travelers responded only that it would "review the documentation and send over a response once our review is complete." A true and correct copy of Travelers' May 12, 2026 response is attached hereto as **Exhibit 6** and incorporated herein by reference.

20. As of July 15, 2026 —64 days after the Rebuttal was submitted — Travelers had provided no further substantive response, notwithstanding follow-up communications from FHCC's representatives.

21. Upon information and belief, as of the filing of this Complaint, Travelers has not provided a point-by-point response to the Rebuttal, has not withdrawn or revised its denial, and has taken no further action on FHCC's claim.

22. All conditions precedent to FHCC's right to recover benefits under the Policy have been performed or have occurred, or have been waived or excused by Travelers' conduct.

23. This action is timely brought. The Legal Action Against Us condition of the Policy (Form DX T1 00 11 12) requires that suit be brought within 2 years after the date on which the direct physical loss or damage occurred — that is, on or before July 15, 2026. This Complaint is filed on or before that date and is therefore timely under the Policy's express terms. In addition, and in the alternative, to the extent Travelers contends this action was not filed within that 2-year period, FHCC alleges that: (a) the Illinois Changes Endorsement (Form IL T9 14 02 17) further extends the 2-year period by the number of days between the filing of any proof of loss with Travelers and Travelers' December 4, 2025 denial of the claim; and (b) Travelers waived strict compliance with any proof-of-loss requirement, and any limitation on the time to sue arising from it, by conducting a full investigation of the claim, retaining an engineer to

DM 07312026

inspect the Property, and denying the claim on substantive coverage grounds rather than for failure to submit a proof of loss.

## COUNT I — BREACH OF CONTRACT

24. FHCC realleges and incorporates by reference paragraphs 1 through 23 above as if fully set forth herein.

25. The Policy is a valid and binding contract of insurance between FHCC and Travelers, supported by consideration, under which Travelers agreed to indemnify FHCC for direct physical loss to the Property from covered causes of loss, including wind and hail.

26. The damage to the Property described above was directly and proximately caused by the July 15, 2024 derecho, a covered cause of loss under the Policy.

27. Travelers' denial of FHCC's claim was not the product of a reasonable investigation or a good-faith application of the Policy's terms to the facts, in that, among other things:

a. Travelers relied exclusively on an engineering opinion that did not address substantial, contrary evidence, including site-specific forensic meteorological data, evidence of collateral hail damage to non-tile components of the Property, and internally inconsistent observations within Vertex's own report and photographs;

b. Travelers based its coverage decision on an inspection that did not occur until approximately sixteen months after the date of loss; and

c. Travelers adopted an engineering position that attributed conditions consistent with storm damage to age, wear, and maintenance without adequate investigation or basis.

28. Travelers has breached the Policy by failing and refusing to pay FHCC the benefits due and owing under the Policy for the covered loss described herein.

29. As a direct and proximate result of Travelers' breach of the Policy, FHCC has sustained damages, including but not limited to the cost to repair or replace the damaged roofing system and related

DM 07312026

components, and other consequential losses, in an amount to be proven at trial but believed to exceed $50,000.

WHEREFORE, Plaintiff Forest Hills Country Club respectfully requests that this Court enter judgment in its favor and against Defendant The Travelers Indemnity Company on Count I, awarding FHCC compensatory damages in an amount in excess of $50,000.00 to be proven at trial, together with pre-judgment and post-judgment interest, costs of suit, and such other and further relief as this Court deems just and proper.

## COUNT II — VIOLATION OF 215 ILCS 5/155 (VEXATIOUS AND UNREASONABLE CONDUCT)

30. FHCC realleges and incorporates by reference paragraphs 1 through 29 above as if fully set forth herein.

31. Section 155 of the Illinois Insurance Code, 215 ILCS 5/155, provides for an award of reasonable attorneys' fees, other costs, and an additional statutory amount where an insurer's delay or refusal to pay a claim, or its conduct in the investigation or handling of a claim, is vexatious and unreasonable.

32. Travelers' conduct in connection with FHCC's claim was vexatious and unreasonable within the meaning of 215 ILCS 5/155, including but not limited to:

a. basing its denial of a substantial commercial property claim on a single engineering inspection conducted approximately sixteen months after the loss, while disregarding contrary evidence that was or should have been available to it;

b. failing to meaningfully investigate or address obvious collateral hail damage to the Property, including damage to downspouts, the flat roof membrane, and HVAC equipment;

c. failing to respond substantively to FHCC's detailed, exhibit-supported Rebuttal;

DM 07312026

d. otherwise failing to conduct the full, fair, and prompt investigation and evaluation of FHCC's claim required of it under Illinois law.

33. As a direct and proximate result of Travelers' vexatious and unreasonable conduct, FHCC has been damaged, including by being forced to retain counsel and incur attorneys' fees and costs in order to pursue benefits properly due under the Policy.

WHEREFORE, Plaintiff Forest Hills Country Club respectfully requests that this Court enter judgment in its favor and against Defendant The Travelers Indemnity Company on Count II, awarding FHCC: (a) the amount of the claim due under the Policy; (b) reasonable attorneys' fees and other costs pursuant to 215 ILCS 5/155; (c) an additional amount not to exceed the greatest of (i) 60% of the amount FHCC is found entitled to recover, exclusive of costs, (ii) $60,000, or (iii) the excess of the amount FHCC is found entitled to recover, exclusive of interest and costs, over any amount Travelers offered in settlement of the claim prior to this action; and (d) such other and further relief as this Court deems just and proper.

FOREST HILLS COUNTRY CLUB,
Plaintiff

By: ______________________
Adam S. Long

**PLAINTIFF FOREST HILLS COUNTRY CLUB HEREBY DEMANDS A TRIAL BY JURY ON ALL ISSUES SO TRIABLE.**

Adam S. Long - #6283402
BARRICK, SWITZER, LONG,
BALSLEY & VAN EVERA
6833 Stalter Drive
Rockford, IL 61108
(815) 962-6611
along@bslbv.com
dseward@bslbv.com

DM 07312026

TRAVELERS

**Report Claims Immediately by Calling***
**1-800-238-6225**
*Speak directly with a claim professional*
*24 hours a day, 365 days a year*

*Unless Your Policy Requires **Written** Notice or Reporting

# COMMERCIAL INSURANCE

**A Custom Insurance Policy Prepared for:**

FOREST HILLS COUNTRY CLUB
5135 FOREST HILLS ROAD
ROCKFORD IL 61111

EXHIBIT
tabbles
1

**Presented by: M3 INS SOLUTIONS INC**

DM 07312026

TRAVELERS

One Tower Square, Hartford, Connecticut 06183

TRAVELERS CORP. TEL: 1-800-328-2189
EAGLE 3 GOLF COURSES
COMMON POLICY DECLARATIONS
ISSUE DATE: 05/15/25
POLICY NUMBER: Y-630-0Y496019-IND-25

INSURING COMPANY:
THE TRAVELERS INDEMNITY COMPANY

1. NAMED INSURED AND MAILING ADDRESS:
FOREST HILLS COUNTRY CLUB
5135 FOREST HILLS ROAD
ROCKFORD, IL 61111

2. POLICY PERIOD: From 05/15/25 to 05/15/26 12:01 A.M. Standard Time at your mailing address.

3. LOCATIONS

| Premises Loc. No. | Bldg. No. | Occupancy | Address |
|---|---|---|---|

SEE IL T0 03

4. COVERAGE PARTS FORMING PART OF THIS POLICY AND INSURING COMPANIES:

| | |
|---|---|
| DELUXE PROPERTY COVERAGE PART DECLARATIONS | DX T0 00 11 12 IND |
| COMMERCIAL GENERAL LIABILITY COV PART DECLARATIONS | CG T0 01 11 03 IND |
| LIQUOR LIABILITY COV PART DECLARATIONS | CG T0 04 03 94 IND |
| EMPLOYEE BENEFITS LIABILITY COV PART DECLARATIONS | CG T0 09 09 93 IND |

5. NUMBERS OF FORMS AND ENDORSEMENTS
FORMING A PART OF THIS POLICY: SEE IL T8 01 10 93

6. SUPPLEMENTAL POLICIES: Each of the following is a separate policy containing its complete provisions:

| Policy | Policy No. | Insuring Company |
|---|---|---|

DIRECT BILL

7. PREMIUM SUMMARY:

| | |
|---|---|
| Provisional Premium | $ 66,838 |
| Due at Inception | $ |
| Due at Each | $ |

NAME AND ADDRESS OF AGENT OR BROKER:
M3 INS SOLUTIONS INC (CZS30)
828 JOHN NOLEN DR
MADISON, WI 53713

COUNTERSIGNED BY:

Authorized Representative

DATE:

DM 07312026

TRAVELERS

POLICY NUMBER: Y-630-0Y496019-IND-25
EFFECTIVE DATE: 05-15-25
ISSUE DATE: 05-15-25

LISTING OF FORMS, ENDORSEMENTS AND SCHEDULE NUMBERS

THIS LISTING SNOWS THE NUMBER OF FORMS, SCNEDULES AND ENDORSEMENTS BY LINE OF BUSINESS.

| | |
|---|---|
| IL T0 02 11 89 | COMMON POLICY DECLARATIONS |
| IL T8 01 10 93 | FORMS, ENDORSEMENTS AND SCHEDULE NUMBERS |
| IL T3 18 05 11 | COMMON POLICY CONDITIONS-DELUXE |
| IL T0 03 04 96 | LOCATION SCHEDULE |

DELUXE PROPERTY

| | |
|---|---|
| DX T0 00 11 12 | DELUXE PROP COV PART DECLARATIONS |
| DX 00 04 11 12 | TABLE OF CONTENTS - DELUXE PROP COV PART |
| DX T1 00 11 12 | DELUXE PROPERTY COVERAGE FORM |
| DX T1 01 11 12 | DELUXE BI (AND EE) COVERAGE FORM |
| DX T3 37 11 12 | WINDSTORM OR HAIL DEDUCTIBLE |
| DX T4 73 11 12 | BI-GOLF COURSE TREES,SHRUBS,PLANTS,LAWNS |
| DX T4 84 11 12 | GOLF COURSE VEHICLES AND EQUIP COV |
| DX T4 85 11 12 | GOLF FACILITIES PROPERTY ENDORSEMENT |
| DX T3 01 11 12 | CAUSES OF LOSS-EARTNQUAKE |
| DX T3 02 11 12 | CAUSES OF LOSS - BROAD FORM FLOOD |
| DX T3 39 11 12 | DELUXE ORDINANCE OR LAW COVERAGE |
| DX T3 62 11 12 | ADDITIONAL COVERED PROPERTY |
| DX T3 79 11 12 | LOSS PAYABLE PROVISIONS |
| DX T3 85 11 12 | UTILITY SERVICES-DIRECT DAMAGE |
| DX T3 86 11 12 | UTILITY SERVICES-TIME ELEMENT |
| DX T4 02 01 21 | FEDERAL TERRORISM RISK INSURANCE ACT DIS |
| DX T5 21 01 23 | DIGITAL ASSETS EXCLUSIONS |
| DX T3 98 01 23 | ELECTRONIC VANDALISM LIMIT & OTNER CHANG |

COMMERCIAL GENERAL LIABILITY

| | |
|---|---|
| GN 01 07 05 19 | EXCLUSION - ABUSE OR MOLESTATION - IL |
| CG T0 01 11 03 | COML GENERAL LIABILITY COV PART DEC |
| CG T0 07 09 87 | DECLARATIONS PREMIUM SCHEDULE |
| CG T0 08 11 03 | KEY TO DECLARATIONS PREMIUM SCNEDULE |
| CG T0 34 02 19 | TABLE OF CONTENTS - COM GEN LIAB COV |
| CG T1 00 02 19 | COMMERCIAL GENERAL LIABILITY COV FORM |
| CG D9 10 09 21 | AMENDMENT OF INTELLECTUAL PROPERTY EXCL |
| CG 24 07 01 96 | PROD/COMPL OPERATIONS HAZARD REDEFINED |
| CG D2 03 12 97 | AMEND-NON CUMULATION OF EACN OCC |
| CG D3 67 02 19 | XTEND END FOR GOLF OR COUNTRY CLUB |
| CG D2 43 01 02 | FUNGI OR BACTERIA EXCLUSION |
| CG D4 21 07 08 | AMEND CONTRAC LIAB EXCL-EXC TO NAMED INS |
| CG D6 18 10 11 | EXCL-VIOLATION OF CONSUMER FIN PROT LAWS |
| CG D6 29 03 11 | AMDT - POLL EXCL - LMTD COV FOR POLL |
| CG D7 71 09 20 | UNMANNED AIRCRAFT EXCL-EXCPTN CERTAIN AI |
| CG D9 44 01 23 | EXCL-VIOLATIONOFBIOMETRICINFOPRIVACYLAWS |

DM 07312026

TRAVELERS

POLICY NUMBER: Y-630-0Y496019-IND-25
EFFECTIVE DATE: 05-15-25
ISSUE DATE: 05-15-25

COMMERCIAL GENERAL LIABILITY (CONTINUED)

| | |
|---|---|
| CG F3 14 03 04 | EXCLUSION COMMUNICABLE DISEASES-ILLINOIS |
| CG D1 42 02 19 | EXCLUSION-DISCRIMINATION |

EMPLOYEE BENEFITS LIABILITY

| | |
|---|---|
| CG T0 09 09 93 | EMPLOYEE BENEFITS LIAB COV PART DEC |
| CG T0 43 01 16 | EMPLOYEE BENEFITS LIAB TABLE OF CONTENTS |
| CG T1 01 01 16 | EMPLOYEE BENEFITS LIABILITY COV FORM |
| CG D9 48 01 23 | EXCL-VIOLATIONOFBIOMETRICINFOPRIVACYLAWS |
| CG F8 91 01 16 | ILLINOIS CHANGES - EBL |

LIQUOR LIABILITY

| | |
|---|---|
| CG T0 04 03 94 | LIQUOR LIABILITY COVERAGE PART DEC |
| CG T0 38 02 19 | TABLE OF CONTENTS - LIQUOR LIABILITY |
| CG 00 33 04 13 | LIQUOR LIABILITY COVERAGE FORM |
| CG D8 24 02 19 | LIQUOR LIABILTIY AMENDATORY ENDORSEMENT |
| CG 31 22 09 02 | ILLINOIS CHANGES - LIQUOR LIABILITY |
| CG T0 11 07 86 | LIQUOR DEC PREMIUM SCHEDULE |

MULTIPLE SUBLINE ENDORSEMENTS

C = COMMERCIAL GENERAL LIABILITY
E = EMPLOYEE BENEFITS LIABILITY
L = LIQUOR LIABILITY

| | | |
|---|---|---|
| CG T3 33 11 03 | LIMIT WHEN TWO OR MORE POLICIES APPLY | (C, E, L) |
| CG 02 00 01 18 | IL CHANGES-CANCELLATION AND NONRENEWAL | (C, E, L) |

INTERLINE ENDORSEMENTS

| | |
|---|---|
| IL T0 63 07 22 | ACTUAL CASH VALUE |
| IL T3 68 01 21 | FED TERRORISM RISK INS ACT DISCLOSURE |
| IL T4 12 03 15 | AMNDT COMMON POLICY COND-PROHIBITED COVG |
| IL T4 14 01 21 | CAP ON LOSSES FROM CERT ACTS OF TERRORIS |
| IL T4 27 06 19 | ADDITIONAL BENEFITS |
| IL T4 40 10 20 | PROTECTION OF PROPERTY |
| IL 00 21 09 08 | NUCLEAR ENERGY LIAB EXCL END-BROAD FORM |
| IL 01 47 09 11 | ILLINOIS CHANGES - CIVIL UNION |
| IL 01 62 10 13 | ILLINOIS CHANGES - DEFENSE COSTS |
| IL F0 15 01 18 | IL CHANGES - CANCELLATION AND NONRENEWAL |
| IL T9 14 02 17 | ILLINOIS CHANGES |

DM 07312026

TRAVELERS

POLICY NUMBER: Y-630-0Y496019-IND-25
EFFECTIVE DATE: 05-15-25
ISSUE DATE: 05-15-25

POLICYHOLDER NOTICES

PN U4 31 07 22 NOT CHG POL TERMS ACV

DM 07312026

# COMMON POLICY CONDITIONS – DELUXE

All Coverage Parts included in this policy are subject to the following conditions.

**A. CANCELLATION**

1. The first Named Insured shown in the Declarations may cancel this policy by mailing or delivering to us advance written notice of cancellation.
2. We may cancel this policy by mailing or delivering to the first Named Insured written notice of cancellation at least:
   a. 10 days before the effective date of cancellation if we cancel for nonpayment of premium; or
   b. 60 days before the effective date of cancellation if we cancel for any other reason.
3. We will mail or deliver our notice to the first Named Insured's last mailing address known to us.
4. Notice of cancellation will state the effective date of cancellation. If the policy is cancelled, that date will become the end of the policy period. If a Coverage Part is cancelled, that date will become the end of the policy period as respects that Coverage Part only.

   Cancellation will not affect coverage on any shipment in transit on the date of the cancellation. Coverage will continue in full force until such property is delivered and accepted.
5. If this policy or any Coverage Part is cancelled, we will send the first Named Insured any premium refund due. If we cancel, the refund will be pro rata. If the first Named Insured cancels, the refund may be less than pro rata. The cancellation will be effective even if we have not made or offered a refund.
6. If notice is mailed, proof of mailing will be sufficient proof of notice.

**B. CHANGES**

This policy contains all the agreements between you and us concerning the insurance afforded. The first Named Insured shown in the Declarations is authorized to make changes in the terms of this policy with our consent. This policy's terms can be amended or waived only by endorsement issued by us and made a part of this policy.

**C. EXAMINATION OF YOUR BOOKS AND RECORDS**

We may examine and audit your books and records as they relate to this policy at any time during the policy period and up to three years afterward.

**D. INSPECTIONS AND SURVEYS**

1. We have the right but not obligated to:
   a. Make inspections and surveys at any time;
   b. Give you reports on the conditions we find; and
   c. Recommend changes.
2. We are not obligated to make any inspections, surveys, reports or recommendations and any such actions we do undertake related only to insurability and the premiums to be charged. We do not make safety inspections. We do not undertake to perform the duty of any person or organization to provide for the health or safety of workers or the public. And we do not warrant that conditions:
   a. Are safe or healthful; or
   b. Comply with laws, regulations, codes or standards.
3. Paragraphs **1.** and **2.** of this condition apply not only to us, but also to any rating, advisory, rate service or similar organization which makes insurance inspections, surveys, reports or recommendations.
4. Paragraph **2.** of this condition does not apply to any inspections, surveys, reports or recommendations we may make relative to certification, under state or municipal statutes, ordinances or regulations, of boilers, pressure vessels or elevators.

**E. PREMIUMS**

1. The first Named Insured shown in the Declarations:
   a. Is responsible for the payment of all premiums; and
   b. Will be the payee for any return premiums we pay.
2. We compute all premiums for this policy in accordance with our rules, rates, rating plans,

premiums and minimum premiums. The premium shown in the Declarations was computed based on rates and rules in effect at the time the policy was issued. On each renewal continuation or anniversary of the effective date of this policy, we will compute the premium in accordance with our rates and rules then in effect.

**F. TRANSFER OF YOUR RIGHTS AND DUTIES UNDER THIS POLICY**

Your rights and duties under this policy may not be transferred without our written consent except in the case of death of an individual named insured.

If you die, your rights and duties will be transferred to your legal representative but only while acting within the scope of duties as your legal representative. Until your legal representative is appointed, anyone having proper temporary custody of your property will have your rights and duties but only with respect to that property.

**G. WHEN WE DO NOT RENEW**

If we decide not to renew this policy we will mail or deliver to the first Named Insured shown in the Declarations written notice of the nonrenewal not less than 60 days before the expiration date.

**H. DELUXE PROPERTY COVERAGE PART-REFERENCE TO FORMS AND ENDORSEMENTS**

In some instances, the Deluxe Property Declarations may list endorsements included in the Deluxe Property Coverage Part that reference:

1. The Commercial Property Coverage Part;
2. The Commercial Inland Marine Coverage Part;
3. Commercial Property forms including, but not limited to, the following:
   a. Building and Personal Property Coverage Form;
   b. Business Income Coverage Form;
   c. Commercial Property Conditions;
   d. Causes of Loss – Special Form;
   e. Causes of Loss – Earthquake Form.
4. Commercial Inland Marine Forms including but not limited to the Transportation Coverage – Special Form

Endorsements referencing the Commercial Property Coverage Part, Commercial Inland Marine Coverage Part, Commercial Property Forms, or Commercial Inland Marine Forms apply to the Deluxe Property Coverage Forms in the same manner as they apply to the Forms they reference.

**I. INSURANCE UNDER TWO OR MORE COVERAGE PARTS**

If two or more of this policy's Coverage Parts apply to the same loss or damage, we will not pay more than the actual amount of the loss or damage.

This policy consists of the Common Policy Declarations and the Coverage Parts and endorsements listed in that declarations form.

In return for payment of the premium, we agree with the Named Insured to provide the insurance afforded by a Coverage Part forming part of this policy. That insurance will be provided by the company indicated as insuring company in the Common Policy Declarations by the abbreviation of its name opposite that Coverage Part.

One of the companies listed below (each a stock company) has executed this policy, and this policy is countersigned by the officers listed below:

The Travelers Indemnity Company (IND)

The Phoenix Insurance Company (PHX)

The Charter Oak Fire Insurance Company (COF)

Travelers Property Casualty Company of America (TIL)

The Travelers Indemnity Company of Connecticut (TCT)

The Travelers Indemnity Company of America (TIA)

Travelers Casualty Insurance Company of America (ACJ)

Wendy C. Skjerven

Secretary

President

 Includes copyrighted material of Insurance Services Office, Inc. with its permission. 

DM 07312026

LOCATION SCHEOULE

POLICY NUMBER: Y-630-0Y496019-IND-25

This Schedule of Locations and Buildings applies to the Common Policy Declarations for the period 05-15-25 to 05-15-26.

| Loc. No. | Bldg. No. | Address | Occupancy |
|---|---|---|---|
| 1 | 1 | 5135 FOREST HILLS RD<br>ROCKFORD, IL 61114 | CLUBHOUSE |
| 1 | 2 | 5135 FOREST HILLS RD<br>ROCKFORD, IL 61114 | POOL BUILDING |
| 1 | 3 | 5135 FOREST HILLS RD<br>ROCKFORD, IL 61114 | MAINTENANCE BUILDING |
| 1 | 4 | 5135 FOREST HILLS RD<br>ROCKFORD, IL 61114 | PROSHOP |
| 1 | 5 | 5135 FOREST HILLS RD<br>ROCKFORD, IL 61114 | PUMP HOUSE |
| 1 | 6 | 5135 FOREST HILLS RD<br>ROCKFORD, IL 61114 | SNACK SHOP |
| 1 | 7 | 5135 FOREST HILLS RD<br>ROCKFORD, IL 61114 | SHELTER #1 |
| 1 | 8 | 5135 FOREST HILLS RD<br>ROCKFORD, IL 61114 | SHELTER #2 |
| 1 | 9 | 5135 FOREST HILLS RD<br>ROCKFORD, IL 61114 | STORAGE BUILDING |
| 1 | 10 | 5135 FOREST HILLS RD<br>ROCKFORD, IL 61114 | TENNIS COURT |
| 1 | 11 | 5135 FOREST HILLS RD<br>ROCKFORD, IL 61114 | SWIMMING POOL |

DM 07312026

DELUXE PROPERTY

DM 07312026

# DELUXE PROPERTY

DM 07312026

TRAVELERS

One Tower Square, Hartford, Connecticut 06183

DELUXE PROPERTY COVERAGE
PART DECLARATIONS

POLICY NUMBER: Y-630-0Y496019-IND-25
ISSUE DATE: 05-15-25

INSURING COMPANY:
THE TRAVELERS INDEMNITY COMPANY

EFFECTIVE DATE: Same as policy unless otherwise specified:

DELUXE PROPERTY COVERAGE FORM

COVERAGES AND LIMITS OF INSURANCE - DESCRIBED PREMISES

Insurance applies on a BLANKET basis only to a coverage or type of property for which a Limit of Insurance is shown below, and then only at the premises locations for which a value for such coverage or property is shown on the Statement of Values dated 02/13/25, or subsequently reported to and insured by us. For Insurance that applies to a specific premises location see Deluxe Property Coverage Part Schedule - Specific Limits.

| Blanket Description of Coverage or Property | | Limits of Insurance |
|---|---|---|
| Building(s) | $ | 17,837,781 |
| Your Business Personal Property | $ | 2,674,938 |
| Personal Property of Others | | Included* |

* Included means included in Your Business Personal Property Limit.

COINSURANCE PROVISION:

Coinsurance does not apply to the Blanket coverages as shown above.

VALUATION PROVISION:

Replacement cost (subject to limitations) applies to most types of covered property (See Valuation Loss Condition in DX T1 00).

| ADDITIONAL COVERED PROPERTY | | Limits of Insurance |
|---|---|---|
| Personal Property at Undescribed Premises: | | |
| At any "exhibition" premises | $ | 25,000 |
| At any installation premises or temporary storage premises | $ | 25,000 |
| At any other not owned, leased or regularly operated premises | $ | 25,000 |

DM 07312026

TRAVELERS

One Tower Square, Hartford, Connecticut 06183

**DELUXE PROPERTY COVERAGE PART DECLARATIONS**

**POLICY NUMBER:** Y-630-0Y496019-IND-25
**ISSUE DATE:** 05-15-25

ADDITIONAL COVERED PROPERTY (continued)

| | | Limits of Insurance |
|---|---|---|
| Personal Property in Transit: | $ | 25,000 |

DELUXE PROPERTY COVERAGE FORM - ADDITIONAL COVERAGES & COVERAGE EXTENSIONS

The Limits of Insurance shown in the left column are included in the coverage form and apply unless a Revised Limit of Insurance or Not Covered is shown in the Revised Limits of Insurance column on the right. The Limits of Insurance apply in any one occurrence unless otherwise stated.

| | Limits of Insurance | Revised Limits of Insurance |
|---|---|---|
| Accounts Receivable | | |
| At all described premises | $ 50,000 | $ 500,000 |
| In transit or at all undescribed premises | $ 25,000 | |
| Appurtenant Buildings and Structures | $ 100,000 | |
| Claim Data Expense | $ 25,000 | |
| Covered Leasehold Interest - Undamaged Improvements & Betterments | | |
| Lesser of Your Business Personal Property limit or: | $ 100,000 | |
| Debris Removal (additional amount) | $ 250,000 | |
| Deferred Payments | $ 25,000 | |
| Duplicate Electronic Data Processing Data and Media | $ 50,000 | |
| Electronic Data Processing Data and Media | | |
| At all described premises | Included | |
| Employee Tools | | |
| In any one occurrence | $ 25,000 | |
| Any one item | $ 2,500 | |
| Expediting Expenses | $ 25,000 | |
| Extra Expense | $ 25,000 | |
| Fine Arts | | |
| At all described premises | $ 50,000 | |
| In transit | $ 25,000 | |
| Fire Department Service Charge | Included* | |
| Fire Protective Equipment Discharge | Included* | |
| Green Building Alternatives - Increased Cost | | |
| Percentage 1 % | | |
| Maximum amount - each building | $ 100,000 | |
| Green Building Reengineering and Recertification Expense | $ 25,000 | |
| Limited Coverage for Fungus, Wet Rot or | | |

DM 07312026

TRAVELERS

One Tower Square, Hartford, Connecticut 06183

DELUXE PROPERTY COVERAGE
PART DECLARATIONS

POLICY NUMBER: Y-630-0Y496019-IND-25
ISSUE DATE: 05-15-25

DELUXE PROPERTY COVERAGE FORM - ADDITIONAL COVERAGES & COVERAGE EXTENSIONS (continued)

| | Limits of Insurance | Revised Limits of Insurance |
|---|---|---|
| Dry Rot - Annual Aggregate | $ 25,000 | |
| Loss of Master Key | $ 25,000 | |
| Newly Constructed or Acquired Property: | | |
| Building - each | $ 2,000,000 | |
| Personal Property at each premises | $ 1,000,000 | |
| Non-Owned Detached Trailers | $ 25,000 | |
| Ordinance or Law Coverage | $ 250,000 | |
| Outdoor Property | $ 25,000 | Not Covered |
| Any one tree, shrub or plant | $ 2,500 | Not Covered |
| Outside Signs | | |
| At all described premises | $ 100,000 | |
| At all undescribed premises | $ 5,000 | |
| Personal Effects | $ 25,000 | |
| Personal Property At Premises Outside of the Coverage Territory | $ 50,000 | |
| Personal Property In Transit Outside of the Coverage Territory | $ 25,000 | |
| Pollutant Cleanup and Removal - Annual Aggregate | $ 100,000 | |
| Preservation of Property | | |
| Expenses to move and temporarily store property | $ 250,000 | |
| Direct loss or damage to moved property | Included* | |
| Reward Coverage | | |
| 25% of covered loss up to maximum of: | $ 25,000 | |
| Stored Water | $ 25,000 | |
| Theft Damage to Rented Property | Included* | |
| Undamaged Parts of Stock In Process | $ 50,000 | |
| Valuable Papers and Records - Cost of Research | | |
| At all described premises | $ 50,000 | $ 250,000 |
| In transit or at all undescribed premises | $ 25,000 | |
| Water or Other Substance Loss - Tear Out and Replacement Expense | Included* | |

*Included means included in applicable Covered Property Limit of Insurance

DELUXE BUSINESS INCOME (AND EXTRA EXPENSE) COVERAGE FORM - DESCRIBED PREMISES

| Premises Location No. | Building No. | Limits of Insurance |
|---|---|---|
| 1 | 1-11 | $ 1,500,000 |

DM 07312026

TRAVELERS

One Tower Square, Hartford, Connecticut 06183

DELUXE PROPERTY COVERAGE
PART DECLARATIONS

POLICY NUMBER: Y-630-0Y496019-IND-25
ISSUE DATE: 05-15-25

DELUXE BUSINESS INCOME(AND EXTRA EXPENSE) COVERAGE FORM - DESCRIBED PREMISES (continued)

Rental Value: Included
Ordinary Payroll: Included

DELUXE BUSINESS INCOME - ADDITIONAL COVERAGES AND COVERAGE EXTENSIONS

The Limits of Insurance, Coverage Period and Coverage Radius shown in the left column are included in the coverage form and apply unless a revised Limit of Insurance, Coverage Period, Coverage Radius or Not Covered is shown under the column on the right. The Limits of Insurance apply in any one occurrence unless otherwise stated.

| | Limits of Insurance, Coverage Period or Coverage Radius | Revised Limits of Insurance, Coverage Period or Coverage Radius |
|---|---|---|
| Business Income From Dependent Property | | |
| At Premises Within the Coverage Territory | $ 100,000 | |
| At Premises Outside of the Coverage Territory | $ 100,000 | |
| Civil Authority | | |
| Coverage Period | 30 days | |
| Coverage Radius | 100 miles | |
| Claim Data Expense | $ 25,000 | |
| Contract Penalties | $ 25,000 | |
| Extended Business Income | | |
| Coverage Period | 180 days | |
| Fungus, Wet Rot or Dry Rot - Amended Period of Restoration | | |
| Coverage Period | 30 days | |
| Green Building Alternatives - Increased Period of Restoration | | |
| Coverage Period | 30 days | |
| Ingress or Egress | $ 25,000 | |
| Coverage Radius | 1 mile | |
| Newly Acquired Locations | $ 500,000 | |
| Ordinance or Law - Increased Period of Restoration | $ 250,000 | |
| Pollutant Cleanup and Removal - Annual Aggregate | $ 25,000 | |
| Transit Business Income | $ 25,000 | |
| Undescribed Premises | $ 25,000 | |

DM 07312026

TRAVELERS

One Tower Square, Hartford, Connecticut 06183

DELUXE PROPERTY COVERAGE
PART DECLARATIONS

POLICY NUMBER: Y-630-0Y496019-IND-25
ISSUE DATE: 05-15-25

CAUSES OF LOSS - EARTHQUAKE - aggregate in any one policy year, for all losses covered under the Causes of Loss - Earthquake endorsement, commencing with the inception date of this policy:

| | Annual Aggregate Limit |
|---|---|
| 1. Applies at the following Building(s) numbered: | |
| 001-011 | $ 1,000,000 |

If more than one Annual Aggregate Limit applies in any one occurrence, the most we will pay is the highest involved Annual Aggregate Limit. The most we will pay during each annual period is the highest of the Annual Aggregate Limits shown.

CAUSES OF LOSS - BROAD FORM FLOOD - aggregate in any one policy year, for all losses covered under the Causes of Loss - Broad Form Flood endorsement, commencing with the inception date of this policy:

| | Annual Aggregate Limit |
|---|---|
| 1. Applies at the following Building(s) numbered: | |
| 001-009,011 | $ 1,000,000 |

If more than one Annual Aggregate Limit applies in any one occurrence, the most we will pay is the highest involved Annual Aggregate Limit. The most we will pay during each annual period is the highest of the Annual Aggregate Limits shown.

EXCESS OF LOSS LIMITATION APPLIES - See Causes of Loss - Broad Form Flood endorsement.

UTILITY SERVICES

| | Limits of Insurance |
|---|---|
| Combined Direct Damage and Time Element - in any one occurrence: (See Utility Services - Direct Damage and Utility Services - Time Element endorsements) | $ 1,000,000 |

DM 07312026



UTILITY SERVICES (continued)

Coverage is provided for the following:

Water Supply
Communication Supply
Power Supply

Coverage for Overhead Transmission Lines is: excluded.

DEDUCTIBLES:

BY EARTHQUAKE:

1. In any one occurrence, at the following Building(s) numbered:

| | | |
|---|---|---|
| 001-011 | $ | 50,000 |

As respects Business Income Coverage a 72 hour deductible applies at all premises locations.

BY "FLOOD":

1. At the premises location(s) of the following Building(s) numbered:

| | | |
|---|---|---|
| 001-009,011<br>in any one occurrence | $ | 50,000 |

As respects Business Income Coverage a 72 hour deductible applies at all premises locations.

DM 07312026

TRAVELERS

One Tower Square, Hartford, Connecticut 06183

DELUXE PROPERTY COVERAGE
PART DECLARATIONS

POLICY NUMBER: Y-630-0Y496019-IND-25
ISSUE DATE: 05-15-25

DEDUCTIBLES: (continued)

BY WINDSTORM OR HAIL:

At the following described premises:

| Premises Location No. | Buildings No. |
|---|---|
| 1-11 | 1-11 |

| | | |
|---|---|---|
| the following percentage applies: | | 1 % |
| subject to the following minimum, in any one occurrence: | $ | 100,000 |

As respects Business Income Coverage a 72 hour deductible applies at all premises locations above.

TO PERSONAL PROPERTY AT UNDESCRIBED PREMISES:

| | | |
|---|---|---|
| in any one occurrence: | $ | 10,000 |

TO UTILITY SERVICES:

| | | |
|---|---|---|
| Direct Damage, in any one occurrence: | $ | 10,000 |
| Time Element, in any one occurrence: | | 72 Hours |

BUSINESS INCOME:

As respects Business Income Coverage, for which no other deductible is stated above or in the coverage description, a 72 hour deductible applies.

| | | |
|---|---|---|
| ANY OTHER COVERED LOSS in any one occurrence: | $ | 10,000 |

DM 07312026

TABLE OF CONTENTS

# DELUXE PROPERTY COVERAGE PART

The following indicates the contents of the principal Forms which may be attached to your policy. It contains no reference to the Declarations or Endorsements which also may be attached.


| DELUXE PROPERTY COVERAGE FORM | Begins on Page |
|---|---|
| A. Coverage | 1 |
| B. Covered Causes of Loss | 18 |
| C. Exclusions | 18 |
| D. Limitations | 26 |
| E. Limits of Insurance | 27 |
| F. Deductible | 28 |
| G. Loss Conditions | 28 |
| H. Additional Conditions | 34 |
| I. Optional Coverages | 35 |
| J. Definitions | 36 |
| **DELUXE BUSINESS INCOME (AND EXTRA EXPENSE) COVERAGE FORM** | |
| A. Coverage | 1 |
| B. Exclusions and Limitation | 8 |
| C. Limits of Insurance | 9 |
| D. Deductible | 9 |
| E. Loss Conditions | 10 |
| F. Optional Coverages | 11 |
| G. Definitions | 12 |
| **DELUXE BUSINESS INCOME (WITHOUT EXTRA EXPENSE) COVERAGE FORM** | |
| A. Coverage | 1 |
| B. Exclusions and Limitation | 7 |
| C. Limits of Insurance | 8 |
| D. Deductible | 8 |
| E. Loss Conditions | 9 |
| F. Optional Coverages | 10 |
| G. Definitions | 10 |
| **DELUXE EXTRA EXPENSE COVERAGE FORM** | |
| A. Coverage | 1 |
| B. Exclusions | 6 |
| C. Limits of Insurance | 6 |
| D. Loss Conditions | 6 |
| E. Optional Coverages | 7 |
| F. Definitions | 8 |




© 2011 The Travelers Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission

# DELUXE PROPERTY COVERAGE FORM

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is and is not covered.

Throughout this policy the words "you" and "your" refer to the Named Insured shown in the Declarations. The words "we", "us" and "our" refer to the Company providing this insurance.

Other words and phrases that appear in q uotation marks have special meaning. REFER TO SECTION J. – DEFINITIONS.

A. COVERAGE

We will pay for direct physical loss of or damage to Covered Property caused by or resulting from a Covered Cause of Loss.

1. **Covered Property**

Covered Property, as used in this Coverage Part, means each of the following types of property described in this Section **A.1.**, and limited in Section **A.2.**, Property and Costs Not Covered, if a Limit of Insurance is shown in the Declarations for that type of property.

a. **Building(s)**, meaning the designated building or structure at the premises described in the Declarations, including:

(1) Completed additions;

(2) Fixtures, including outdoor fixtures;

(3) Foundations;

(4) Glass that is a part of the building or structure;

(5) Machinery and equipment permanently attached to the building or structure;

(6) Personal property owned by you that is used to maintain or service the building or structure or its premises, including:

(a) Fire extinguishing equipment;

(b) Outdoor furniture;

(c) Floor coverings;

(d) Lobby and hallway furnishings owned by you;

(e) Appliances used for refrigerating, ventilating, cooking, dishwashing or laundering;

(f) Lawn maintenance and snow removal equipment;

(g) Heating, air conditioning and ventilation equipment; and

(h) Building systems and equipment including alarm, communication, security and monitoring devices; and

(7) If not covered by other insurance:

(a) Additions under construction, alterations and repairs to the building or structure; and

(b) Materials, equipment, supplies and temporary structures, on or within 1,000 feet of the described premises, used for making additions, alterations or repairs to the buildings or structures.

b. **Your Business Personal Property** located in or on the designated building or structure at the premises described in the Declarations or in the open (or in a vehicle) within 1,000 feet of the described premises, consisting of the following unless otherwise specified in the Declarations:

(1) Furniture and fixtures;

(2) Machinery and equipment (including "electronic data processing equipment");

(3) "Stock";

(4) All other personal property owned by you and us ed in your busines s;

(5) Labor, materials or services furnished or arranged by you on personal property of others;

(6) Your use interest as tenant in improvements and betterments. Improvements and betterments are fixtures, alterations, installations or additions:

(a) Made a part of the building or structure you occupy or lease but do not own; and



© 2011 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

DM 07312026

(b) You acquired or made at your expense, but cannot legally remove;

(7) Leased personal property for which you have a contractual responsibility to insure, unless otherwise insured under Personal Property of Others: and

(8) Building glass that is not a tenant improvement and betterment but which, as a tenant, you are contractually required to insure under a written lease agreement.

c. **Personal Property of Others** meaning others' personal property in your care, custody, or control that is located in or on the designated building or structure at the premises described in the Declarations or in the open (or in a vehicle) within 1,000 feet of the described premises.

However, our payment for loss of or damage to Personal Property of Others will only be for the account of the owner of the property.

d. **Personal Property At Undescribed Premlses** meaning Your Business Personal Property and Personal Property of Others in your care, custody or control that:

(1) Is at "exhibition" premises located worldwide including while in transit to and from the "exhibition" premises provided that no trade sanction, embargo or similar regulation imposed by the United States of America prohibits us from covering the loss or damage;

(2) Is at installation premises or temporary storage premises while awaiting installation that you do not own, lea se or regularly operate. This coverage applies only to such property that will or has become a permanent part of an installation project being performed for others by you or on your behalf. This coverage will end when any of the following first occurs:

(a) Your interest in the property ceases;

(b) The installation is accepted by the customer;

(c) The installation is abandoned by you;

(d) The property is more specifically insured; or

(e) This policy is cancelled or expires, whichever occurs first; or

(3) Is temporarily at any other premises not described in the Declarations, which you do not own, lease or regularly operate.

Coverage does not include Sales Representative Property as defined in Paragraph **A.1**.f. below.

e. **Personal Property in Transit** as follows:

(1) This coverage for Personal Property in Transit applies to:

(a) Your Business Personal Property; and

(b) Personal Property of Others;

away from the described premises while in transit between points within the Coverage Territory.

(2) Unless a mode of transportation or type of shipment is specifically excluded in the Declarations or by endorsement, this coverage applies to property in transit being shipped by any type of carrier or vehicle.

(3) This coverage applies from the time the property leaves the premises where the shipment begins until the shipment arrives at its final destination. If the property is not delivered, we cover the return of the property to you, including while the property is temporarily held by the receiver or the carrier while awaiting return shipment to you.

(4) Subject to the Limit of Insurance that applies to the Personal Property in Transit coverage, we will also pay for:

(a) Any general average or salvage charges you incur as respects losses to covered waterborne shipments;

(b) Your interest in covered shipments sold Free On Board if you cannot collect payment for the loss or damage from the consignee; and


© 2011 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

(c) Loss of or damage to Covered Property resulting from the unintentional acceptance of any fraudulent Bill of Lading, order or shipping receipt by you, your employees or authorized representatives or by your agent, customer or consignee from anyone representing themselves to be the proper person to receive goods for shipment or accept goods for delivery.

(5) This coverage does not apply to:

(a) Accounts receivable;

(b) "Employee tools";

(c) "Fine arts";

(d) Sales representative property;

(e) Personal property in transit to or from an "exhibition" site; or

(f) "Valuable papers and records".

f. **Sales Representative Property** meaning goods or merchandise which are Your Business Personal Property and Personal Property of Others in the custody of independent contractors whom you authorize to sell such goods or merchandise. This coverage applies worldwide while the property is:

(1) At any premises away from the described premises; or

(2) In transit;

provided that no trade sanction, embargo or similar regulation imposed by the United States of America prohibits us from covering the loss or damage.

2. **Property and Costs Not Covered**

Unless the following property is added by endorsement to this Coverage Form, Covered Property does not include:

a. Accounts, bills, currency, food stamps or other evidences of debt, money, notes, checks, drafts or securities except as provided in the Accounts Receivable Coverage Extension. Lottery tickets held for sale are not securities;

b. Aircraft or watercraft;

c. Animals;

d. Automobiles, motorcycles, motor trucks, motor homes and similar vehicles held for sale, lease, loan or rent;

e. Bulkheads, pilings, piers, wharves, docks, dikes or dams;

f. Contraband or property in the course of illegal transportation or trade;

g. "Electronic data processing data and media" that is obsolete or no longer used by you;

h. "Employee tools" except as provided in the Employee Tools Coverage Extension;

i. Export and import shipments while covered under an ocean marine cargo or other insurance policy;

j. "Fine arts", except as provided in the Personal Effects and Fine Arts Coverage Extensions;

k. Harvested grain, hay, straw or other crops while outside of buildings, growing crops or standing timber;

l. Human body parts and fluids including organs, tissue, blood and cells;

m. Land, whether in its natural state or otherwise (including land on which the property is located), land improvements or the cost of restoring or stabilizing land;

n. Personal property sold by you under an installment plan, conditional sale, trust agreement or other deferred payment plan after delivery to the purchasers except as provided in the Deferred Payments Coverage Extension;

o. Property of others for which you are responsible while acting as a common or contract carrier, car-loader, freight forwarder, freight consolidator, freight broker, shipping association or similar arranger of transportation, or as a public warehouseman;

p. Property that is covered under another coverage form or endorsement of this or any other policy in which it is more specifically described, except for the excess of the amount due (whether you can collect on it or not) from that other insurance;

q. Property while waterborne except while in transit by inland water carriers or by coastwise vessels operating within "territorial waters";


© 2011 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

DM 07312026

r. Shipments by a government postal service except by registered mail;

s. The cost of excavations, grading, backfilling or filling. This does not apply to costs necessarily incurred to repair or replace covered loss or damage to Covered Property, but any costs associated with land stabilization and land reconstruction are excluded;

t. The cost to research, replace or restore the information on "valuable papers and records" and "electronic data processing data and media", except as provided in the Valuable Papers and Records – Cost of Research and Electronic Data Processing Data and Media Coverage Extensions;

u. The following property while outside of buildings:

(1) Bridges, roadways, walks, patios, or other paved surfaces;

(2) Artificial turf and associated underlayment;

(3) Retaining walls that are not part of a building;

(4) Fences;

(5) Trees, shrubs, plants or lawns (including fairways, greens and tees), but not including vegetative roofs on Covered Buildings nor "stock" of trees, shrubs or plants;

except as provided in the Outdoor Property Coverage Extension.

v. The following underground property:

(1) Wires;

(2) Pipes, flues and drains;

(3) Tanks (including their contents);

(4) Tunnels (whether or not connected to buildings);

(5) Mines or mining property;

w. Vehicles or self-propelled machines that:

(1) Are licensed for use on public roads; or

(2) Are operated principally away from the described premises;

But this does not apply to:

(a) Vehicles, self-propelled machines or autos you manufacture, process or warehouse;

(b) Vehicles or self-propelled machines you hold for sale, lease, loan or rent other than those excluded under **A.2.d.** above; or

(c) Trailers and Semi-trailers to the extent covered under the Non-Owned Detached Trailers Coverage Extension;

x. Water, whether in its natural state or otherwise, and whether above or below ground or the cost of reclaiming or restoring water.

But this does not apply to:

(1) Water contained in storage tanks used in your manufacturing or processing operations as specifically insured under the Stored Water Additional Coverage; or

(2) Bottled water.

3. **Additional Coverages**

Each of the following Additional Coverages applies subject to the Limit(s) of Insurance stated in this Coverage Form unless a revised Limit of Insurance or *Not Covered* is indicated in the Declarations or the coverage is otherwise amended by endorsement:

a. **Debris Removal**

(1) We will pay your expense to remove debris of Covered Property, and other debris that is on the described premises, when such debris is caused by or results from a Covered Cause of Loss that occurs during the policy period. The expenses will be paid only if they are reported to us in writing within 180 days of the date of direct physical loss or damage.

This Additional Coverage does not apply to costs to:

(a) Remove debris of property you own that is not insured under this policy, or property of others in your care, custody or control that is not Covered Property;

(b) Remove debris of property owned by or leased to the landlord of the building where your described premises are located, unless you have a contractual responsibility to insure such property and it is insured under this policy;


© 2011 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

DM 07312026

(c) Remove debris of any outdoor property of a type described in the Outdoor Property Coverage Extension, whether the property is your property or the property of others;

(d) Remove any property that is included under Section **A.2.** Property and Costs Not Covered;

(e) Remove property of others of a type that is not Covered Property under this Coverage Form;

(f) Extract "pollutants" from land or water; or

(g) Remove, restore or replace polluted land or water.

(2) The most we will pay under this Additional Coverage for your expense to remove the debris of Covered Property is 25% of:

(a) The amount we pay for the direct physical loss of or damage to Covered Property; plus

(b) The deductible in this Coverage Part applicable to that loss or damage.

Except as provided in Paragraph **(3)** below, this payment for your expense to remove the debris of Covered Property is included within the applicable Covered Property Limit of Insurance.

(3) If:

(a) Your expense to remove debris of Covered Property exceeds the above 25% limitation; or

(b) The sum of the amount we pay for loss of or damage to Covered Property and the expense for removal of its debris exceeds the applicable Limit of Insurance;

we will pay an additional amount for your expense to remove the debris of Covered Property, up to $250,000 in any one occurrence.

(4) The most we will pay in any one occurrence under this Additional Coverage for your expense to remove the debris of any property that is not Covered Property (if such removal is covered under this Additional Coverage) is $25,000. This is additional insurance.

**b. Expediting Expenses**

In the event of covered loss or damage to Covered Property, we will pay for the reasonable and necessary additional expenses you incur to make temporary repairs to, or expedite the permanent repairs or replacement of the Covered Property at the premises sustaining loss or damage. Expediting expenses include overtime wages and the extra cost of express or other rapid means of transportation. Expediting expenses do not include expenses you incur for the temporary rental of property or temporary replacement of damaged property.

The most we will pay in any one occurrence under this Additional Coverage is $25,000.

**c. Fire Department Service Charge**

When the fire department is called to save or protect Covered Property from a Covered Cause of Loss, we will pay for your liability for fire department service charges:

(1) Assumed by contract or agreement prior to loss; or

(2) Required by local ordinance.

No deductible applies to this Additional Coverage.

**d. Fire Protective Equipment Discharge**

If fire protective equipment at the described premises discharges accidentally or to control a Covered Cause of Loss, we will pay your cost to:

(1) Refill or recharge the system with the extinguishing agents that were discharged; and

(2) Replace or repair faulty valves or controls which caused the discharge.

**e. Green Building Alternatives – Increased Cost**

(1) If direct physical loss or damage by a Covered Cause of Loss occurs to a building that is Covered Property, we will pay for:

(a) The reasonable additional cost you incur to repair or replace the lost or damaged portions of the


© 2011 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

DM 07312026

building using products or materials that:

(i) Are "green" alternatives to the products or materials of the lost or damaged property, in accordance with a documented "green authority"; and

(ii) Are otherwise of comparable quality and function to the damaged property;

and

(b) The reasonable additional cost you incur to employ "green" methods or processes of construction, disposal or recycling in the course of the repair and replacement of the lost or damaged building, in accordance with the documented standards of a "green authority".

(2) The insurance provided under this Additional Coverage applies only if replacement cost valuation applies to the lost or damaged building and then only if the building is actually repaired or replaced as soon as reasonably possible after the loss or damage.

(3) The insurance provided under this Additional Coverage does not apply to any building that has been "vacant" for more than 60 consecutive days before the loss or damage occurs.

(4) The most we will pay for the additional cost incurred with respect to each building in any one occurrence under this Additional Coverage is determined by multiplying:

(a) A factor of 1% (unless a higher increased cost percentage is shown in the Declarations); times

(b) The lesser of:

(i) The amount we would otherwise pay for direct physical loss of or damage to the building, prior to application of any applicable deductible; or

(ii) The value you reported to us for the building, as stated on the latest Statement of Values or other documentation on file with us prior to the loss or damage.

Unless otherwise stated in the Declarations, this resultant amount is subject to a maximum amount of insurance of $100,000 for each building.

f. **Green Building Reengineering and Recertification Expense**

(1) If, as a result of direct physical loss or damage by a Covered Cause of Loss to a building that is Covered Property, the pre-loss level of "green" building certification by a "Green Authority" on the building is lost, we will pay for the following reasonable additional expenses you incur to re-attain the pre-loss level of "green" building certification from that "Green Authority":

(a) The reasonable additional expense you incur to hire a qualified engineer or other professional required by the "Green Authority" to be involved in:

(i) Designing, overseeing or documenting the repair or replacement of the lost or damaged building; or

(ii) Testing and recalibrating the systems and mechanicals of the lost or damaged building to verify that the systems and mechanicals are performing in accordance with the design of such systems and mechanicals or the specifications of the manufacturer;

and

(b) The reasonable registration and recertification fees charged by the "Green Authority".

(2) This Additional Coverage applies to the additional expenses described above that you incur to achieve the pre-loss level of "green" building certification in accordance with the standards of the "Green Authority" that exist at the time of repair or replacement, even if the standards have changed since the original certification was achieved.



© 2011 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

DM 07312026

(3) The most we will pay in any one occurrence under this Additional Coverage for:

(a) All expenses incurred with respect to each building is 5% of the sum of:

(i) The amount we pay for the direct physical loss of or damage to the building, including any amount paid under the Green Building Alternatives – Increased Cost Additional Coverage; and

(ii) The deductible amount applied to the loss payment for direct physical loss or damage to the building;

(b) All expenses incurred, regardless of the number of buildings involved, is $25,000.

g. **Limited Coverage for Fungus, Wet Rot or Dry Rot**

(1) The coverage provided in Paragraph (2) below only applies when "fungus", wet rot or dry rot is the result of any of the "specified causes of loss", other than fire or lightning, that occurs during the policy period, and only if all reasonable means have been used to save and preserve the property from further damage at the time of and after the occurrence of such "specified causes of loss".

(2) We will pay for direct physical loss of or damage to Covered Property caused by "fungus", wet rot or dry rot, including:

(a) The cost of removal of the "fungus", wet rot or dry rot;

(b) The cost to tear out and replace any part of the building or other property as needed to gain access to the "fungus", wet rot or dry rot; and

(c) The cost of testing performed after removal, repair, replacement or restoration of the damaged property is completed, provided there is a reason to believe that "fungus", wet rot or dry rot are present.

(3) The most we will pay for the total of all loss or damage under this Additional Coverage arising out of all occurrences of "specified causes of loss" (other than fire or lightning) occurring during each separate 12 month period of this policy beginning with the effective date of this policy is $25,000.

(4) The coverage provided under this Additional Coverage does not increase the applicable Limit of Insurance on any Covered Property. If a particular occurrence results in loss or damage by "fungus", wet rot or dry rot, and other loss or damage, we will not pay more for the total of all loss or damage than the applicable Limit of Insurance on the Covered Property.

If there is covered loss or damage to Covered Property that is not caused by "fungus", wet rot or dry rot, loss payment will not be limited by the terms of this Additional Coverage, except to the extent that "fungus", wet rot or dry rot causes an increase in the loss. Any such increase in the loss will be subject to the terms of this Additional Coverage.

h. **Ordinance or Law Coverage**

(1) In the event of covered direct physical loss or damage to a building that is Covered Property, the following coverages apply, but only with respect to that lost or damaged building:

(a) **Coverage A – Coverage For Loss To The Undamaged Portion of The Building**

We will pay under Coverage A for the loss in value of the undamaged portion of the building as a consequence of enforcement of an ordinance or law that requires demolition of undamaged parts of the same building.

(b) **Coverage B – Demolition Cost Coverage**

We will pay under Coverage B the cost to demolish the building and clear the site of undamaged parts of the same building, as a consequence of enforcement of


© 2011 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

an ordinance or law that requires demolition of such undamaged property.

**(c) Coverage C – Increased Cost of Construction**

We will pay under Coverage **C** the increased cost to:

**(i)** Repair or reconstruct damaged portions of that building; or

**(ii)** Reconstruct or remodel undamaged portions of that building, whether or not demolition is required;

when the increased cost is a consequence of enforcement of the minimum requirements of the ordinance or law.

This Coverage **C** applies only if the restored or remodeled property is intended for similar occupancy as the current property, unless such occupancy is not permitted by zoning or land use ordinance. This Coverage **C** does not apply if the building is not repaired, reconstructed or remodeled.

**(2)** The coverages described in **(1)** above apply only if the provisions in Paragraphs **(a)** and **(b)** below are satisfied and are then subject to the qualifications set forth in Paragraph **(c)** below:

**(a)** The ordinance or law:

**(i)** Regulates the demolition, construction or repair of buildings, or establishes zoning or land use requirements at the described premises; and

**(ii)** Is in force at the time of loss.

But this Additional Coverage applies only in response to the minimum requirements of the ordinance or law. Losses and costs incurred in complying with recommended actions or standards that exceed actual requirements are not covered.

**(b)** The building either:

**(i)** Sustains direct physical loss or damage that is covered under this Coverage Part and such damage results in enforcement of the ordinance or law; or

**(ii)** Sustains both direct physical loss or damage that is covered under this Coverage Part and direct physical loss or damage that is not covered under this Coverage Part and the building damage in its entirety results in enforcement of the ordinance or law.

If the building sustains direct physical loss or damage that is not covered under this Coverage Part, and such damage is the subject of the ordinance or law, then there is no coverage under this Additional Coverage even if the building has also sustained covered direct physical loss or damage.

**(c)** In the situation described in **(b)** **(ii)** above, we will not pay the full amount of loss otherwise payable under the terms of Coverage **A**, **B** or **C** of this Additional Coverage. Instead, we will pay a proportion of such loss. The proportion of such loss that we will pay is the proportion that the covered direct physical loss or damage bears to the total direct physical loss or damage.

However, if covered direct physical loss or damage, alone, would have resulted in the enforcement of the ordinance or law, then we will pay the full amount of loss otherwise payable under the terms of Coverage **A**, **B**, or **C** of this Additional Coverage.

**(3)** We will not pay under this Additional Coverage for:

**(a)** Enforcement of any ordinance or law which requires the demolition, repair, replacement, reconstruction, remodeling or remedia-


© 2011 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

DM 07312026

tion of property due to contamination by "pollutants" or due to the presence, growth, proliferation, spread or any activity of "fungus", wet rot or dry rot;

(b) The costs associated with the enforcement of any ordinance or law which requires any insured or others to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of "pollutants", "fungus", wet rot or dry rot; or

(c) Loss due to any ordinance or law that:

(i) You were required by the ordinance or law to comply with before the loss, even if the building was undamaged; and

(ii) You failed to comply with.

(4) Exclusion **C.1.h.** Ordinance or Law does not apply to the insurance specifically provided under this Additional Coverage.

(5) The most we will pay under this Additional Coverage for loss with respect to all buildings lost or damaged in any one occurrence, regardless of the number of buildings involved, is $250,000.

i. **Pollutant Cleanup and Removal**

We will pay your expense to extract "pollutants" from land or water at the described premises, if the discharge, dispersal, seepage, migration, release or escape of the "pollutants" is caused by or results from any of the "specified causes of loss" which occurs:

(1) On the described premises;

(2) To Covered Property; and

(3) During the policy period.

The expenses will be paid only if they are reported to us within 180 days of the date on which the covered "specified cause of loss" occurs.

This Additional Coverage does not apply to costs to test for, monitor or assess the existence, concentration or effects of "pollutants". But we will pay for testing which is performed in the course of extracting the "pollutants" from the land or water.

The most we will pay under this Additional Coverage is $100,000 for the sum of all covered expenses arising out of all "specified causes of loss" occurring during each separate 12 month period of this policy (beginning with the effective date of the policy).

j. **Preservation of Property**

If it is necessary to temporarily move Covered Property from the described premises to preserve it from the threat of imminent loss or damage by a Covered Cause of Loss:

(1) We will pay for the reasonable and necessary expenses actually incurred by you to remove the Covered Property from the described premises, temporarily store the Covered Property at another location and move the Covered Property back to the described premises within a reasonable time after the threat of imminent loss or damage to the property by the Covered Cause of Loss passes. The most we will pay for the sum of all such expenses that you incur due to the threat of loss or damage from any one occurrence is $250,000, subject to the following:

(a) This Limit of Insurance is an additional amount of insurance that is not included in, and does not reduce, the Covered Property Limits of Insurance.

(b) When the Causes of Loss – Earthquake endorsement or Causes of Loss – Earthquake Sprinkler Leakage endorsement is included in this Coverage Part, our payment for the sum of all expenses incurred due to the threat of loss or damage to Covered Property from all threatened occurrences of all such Covered Causes of Loss in any one policy year will not exceed $250,000. This limit is not included in, and does not reduce, the Limits of Insurance that apply to loss or damage to which the Causes of Loss – Earthquake endorsement


© 2011 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

DM 07312026

or the Causes of Loss – Earthquake Sprinkler Leakage endorsement applies.

(c) When the Causes of Loss – Broad Form Flood endorsement is included in this Coverage Part, our payment for the sum of all expenses incurred due to the threat of loss or damage to Covered Property from all threatened occurrences of such Covered Cause of Loss in any one policy year will not exceed $250,000. This limit is not included in, and does not reduce, the Limits of Insurance that apply to loss or damage to which the Causes of Loss – Broad Form Flood endorsement applies.

(d) If the threat of imminent direct physical loss or damage to Covered Property from the same occurrence spans over multiple policy years, only the limit that applies to this Coverage in the policy year in which the expenses are first incurred by you will apply to the total of the expenses incurred due to the threat of loss or damage from that occurrence.

This Coverage is subject to the deductible that applies to loss or damage to the Covered Property by the Covered Cause of Loss from which the property is being preserved.

(2) We will also pay for any direct physical loss of or damage to the Covered Property while it is being moved from the described premises, while temporarily stored at another location or while being moved back to the described premises, subject to the following:

(a) This Coverage is subject to, and does not increase the applicable Covered Property Limit of Insurance.

(b) This Coverage will only apply if the loss or damage occurs within 180 days after the Covered Property is first moved and will end when any of the following first occurs:

(i) The policy is amended to provide insurance at the new location;

(ii) The Covered Property is returned to the original location; or

(iii) This policy expires.

k. **Reward Coverage**

We will reimburse you for rewards you have incurred leading to:

(1) The successful return of undamaged stolen articles of Covered Property to a law enforcement agency; or

(2) The arrest and conviction of any person(s) who have damaged or stolen any of your Covered Property.

The most we will pay in any one occurrence under this Additional Coverage is 25% of the covered loss (prior to the application of any applicable deductible and recovery of undamaged stolen articles) up to a maximum of $25,000 for the payments of rewards you make. These reward payments must be documented. No deductible applies to this Additional Coverage.

l. **Stored Water**

(1) We will pay the cost you incur to replace water that is used in your manufacturing or processing operations which is contained in any:

(a) Above-ground storage tank; or

(b) Manufacturing or processing equipment (including related piping) at the described premises,

when the water has been released or rendered unusable for its intended purpose due to direct physical loss of or damage to such tank, equipment or piping by a Covered Cause of Loss.

(2) This Additional Coverage does not apply to costs to restore or replace water contained in any fire suppression system.

(3) The most we will pay in any one occurrence under this Additional Coverage is $25,000.


© 2011 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

DM 07312026

m. **Water or Other Substance Loss – Tear Out and Replacement Expense**

In the event of covered loss or damage caused by or resulting from water (or steam), other liquid, powder or molten material, we will also pay:

**(1)** The necessary cost of tearing out and replacing any part of a Covered Building or Structure to repair damage to the system or appliance from which the water (or steam), other liquid, powder or molten material escapes; and

**(2)** The cost to repair or replace damaged parts of fire extinguishing equipment if:

(a) The damage results in discharge of any substance from an automatic fire protective system; or

(b) Is directly caused by freezing.

Except as provided under **(2)** above, we will not pay the cost to repair any defect in a system or appliance from which the water (or steam), other liquid, powder or molten material escapes.

4. **Coverage Extensions**

Each of the following Coverage Extensions applies subject to the Limit(s) of Insurance stated in this Coverage Form, unless a revised Limit of Insurance or *Not Covered* is indicated in the Declarations or the coverage is otherwise amended by endorsement:

a. **Accounts Receivable**

**(1)** You may extend the insurance that applies to Your Business Personal Property to apply to losses and expenses described below that you incur resulting from direct physical loss or damage by a Covered Cause of Loss to your accounts receivable records. Credit card company charge media will be considered accounts receivable until delivered to the credit card company.

We will pay:

**(a)** Amounts due from your customers that you are unable to collect;

**(b)** Interest charges on any loan required to offset amounts you are unable to collect pending our payment of these amounts;

**(c)** Collection expenses in excess of your normal collection expenses that are made necessary by the loss; and

**(d)** Other reasonable expenses that you incur to re-establish your records of accounts receivable.

**(2)** If you cannot accurately establish the amount of accounts receivable outstanding as of the time of loss, we will:

**(a)** Determine the total of the average monthly amounts of accounts receivable for the 12 months immediately preceding the month in which the loss occurs;

**(b)** Adjust the total for any normal fluctuations in the amount of accounts receivable for the month in which the loss occurred or for any demonstrated variance from the average for that month; and

**(c)** Deduct the following from the total amount of accounts receivable, however that amount is established:

**(i)** The amount of the accounts for which there is no loss;

**(ii)** The amount of the accounts that you are able to re-establish or collect;

**(iii)** An amount to allow for probable bad debts that you are normally unable to collect; and

**(iv)** All unearned interest and service charges.

**(3)** The most we will pay in any one occurrence under this Extension for loss and expenses resulting from loss of or damage to your records of accounts receivable:

**(a)** At or within 1,000 feet of the described premises is $50,000; and

**(b)** While in transit or at all undescribed premises is $25,000.

b. **Appurtenant Buildings and Structures**

**(1)** At the described premises where Building coverage applies:

**(a)** You may extend the insurance that applies to your buildings to


© 2011 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

apply to direct physical loss or damage by a Covered Cause of Loss to incidental appurtenant buildings and structures which are at the described premises but not specifically described in the Declarations; and

(b) You may extend the insurance that applies to Your Business Personal Property and Personal Property of Others, if any, to apply to direct physical loss or damage by a Covered Cause of Loss to such property located within incidental appurtenant buildings or structures which are at the described premises but not specifically described in the Declarations.

(2) Incidental appurtenant buildings or structures include storage buildings, garages, pump houses, above ground tanks, television and radio towers, antennas, satellite dishes and solar panels mounted on the ground or on poles not attached to buildings and structures. But incidental appurtenant buildings an d structures do not include:

(a) Outside signs, whether or not attached to buildings or structures;

(b) Any property to which the Outdoor Property Coverage Extension applies; or

(c) Any property excluded under Section A.2. Property and Costs Not Covered.

(3) The most we will pay for loss or damage in any one occurrence under this Extension is $100,000.

**c. Claim Data Expense**

(1) You may extend the insurance provided by this Coverage Form to apply to the reasonable expenses you incur in preparing claim data when we require it to adjust a covered loss. This includes the cost of taking inventories, making appraisals and preparing other documentation to show the extent of loss.

(2) We will not pay for:

(a) Any expenses incurred, directed, or billed by or payable to attorneys, insurance adjusters or their associates or subsidiaries;

(b) Any costs as provided in the Appraisal Loss Condition (G.2.); or

(c) Any expenses incurred, directed, or billed by or payable to insurance brokers or agents, or their associates or subsidiaries, without our written consent prior to such expenses being incurred.

(3) The most we will pay for claim data expense in any one occurrence under this Extension is $25,000.

**d. Covered Leasehold Interest – Undamaged Improvements and Betterments**

(1) You may extend the insurance that applies to Your Business Personal Property at the described premises which you lease from others to apply to your interest as tenant in improvements and betterments, as defined in Section A.1.b.(6) of this Coverage Form, which are not damaged or destroyed, but which you lose due to the cancellation of your lease by your landlord. The cancellation of your lease by your landlord must:

(a) Result from direct physical loss of or damage to property at the described premises where your improvements and betterments are located, caused by or resulting from a Covered Cause of Loss; and

(b) Be permitted in accordance with the conditions of your written lease agreement.

(2) The most we will pay for loss in any one occurrence under this Extension is:

(a) The applicable Your Business Personal Property Limit of Insurance; or

(b) $100,000;

whichever is less.

**e. Deferred Payments**

(1) You may extend the insurance that applies to Your Business Personal Property to apply to your interest in


© 2011 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

such business personal property that is sold by you under an installment plan, conditional sale, trust agreement or other deferred payment plan when, as a result of direct physical loss of or damage to such property:

(a) Occurring within the Coverage Territory at any location, or in transit, after delivery to buyers; and

(b) Caused by a Covered Cause of Loss;

the buyer refuses to continue payments owed to you for such property and, as a result, you repossess the remaining damaged property of value, if any.

(2) The value of your loss under this Extension will be determined as follows:

(a) In the event of partial loss to property, the value of your loss will be:

(i) The unpaid balance shown on your books as due from the buyer for such property, excluding any interest or fees due; minus

(ii) The actual cash value of the repossessed damaged property.

(b) In the event of a total loss to property, the value of your loss will be the unpaid balance shown on your books as due from the buyer for such property, excluding any interest or fees due.

(3) The most we will pay for loss in any one occurrence under this Extension is $25,000.

**f. Duplicate Electronic Data Processing Data and Media**

(1) You may extend the insurance that applies to Your Business Personal Property and Personal Property of Others to apply to direct physical loss or damage by a Covered Cause of Loss to duplicates of your "electronic data processing data and media" while stored in a separate, unattached building anywhere in the Coverage Territory from where your original "electronic data processing data and media" are kept.

(2) The most we will pay for loss or damage in any one occurrence under this Extension is $50,000.

**g. Electronic Data Processing Data and Media**

(1) You may extend the insurance that applies to Your Business Personal Property and Personal Property of Others to apply to your costs to research, replace or restore the lost information on lost or damaged "electronic data processing data and media" for which duplicates do not exist. The loss or damage to the "electronic data processing data and media" must be caused by a Covered Cause of Loss.

(2) The most we will pay in any one occurrence under this Extension for loss or damage to "electronic data processing data and media":

(a) At or within 1,000 feet of the described is as follows:

(i) $50,000 at all described premises unless a different Limit of Insurance or *Not Covered* is shown in the Declarations or Paragraph **(ii)** below applies;

(ii) When *Included* is shown in the Declarations as the Limit of Insurance, the insurance provided for such property is included in, and does not increase the Limit(s) of Insurance that otherwise apply to loss or damage to Your Business Personal Property and Personal Property of Others at the described premises where the loss occurs;

and

(b) At any other location where the insurance provided under this Coverage Form for Your Business Personal Property and Personal Property of Others applies, including while in transit, is included in and does not increase the Limit of Insurance that otherwise applies to loss or damage to


© 2011 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

Your Business Personal Property and Personal Property of Others at that location or in transit. But, in no event will the amount we pay for such loss or damage to "electronic data processing data and media" under this Extension exceed the amount we would have paid had the loss to "electronic data processing data and media" occurred at or within 1,000 feet of the described premises.

**h. Employee Tools**

(1) You may extend the insurance that applies to Your Business Personal Property to apply to direct physical loss or damage by a Covered Cause of Loss to "employee tools" at the described premises or while in the care, custody or control of your employees at job sites or while in transit between these locations.

(2) The most we will pay for loss or damage in any one occurrence under this Extension is $25,000, but not more than $2,500 for any one item.

**i. Extra Expense**

(1) You may extend the insurance provided by this Coverage Form to apply to the reasonable and necessary Extra Expense you incur, during the period of restoration, due to direct physical loss or damage to property at or within 1,000 feet of the described premises caused by or resulting from a Covered Cause of Loss.

(2) If you occupy only a portion of a building in which the described premises are located, such premises include all routes within the building to gain access to the portion of the building which you own, rent, lease or occupy.

(3) As used in this Extension:

(a) Extra Expense means necessary expenses you incur that you would not have incurred if there had been no direct physical loss or damage to property:

(i) To avoid or minimize the suspension of business and to continue your normal business operations:

- At the described premises; or
- At replacement premises or at temporary locations, including relocation expenses and costs to equip and operate the replacement or temporary locations;

(ii) To minimize the suspension of business if you cannot continue your normal business operations at the described premises; or

(iii) To the extent that it reduces the amount of loss that otherwise would have been payable under this Coverage Form:

- To repair or replace any property;
- To research, replace or restore the lost information on lost or damaged "electronic data processing data and media" or "valuable papers and records".

(b) Period of restoration means the period of time that:

(i) Begins with the date of direct physical loss or damage caused by or resulting from any Covered Cause of Loss at the described premises; and

(ii) Ends on the earlier of:

- The date when the property at the described premises should be repaired, rebuilt or replaced with reasonable speed and similar quality; or
- The date when business is resumed at a new permanent location.

Period of restoration does not include any increased period re-


© 2011 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

DM 07312026

quired due to the enforcement of any ordinance or law that:

(i) Regulates the construction, use or repair, or requires the tearing down of any property; or

(ii) Requires any insured or others to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to the effects of "pollutants".

The expiration date of this policy will not cut short the period of restoration.

**(4)** The most we will pay for all Extra Expense in any one occurrence under this Extension is $25,000.

j. **Fine Arts**

**(1)** You may extend the insurance that applies to Your Business Personal Property and Personal Property of Others to apply to direct physical loss or damage by a Covered Cause of Loss to "fine arts" at the described premises or in transit.

**(2)** The most we will pay in any one occurrence under this Extension for loss of or damage to "fine arts":

(a) At or within 1,000 feet of the described premises is $50,000; and

**(b)** While in transit is $25,000.

k. **Loss of Master Key**

**(1)** If a master key or key card to buildings, rooms or compartments that are Covered Property or house Covered Property is lost or damaged by a Covered Cause of Loss, you may extend the insurance provided by this Coverage Form to apply to the actual and necessary costs you incur to:

**(a)** Replace keys and either:

**(i)** Adjust existing locks to accept the new keys; or

**(ii)** Replace existing locks, but only if necessary or less expensive than the cost of adjusting the existing locks;

or

**(b)** Re-program the key card access control device to accept replacement key cards.

**(2)** With respect only to the insurance provided by this Extension, the following changes apply to the Exclusions in Section **C.** and Limitations in Section **D.** of this Coverage Form:

**(a)** The exclusion of loss or damage caused by or resulting from dishonest or criminal act under Exclusion **C.2.c.** (Dishonesty) does not apply, except with respect to dishonest or criminal act by you or any of your partners, directors or trustees;

**(b)** The exclusion of loss of property when there is no physical evidence to show what happened to the property under Limitations **D.1.d.** does not apply.

**(3)** The most we will reimburse you for costs under this Extension is $25,000 in total arising out of all occurrences occurring during each separate 12 month period of this policy (beginning with the effective date of the policy).

l. **Newly Constructed or Acquired Property**

**(1)** You may extend the insurance provided by this Coverage Form to apply to direct physical loss or damage by a Covered Cause of Loss to:

**(a)** Your new buildings or additions while being built on the described premises or newly acquired premises including materials, equipment, supplies and temporary structures, on or within 1,000 feet of the premises;

**(b)** Buildings you acquire at locations other than the described premises; and

**(c)** Buildings which you become newly required to insure under a written contract.

The most we will pay for loss or damage to Buildings in any one occurrence under this Extension is $2,000,000 at each building.

**(2)** You may extend the insurance that applies to Your Business Personal

 © 2011 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission. 

DM 07312026

Property and Personal Property of Others to apply to direct physical loss or damage by a Covered Cause of Loss to that type of property at:

(a) A building you newly acquire or construct at a location described in the Declarations; and

(b) Any other location you acquire by purchase or lease (other than at "exhibitions").

The most we will pay for loss or damage to Your Business Personal Property and Personal Property of Others in any one occurrence under this Extension is $1,000,000 in total at each newly acquired premises.

(3) Insurance provided under this Extension for each newly acquired or constructed property will end when any of the following first occurs:

(a) This policy is cancelled or expires;

(b) 180 days expire after you acquire or begin to construct the property;

(c) You report values to us; or

(d) The property is more specifically insured.

We will charge you additional premium for values reported from the date construction begins or you acquire the property.

**m. Non-Owned Detached Trailers**

(1) You may extend the insurance that applies to Your Business Personal Property to apply to direct physical loss or damage by a Covered Cause of Loss to trailers or semi-trailers that you do not own, provided that:

(a) The trailer or semi-trailer is used in your business;

(b) The trailer or semi-trailer is in your care, custody or control at the described premises; and

(c) You have a contractual responsibility to pay for loss or damage to the trailer or semi-trailer.

(2) We will not pay for any loss or damage that occurs:

(a) While the trailer or semi-trailer is attached to any motor vehicle or motorized conveyance, whether or not the motor vehicle or motorized conveyance is in motion; or

(b) During hitching or unhitching operations, or when a trailer or semi-trailer becomes accidentally unhitched from a motor vehicle or motorized conveyance.

(3) The most we will pay for loss or damage in any one occurrence under this Extension is $25,000.

(4) This insurance is excess over the amount due from any other insurance covering such property, whether you can collect on it or not.

**n. Outdoor Property**

(1) You may extend the insurance provided by this Coverage Form to apply to:

(a) Direct physical loss or damage to your outdoor:

(i) Fences;

(ii) Retaining walls that are not part of a building;

(iii) Lawns (including fairways, greens and tees), artificial turf (including underlayment) trees, shrubs and plants (other than "stock" of trees, shrubs or plants);

(iv) Bridges, walks, roadways, patios or other paved surfaces;

at the described premises caused by or resulting from a cause of loss described in (2) below;

and

(b) The reasonable and necessary expense that you incur to remove debris of your outdoor property listed above and similar property of others at your described premises caused by a Cause of Loss listed in (2) below that occurs during the policy period. Such expenses will be paid only if they are reported to us in writing within 180 days of the direct physical loss or damage. Such payment will not increase the Limit of In-


© 2011 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

DM 07312026

surance that applies to this Extension.

(2) This Extension applies only if the loss or damage is caused by or results from the following cause s of loss, and then only if they are a Covered Cause of Loss:

(a) Fire;

(b) Lightning;

(c) Explosion;

(d) Riot or Civil Commotion;

(e) Aircraft;

(f) Falling Objects; or

(g) "Sinkhole Collapse".

(3) The most we will pay for loss or damage and debris removal expense in any one occurrence under this Extension is $25,000, but we will not pay more than $2,500 for any one tree, shrub or plant.

o. **Outside Signs**

(1) You may extend the insurance provided by this Coverage Form to apply to direct physical loss or damage by a Covered Cause of Loss to outside signs, whether or not attached to a building, at or within 1,000 feet of the described premises or at any undescribed premises.

(2) The most we will pay in any one occurrence under this Extension for loss or damage to all outside signs:

(a) At or within 1,000 feet of the described premises is $100,000;

(b) At all undescribed premises is $5,000.

p. **Personal Effects**

(1) You may extend the insurance that applies to Your Business Personal Property to apply to direct physical loss or damage by a Covered Cause of Loss to personal effects or "fine arts" owned by your officers, your partners or your employees while such property is at the described premises.

(2) The most we will pay for loss or damage in any one occurrence under this Extension is $25,000 at each described premises.

(3) Our payment for loss or damage under this Extension will only be for the account of the owner of the property.

q. **Personal Property At Premises Outside of the Coverage Territory**

(1) You may extend the insurance that applies to Your Business Personal Property and Personal Property of Others to apply to direct physical loss or damage by a Covered Cause of Loss to such property occurring at premises anywhere in the world outside of the Coverage Territory provided that no trade sanction, embargo or similar regulation imposed by the United States of America prohibits us from covering the loss or damage.

(2) This Extension does not apply to:

(a) Personal property at an "exhibition";

(b) Property at any installation site or at temporary storage premises awaiting installation;

(c) Sales representative property; or

(d) Personal property in transit.

(3) The most we will pay for loss or damage in any one occurrence under this Extension is $50,000.

r. **Personal Property In Transit Outside of the Coverage Territory**

(1) Unless otherwise indicated in the Declarations or by endorsement, you may extend the insurance provided for Personal Property in Transit in Section A.1.e. (including any mode of transportation or type of shipment exclusion), to apply to Your Business Personal Property and Personal Property of Others in your care, custody or control in transit anywhere in the world outside of the Coverage Territory provided that no sanction, embargo or similar regulation imposed by the United States of America prohibits us from covering the loss or damage.

(2) This Extension also applies to Covered Property in transit which is in the custody of your officers or employees.


© 2011 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

DM 07312026

(3) The most we will pay for loss or damage in any one occurrence under this Extension is $25,000.

s. **Theft Damage to Rented Property**

(1) You may extend the insurance that applies to Your Business Personal Property to apply to direct physical loss or damage by theft or attempted theft to:

(a) That part of any building at the described premises that you occupy, but do not own, and which contains the Covered Property; and

(b) Property within such non-owned building used for maintenance or service of the non-owned building.

(2) This Extension applies only if you are a tenant and are required in your lease to cover the expense.

(3) We will not be liable under this Extension for loss or damage by fire or explosion, or to glass (other than glass building blocks) or to any lettering, ornamentation or burglar alarm tape on glass.

(4) Payment under this Extension will not increase the Limit of Insurance that applies to Your Business Personal Property at the described premises where the direct physical loss or damage occurs.

t. **Undamaged Parts of Stock in Process**

(1) You may extend the insurance that applies to Your Business Personal Property and Personal Property of Others to apply to the reduction in value of undamaged parts of covered products or "stock" in process which become unmarketable. The reduction in value must be the direct result of direct physical loss or damage by a Covered Cause of Loss to other parts of the covered products or "stock" in process at the described premises.

(2) The most we will pay for loss or damage in any one occurrence under this Extension is $50,000.

u. **Valuable Papers and Records – Cost of Research**

(1) You may extend the insurance that applies to Your Business Personal Property to apply to your costs to research, replace or restore the lost information on lost or damaged "valuable papers and records" for which duplicates do not exist. The loss or damage to "valuable papers and records" must be caused by a Covered Cause of Loss.

(2) The most we will pay for loss or damage in any one occurrence under this Extension:

(a) At or within 1,000 feet of the described premises is $50,000; and

(b) While in transit or at all undescribed premises is $25,000.

B. **COVERED CAUSES OF LOSS**

Covered Causes of Loss means RISKS OF DIRECT PHYSICAL LOSS unless the loss is:

1. Excluded in Section **C.**, Exclusions;
2. Limited in Section **D.**, Limitations; or
3. Excluded or limited in the Declarations or by endorsement.

C. **EXCLUSIONS**

1. We will not pay for loss or damage caused directly or indirectly by any of the following. Such loss or damage is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the loss or damage. Exclusions **C.1**.a. through **C.1.l**. apply whether or not the loss event results in widespread damage or affects a substantial area.

a. **Certain Computer-Related Losses**

(1) Failure, malfunction or inadequacy of:

(a) Any of the following, whether belonging to any insured or to others:

(i) Computer hardware, including microprocessors;

(ii) Computer application software;

(iii) Computer operating systems and related software;

(iv) Computer networks;


© 2011 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

(v) Microprocessors (computer chips) not part of any computer system; or

(vi) Any other computerized or electronic equipment or components;

or

(b) Any other products and services, data or functions, that directly or indirectly use or rely upon, in any manner, any of the items listed in Paragraph (1)(a) above;

due to the inability to correctly recognize, process, distinguish, interpret or accept one or more dates or times.

(2) Any advice, consultation, design, evaluation, inspection, installation, maintenance, repair, replacement or supervision provided or done by you to determine, rectify or test for, any potential or actual problems described in Paragraph (1) above.

If an excluded Cause of Loss as described in Paragraphs (1) and (2) above results in any of the "specified causes of loss", or in elevator collision resulting from mechanical breakdown, we will pay only for the loss or damage caused by such "specified causes of loss" or elevator collision.

We will not pay for repair, replacement or modification of any items in Paragraphs (1) and (2) above to correct any deficiencies or change in features.

b. **Earth Movement**

(1) Any of the following, all whether naturally occurring or due to man-made or other artificial causes:

(a) Earthquake, including tremors and aftershocks, and earth sinking, rising or shifting related to such event;

(b) Landslide, including any earth sinking, rising or shifting related to such event;

(c) Mine subsidence, meaning subsidence of a man-made mine, whether or not mining activity has ceased;

(d) Earth sinking (other than "sinkhole collapse"), rising, or shifting including soil conditions which cause settling, cracking or other disarrangement of foundations or other parts of realty. Soil conditions include contraction, expansion, freezing, thawing, erosion, improperly compacted soil and the action of water under the ground surface; or

(e) Volcanic eruption, explosion or effusion.

(2) If Earth Movement as described in:

(a) Paragraphs (1)(a) through (1)(d) above results in fire or explosion, we will pay for the loss or damage caused by that fire or explosion; or

(b) Paragraph (1)(e) above, results in fire, building glass breakage or Volcanic Action, we will pay for the loss or damage caused by that fire, building glass breakage or Volcanic Action.

Volcanic Action means direct loss or damage resulting from the eruption of a volcano when the loss or damage is caused by:

(i) Airborne volcanic blast or airborne shock waves;

(ii) Ash, dust or particulate matter; or

(iii) Lava flow.

With respect to coverage for Volcanic Action as set forth in (i), (ii) and (iii) above, volcanic eruptions that occur within any 168-hour period will constitute a single occurrence. Volcanic Action does not include the cost to remove ash, dust or particulate matter that does not cause direct physical loss or damage to the described property.

(3) This exclusion does not apply to:

(a) Personal property in transit;

(b) Personal property at an "exhibition";

(c) Sales representative property; or

(d) Personal property in the custody of any officer or employee of the


© 2011 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

DM 07312026

insured while traveling outside of the Coverage Territory.

c. **Fungus, Wet Rot or Dry Rot**

Presence, growth, proliferation, spread or any activity of "fungus", wet rot or dry rot.

But if "fungus", wet rot or dry rot re sults in any of the "specified causes of loss", we will pay for the loss or damage caused by such "specified causes of loss".

This exclusion does not apply:

(1) When "fungus", wet rot or dry rot results from fire or lightning; or

(2) To the extent that coverage is provided under the Limited Coverage for Fungus, Wet Rot or Dry Rot Additional Coverage.

d. **Governmental Action**

Seizure or destruction of property by order of governmental authority except as provided for under the Additional Coverage – Ordinance or Law Coverage.

But we will pay for loss or damage caused by or resulting from acts of destruction ordered by governmental authority and taken at the time of a fire to prevent its spread, if the fire would be covered under this Coverage Part.

e. **Intentional Loss**

Any act an insured commits or conspires to commit with the intent to cause a loss.

In the event of such loss, no insured is entitled to coverage, including insureds who did not commit or conspire to commit the act causing the loss.

f. **Neglect**

Neglect of an insured to use reasonable means to save and preserve property from further damage at and after the time of loss.

g. **Nuclear Hazard**

Nuclear reaction or radiation, or radioactive contamination, however caused.

But if nuclear reaction or radiation, or radioactive contamination results in fire, we will pay for the loss or damage caused by that fire.

h. **Ordinance or Law**

(1) The enforcement of any ordinance or law:

(a) Regulating the construction, use or repair of any property; or

(b) Requiring the tearing down of any property, including the cost of removing its debris.

(2) This exclusion, Ordinance or Law, applies whether the loss res ults from:

(a) An ordinance or law that is enforced even if the property has not been damaged; or

(b) The increased costs incurred to comply with an ordinance or law in the course of construction, repair, renovation, remodeling or demolition of property, or removal of its debris, following a physical loss to that property.

i. **Utility Services**

The failure or fluctuation of power, communication, water or other utility service supplied to the described premises, however caused, if the failure or fluctuation:

(1) Originates away from the described premis es; or

(2) Originates at the described premises, but only if such failure or fluctuation involves equipment used to supply the utility service to the described premises from a source away from the described premises.

Failure or fluctuation of any utility service includes lack of sufficient capacity and reduction in supply.

But if the failure or fluctuation of power, communication, water or other utility service results in a Covered Cause of Loss, we will pay for the loss or damage caused by that Covered Cause or Loss.

Communication services include service relating to Internet access or access to any electronic, cellular or satellite network.

j. **Virus or Bacteria**

(1) Any virus, bacterium, or other microorganism that induces or is capable of inducing physical distress, illness or disease.


© 2011 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

(2) With respect to any loss or damage subject to this exclusion, this exclusion supersedes any exclusion relating to "pollutants".

k. **War and Military Action**

(1) War, including undeclared or civil war;

(2) Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

(3) Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

l. **Water**

(1) Any of the following, all whether naturally occurring or due to man-made or other artificial causes:

(a) Flood, surface water, waves (including tidal wave and tsunami), tides, tidal water, overflow of any body of water, or spray from any of these, all whether driven by wind (including storm surge) or not;

(b) Mudslide or mudflow;

(c) Water or sewage that backs up or overflows or is otherwise discharged from a sewer, drain, sump, sump pump or related equipment. However, this exclusion does not apply to the backup or overflow of water or sewage from drains within a building if the backup or overflow is not otherwise directly or indirectly caused by the Water Exclusions in Paragraphs **(a)** or **(b)** above or in Paragraphs **(d)** or **(e)** below.

(d) Water under the ground surface pressing on, or flowing or seeping through:

(i) Foundations, walls, floors or paved surfaces;

(ii) Basements, whether paved or not; or

(iii) Doors, windows or other openings; or

(e) Waterborne material carried or otherwise moved by any of the water referred to in Paragraphs **(a)**, **(c)** and **(d)** above, or material carried or otherwise moved by mudslide or mudflow.

But if **Water**, as described in **(a)** through **(e)** above, results in fire, explosion or sprinkler leakage, we will pay for the loss or damage caused by that fire, explosion or sprinkler leakage.

(2) This exclusion does not apply to:

(a) Personal property in transit;

(b) Personal property at an "exhibition";

(c) Sales representative property; or

(d) Personal property in the custody of any officer or employee of the insured while traveling outside of the Coverage Territory.

2. We will not pay for loss or damage caused by or resulting from any of the following:

a. **Collapse**

(1) Collapse, including any of the following conditions of property or any portion of the property:

(a) An abrupt falling down or caving in;

(b) Loss of structural integrity, including separation of portions of the property or property in danger of falling down or caving in; or

(c) Any cracking, bulging, sagging, bending, leaning, settling, shrinkage, or expansion as such condition relates to Paragraphs **(a)** or **(b)** above.

But if collapse results in a Covered Cause of Loss at the described premises, we will pay for the loss or damage caused by that Covered Cause of Loss.

(2) This Exclusion does not apply:

(a) To an abrupt collapse to the extent that coverage is provided under the Abrupt Collapse Additional Coverage in **(3)** below; or


© 2011 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

(b) To collapse of Covered Property caused by one or more of the following:

(i) Any of the "specified causes of loss" or breakage of building glass, all only as insured against in this Coverage Part;

(ii) Weight of rain that collects on a roof; or

(iii) Weight of people or personal property.

(3) Abrupt Collapse Additional Coverage

The term Covered Cause of Loss includes abrupt collapse as described and limited under Paragraphs **(a)** through **(g)** below.

(a) As used in this Additional Coverage, abrupt collapse means abrupt falling down or caving in of a building or any portion of a building with the result that the building or portion of the building cannot be occupied for its intended purpos e.

(b) We will pay for direct physical loss of or damage to Covered Property, caused by abrupt collapse of a building or any portion of a building that is insured under this Coverage Form, or that contains Covered Property insured under this Coverage Form, if such collapse is caused by one or more of the following:

(i) Building decay that is hidden from view, unless the presence of such decay is known to an insured prior to collapse;

(ii) Insect or vermin damage that is hidden from view, unless the presence of such damage is known to an insured prior to collapse;

(iii) Use of defective material or methods in construction, remodeling or renovation if the abrupt collapse occurs during the course of the construction, remodeling or renovation;

(iv) Use of defective material or methods of construction, remodeling or renovation if the abrupt collapse occurs after the construction, remodeling, or renovation is complete, but only if the collapse is caused in part by:

- A cause of loss listed in Paragraphs **(3)(b)(i)** or **(3)(b)(ii)** above;
- One or more of the "specified causes of loss";
- Breakage of building glass;
- Weight of people or property; or
- Weight of rain that collects on a roof.

(c) Abrupt collapse under Paragraphs (3)(a) and (b) above does not apply to:

(i) A building or any portion of a building that is in danger of falling down or caving in;

(ii) A portion of a building that is standing, even if it has separated from another portion of the building; or

(iii) A building that is standing or any portion of a building that is standing, even if it shows evidence of cracking, bulging, sagging, bending, leaning, settling, shrinkage or expansion.

(d) With respect to the following property:

(i) Television and radio towers, antennas, satellite dishes, guy wires, lead-in wiring and masts;

(ii) Awnings, canopies, gutters, downspouts and fences;

(iii) Yard fixtures;

(iv) Outdoor swimming pools;

(v) Bulkheads, pilings, piers, wharves and docks;


© 2011 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

DM 07312026

(vi) Beach or diving platforms or appurtenances;

(vii) Retaining walls;

(viii) Underground pipes, flues or drains; and

(ix) Walkways, roadways and other paved surfaces;

if abrupt collapse is caused by a Cause of Loss listed in Paragraphs **(3)(b)(i)** through **(3)(b)(iv)** above, we will pay for loss or damage to that property only if:

**(i)** Such loss or damage is a direct result of the abrupt collapse of a building or any portion of a building insured under this Coverage Form; and

**(ii)** The property is Covered Property under this Coverage Form.

**(e)** If personal property abruptly falls down or caves in and such collapse is not the result of abrupt collapse of a building or any portion of a building, we will pay for loss or damage to Covered Property caused by such collapse of personal property only if:

**(i)** The collapse of personal property was caused by a Cause of Loss listed in Paragraphs **(3)(b)(i)** through **(3)(b)(iv)** above;

**(ii)** The personal property which collapses is inside a building; and

**(iii)** The personal property which collapses is not of a kind listed in Paragraph **(3)(d)** above, regardless of whether that kind of property is considered to be personal property or real property.

**(f)** This Abrupt Collapse Additional Coverage does not apply to personal property that has not abruptly fallen down or caved in, even if the personal property shows evidence of cracking, bulging, sagging, bending, leaning, settling, shrinkage or expansion.

**(g)** This Abrupt Collapse Additional Coverage will not increase the Limits of Insurance provided in this Coverage Part.

**b.** **Consequential Loss**

**(1)** Delay, loss of use or loss of market; or

**(2)** Loss of business income or extra expense except as specifically provided in this Coverage Part.

**c.** **Dishonesty**

Dishonest or criminal act by you, any of your partners, members, officers, managers, employees (including leased employees), directors, trustees, authorized representatives or anyone to whom you entrust the property for any purpose:

**(1)** Acting alone or in collusion with others; or

**(2)** Whether or not occurring during the hours of employment.

This exclusion does not apply to acts of destruction by your employees (including leased employees), but theft by employees is not covered.

This exclusion does not apply to carriers for hire.

**d.** **Electrical Damage or Disturbance**

Artificially generated electrical, magnetic or electromagnetic energy that damages, disturbs or otherwise interferes with any:

**(1)** Electrical or electronic wire, device, appliance, system or network; or

**(2)** Device, appliance, system or network utilizing cellular or satellite technology.

Electrical, magnetic or electromagnetic energy includes:

**(1)** Electrical current, including arcing;

**(2)** Electrical charge produced or conducted by a magnetic or electromagnetic field;

**(3)** Pulse of electromagnetic energy;

**(4)** Electromagnetic waves or microwaves.

But if fire results, we will pay for the loss or damage caused by that fire.

This Exclusion does not apply to loss or damage to "electronic data processing


© 2011 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

DM 07312026

equipment" or "electronic data processing data and media".

e. **Explosion**

Explosion of steam boilers, steam generators, steam pipes, steam engines or steam turbines owned or leased by you, or operated under your control.

But if explosion of steam boilers, steam generators, steam pipes, steam engines, or steam turbines results in fire or combustion explosion, we will pay for the loss or damage caused by that fire or combustion explosion. We will also pay for loss or damage caused by or resulting from the explosion of gases or fuel within the furnace of any fired vessel or within the flues or passages through which the gases of combustion pass.

f. **Exposed Property**

Rain, snow, sand, dust, ice or sleet to personal property in the open (other than to property in the custody of a carrier for hire).

g. **Freezing**

Water, other liquids, powder or molten material that leaks or flows from plumbing, heating, air conditioning, ventilation or other equipment (except fire protective systems) caused by or resulting from freezing, unless:

(1) You do your best to maintain heat in the building or structure; or

(2) You drain the equipment and shut off the supply if the heat is not maintained.

h. **Liquid Seepage or Leakage**

Continuous or repeated seepage or leakage of water or other liquid, or the presence or condensation of humidity, moisture or vapor that occurs over a period of 14 days or more.

i. **Other Types of Losses**

(1) Wear and tear;

(2) Rust, or other corrosion, decay, deterioration, hidden or latent defect or any quality in property that causes it to damage or destroy itself;

(3) Smog;

(4) Settling, cracking, shrinking, bulging or expansion;

(5) Nesting or infestation or discharge or release of waste products or secretions, by insects, birds, rodents or other animals;

(6) Mechanical breakdown, including rupture or bursting caused by centrifugal force. But if mechanical breakdown results in elevator collision, we will pay for the loss or damage caused by that elevator collision.

This Exclusion does not apply to loss or damage to "electronic data processing equipment" or "electronic data processing data and media";

(7) The following causes of loss to personal property:

(a) Dampness or dryness of atmosphere;

(b) Changes in or extremes of temperature;

(c) Changes in flavor, color, texture or finish;

(d) Contamination by other than "pollutants"; and

(e) Marring or scratching.

But if an excluded cause of loss that is listed in Paragraphs (1) through (7) above results in any of the "specified causes of loss" or building glass breakage, we will pay for the loss or damage caused by such "specified causes of loss" or building glass breakage.

Also, if an excluded caus e of loss listed in Paragraphs (1) through (5) or (7) above results in mechanical breakdown of "electronic data processing equipment", we will pay for the loss or damage caused by that mechanical breakdown of "electronic data processing equipment".

j. **Pollution**

Discharge, dispersal, seepage, migration, release or escape of "pollutants" unless the discharge, dispersal, seepage, migration, release or escape is itself caused by any of the "specified causes of loss". But if the discharge, dispersal, seepage, migration, release or escape of "pollutants" results in any of the "specified causes of loss", we will pay for the loss or damage caused by such "specified causes of loss".


© 2011 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

DM 07312026

k. **Smoke, Vapor or Gas**

Smoke, vapor or gas from agricultural smudging or industrial operations.

This exclusion does not apply to emissions or puff backs of smoke, soot, fumes or vapors from a boiler, furnace or related equipment.

l. **Voluntary Parting**

Voluntary parting with any property by you or anyone else to whom you have entrusted the property.

This Exclusion does not apply to insurance provided under this Coverage Form for personal property in transit if the loss to Covered Property is caused by your acceptance, in good faith, of false bills of lading or shipping receipts.

3. We will not pay for loss or damage caused by or resulting from any of the following, **3.a.** through **3.c.**, but if an excluded cause of loss that is listed in **3.a.** and **3.b.** below results in a Covered Cause of Loss, we will pay for the loss or damage caused by that Covered Cause of Loss.

a. Weather conditions. But this exclusion only applies if weather conditions contribute in any way with a cause or event excluded in **C.1.** above to produce the loss or damage.

b. Acts or decisions, including the failure to act or decide, of any person, group, organization or governmental body except as provided in the Additional Coverage – Ordinance or Law Coverage.

c. Faulty, inadequate or defective:

(1) Planning, zoning, development, surveying, siting;

(2) Design, specifications, workmanship, repair, construction, renovation, remodeling, grading, compaction;

(3) Materials used in repair, construction, renovation or remodeling; or

(4) Maintenance;

of part or all of any property on or off the described premises.

If an excluded cause of loss that is listed in **3.c.** above results in a Covered Cause of Loss, we will pay for the resulting loss or damage caused by that Covered Cause of Loss. But we will not pay for:

(1) Any cost of:

(a) Correcting or making good the fault, inadequacy or defect itself; or

(b) Tearing down, tearing out, repairing or replacing any part of any property to correct the fault, inadequacy or defect;

except as specifically provided under the Water or Other Substance Loss – Tear Out and Replacement Expense Additional Coverage; or

(2) Any resulting loss or damage by a Covered Cause of Loss to the property that has the fault, inadequacy or defect until the fault inadequacy or defect is corrected.

4. **Special Exclusions**

The following exclusions apply only with respect to the specified coverage or property.

a. **Accounts Receivable**

Under the Accounts Receivable Coverage Extension, we will not pay for:

(1) Loss or damage caused by or resulting from bookkeeping, accounting or billing errors or omissions;

(2) Any loss or damage that requires an audit of records or an inventory computation to prove its factual existence; or

(3) Loss or damage caused by or resulting from alteration, falsification, concealment or destruction of records of accounts receivable done to conceal wrongful giving, taking or withholding of money, securities or other property. But this exclusion only applies to the wrongful giving, taking or withholding.

b. **Valuable Papers and Records**

We will not pay for any loss of or damage to "valuable papers and records" caused by or resulting from the following. In addition, we will not pay for any loss that is a consequence of such loss or damage.

(1) Unauthorized viewing, copying or use of electronic data (or any proprietary or confidential information or intellectual property in any form) by any person, even if such activity is characterized as theft;


© 2011 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

DM 07312026

DM 07312026

(2) Errors or omissions in processing or copying. But if errors or omissions in processing or copying results in fire or explosion, we will pay for the resulting loss or damage caused by that fire or explosion; or

(3) Unauthorized instructions to transfer property to any person or place.

c. **Electronic Data Processing Equipment and Electronic Data Processing Data and Media**

(1) We will not pay for loss of or damage to "electronic data processing equipment", any other programmable electronic machines, "electronic data processing data and media" or other electronic data caused by or resulting from the following. In addition, we will not pay for any loss that is a consequence of such loss or damage.

(a) Programming errors, omissions or incorrect instructions to a machine. But if programming errors, omissions or incorrect instructions to a machine result in any of the "specified causes of loss" or result in mechanical breakdown of "electronic data processing equipment", we will pay for the loss or damage caused by that "specified cause of loss" or mechanical breakdown of "electronic data processing equipment";

(b) Unauthorized viewing, copying or use of "electronic data processing data and media" by any person, even if such activity is characterized as theft;

(c) Errors or deficiency in design, installation, maintenance, repair or modification of your electronic data processing system or any electronic data processing system or network to which your system is connected or on which your system depends (including the electronic data in such system or network). But if errors or deficiency in design, installation, maintenance, repair or modification of your electronic data processing system or any electronic data processing system or network to which your system is connected or on which your system depends (including the electronic data in such system or network) results in any of the "specified causes of loss" or results in mechanical breakdown of "electronic data processing equipment", we will pay for the loss or damage caused by that "specified cause of loss" or mechanical breakdown of "electronic data processing equipment"; or

(d) Unexplained or indeterminable failure, malfunction or slowdown of any electronic data processing system or network, including the electronic data in such system or network, and the inability to access or properly manipulate the electronic data.

(2) We will not pay for loss of or damage to "electronic data processing data and media" or other electronic data while being sent electronically. In addition, we will not pay for any loss that is a consequence of such loss or damage.

5. **Additional Exclusion**

The following exclusion applies only to loss or damage to the specified property and to loss that is a consequence of such loss or damage to the specified property.

**Loss or Damage to Products**

We will not pay for loss of or damage to any merchandise, goods or other product caused by or resulting from error or omission by any person or entity (including those having possession under an arrangement where work or a portion of the work is outsourced) in any stage of the development, production or use of the product, including planning, testing, processing, packaging, installation, maintenance or repair. This exclusion applies to any effect that compromises the form, substance, or quality of the product. But, if such error or omission results in a Covered Cause of Loss, we will pay for the loss or damage caused by that Covered Cause of Loss.

**D. LIMITATIONS**

The following limitations apply to all coverage forms and endorsements unless otherwise stated.


© 2011 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

1. We will not pay for loss of or damage to property, as described and limited in this section. In addition, we will not pay for any loss that is a consequence of loss or damage as described and limited in this section.

   a. Steam boilers, steam pipes, steam engines or steam turbines caused by or resulting from any condition or event inside such equipment. But we will pay for loss of or damage to such equipment caused by or resulting from an explosion of gases or fuel within the furnace of any fired vessel or within the flues or passages through which the gases of combustion pass.

   b. Hot water boilers or other water heating equipment caused by or resulting from any condition or event inside such boilers or equipment, other than an explosion.

   c. The "interior of a building or structure", or to personal property in the building or structure, caused by or resulting from rain, snow, sleet, ice, sand or dust, whether driven by wind or not, unless:

      (1) The building or structure first sustains damage by a Covered Cause of Loss to its roof or walls through which the rain, snow, sleet, ice, sand or dust enters; or

      (2) The loss or damage is caused by or results from thawing of snow, sleet or ice on the building or structure.

   d. Property that is missing, where the only evidence of the loss or damage is a shortage disclosed on taking inventory, or other instances where there is no physical evidence to show what happened to the property.

      This limitation does not apply to property in the custody of a carrier for hire.

   e. Property that has been transferred to a person or place outside the described premises on the basis of unauthorized instructions.

   f. Trees, shrubs, plants or lawns on a vegetative roof or "stock" of outdoor trees, shrubs and plants caused by or resulting from:

      (1) Dampness or dryness of atmosphere;

      (2) Changes in or extremes of temperature; or

      (3) Rain, snow, sand, dust, ice or sleet.

2. The special limit shown for each category, **a.** through **c.**, is the total limit for loss of or damage to all property in each category. The special limit applies to any one occurrence of theft, regardless of the types or number of articles that are lost or damaged in that occurrence. The special limits are:

   a. $25,000 for furs, fur garments and garments trimmed with fur.

   b. $25,000 for jewelry, watches, watch movements, jewels, pearls, precious and semi-precious stones, bullion, gold, silver, platinum and other precious alloys or metals, but:

      (1) This limit is increased to $50,000 for gold, silver, platinum, and other precious alloys or metals used as a raw material in your manufacturing process; and

      (2) This limit does not apply to jewelry and watches worth $100 or less per item.

   c. $5,000 for stamps, tickets (including lottery tickets held for sale) and letters of credit.

   These special limits are part of, not in addition to, the Limit of Insurance applicable to the Covered Property.

3. If the building where loss or damage occurs has been "vacant" for a period of more than 60 consecutive days before that loss or damage occurs:

   a. We will not pay for any loss or damage caused by any of the following even if they are Covered Causes of Loss:

      (1) Vandalism;

      (2) Sprinkler leakage, unless you have protected the system against freezing;

      (3) Building glass breakage;

      (4) Water damage;

      (5) Theft; or

      (6) Attempted theft.

   b. With respect to Covered Causes of Loss other than those listed in **a.(1)** through **a.(6)** above, we will reduce the amount we would otherwise pay for the loss or damage by 15%.


© 2011 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

**E. LIMITS OF INSURANCE**

The most we will pay for loss or damage in any one occurrence is the applicable Limit of Insurance shown in the Declarations, Schedules, Coverage Form(s), or Endorsement(s).

Payments under:

1. The following Additional Coverages:
   a. Fire Department Service Charge;
   b. Fire Protective Equipment Discharge;
   c. Limited Coverage for Fungus, Wet Rot or Dry Rot;
   d. Stored Water; and
   e. Water or Other Substance Loss – Tear Out and Replacement Expense;

   and
2. The following Coverage Extensions:
   a. Covered Leasehold Interest – Undamaged Improvements and Betterments; and
   b. Theft Damage To Rented Property;

are included in and do not increase the applicable Limits of Insurance.

Payments under the Debris Removal Additional Coverage and the Preservation of Property Additional Coverage are included in the applicable Covered Property Limit(s) of Insurance and/or are additional insurance, as described in the Debris Removal Additional Coverage in Section **A.3.a.** and the Preservation of Property Additional Coverage in Section **A.3.j.**

Payments under the Electronic Data Processing Data and Media Coverage Extension are included in the applicable Covered Property Limit(s) of Insurance and/or are additional insurance, as described in the Electronic Data Processing Data and Media Coverage Extension in Section **A.4.g.**

The remaining Additional Coverages in Section **A.3.** and the remaining Coverage Extensions in Section **A.4.** are additional insurance.

**F. DEDUCTIBLE**

We will not pay for loss or damage in any one occurrence until the amount of loss or damage exceeds the applicable Deductible shown in the Declarations. We will then pay the amount of loss or damage in excess of the applicable Deductible, up to the applicable Limit of Insurance.

Unless otherwise stated, if more than one deductible amount applies to loss or damage in any one occurrence, the total of the deductible amounts applied in that occurrence will not exceed the amount of the largest applicable deductible.

**G. LOSS CONDITIONS**

The following conditions apply in addition to the Common Policy Conditions – Deluxe:

1. **Abandonment**

   There can be no abandonment of any property to us.
2. **Appraisal**

   If we and you disagree on the value of the property or the amount of loss, either may make written demand for an appraisal of the loss. In this event, each party will select a competent and impartial appraiser. The two appraisers will select an umpire. If they cannot agree, either may request that selection be made by a judge of a court having jurisdiction. The appraisers will state separately the value of the property and amount of loss. If they fail to agree, they will submit their differences to the umpire. A decision agreed to by any two will be binding. Each party will:
   a. Pay its chosen appraiser; and
   b. Bear the other expenses of the appraisal and umpire equally.

   If there is an appraisal, we will still retain our right to deny the claim.
3. **Duties in the Event of Loss or Damage**
   a. You must see that the following are done in the event of loss of or damage to Covered Property:
      (1) Notify the police if a law may have been broken.
      (2) Give us prompt notice of the loss or damage. Include a description of the property involved.
      (3) As soon as possible, give us a description of how, when, and where the loss or damage occurred.
      (4) Take all reasonable steps to protect the Covered Property from further damage, and keep a record of your expenses necessary to protect the Covered Property, for consideration in the settlement of the claim. This will not increase the Limit of Insurance. However, we will not pay for any loss or damage resulting from a cause of loss that is not a Covered Cause of Loss. Also, if feasible, set


© 2011 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

the damaged property aside and in the best possible order for examination.

(5) At our request, give us complete inventories of the damaged and undamaged property. Include quantities, costs, values and amount of loss claimed.

(6) As often as may be reasonably required, permit us to inspect the property and records proving the loss or damage and examine your books and records.

Also permit us to take samples of damaged and undamaged property for inspection, testing and analysis and permit us to make copies from your books and records.

(7) Send us a signed, sworn proof of loss containing the information we request to investigate the claim. You must do this within 60 days after our request. We will supply you with the necessary forms.

(8) Cooperate with us in the investigation or settlement of the claim.

(9) You will not, except at your own cost, voluntarily make a payment, assume any obligation, or incur any expense without our consent except as respects to protecting property from further damage.

**b.** We may examine any insured under oath, while not in the presence of any other insured and at such times as may be reasonably required, about any matter relating to this insurance or the claim, including an insured's book s and records. In the event of an examination, an insured's answers must be signed.

4. **Loss Payment**

a. In the event of loss or damage covered by this Coverage Form, at our option, we will either:

(1) Pay the value of lost or damaged property;

(2) Pay the cost of repairing or replacing the lost or damaged property subject to b., c., d. and e. below;

(3) Take all or any part of the property at an agreed or appraised value; or

(4) Repair, rebuild, or replace the property with other property of like kind and quality subject to **b.**, **c.**, **d.** and **e.** below.

b. A party wall is a wall that separates and is common to adjoining buildings that are owned by different parties. In settling covered losses involving a party wall, we will pay a proportion of the loss to the party wall based on your interest in the wall in proportion to the interest of the owner of the adjoining building. However, if you elect to repair or replace your building and the owner of the adjoining building elects not to repair or replace that building, we will pay you the full value of the loss to the party wall, subject to all applicable Coverage Part provisions including Limits of Insurance, the Valuation Loss Condition and all other provisions of this Loss Payment Loss Condition. Our payment under the provisions of this paragraph does not alter any right of subrogation we may have against any entity, including the owner or insurer of the adjoining building, and does not alter the terms of the Additional Condition – Transfer of Rights of Recovery Against Others To Us in this Coverage Form.

c. Except as provided in the Additional Coverage - Ordinance or Law Coverage, the cost to repair, rebuild or replace does not include the increased cost attributable to enforcement of any ordinance or law regulating the construction, use or repair of any property.

d. The following loss payment provisions are subject to the apportionment procedures set forth in Additional Coverage – Ordinance or Law Coverage:

The most we will pay, for the total of all covered losses in any one occurrence under Coverage **A** – Coverage For Loss To The Undamaged Portion of the Building, Coverage **B** – Demolition Cost Coverage and Coverage **C** – Increased Cost of Construction Coverage, is the Combined Limit of Insurance shown in the Declarations for Ordinance or Law Coverage. Subject to this Combined Limit of Insurance, the following loss payment provisions apply:


© 2011 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

(1) For a loss in value of an undamaged portion of a building to which Coverage A applies, the loss payment for that undamaged portion of the building will be determined as follows:

(a) If Replacement Cost Coverage applies and the property is being repaired or replaced, on the same or another location, we will not pay more than the lesser of:

(i) The cost to repair, rebuild or reconstruct the undamaged portion of the building that was necessarily demolished as a consequence of the ordinance or law but not for more than the amount it would cost to restore that undamaged portion of the building on the same location and to the same height, floor area, style and comparable quality of the original property insured; or

(ii) The Combined Limit of Insurance shown in the Declarations for the Additional Coverage – Ordinance or Law Coverage.

(b) If Replacement Cost Coverage applies and the property is not repaired or replaced, or if Replacement Cost Coverage does not apply, we will not pay more than the lesser of:

(i) The Actual Cash Value at the time of loss of the undamaged portion of the building that is required to be demolished as a consequence of the ordinance or law; or

(ii) The Combined Limit of Insurance shown in the Declarations for the Additional Coverage – Ordinance or Law Coverage.

(2) Loss payment under Coverage **B** will be determined as follows:

(a) The amount you actually spend to demolish and clear the site; or

(b) The Combined Limit of Insurance shown in the Declarations for the Additional Coverage – Ordinance or Law Coverage;

whichever is less.

(3) Loss payment under Coverage **C** will be determined as follows:

(a) We will not pay under Coverage **C**:

(i) Until the property is actually repaired or replaced, at the same or another location; and

(ii) Unless the repairs or replacement are made as soon as reasonably possible after the loss or damage, not to exceed two years. We may extend this period in writing during the two years.

(b) If the building is repaired or replaced at the same location, or if you elect to rebuild at another location, the most we will pay under Coverage **C** is the lesser of:

(i) The increased cost of construction at the same location; or

(ii) The Combined Limit of Insurance shown in the Declarations for the Additional Coverage – Ordinance or Law Coverage.

(c) If the ordinance or law requires relocation to another location, the most we will pay under Coverage **C** is the lesser of:

(i) The increased cost of construction at the new location; or

(ii) The Combined Limit of Insurance shown in the Declarations for the Additional Coverage – Ordinance or Law Coverage.

**e.** Except as specifically provided under the:

(1) Green Building Alternatives – Increased Cost Additional Coverage; and

(2) Green Building Reengineering and Recertification Expense Additional Coverage;


© 2011 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

DM 07312026

the cost to repair, rebuild or replace does not include any cost incurred to reattain a pre-loss level of "green building" certification from a "Green Authority".

f. With respect to our options listed in 4.a.(1) through 4.a.(4) above, we will give notice of our intentions within 30 days after we receive the proof of loss.

g. We will not pay you more than your financial interest in the Covered Property.

h. We may adjust losses with the owners of lost or damaged property if other than you. If we pay the owners, such payments will satisfy your claims against us for the owner's property. We will not pay the owners more than their financial interest in the Covered Property.

i. We may elect to defend you against suits arising from claims of owners of property. We will do this at our expense.

j. We will pay for covered loss or damage within 30 days after we receive the sworn proof of loss, if:

(1) You have complied with all of the terms of this Coverage Part; and

(2) (a) We have reached agreement with you on the amount of loss; or

(b) An appraisal award has been made.

k. At our option, we may make a partial payment toward any claims, subject to the policy provisions and our normal adjustment process. To be considered for a partial claim payment, you must submit a partial sworn proof of loss with supporting documentation. Any applicable policy deductibles must be satisfied before any partial payments are made.

5. **Recovered Property**

If either you or we recover any property after loss settlement, that party must give the other prompt notice. At your option, the property will be returned to you. You must then return to us the amount we paid to you for the property.

a. We will pay:

(1) Recovery expenses; and

(2) Costs to repair the recovered property;

b. But the amount we will pay will not exceed:

(1) The total of **a.(1)** and **a.(2)** above;

(2) The value of the recovered property; or

(3) The Limit of Insurance;

whichever is less.

6. **Valuation**

We will determine the value of Covered Property in the event of loss or damage as follows:

a. At replacement cost as of the time of loss or damage, except as otherwise provided in this Valuation Loss Condition. Replacement cost is the cost to replace Covered Property at the time of loss or damage without deduction for depreciation.

(1) You may make a claim for loss or damage covered by this insurance on an actual cash value basis instead of on a replacement cost basis. In the event you elect to have loss or damage settled on an actual cash value basis, you may still make a claim on a replacement cost basis if you notify us of your intent to do so within 180 days after the loss or damage.

(2) We will not pay on a replacement cost basis for any loss or damage:

(a) Until the lost or damaged property is actually repaired or replaced; and

(b) Unless the repairs or replacement are made as soon as reasonably possible after the loss or damage.

Instead, we will pay on an actual cash value basis. This restriction does not apply to losses less than $10,000.

(3) We will not pay more for loss or damage on a replacement cost basis than the least of (a), (b), or (c), subject to (4) below:

(a) The Limit of Insurance applicable to the lost or damaged property;

(b) The cost to replace, at the same premises, the lost or damaged property with other property;

(i) Of comparable material and quality; and

 © 2011 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission. 

DM 07312026

(ii) Used for the same purpose; or

(c) The amount you actually spend that is necessary to repair or replace the lost or damaged property.

If a building is rebuilt at a different premises, the cost described in (b) above is limited to the cost which would have been incurred had the building been built at the original premises.

(4) The cost to repair, rebuild, or replace does not include the increased cost attributable to enforcement of any ordinance or law regulating the construction, use or repair of any property, except as provided in the Additional Coverage - Ordinance or Law Coverage.

b. "Electronic data processing equipment" will be valued at replacement cost as of the time and place of loss, in accordance with the replacement cost provisions contained in this Valuation Loss Condition. However, if replacement of "electronic data processing equipment" with comparable property is impossible, the replacement cost will be the cost of items that are similar to the damaged or destroyed equipment and intended to perform the same function, but which may include technological advances.

In no event will the value determined for:

(1) "Electronic data processing equipment" owned by others exceed the amount for which you are liable; or

(2) "Electronic data processing equipment" that is obsolete or no longer used by you exceed the actual cash value of such equipment at the time of loss.

c. "Electronic data processing data and media" will be valued at:

(1) The cost of blank media; and

(2) The cost of labor to copy the electronic data from a duplicate of the electronic data, but only if the lost electronic data is actually copied.

The restoration of "electronic data processing data and media" for which duplicates do not exist is provided under the Electronic Data Processing Data and Media Coverage Extension.

d. Tenant's improvements and betterments at:

(1) Replacement cost of the lost or damaged property if it is actually repaired or replaced as soon as reasonably possible.

(2) A proportion of your original cost if you do not make repairs as soon as reasonably possible. We will determine the proportionate value as follows:

(a) Multiply the original cost by the number of days from the loss or damage to the expiration of the lease; and

(b) Divide the amount determined in (a) above by the number of days from the installation of improvements to the expiration of the lease.

If your lease contains a renewal option, the expiration of the renewal option period will replace the expiration of the lease in this procedure.

(3) Nothing if others pay for repairs or replacement.

e. Personal property you have sold but not delivered at the selling price less discounts and expenses you otherwise would have had.

f. Personal property of others at the lesser of:

(1) The valuation of such property if it were owned by you; or

(2) The amount for which you are contractually liable, not to exceed the replacement cost.

g. "Stock" in process at the cost of raw materials and labor, plus the proper proportion of overhead charges.

h. Finished "stock" you manufacture at:

(1) The selling price, as if no loss or damage occurred;

(2) Less discounts and expenses you otherwise would have had.

i. Personal property in transit at:

(1) (a) The amount of invoice; or


© 2011 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

DM 07312026

(b) In the absence of an invoice, the least of the following:

(i) The value of the Covered Property;

(ii) The cost of reasonably restoring that property to its condition immediately before loss or damage; or

(iii) The cost of replacing that property with substantially the same property;

plus

(2) The amount of any prepaid freight charges and other shipping costs or charges that are incurred while the property is in transit.

j. Glass at:

(1) The cost of replacement with safety glazing material if required by law;

plus

(2) The amount of reasonable expenses incurred to put up temporary plates or board up openings if repair or replacement of the damaged glass is delayed.

k. "Valuable papers and records" at the cost of:

(1) Blank material for reproducing the records; and

(2) Labor to transcribe or copy records for which duplicates exist.

The restoration of data on "valuable papers and records" for which duplicates do not exist is provided under the Valuable Papers and Records – Cost of Research Coverage Extension.

l. Works of arts, antiques or rare articles at the least of:

(1) The price at which the property could likely be sold prior to loss or damage if offered for sale in a fair market on the date the loss or damage occurred;

(2) The cost of reasonably restoring that property; or

(3) The cost of replacing that property with substantially the same property.

m. Personal property at "exhibitions" at the lesser of replacement cost or the original cost to you.

n. Patterns, dies, molds, and forms not in current usage at actual cash value. If loss is paid on an actual cash value basis, and within 24 months from the date of the loss you need to rep air or replace one or more of them, we will pay you, subject to the conditions of this insurance, the difference between actual cash value and replacement cost for those pattems, molds and dies which are actually repaired or replaced.

o. Personal property valuation includes the pro-rated value of non-refundable and non-transferable extended warranties, maintenance contracts or service contracts that you purcha sed, on lo st or damaged personal property that you repair or replace. This applies only when the extended warranty, maintenance contract or service contract is voided due to the loss or damage to the personal property.

p. If branded or labeled merchandise that is Covered Property is damaged by a Covered Cause of Loss and we take all or part of the property at an agreed or appraised value, we will pay, subject to the Limit of Insurance that applies to the damaged property:

(1) The reasonable expenses you incur to:

(a) Stamp the word *Salvage* on the merchandise or its containers, if the stamp will not physically damage the merchandise; or

(b) Remove the brands or labels, if doing so will not physically damage the merchandise. You must re-label the merchandise or its containers to comply with the law.

(2) The reduction in the salvage value of the damaged merchandise with the brand or label removed.

q. If you decide to repair or rebuild buildings which have sustained loss or damage, our payment will include any reasonable and necessary architectural, engineering, consulting or supervisory fees incurred. This will not increase the applicable Limits of Insurance.

r. Pairs, sets or parts:

(1) In case of loss to any part of a pair or set we may at our option:


© 2011 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

(a) Repair or replace any part to restore the pair or set to its value before the loss; or

(b) Pay the difference between the value of the pair or set before and after the loss.

(2) In case of loss to any part of Covered Property consisting of several parts when complete, we will only pay for the value of the lost or damaged part.

H. ADDITIONAL CONDITIONS

The following conditions apply in addition to the Common Policy Conditions – Deluxe:

1. **Concealment, Misrepresentation or Fraud**

This Coverage Part is void in any case of fraud by you as it relates to this Coverage Part at any time. It is also void if you or any other insured, at any time, intentionally conceal or misrepresent a material fact concerning:

a. This Coverage Part;

b. The Covered Property;

c. Your interest in the Covered Property; or

d. A claim under this Coverage Part.

2. **Control of Property**

The breach of any condition of this Coverage Part as a result of act or neglect of any person other than you beyond your direction or control will not affect this insurance.

The breach of any condition of this Coverage Part at any one or more locations will not affect coverage at any location where, at the time of loss or damage, the breach of condition does not exist.

3. **Currency**

The amounts used within this Coverage Part are in the currency of the United States of America and all premium and losses are payable in United States currency. In the event of a loss adjustment involving currency other than United States currency, the conversion into United States currency will be at the published rate of exchange as of the date of the loss.

4. **Legal Action Against Us**

No one may bring a legal action against us under this Coverage Part unless:

a. There has been full compliance with all of the terms of this Coverage Part; and

b. The action is brought within 2 years after the date on which the direct physical loss or damage occurred.

5. **Liberalization**

If we adopt any revision that would broaden the coverage under this Coverage Part without additional premium within 60 days prior to or during the policy period, the broadened coverage will immediately apply to this Coverage Part.

6. **Mortgageholders**

a. The term mortgageholder includes trustee.

b. We will pay for covered loss of or damage to buildings or structures to each mortgageholder shown in the Declarations in their order of precedence, as interests may appear.

c. The mortgageholder has the right to receive loss payment even if the mortgageholder has started foreclosure or similar action on the building or structure.

d. If we deny your claim because of your acts or because you have failed to comply with the terms of this Coverage Part, the mortgageholder will still have the right to receive loss payment if the mortgageholder:

(1) Pays any premium due under this Coverage Part at our request if you have failed to do so;

(2) Submits a signed, sworn proof of loss within 60 days after receiving notice from us of your failure to do so; and

(3) Has notified us of any change in ownership, occupancy or substantial change in risk known to the mortgageholder.

All of the terms of this Coverage Part will then apply directly to the mortgageholder.

e. If we pay the mortgageholder for any loss or damage and deny payment to you because of your acts or because you have failed to comply with the terms of this Coverage Part:

(1) The mortgageholder's rights under the mortgage will be transferred to us to the extent of the amount we pay; and


© 2011 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

DM 07312026

(2) The mortgageholder's right to recover the full amount of the mortgage-holder's claim will not be impaired.

At our option, we may pay to the mortgageholder the whole principal on the mortgage plus any accrued interest. In this event, your mortgage and note will be transferred to us and you will pay your remaining mortgage debt to us.

f. If we cancel this policy, we will give written notice to the mortgageholder at least:

(1) 10 days before the effective date of cancellation if we cancel for your non-payment of premium; or

(2) 60 days before the effective date of cancellation if we cancel for any other reason.

g. If we elect not to renew this policy, we will give written notice to the mortgageholder at least 60 days before the expiration date of this policy.

7. **No Benefit to Bailee**

No person or organization, other than you, having custody of Covered Property will benefit from this insurance.

8. **Other Insurance**

a. You may have other insurance subject to the same plan, terms, conditions and provisions as the insurance under this Coverage Part. If you do, we will pay our share of the covered loss or damage. Our share is the proportion that the applicable Limit of Insurance under this Coverage Part bears to the Limits of Insurance of all insurance covering on the same basis.

b. If there is other insurance covering the same loss or damage, other than that described in Paragraph **a.** above, we will pay only for the amount of covered loss or damage in excess of the amount due from that other insurance, whether you can collect on it or not. But we will not pay more than the applicable Limit of Insurance.

c. If loss or damage is also covered by a service agreement, any amounts payable for such loss or damage under this Coverage Part will be excess over any amounts payable under such agreement. Service agreement means a service plan, property restoration plan, or similar service warranty agreement, even if it is characterized as insurance.

9. **Policy Period, Coverage Territory**

Under this Coverage Part:

a. We cover loss or damage commencing:

(1) During the policy period shown in the Declarations; and

(2) Within the Coverage Territory.

b. Except as otherwise specifically provided, the Coverage Territory is:

(1) The United States of America (including its territories and pos sessions);

(2) Puerto Rico; and

(3) Canada.

10. **Transfer of Rights of Recovery Against Others to Us**

If any person or organization to or for whom we make payment under this Coverage Part has rights to recover damages from another, those rights are transferred to us to the extent of our payment. That person or organization must do everything necessary to secure our rights and must do n othing after loss to impair them. But you may waive your rights against another party in writing:

a. Prior to a loss under this Coverage Part.

b. After a loss under this Coverage Part only if, at time of loss, that party is one of the following:

(1) Someone insured by this insurance;

(2) A business firm:

(a) Owned or controlled by you; or

(b) That owns or controls you; or

(3) Your tenant.

This will not restrict your insurance.

11. **Unintentional Errors In Description**

Your error in ho w you describe the addre ss of a location in the Location Schedule shall not prejudice coverage afforded by this policy, provided such error is not intentional. Any such error shall be reported and corrected when discovered and appropriate premium charged.

**I. OPTIONAL COVERAGES**

If shown as applicable in the Declarations, the following Optional Coverages apply separately to each item.


© 2011 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

DM 07312026

1. **Actual Cash Value** replaces the term Replacement Cost where used in the Valuation Loss Conditions in Section **G.6.** of this Coverage Form.

2. **Inflation Guard**

   a. The Limit of Insurance for property to which this Optional Coverage applies will automatically increase by the annual percentage shown in the Declarations.

   b. The amount of increase will be:

      (1) The Limit of Insurance that applied on the most recent of the policy inception date, the policy anniversary date, or any other policy change amending the Limit of Insurance; times

      (2) The percentage of annual increase shown in the Declarations, expressed as a decimal (example: 8% is .08); times

      (3) The number of days since the beginning of the current policy year or the effective date of the most recent policy change amending the Limit of Insurance, divided by 365.

   Example:

   If:

   The applicable Limit of Insurance is: $100,000

   The annual percentage increase is: 8%

   The number of days since the beginning of the policy year (or last policy change) is: 146

   The amount of the increase is: $100,000 x .08 x 146/365 = $3,200

J. DEFINITIONS

1. **"Electronic Data Processing Data and Media"** means the following:

   a. "Electronic data processing data and media" means:

      (1) Data stored on, created or used on, or transmitted to or from computer software (including systems and applications software) on electronic data processing recording or storage media such as hard or floppy disks, CDs, DVDs, flash memory, tapes, drives, cells, data processing devices or any other repositories of computer software which are used with electronically controlled equipment;

      (2) The electronic media on which the data is stored; and

      (3) Programming records and instructions used with "electronic data processing equipment".

   b. "Electronic data processing data and media" does not mean:

      (1) Prepackaged software;

      (2) Property that you manufacture or hold for sale; or

      (3) Property that is licensed, leased, or rented to others.

2. **"Electronic Data Processing Equipment"** means the following:

   a. "Electronic data processing equipment" means any of the following equipment used in your data processing operations:

      (1) Electronic data processing equipment, facsimile machines, word processors, multi-functional telephone equipment and laptop and portable computers; and

      (2) Any component parts or peripherals of such equipment, including related surge protection devices.

   b. "Electronic data processing equipment" does not mean:

      (1) Property that is in the course of manufacture, or held for sale or distribution by you;

      (2) Property that is leased or rented to others; or

      (3) Equipment that is used to control or operate production-type machinery or equipment.

3. **"Employee Tools"** means tools and equipment owned by your employees and used in your business operations.

4. **"Exhibition"** means the temporary display of personal property at a convention, exposition, trade show or similar event at a location you do not own or regularly occupy.

5. **"Fine Arts"** means paintings, etchings, pictures, tapestries, art glass windows, valuable rugs, statuary, marbles, bronzes, antique furniture, rare books, antique silver, manuscripts, porcelains, rare glass, bric-a-brac and


© 2011 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

DM 07312026

similar property of rarity, historical value, or artistic merit.

6. "**Fungus**" means any type or form of fungus, including mold or mildew, and any mycotoxins, spores, scents, or by-products produced or released by fungi.

7. "**Green**" means products, materials, methods and processes that conserve natural resources, reduce energy or water consumption, avoid toxic or other polluting emissions or otherwise minimize the environmental impact.

8. "**Green Authority**" means a recognized authority on "green" building or "green" products, materials or processes.

9. "**Interior of a Building or Structure**" means any portion of a building or structure that is within the exterior-facing surface material of the building or structure.

10. "**Pollutants**" means any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals, waste and any unhealthful or hazardous building materials (including but not limited to asbestos and lead products or materials containing lead). Waste includes materials to be recycled, reconditioned or reclaimed.

11. "**Sinkhole Collapse**" means the sudden sinking or collapse of land into underground empty spaces created by the action of water on limestone or dolomite.

    This cause of loss does not include:

    (1) The cost of filling sinkholes; or

    (2) Sinking or collapse of land into man made underground cavities.

12. "**Specified Causes of Loss**" means the following: Fire; lightning; explosion; windstorm or hail; smoke (including the emission or puff back of smoke, soot, fumes or vapors from a boiler, furnace or related equipment); aircraft or vehicles; riot or civil commotion; vandalism; leakage from fire extinguishing equipment; "sinkhole collapse"; volcanic action; falling objects as limited below; weight of snow, ice or sleet; "water damage", all only as otherwise insured against in this Coverage Part.

    Falling objects does not include loss or damage to:

    a. Personal property in the open; or

    b. The "interior of a building or structure", or property inside a building or structure, unless the roof or an exterior wall of the building or structure is first damaged by a falling object.

    When the Causes of Loss – Earthquake endorsement, Causes of Loss – Earthquake Sprinkler Leakage endorsement or Causes of Loss – Broad Form Flood endorsement is included in this Coverage Part, "specified causes of loss" also includes such cause of loss, but only to the extent such cause of loss is insured against under this Coverage Part.

13. "**Stock**" means merchandise held in storage or for sale, raw materials and in-process or finished goods, including supplies used in their packing or shipping.

14. "**Territorial Waters**" means that portion of the sea which is immediately adjacent to the shores of any country and over which the sovereignty and exclusive jurisdiction of that country extends, but not exceeding 12 nautical miles from the mean low-water mark of the shore of that country.

15. "**Vacant**" means the following:

    a. When this policy is issued to a tenant, a building is "vacant" when it does not contain enough business personal property to conduct customary operations. With respect to tenant's interest in Covered Property, building means the unit or suite rented or leased to the tenant.

    b. When this policy is issued to the owner or general lessee of a building, a building is "vacant" unless at least 31% of its total square footage is:

       (1) Rented to a lessee or sub-lessee and used by the lessee or sub-lessee to conduct its customary operations; and/or

       (2) Used by the building owner to conduct customary operations.

       With respect to the owner or general lessee's interest in Covered Property, building means the entire building.

    c. A building under construction or renovation is not considered "vacant".

16. "**Valuable Papers and Records**" means inscribed, printed or written documents, manuscripts or records, including abstracts, books, deeds, drawings, films, maps and mortgages.


© 2011 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

DM 07312026

But "Valuable papers and records" does not mean:

a. Accounts receivable;

b. Money or securities; or

c. "Electronic data processing data and media" or any other data that exists on electronic media.

17. **"Water damage"** means:

a. Accidental discharge or leakage of water or steam as the direct result of the breaking apart or cracking of a plumbing, heating, air conditioning or other system or appliance (other than a sump system including its related equipment and parts) that is located on the described premises and contains water or steam; and

b. Accidental discharge or leakage of water as the direct result of the breaking apart or cracking of a water or sewer pipe that is located off the described premises, if the breakage or cracking is caused by wear and tear. This provision serves as an exception to the wear and tear exclusion under the Other Types of Losses Exclusion in Section **(C.2.i.)**. But water damage does not include loss or damage otherwise excluded under the terms of the Water Exclusion **(C.1.I.)**.



© 2011 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

# DELUXE BUSINESS INCOME (AND EXTRA EXPENSE) COVERAGE FORM

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is and is not covered.

Throughout this policy the words "you" and "your" refer to the Named Insured shown in the Declarations. The words "we", "us" and "our" refer to the Company providing this insurance.

Other words and phrases that appear in quotation marks have special meaning. REFER TO SECTION G. – DEFINITIONS in this Coverage Form and SECTION J. – DEFINITIONS in the Deluxe Property Coverage Form.

## A. COVERAGE

We will pay for:

- The actual loss of Business Income you sustain due to the necessary "suspension" of your "operations" during the "period of restoration"; and
- The actual Extra Expense you incur during the "period of restoration";

caused by direct physical loss of or damage to property at premises which are described in the Declarations and for which a Business Income and Extra Expense Limit of Insurance is shown in the Declarations. The loss or damage must be caused by or result from a Covered Cause of Loss. With respect to loss of or damage to personal property in the open or personal property in a vehicle, the described premises include the area within 1,000 feet of the site at which the described premises are located.

With respect to the requirements set forth in the preceding paragraph, if you occupy only part of the site at which the described premises are located, your premises means:

- The portion of the building which you rent, lease or occupy; and
- Any area within the building or on the site at which the described premises are located, if that area services, or is used to gain access to, the described premises.

1. **Business Income**
   a. Business Income means the sum of the:
      (1) Net Income (Net Profit or Loss before income taxes) that would have been earned or incurred; plus
      (2) Continuing normal operating expenses incurred, including payroll.

      For manufacturing risks, Net Income includes the net sales value of production.

   b. The coverage provided for Business Income is based on the entry shown in the Declarations for "Rental Value". When:
      (1) *Included* is shown, the term Business Income includes "Rental Value";
      (2) *Excluded* is shown, the term Business Income excludes "Rental Value";
      (3) *Only* is shown, the term Business Income means "Rental Value" only.

      If Limits of Insurance are shown under more than one of the above options, the provisions of this Coverage Part apply separately to each.

2. **Extra Expense**

   Extra Expense means reasonable and necessary expenses described in a., b. and c. below that you incur during the "period of restoration" and that you would not have incurred if there had been no direct physical loss of or damage to property caused by or resulting from a Covered Cause of Loss:

   a. Expenses to avoid or minimize the "suspension" of business and to continue "operations" at:
      (1) The described premises; or
      (2) Replacement premises or temporary locations, including:
         (a) Relocation expense s; and
         (b) Costs to equip and operate the replacement premises or temporary locations;
   b. Expenses to minimize the "suspension" of business if you cannot continue "operations"; or
   c. Expenses to repair or replace property, but only to the extent the amount of loss that otherwise would have been payable under this Coverage Form is reduced.


© 2011 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

3. **Covered Causes of Loss**

   Covered Causes of Loss means RISKS OF DIRECT PHYSICAL LOSS unless the loss is excluded or limited in:

   a. Section C. Exclusions or Section D. Limitations of the Deluxe Property Coverage Form; or

   b. Section B. Exclusions and Limitation of this Coverage Form; or

   c. In the Declarations or by endorsement.

4. **Additional Coverages**

   Each of the following Additional Coverages applies subject to the Limit(s) of Insurance stated in this Coverage Form, unless a revised Limit of Insurance or *Not Covered* is indicated in the Declarations or the coverage is otherwise amended by endorsement:

   a. **Alterations and New Buildings**

      We will pay for the actual loss of Business Income you sustain and the actual Extra Expense you incur due to direct physical loss or damage at the described premises caused by or resulting from a Covered Cause of Loss to:

      (1) New buildings or structures, whether complete or under construction;

      (2) Alterations or additions to existing buildings or structures; and

      (3) Machinery, equipment, supplies or building materials located on or within 1,000 feet of the described premises and:

         (a) Used in the construction, alterations or additions; or

         (b) Incidental to the occupancy of new buildings.

      If such direct physical loss or damage delays the start of "operations", the "period of restoration" for Business Income coverage will begin on the date "operations" would have begun if the direct physical loss or damage had not occurred. This change in the start of the "period of restoration" does not apply to Extra Expense.

   b. **Business Income From Dependent Property**

      (1) We will pay for:

         (a) The actual loss of Business Income you sustain due to the necessary "suspension" of your "operations" during the "period of restoration"; and

         (b) The actual Extra Expense you incur during the "period of restoration";

         caused by direct physical loss of or damage to property at the premises of a "dependent property" located anywhere in the world provided that no sanction, embargo or similar regulation imposed by the United States of America prohibits us from covering such loss. The loss or damage to the property must be caused by or result from a Covered Cause of Loss.

      (2) This Additional Coverage does not apply to "dependent property" for which you have more specific insurance under this or any other policy.

      (3) The most we will pay in any one occurrence under this Additional Coverage for loss of Business Income and Extra Expense arising out of damage to property at the premises of a "dependent property" located:

         (a) Within the Coverage Territory is $100,000; and

         (b) Anywhere in the world outside of the Coverage Territory is $100,000.

      (4) With respect only to the insurance provided under this Additional Coverage, the phrase, *at the described premises*, as used in the definition of "period of restoration" is deleted and replaced by the phrase *at the premises of a "dependent property"*.

   c. **Civil Authority**

      (1) When a Covered Cause of Loss causes damage to property other than property at the described premises, we will pay for the actual loss of Business Income you sustain and the actual Extra Expense you incur caused by action of civil authority that prohibits access to the described premises, provided that both of the following apply:

         (a) Access to the area immediately surrounding the damaged property is prohibited by civil authority as a result of the damage, and


© 2011 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

DM 07312026

the described premises are within that area but are not more than 100 miles from the damaged property; and

**(b)** The action of civil authority is taken in response to dangerous physical conditions resulting from the damage or continuation of the Covered Cause of Loss that caused the damage, or the action is taken to enable a civil authority to have unimpeded access to the damaged property.

**(2)** Civil Authority Coverage for Business Income will begin 72 hours after the time of the first action of civil authority that prohibits access to the described premises and will apply for a period of up to thirty consecutive days from the date on which such coverage began.

**(3)** Civil Authority Coverage for Extra Expense will begin immediately after the time of the first action of civil authority that prohibits access to the described premises and will end:

**(a)** Thirty consecutive days after the date of that action; or

**(b)** When your Civil Authority Coverage for Business Income ends;

whichever is later.

**d. Contract Penalties**

**(1)** We will pay for Contract Penalties you incur due to the necessary "suspension" of your "operations" during the "period of restoration". The "suspension" of your "operations" must be caused by direct physical loss or damage by a Covered Cause of Loss to property at the described premises, including "finished stock" and personal property in the open (or in a vehicle) within 1,000 feet of the described premises.

**(2)** As used in this Additional Coverage, Contract Penalties means amounts which, under the terms of a written contract that is in effect at the time of the direct physical loss or damage, you are required to pay to your customers for failure to deliver your products or services on time.

**(3)** The most we will pay for all Contract Penalties incurred in any one occurrence under this Additional Coverage, regardless of the number of contracts involved is $25,000.

**e. Extended Business Income**

**(1) Business Income Other Than "Rental Value"**

If the necessary "suspension" of your "operations" produces a Business Income loss payable under this Coverage Part, we will pay for the actual loss of Business Income you incur during the period that:

**(a)** Begins on the date property (except "finished stock") is actually repaired, rebuilt or replaced and "operations" are resumed; and

**(b)** Ends on the earlier of:

**(i)** The date you could restore your "operations", with reasonable speed, to the level which would generate the Business Income amount that would have existed if no direct physical loss or damage had occurred; or

**(ii)** 180 consecutive days after the date determined in **(1)(a)** above, unless otherwise stated in the Declarations or by endorsement.

However, Extended Business Income does not apply to loss of Business Income incurred as a result of unfavorable business conditions caused by the impact of the Covered Cause of Loss in the area where the described premises are located.

Loss of Business Income must be caused by direct physical loss of or damage to property at the described premises caused by or resulting from a Covered Cause of Loss.

**(2) "Rental Value"**

If the necessary "suspension" of your "operations" produces a "Rental Value" loss payable under this Coverage Part, we will pay for the actual loss of "Rental Value" you incur during the period that:


© 2011 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

(a) Begins on the date property is actually repaired, rebuilt or replaced and tenantability is restored; and

(b) Ends on the earlier of:

(i) The date you could restore tenant occupancy, with reasonable speed, to the level which would generate the "Rental Value" that would have existed if no direct physical loss or damage had occurred; or

(ii) 180 consecutive days after the date determined in **(2)(a)** above, unless otherwise stated in the Declarations or by endorsement.

However, Extended Business Income does not apply to loss of "Rental Value" incurred as a result of unfavorable business conditions caused by the impact of the Covered Cause of Loss in the area where the described premises are located.

Loss of "Rental Value" must be caused by direct physical loss or damage at the described premises caused by or resulting from a Covered Cause of Loss.

**f. Fungus, Wet Rot or Dry Rot – Amended Period of Restoration**

(1) The coverage described in **f.(2)** and **f.(3)** below only applies when "fungus", wet rot or dry rot is the result of any of the "specified causes of loss", other than fire or lightning, that occurs at the described premises during the policy period, and only if all reasonable means have been used to save and preserve the property from further damage at the time of and after that occurrence.

(2) If the cause of loss at the described premises which results in "fungus", wet rot or dry rot does not, in itself, necessitate a "suspension" of "operations", but such "suspension" of "operations" is necessary due to loss or damage to property at the described premises caused by "fungus", wet rot or dry rot, then our payment for loss of Business Income and Extra Expense is limited to the actual amount of such loss and expense sustained during a period of not more than 30 days unless another number of days is shown in the Declarations. The days need not be consecutive.

(3) If a covered "suspension" of "operations" is caused by a cause of loss at the described premises other than "fungus", wet rot or dry rot, but remediation of resulting loss by "fungus", wet rot or dry rot prolongs the "period of restoration", we will pay for the actual loss of Business Income and the actual Extra Expense sustained during the delay (regardless of when such a delay occurs during the "period of restoration"), but such coverage is limited to a period of not more than 30 days unless another number of days is shown in the Declarations. The days need not be consecutive.

(4) The Fungus, Wet Rot or Dry Rot exclusion in Section **C.1.c.** of the Deluxe Property Coverage Form does not apply to the insurance specifically provided under this Additional Coverage.

**g. Green Building Alternatives – Increased Period of Restoration**

If direct physical loss or damage by a Covered Cause of Loss occurs to a building at a described premises, we will pay for the actual loss of Business Income you sustain and the actual Extra Expense you incur during the reasonable and necessary increase in the "period of restoration" that is incurred to:

(1) Repair or replace the lost or damaged portions of the building using products or materials that:

(a) Are "green" alternatives to the products or materials of the lost or damaged property, in accordance with the documented standards of a "Green Authority"; and

(b) Are otherwise of comparable quality and function to the damaged property;

and

(2) Employ "green" methods or processes of construction, disposal or recycling in the course of repair and replacement of the lost or damaged


© 2011 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

building, in accordance with the documented standards of a "Green Authority";

subject to a maximum of 30 additional days, unless another number of days is shown in the Declarations, from the date the "period of restoration" would otherwise have ended.

**h. Ordinance or Law – Increased Period of Restoration**

(1) If direct physical loss or damage by a Covered Cause of Loss occurs to property at the described premises, we will pay for the actual loss of Business Income you sustain and the actual Extra Expense you incur during the reasonable and necessary increase in the "period of restoration" caused by or resulting from the enforcement of any ordinance or law which:

(a) Regulates the construction or repair of any property;

(b) Requires the tearing down of parts of property not damaged by a Covered Cause of Loss; and

(c) Is in force at the time of loss.

However, this Additional Coverage applies only to the increased period required to repair or reconstruct the property to comply with the minimum standards of such ordinance or law.

(2) This Additional Coverage does not apply to any loss caused by or resulting from:

(a) The enforcement of any ordinance or law which requires:

(i) The demolition, repair, replacement, reconstruction, remodeling or remediation of property due to contamination by "pollutants" or due to the presence, growth, proliferation, spread or any activity of "fungus", wet rot or dry rot; or

(ii) Requires any insured or others to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of "pollutants", "fungus", wet rot or dry rot;

or

(b) The enforcement of any ordinance or law which:

(i) You were required to comply with before the loss, even if the building was undamaged; and

(ii) You failed to comply with.

(3) The Ordinance or Law exclusion in Section **C.1.h.** of the Deluxe Property Coverage Form does not apply to the insurance specifically provided under this Additional Coverage.

(4) The most we will pay for loss and expense in any one occurrence under this Additional Coverage is $250,000.

**5. Coverage Extensions**

Each of the following Coverage Extensions applies subject to the Limit of Insurance stated in this Coverage Form, unless a different Limit of Insurance or *Not Covered* is indicated in the Declarations, or the coverage is otherwise amended by endorsement:

**a. Claim Data Expense**

(1) You may extend the insurance provided by this Coverage Form to apply to the reasonable expenses you incur in the preparation of claim data when we require it to adjust a covered loss. This includes the cost of preparing income statements and other documentation to show the extent of loss.

(2) We will not pay for:

(a) Any expenses incurred, directed or billed by or payable to attorneys, insurance adjusters or their associates or subsidiaries;

(b) Any costs as provided in the Appraisal Loss Condition; or

(c) Any expenses incurred, directed or billed by or payable to insurance brokers or agents, or their associates or subsidiaries, without our written consent prior to such expenses being incurred.

(3) The most we will pay in any one occurrence under this Extension is $25,000.


© 2011 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

DM 07312026

**b. Ingress or Egress**

(1) You may extend the insurance provided by this Coverage Form for:

(a) The actual loss of Business Income you sustain due to the necessary "suspension" of your "operations" during the "period of restoration"; and

(b) The actual Extra Expense you incur during the "period of restoration";

to apply to the actual amount of such loss of Business Income and Extra Expense that you incur when ingress to or egress from the described premises is prevented (other than as provided in the Civil Authority Additional Coverage).

(2) The prevention of ingress to or egress from the described premises must be caused by direct physical loss or damage by a Covered Cause of Loss to property that is away from, but within 1 mile of the described premises, unless a different number of miles is shown in the Declarations. This coverage will apply for up to 30 consecutive days from the date when the ingress or egress is first prevented.

(3) The most we will pay under this Extension for the sum of Business Income loss and Extra Expense incurred in any one occurrence is $25,000.

**c. Newly Acquired Locations**

(1) You may extend the insurance provided by this Coverage Form for:

(a) The actual loss of Business Income you sustain due to the necessary "suspension" of your "operations" during the "period of restoration"; and

(b) The actual Extra Expense you incur during the "period of restoration";

to apply to the actual amount of such loss of Business Income and Extra Expense that you incur caused by direct physical loss or damage by a Covered Cause of Loss to property (including property under construction) at any location you newly acquire by purchase, lease or otherwise, other than at "exhibitions".

(2) The most we will pay under this Extension for the sum of Business Income loss and Extra Expense incurred in any one occurrence is $500,000 at each newly acquired location.

(3) With respect only to the insurance provided under this Extension, the phrase, *at the described premises*, as used in the definition of "period of restoration" is deleted and replaced by the phrase at *a newly acquired location*.

(4) Insurance under this Extension for each newly acquired location will end when any of the following first occurs:

(a) This policy expires;

(b) 180 days expire after you acquire or begin to construct the property;

(c) You report the location to us; or

(d) Coverage for Business Income and Extra Expense at the location is more specifically insured.

We will charge you additional premium for values reported from the date you acquire the property.

**d. Pollutant Cleanup and Removal**

(1) You may extend the insurance provided by this Coverage Form for:

(a) The actual loss of Business Income you sustain due to the necessary "suspension" of your "operations" during the "period of restoration"; and

(b) The actual Extra Expense you incur during the "period of restoration";

to apply to the actual amount of such loss of Business Income and Extra Expense that you incur during the increased period of time necessarily required to extract "pollutants" from land or water at the described premises.

(2) The insurance provided under this Extension applies only if the discharge, dispersal, seepage, migration, release or escape of the "pollut-


© 2011 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

ants" into the land or water is caused by or results from direct physical loss or damage by any of the "specified causes of loss" which occurs:

(a) To property at the described premises that is Covered Property under the Deluxe Property Coverage Form of this policy; and

(b) During the Policy Period.

(3) The most we will pay under this Extension for the sum of Business Income loss and Extra Expense incurred arising out of all "specified causes of loss" that occur during each separate 12 month period of this policy (beginning with the effective date of this policy), is $25,000.

e. **Transit Business Income**

(1) You may extend the insurance provided by this Coverage Form for:

(a) The actual loss of Business Income you sustain due to the necessary "suspension" of your "operations" during the "period of restoration"; and

(b) The actual Extra Expense you incur during the "period of restoration";

to apply to the actual amount of such loss of Business Income and Extra Expense that you incur caused by direct physical loss or damage by a Covered Cause of Loss to property while in the due course of transit at your risk within the Coverage Territory.

(2) This Extension does not apply to loss caused by or resulting from loss of or damage to:

(a) Shipments by a government postal service, except by registered mail;

(b) Export and import shipments while covered under an ocean marine cargo or other insurance policy;

(c) Property while waterborne except while in transit by inland water carriers or by coastwise vessels operating within "territorial waters";

(d) Property of others for which you are responsible while acting as a common or contract carrier, carloader, freight forwarder, freight consolidator, freight broker, shipping association or similar arranger of transportation, or as a public warehouseman;

(e) Property within a conveyance or container caused by theft while the conveyance or container is unattended unless the portion of the conveyance or container containing the property is fully enclosed and securely locked, and the theft is by forcible entry of which there is visible evidence; or

(f) The transporting conveyance.

(3) With respect only to the insurance provided under this Extension, the phrase, *at the described premises*, as used in the definition of "period of restoration" is deleted and replaced by the phrase *in the due course of transit*.

(4) The most we will pay under this Extension for the sum of Business Income loss and Extra Expense incurred in any one occurrence is $25,000.

f. **Undescribed Premises**

(1) You may extend the insurance provided by this Coverage Form for:

(a) The actual loss of Business Income you sustain due to the necessary "suspension" of your "operations" during the "period of restoration"; and

(b) The actual Extra Expense you incur during the "period of restoration";

to apply to the actual amount of such loss of Business Income and Extra Expense that you incur caused by direct physical loss or damage by a Covered Cause of Loss to property at Undescribed Premises, as defined in (2) below.

(2) Undescribed Premises, as used in this Extension, means premises:

(a) Owned, leased or operated by you; or


© 2011 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

(b) Not owned, leased or operated by you, where your business personal property or business personal property of others in your care custody or control is located;

that are within the Coverage Territory and not described in the Declarations nor reported to or accepted by us for coverage under this Coverage Form.

(3) This Extension does not apply to loss caused by or resulting from loss or damage to property:

(a) At the premises of a "dependent property";

(b) At any location to which the Newly Acquired Locations Coverage Extension applies; or

(c) In the due course of transit.

(4) The most we will pay under this Extension for the sum of Business Income loss and Extra Expense incurred in any one occurrence is $25,000.

(5) With respect only to the insurance provided under this Extension, the phrase *at the described premises*, as used in the definition of "period of restoration", is replaced by the phrase *at Undescribed Premises*.

**B. EXCLUSIONS AND LIMITATION**

The following exclusions and limitation apply in addition to the exclusions and limitations contained in the Deluxe Property Coverage Form.

**1. Exclusions**

We will not pay for:

a. Any loss caused by or resulting from:

(1) Damage or destruction of "finished stock"; or

(2) The time required to reproduce "finished stock".

This exclusion does not apply to Extra Expense or to the insurance provided under the Contract Penalty Additional Coverage.

b. Any loss caused by or resulting from direct physical loss of or damage to the following property:

(1) Harvested grain, hay, straw or other crops while outside of buildings;

(2) Outdoor trees, shrubs, plants, lawns (including fairways, greens and tees), artificial turf and associated underlayment, growing crops, land or water;

(3) Communication, radio or television antennas (including satellite dishes), and their lead-in wiring, masts or towers;

(4) Animals, unless the loss is caused by or results from a "specified cause of loss", and then only if, as a direct result of the "specified cause of loss", the animals are killed or their death or destruction is made necessary; or

(5) Human body parts and fluids, including organs, tissues, blood and cells.

c. Any increase of loss caused by or resulting from:

(1) Delay in rebuilding, repairing or replacing the property or resuming "operations", due to interference at the location of the rebuilding, repair or replacement by strikers or other persons; or

(2) Suspension, lapse or cancellation of any license, lease or contract. But if the suspension, lapse or cancellation is directly caused by the "suspension" of "operations", we will cover such loss that affects your Business Income during the "period of restoration" and any extension of the "period of restoration" in accordance with the terms of the Extended Business Income Additional Coverage or any variation thereof.

d. Any Extra Expense caused by or resulting from suspension, lapse or cancellation of any license, lease or contract beyond the "period of restoration".

e. Any other consequential loss including fines and penalties, except as specifically provided under the Contract Penalties Additional Coverage.

**2. Limitation – Electronic Media and Records**

a. We will not pay for any loss of Business Income caused by direct physical loss of or damage to electronic media and records after the longer of:

(1) 60 consecutive days from the date of direct physical loss or damage; or

 © 2011 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission. 

DM 07312026

(2) The period, beginning with the date of direct physical loss or damage, necessary to repair, rebuild or replace, with reasonable speed and similar quality, other property at the described premises (or other location of the loss to which this insurance applies) which suffered loss or damage in the same occurrence.

This Limitation does not apply to Extra Expense.

b. Electronic Media and Records are:

(1) Electronic data processing, recording or storage media such as hard or floppy disks, CDs, DVDs, flash memory, tapes, drives, cells, data processing devices or any other repositories of computer software which are used with electronically controlled equipment;

(2) Data stored on such media; or

(3) Programming records used for electronic data processing or electronically controlled equipment.

EXAMPLE NO. 1

A Covered Cause of Loss damages a computer on June 1. It takes until September 1 to replace the computer, and until October 1 to restore the computer data that was lost when the damage occurred. We will only pay for the Business Income loss sustained during the period June 1 - September 1. Loss during the period September 2 - October 1 is not covered.

EXAMPLE NO. 2

A Covered Cause of Loss results in the loss of data processing programming records on August 1. The records are replaced on October 15. We will only pay for the Business Income loss sustained during the period August 1 - September 29 (60 consecutive days). Loss during the period September 30 - October 15 is not covered.

## C. LIMITS OF INSURANCE

The most we will pay for loss or damage in any one occurrence is the applicable Limit of Insurance shown in the Declarations, Schedules, Coverage Form(s), or Endorsement(s).

Payments under:

1. The following Additional Coverages:

   a. Alterations and New Buildings;

   b. Civil Authority;

   c. Extended Business Income;

   d. Fungus, Wet Rot or Dry Rot – Amended Period of Restoration;

   e. Green Building Alternatives – Increased Period of Restoration;

   and

2. The Ingress or Egress Coverage Extension;

are included in and do not increase the applicable Limits of Insurance.

The remaining Additional Coverages in Section A.4. and the remaining Coverage Extensions in Section A.5. are additional insurance.

## D. DEDUCTIBLE

1. An hour deductible applies to your Business Income coverage. We will not pay for loss of Business Income in any one occurrence that is incurred during the period of time that:

   a. Begins at the time of direct physical loss or damage that triggers the Business Income coverage; and

   b. Continues for the consecutive number of hours shown in the Declarations as the applicable Business Income hour deductible.

2. The Business Income hour deductible described in 1. above does not:

   a. Apply to or alter the coverage period that applies to the Business Income coverage provided under the Civil Authority Additional Coverage; or

   b. Apply to the Contract Penalties Additional Coverage.

3. If a separate dollar deductible applies to other loss or damage in that same occurrence under this Coverage Part, such dollar deductible will apply to that other loss or damage and only the hourly deductible will apply to your loss of Business Income.

4. No deductible applies to Extra Expense.

## E. LOSS CONDITIONS

The following conditions apply in addition to the Common Policy Conditions – Deluxe, the Loss Condition – Duties in the Event of Loss in the Deluxe Property Coverage Form and the Additional Conditions in the Deluxe Property Coverage Form:


© 2011 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

DM 07312026

1. **Appraisal**

   If we and you disagree on the amount of Net Income and operating expense or the amount of loss, either may make written demand for an appraisal of the loss. In this event, each party will select a competent and impartial appraiser.

   The two appraisers will select an umpire. If they cannot agree, either may request that selection be made by a judge of a court having jurisdiction. The appraisers will state separately the amount of Net Income and operating expense or amount of loss. If they fail to agree, they will submit their differences to the umpire. A decision agreed to by any two will be binding. Each party will:

   a. Pay its chosen appraiser; and

   b. Bear the other expenses of the appraisal and umpire equally.

   If there is an appraisal, we will still retain our right to deny the claim.

2. **Duties in the Event of Loss – Additional Duty**

   The following duty applies in addition to the duties specified in the Loss Condition – Duties in the Event of Loss in the Deluxe Property Coverage Form:

   If you intend to continue your business, you must resume all or part of your "operations" as quickly as possible.

3. **Loss Determination**

   a. The amount of Business Income loss will be determined based on:

      **(1)** The Net Income of the business before the direct physical loss or damage occurred;

      **(2)** The likely Net Income of the business if no physical loss or damage occurred, but not including any Net Income that would likely have been earned as a result of an increase in the volume of business as a result of favorable business conditions caused by the impact of the Covered Cause of Loss on customers or on other businesses;

      **(3)** The operating expenses, including payroll expenses necessary to resume "operations" with the same quality of service that existed just before the direct physical loss or damage; and

      **(4)** Other relevant sources of information, including:

         **(a)** Your financial records and accounting procedures;

         **(b)** Bills, invoices and other vouchers; and

         **(c)** Deeds, liens or contracts.

   b. The amount of Extra Expense will be determined based on:

      **(1)** All reasonable and necessary expenses that exceed the normal operating expenses that would have been incurred by "operations" during the "period or restoration" if no direct physical loss or damage had occurred. We will deduct from the total of such expenses:

         (a) The salvage value that remains of any property bought for temporary use during the "period of restoration", once "operations" are resumed; and

         **(b)** Any Extra Expense that is paid for by other insurance, except for insurance that is written subject to the same plan, terms, conditions and provisions as this insurance; and

      **(2)** All reasonable and necessary expenses that reduce the Extra Expense loss that otherwise would have been incurred.

   c. **Resumption of Operations**

      We will reduce the amount of your:

      **(1)** Business Income loss, other than Extra Expense, to the extent you can resume your "operations" in whole or in part, by using damaged or undamaged property (including merchandise or "stock") at the described premises or elsewhere and, with respect to the Business Income From Dependent Property Additional Coverage, by using any other available source of materials or outlet for your products.

      **(2)** Extra Expense loss to the extent you can return "operations" to normal and discontinue such Extra Expense.


© 2011 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

d. If you do not resume "operations", or do not resume "operations" as quickly as possible, we will pay based on the length of time it would have taken to resume "operations" as quickly as possible.

4. **Loss Payment**

We will pay for covered loss within 30 days after we receive the sworn proof of loss, if:

a. You have complied with all of the terms of this Coverage Part; and

b. (1) We have reached agreement with you on the amount of loss; or

(2) An appraisal award has been made.

**F. OPTIONAL COVERAGES**

If shown as applicable in the Declarations, the following Optional Coverages apply separately to each item.

1. **Maximum Period of Indemnity**

The most we will pay for the total loss of Business Income, including the Extended Business Income Additional Coverage, and Extra Expense is the lesser of:

a. The amount of loss sustained and expenses incurred during the 120 days immediately following the beginning of the "period of restoration"; or

b. The Limit of Insurance shown in the Declarations.

2. **Monthly Limit of Indemnity**

The most we will pay for loss of Business Income, including the Extended Business Income Additional Coverage, in each period of 30 consecutive days after the beginning of the "period of restoration" is:

a. The Limit of Insurance, multiplied by

b. The fraction shown in the Declarations for this Optional Coverage.

**EXAMPLE:**

When: The Limit of Insurance is: $120,000

The fraction shown in the Declarations for this Optional Coverage is: 1/4

The most we will pay for loss in each period of 30 consecutive days is:

$120,000 x 1/4 = $30,000

If in this example, the actual amount of loss is:

| | |
|---|---|
| Days 1 – 30 | $40,000 |
| Days 31 – 60 | $20,000 |
| Days 61 – 90 | $30,000 |
| | $90,000 |

We will pay:

| | |
|---|---|
| Days 1 – 30 | $30,000 |
| Days 31 – 60 | $20,000 |
| Days 61 – 90 | $30,000 |
| | $80,000 |

The remaining $10,000 is not covered.

3. **Ordinary Payroll Exclusion or Limitation**

a. When the Declarations shows:

(1) Ordinary Payroll is excluded, the Business Income coverage provided for continuing normal operating expenses incurred does not include Ordinary Payroll;

(2) Ordinary payroll is limited to a specified number of days, the Business Income coverage provided for continuing normal operating expenses incurred only includes Ordinary Payroll for the specified number of days. The number of days may be used in two separate periods during the "period of restoration".

b. Ordinary payroll expenses mean payroll expenses for all your employees except:

(1) Officers;

(2) Executives;

(3) Department managers;

(4) Employees under contract; and

(5) Additional Exemptions, shown by endorsement as:

(a) Job Classifications; or

(b) Employees.

c. Ordinary payroll expenses include:

(1) Payroll;

(2) Employee benefits, if directly related to payroll;

(3) FICA payments you pay;

(4) Union dues you pay; and

(5) Worker's compensation premiums.


© 2011 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

DM 07312026

DM 07312026

**G. DEFINITIONS**

1. **"Dependent Property"** means property operated by others you directly depend on to:

   a. Deliver materials or services to you, or to others for your account (Contributing Locations). But any property which delivers the following services is not a Contributing Location with respect to such services:

      (1) Water supply services;

      (2) Power supply services; or

      (3) Communication services, including services relating to internet access or access to any electronic, cellular or satellite network.

   b. Accept your products or services (Recipient Locations);

   c. Manufacture products for delivery to your customers under contract of sale (Manufacturing Locations); or

   d. Attract customers to your business (Leader Locations).

2. **"Finished Stock"** means "stock" you have manufactured.

   "Finished Stock" also includes whiskey and alcoholic products being aged.

   "Finished Stock" does not include "stock" you have manufactured that is held for sale on the premises of any retail outlet insured under this Coverage Part.

3. **"Operations"** means:

   a. Your business activities occurring at the described premises even if such activities would not have produced income during the "period of restoration", such as research and development activities; and

   b. The tenantability of the described premises, if coverage for Business Income including "Rental Value" or "Rental Value" only applies.

4. **"Period of Restoration"**

   a. "Period of Restoration" means the period of time that:

      (1) (a) For Business Income coverage, begins once the number of hours of the applicable Business Income hour deductible, if any, expires following the time of direct physical loss or damage; and

      (b) For Extra Expense coverage begins immediately after the time of direct physical loss or damage;

      caused by or resulting from a Covered Cause of Loss at the described premises; and

      (2) Ends on the earlier of:

         (a) The date when the property at the described premises should be repaired, rebuilt or replaced with reasonable speed and similar quality; or

         (b) The date when business is resumed at a new permanent location.

   b. "Period of restoration" does not include any increased period required due to the enforcement of any ordinance or law that:

      (1) Regulates the construction, use or repair, or requires the tearing down, of any property, except as provided in the Ordinance or Law-Increased Period of Restoration Additional Coverage; or

      (2) Requires any insured or others to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of "fungus", wet rot or dry rot, except as provided in the Fungus, Wet Rot or Dry Rot - Amended Period of Restoration Additional Coverage; or

      (3) Requires any insured or others to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of "pollutants" except as provided in the Pollutant Clean Up and Removal Coverage Extension.

   c. "Period of restoration" does not include any increased period required to attain a pre-loss level of "green" building certification from a "Green Authority". But this does not apply to any increase in the "period of restoration" otherwise insured under the Green Buildings Alternatives – Increased Period of Restoration Additional Coverage.

   The expiration date of this policy will not cut short the "period of restoration".


© 2011 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

**5.** "**Rental Value**" means Business Income that consists of:

a. Net Income (Net Profit or Loss before income taxes) that would have been earned or incurred as rental income from tenant occupancy of the premises described in the Declarations as furnished and equipped by you, including fair rental value of any portion of such described premises which is occupied by you; and

b. Continuing normal operating expenses incurred in connection with such premises, including:

(1) Payroll; and

(2) The amount of charges which are the legal obligation of the tenant(s) but would otherwise be your obligations.

**6.** "**Suspension**" means:

a. The partial or complete cessation of your business activities; or

b. That a part or all of the described premises is rendered untenantable, if coverage for Business Income including "Rental Value" or "Rental Value" only applies.



© 2011 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

DELUXE PROPERTY COVERAGE PART AMENDATORY ENDORSEMENT

# WINDSTORM OR HAIL DEDUCTIBLES

This endorsement modifies insurance provided under the following:

DELUXE PROPERTY COVERAGE PART

The Windstorm or Hail Deductible, as shown in the Declarations and set forth in this endorsement, applies to covered loss or damage caused directly or indirectly by Windstorm or Hail. This Deductible applies to each occurrence of Windstorm or Hail.

Nothing in this endorsement implies or affords coverage for any loss or damage that is excluded under the terms of the Water Exclusion (C.1.I.) in the Deluxe Property Coverage Form or any other exclusion in this policy. If this policy is endorsed to cover Flood under the Causes of Loss – Broad Form Flood Endorsement (or if you have a Flood Insurance Policy), a separate Flood Deductible applies to loss or damage attributable to Flood, in accordance with the terms of that endorsement or policy.

A. **Percentage Deductible**

When a percentage (%) is shown as the applicable Deductible in the Declarations, the following applies:

1. This Deductible is calculated separately for and applies separately to each of the following items of insurance:
   a. Each building, if two or more buildings sustain loss or damage;
   b. The building and to personal property in that building, if both sustain loss or damage;
   c. Personal property at each building, if personal property at two or more buildings sustain loss or damage;
   d. Personal property in the open;
   e. Any other property insured under this Coverage Part.
2. In determining the amount, if any, that we will pay for loss or damage, we will deduct an amount equal to 1%, 2%, 3%, 4%, 5% or 10% (as shown in the Declarations) of :
   a. The Limit of Insurance applicable to each item of insurance that has sustained loss or damage when specific insurance applies to that item of insurance, meaning a separate Limit of Insurance applies only to that item of insurance (for example, each building or personal property in a building); or
   b. The value of each item of insurance that has sustained loss or damage when blanket insurance applies to that item of insurance, meaning a single Limit of Insurance applies to two or more items of insurance (for example, a building and personal property in that building or two buildings). The value(s) to be used are those shown in the most recent Statement of Values on file with us. If there is no value on file with us for the item of insurance, we will use the value of that item of insurance at the time of loss.

   For newly constructed or acquired property to which the Newly Constructed or Acquired Property Coverage Extension in the Deluxe Property Coverage Form applies, we will deduct an amount equal to a percentage of the value of each item of insurance at the time of loss. The applicable percentage used will be the highest percentage that applies at any premises location for which a percentage Deductible is shown in the Declarations.
3. When the percentage Deductible shown in the Declarations is subject to:
   a. A minimum dollar amount in any one occurrence; or
   b. A minimum dollar amount in any one occurrence at each premises location;

   the percentage Deductible will be calculated as described in **A.1.** and **A.2.** above, but the minimum amount we will deduct in any one occurrence, or in any one occurrence at each premises location (as indicated in the Declarations), is the minimum dollar amount shown in the Declarations.


© 2011 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

DM 07312026

4. We will not pay for loss or damage in any one occurrence until the amount of loss or damage exceeds the applicable Deductible. We will then pay the amount of loss or damage in excess of that Deductible, up to the applicable Limits of Insurance, after any reduction required by any applicable coinsurance condition or any value reporting provision relating to full reporting or failure to submit reports.

B. **Dollar Deductible**

When:

1. A dollar amount in any one occurrence; or
2. A dollar amount in any one occurrence at each premises location;

is shown as the applicable Deductible in the Declarations, we will not pay for loss or damage in any one occurrence, or in any one occurrence at each premises location (as indicated in the Declarations), until the total amount of loss or damage exceeds the applicable Deductible shown in the Declarations. We will then pay the amount of loss or damage in excess of that Deductible, up to the applicable Limits of Insurance, after any reduction required by any applicable coinsurance condition or any value reporting provision relating to full reporting or failure to submit reports. When no percentage deductible is shown in the Declarations for Windstorm or Hail, the Deductible applicable to newly constructed or acquired property to which the Newly Constructed or Acquired Property Coverage Extension in the Deluxe Property Coverage Form applies is the highest dollar Deductible that applies at any premises location for which a dollar Deductible is shown in the Declarations.

C. **Hour Deductible**

When an hour Deductible is stated in the Declarations the following is applicable to your Business Income Coverage:

We will not pay for loss of Business Income in any one occurrence that you incur during the period of time that:

a. Begins at the time of direct physical loss or damage by Windstorm or Hail that triggers the Business Income coverage; and
b. Continues for the consecutive number of hours shown in the Declarations as the applicable Business Income hour Deductible.

We will then pay the amount of loss in excess of the Deductible, up to the Limit of Insurance, after any reduction required by any applicable coinsurance condition.

The Deductible applicable to Business Income coverage at locations to which the Newly Acquired Locations Coverage Extension in the Business Income (and Extra Expense) Coverage Form or Business Income (Without Extra Expense) Coverage Form applies, is the highest hour deductible that applies at any premises location for which an hour Deductible is shown in the Declarations.

D. No deductible applies to Extra Expense.


© 2011 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

POLICY NUMBER: Y-630-0Y496019-IND-25 ISSUE DATE: 05-15-25

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

**DELUXE PROPERTY COVERAGE PART AMENDATORY ENDORSEMENT**

# BUSINESS INCOME CHANGES – GOLF COURSE TREES, SHRUBS, PLANTS AND LAWNS

This endorsement modifies insurance provided under the following:

DELUXE BUSINESS INCOME (AND EXTRA EXPENSE) COVERAGE FORM
DELUXE BUSINESS INCOME (WITHOUT EXTRA EXPENSE) COVERAGE FORM

A. The following Coverage Extension is added:

**Golf Course Trees, Shrubs, Plants and Lawns**

1. You may extend your Business Income coverage and if applicable, Extra Expense coverage, to apply to:

   a. The actual loss of Business Income you sustain due to the necessary "suspension" of your "operations" during the "period of restoration"; and

   b. If applicable, the reasonable and necessary Extra Expense you incur during the "period of restoration";

   caused by or resulting from direct physical loss of or damage to outdoor trees, shrubs, plants and lawns that are a part of your golf course greens, tees, fairways and rough areas at the described premises.

2. The insurance provided under this Extension applies only if the direct physical loss or damage to the outdoor trees, shrubs, plants and lawns is caused by or results from any of the "specified causes of loss", other than windstorm or hail, unless Windstorm and Hail is indicated as applicable by an "X" in the Schedule below.

   However, when the Causes of Loss – Earthquake endorsement and/or the Causes of Loss – Broad Form Flood endorsement is included in this Coverage Part, "specified causes of loss" under this Extension shall not include any additional Cause of Loss insured against under such endorsement(s).

3. Under Section B. Exclusions and Limitation, the exclusion of loss caused by or resulting from direct physical loss of or damage to outdoor trees, shrubs, plants and lawns (including fairways, greens and tees) does not apply to the insurance specifically provided under this Extension.

4. When INCLUDED is shown in the Schedule below as the Limit of Insurance applicable to this Extension, the insurance provided under this Extension is subject to the Business Income and if applicable, the Extra Expense Limit(s) of Insurance that otherwise apply. When a dollar amount is shown in the Schedule below as the Limit of Insurance applicable to this Extension, the most we will pay for loss in any one occurrence under this Extension is the Limit of Insurance specified in the Schedule.

   Payments under this Extension are included in, and will not increase, the Business Income and if applicable, Extra Expense Limit(s) of Insurance that otherwise apply.

B. SCHEDULE

**Golf Course Trees, Shrubs, Plants and Lawns**

| Premises Loc. No. | Limit of Insurance | Windstorm or Hail (Applicable when indicated by an "X") |
|---|---|---|
| 1 | $ 25,000 | |


© 2011 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

DM 07312026

POLICY NUMBER: Y-630-0Y496019-IND-25 ISSUE DATE: 05-15-25

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

**DELUXE PROPERTY COVERAGE PART AMENDATORY ENDORSEMENT**

# GOLF COURSE VEHICLES AND EQUIPMENT ENDORSEMENT

This endorsement modifies insurance provided under the following:

DELUXE PROPERTY COVERAGE FORM

**A.** The following is added to Section **A.2.**, Property and Costs Not Covered:

Covered Property does not include "Golf Course Vehicles and Equipment" that you own or that you lease, rent or borrow from others, except as provided under the Golf Course Vehicles and Equipment Protection Additional Coverage in Section **B.** of this endorsement.

**B.** The following coverage is added to Section **A. 3.**, Additional Coverages:

**Golf Course Vehicles and Equipment Protection**

1. We will pay for direct physical loss of or damage to Covered "Golf Course Vehicles and Equipment" caused by or resulting from a Covered Cause of Loss.

2. As used in this Additional Coverage, Covered "Golf Course Vehicles and Equipment" means "Golf Course Vehicles and Equipment" that you:

   a. Own; or

   **b.** Lease, rent or borrow from others;

   while the property is at the described premises or at any other location, or in due course of transit at your risk, within the Coverage Territory.

   But Covered "Golf Course Vehicles and Equipment" does not include any "Golf Course Vehicles and Equipment" while:

   **a.** Leased, rented or loaned to others. This exclusion does not apply to "Golf Course Vehicles and Equipment" that are rented or loaned to your members or customers while at the described premises for golfing purposes; or

   **b.** Waterborne, except in regular ferry operations, in the course of being transported.

3. All of the exclusions and limitations that apply to the Deluxe Property Coverage Form apply to loss or damage under this Additional Coverage. In addition, we will not pay under this Additional Coverage for loss or damage to tires of the Covered "Golf Course Vehicles and Equipment" unless such loss or damage is itself caused by or results from other loss or damage to the Covered "Golf Course Vehicles and Equipment" that is not otherwise excluded under this coverage.

4. a. The most we will pay for loss or damage in any one occurrence under this Additional Coverage to:

   **(1)** Items of Covered "Golf Course Vehicles and Equipment" that are specifically described in the most recent schedule or other documentation on file with us is the Limit of Insurance shown in the Schedule of this endorsement for Scheduled Covered "Golf Course Vehicles and Equipment";

   **(2)** Items of Covered "Golf Course Vehicles and Equipment" you:

   (a) Own; or

   (b) Lease, rent or borrow from others for a period of three or more months;

   that are not specifically described in the most recent schedule or other documentation on file with us is the Limit of Insurance shown in the Schedule of this endorsement for Unscheduled Covered "Golf Course Vehicles and Equipment" You Own or Regularly Lease, Rent or Borrow; and

   **(3)** Items of Covered "Golf Course Vehicles and Equipment" you lease, rent or borrow from others for a period of

 © 2011 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission. 

DM 07312026

less than three months that are not specifically described in the most recent schedule or other documentation on file with us is the Limit of Insurance shown in the Schedule of this endorsement for Covered "Golf Course Vehicles and Equipment" You Temporarily Lease, Rent or Borrow From Others.

**b.** If the covered loss or damage includes loss or damage to Covered "Golf Course Vehicles and Equipment" that you acquire after the inception of this insurance, we will also pay up to an additional 25% of the sum of the limits described in provisions **4.a.(1)**, **4.a.(2)** and **4.a.(3)** above for the loss or damage to the newly acquired Covered "Golf Course Vehicles and Equipment", subject to the following:

**(1)** This additional limit will not apply to an item of newly acquired Covered "Golf Course Vehicles and Equipment" when any of the following first occurs:

**(a)** This policy expires;

**(b)** 90 days expire after you acquire the property;

**(c)** The property is reported to us; or

**(d)** The property is more specifically insured elsewhere.

**(2)** We will charge you additional premium for the newly acquired Covered "Golf Course Vehicles and Equipment" values reported from the date you acquire the property.

**5.** We will not pay for loss or damage in any one occurrence under this Additional Coverage until the total amount of loss or damage exceeds the Deductible shown in the Schedule of this endorsement for this Golf Course Vehicles and Equipment Protection Additional Coverage. We will then pay the amount of loss or damage in excess of the Deductible up to the applicable Limit(s) of Insurance.

**6.** The Valuation Loss Condition in Section **G.6.** of the Deluxe Property Coverage Form is amended as follows:

**a.** Except as provided in **6.b.** below, Covered "Golf Course Vehicles and Equipment" will be valued at Actual Cash Value at the time of loss or damage. We will not pay more for loss or damage on an Actual Cash Value basis than the least of the following amounts:

**(1)** The actual cash value of the lost or damaged equipment at the time of loss;

**(2)** The amount it would cost to repair or replace the equipment with similar kind or quality; or

**(3)** The Limit of Insurance that applies to the covered equipment.

**b.** If the Schedule of this endorsement indicates that the Replacement Cost Valuation Option applies to this Golf Course Vehicles and Equipment Protection Additional Coverage, Covered "Golf Course Vehicles and Equipment" will be valued at Replacement Cost at the time of loss or damage, in accordance with the Replacement Cost Valuation Loss Condition in Section **G.6.**a. of the Deluxe Property Coverage Form.

**C.** The following coverage is added to Section **A.4.**, Coverage Extensions:

**Rental Expense Reimbursement**

**1.** In the event of a covered loss to Covered "Golf Course Vehicles and Equipment" under the Golf Course Vehicles and Equipment Protection Additional Coverage, the insurance provided under this Coverage Form is extended to apply to the reasonable and necessary expenses you incur for the rental of temporary substitute "Golf Course Vehicles and Equipment".

**2.** Payment under this Extension is limited to such expenses you incur during the period of time that:

**a.** Begins 24 hours after you report the direct physical loss or damage to us; and

**b.** Ends on the earlier of the following dates:

**(1)** The date the damaged "Golf Course Vehicles and Equipment" should be repaired or replaced with reasonable speed and similar quality; or

**(2)** The date the need for the substitute "Golf Course Vehicles and Equipment" ends.

The expiration date of this policy will not cut short this period of coverage.

**3.** This Extension does not apply to:

**a.** Any expense for the rental of temporary substitute "Golf Course Vehicles and


© 2011 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

Equipment" if you have an adequate amount of similar, suitable "Golf Course Vehicles and Equipment" available to continue your normal operations;

b. Any expense for the rental of "Golf Course Vehicles and Equipment" that are not of the same type or not to be used for the same purpose as the lost or damaged Covered "Golf Course Vehicles and Equipment"; or

c. Any loss of market, loss of income or any other consequential loss.

4. The most we will pay for loss in any one occurrence under this Extension is the Limit of Insurance shown in the Schedule of this endorsement for Rental Expense Reimbursement.

D. The following are added to the Definitions in Section J. of the Deluxe Property Coverage Form:

1. **"Golf Course Vehicles and Equipment"** means:

   a. Equipment used outdoors to maintain your golf course grounds; and

   b. "Golf carts";

   including their component parts and attached accessories.

2. **"Golf carts"** means motorized vehicles designed to transport people and their golf clubs.

## SCHEDULE

| | Limit of Insurance |
|---|---|
| **1. Golf Course Vehicles and Equipment Protection Additional Coverage:** | |
| • Scheduled Covered "Golf Course Vehicles and Equipment": but not more for any one item than the value reported for that item as per the schedule or other documentation on file with us. | $ 1,272,000 |
| • Unscheduled Covered "Golf Course Vehicles and Equipment" You Own or Regularly Lease, Rent or Borrow: but not more than $ 5,000 for any one item | $ 230,900 |
| • Covered "Golf Course Vehicles and Equipment" You Temporarily Lease, Rent or Borrow From Others: but not more than $ 100,000 for any one item | $ 250,000 |
| **Deductible $** 5,000 Per occurrence | |
| **Replacement Cost Valuation Option** (Applicable when indicated by an "X"): ☐ | |
| **2. Rental Reimbursement Expense:** $ 5,000 unless a higher limit is shown: | $ |


© 2011 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

POLICY NUMBER: Y-630-0Y496019-IND-25 ISSUE DATE: 05-15-25

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

**DELUXE PROPERTY COVERAGE PART AMENDATORY ENDORSEMENT**

# GOLF FACILITIES PROPERTY ENDORSEMENT

This endorsement modifies insurance provided under the following:

DELUXE PROPERTY COVERAGE FORM

**A.** The following coverage is added to the Additional Coverages in Section **A.3.**:

**Vehicle Damage**

We will pay for direct physical loss or damage to a vehicle owned by others caused by the vehicle being struck with a golf ball while the vehicle is on or within 1,000 feet of the described premises or on the roadways adjoining the golf course. Our payment for loss or damage will only be for the account of the owner of the property.

The most we will pay for loss or damage in any one occurrence under this Additional Coverage is $500.

No deductible applies to this Additional Coverage.

**B.** With respect only to your golf course grounds at the described premises, the Outdoor Property Coverage Extension in Section **A.4.n.** is replaced by the following three Extensions:

**1. Miscellaneous Golf Course Grounds Property**

a. You may extend the insurance provided by this Coverage Form to apply to direct physical loss of or damage to the following types of property located on your golf course grounds, caused by or resulting from a Covered Cause of Loss:

**(1)** Benches, ball washers, course markers and water coolers;

**(2)** Fences, nets and outdoor signs not attached to buildings;

**(3)** Paved walkways, paved "golf car" or "golf cart" paths, patios and bridges. But this does not include any driveways, roadways, automobile parking lots or bridges used for automobiles;

**(4)** Retaining walls that are not part of buildings;

**(5)** In-ground landscape sprinkler systems (including related equipment such as pumps, and control panels and systems) and underground wiring;

**(6)** Lightning detection and alarm systems;

**(7)** Flags, cups and directional signals;

**(8)** Light fixtures, poles and bells;

**(9)** Fountains; and

**(10)** Monuments.

Covered Property under the Deluxe Property Coverage Form does not include any of the property listed above that is located on your golf course grounds, except as specifically provided under this Extension. The exclusion of underground wires, pipes, flues and drains under Section **A.2.v.** of the Deluxe Property Coverage Form does not apply to the coverage provided under a.**(5)** above for in-ground landscape sprinkler systems and underground wiring.

b. We will also pay the necessary and reasonable expense that you incur to remove debris of the property listed above and similar property of others on your golf course grounds caused by or resulting from a Covered Cause of Loss that occurs during the policy period. Such expenses will be paid only if they are reported to us in writing within 180 days of the date of the direct physical loss or damage. This will not increase the Limit(s) of Insurance that apply to this Extension. The Debris Removal Additional Coverage in Section **A.3.a.** of the Deluxe Property Coverage Form does not apply to this Extension.

c. The most we will pay for loss or damage in any one occurrence under this Extension is the Miscellaneous Golf Course Grounds Property Limit of Insurance shown in the Schedule of this endorsement for each described premises.


© 2011 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

DM 07312026

**d.** When the Causes of Loss – Earthquake endorsement or Causes of Loss – Broad Form Flood endorsement is included in this Coverage Part, such causes of loss are not Covered Causes of Loss under this Coverage Extension unless such causes of loss endorsements are indicated as applicable in the Schedule of this endorsement.

2. **Greens, Tees, Fairways and Rough**

   a. You may extend the insurance provided by this Coverage Form to apply to direct physical loss of or damage to your golf course greens, tees, fairways and rough areas (including artificial turf and its underlayment) at the described premises, including:

      **(1)** Practice putting greens and practice driving areas; and

      **(2)** Sand traps and bunkers;

   caused by or resulting from a cause of loss described in paragraph **2.d.** below.

   **b.** Golf course greens, tees, fairways and rough do not include:

      **(1)** Bridges, walks, roadways, patios or other paved surfaces;

      **(2)** Water, including ponds, lakes, or other bodies of water;

      **(3)** Areas as defined by your golf facility as being out of bounds;

      **(4)** Miscellaneous Golf Course Grounds Property as described under the Miscellaneous Golf Course Grounds Property Coverage Extension in Section **B.1.** of this endorsement; or

      **(5)** Trees, Plants and Shrubs, as described under the Trees, Plants and Shrubs Coverage Extension in Section **B.3.** of this endorsement.

   **c.** We will also pay the necessary and reasonable expense that you incur to remove debris of your golf course greens, tees, fairways and rough at your described premises caused by or resulting from a cause of loss described in paragraph **2.d.** below that occurs during the policy period. Such expenses will be paid only if they are reported to us in writing within 180 days of the date of the direct physical loss or damage. This will not increase the Limit(s) of Insurance that apply to this Extension. The Debris Removal Additional Coverage in Section **A.3.a.** of the Deluxe Property Coverage Form does not apply to this Extension.

   **d.** This Extension applies only if the loss or damage is caused by or results from any of the "specified causes of loss". But:

      **(1)** If the Wind or Hail Exclusion is indicated in the Schedule of this endorsement as being applicable to this Extension, we will not cover loss or damage caused directly by Windstorm or Hail, regardless of any other cause or event that contributes concurrently or in any sequence to the loss or damage.

      **(2)** When the Causes of Loss – Earthquake endorsement or Causes of Loss – Broad Form Flood endorsement is included in this Coverage Part, such causes of loss are not "specified causes of loss" under this Coverage Extension.

   **e.** The most we will pay for loss or damage in any one occurrence under this Extension is the Greens, Tees, Fairways and Rough Limit of Insurance shown in the Schedule of this endorsement for each described premises.

   **f.** We will not pay for loss or damage in any one occurrence under this Extension until the total amount of loss or damage under this Extension exceeds the Deductible shown in the Schedule of this endorsement for this Extension. We will then pay the amount of loss or damage in excess of the Deductible up to the applicable Limit(s) of Insurance.

3. **Trees, Plants and Shrubs**

   a. You may extend the insurance that applies to this Coverage Form to apply to direct physical loss of or damage to your outdoor trees, plants and shrubs on your golf course grounds at the described premises caused by or resulting from a cause of loss described in paragraph **3.c.** below.

   b. We will also pay the necessary and reasonable expense that you incur to remove debris of:

      **(1)** Your outdoor trees, shrubs and plants; and



© 2011 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

DM 07312026

(2) Outdoor trees, shrubs and plants of others;

on your golf course grounds at the described premises caused by or resulting from a cause of loss described in paragraph **3.c.** below that occurs during the policy period. Such expenses will be paid only if they are reported to us in writing within 180 days of the date of the direct physical loss or damage. This will not increase the Limit(s) of Insurance that apply to this Extension. The Debris Removal Additional Coverage in Section **A.3.a.** of the Deluxe Property Coverage Form does not apply to this Extension.

c. This Extension applies only if the loss or damage is caused by or results from any of the "specified causes of loss". But:

(1) If the Wind or Hail Exclusion is indicated in the Schedule of this endorsement as being applicable to this Extension, we will not cover loss or damage caused directly by Windstorm or Hail, regardless of any other cause or event that contributes concurrently or in any sequence to the loss or damage.

(2) When the Causes of Loss – Earthquake endorsement or Causes of Loss – Broad Form Flood endorsement is included in this Coverage Part, such causes of loss are not "specified causes of loss" under this Coverage Extension.

d. The most we will pay in any one occurrence under this Extension for loss or damage to all covered trees, plants and shrubs on your golf course grounds from:

(1) Any of the covered "specified causes of loss", other than weight of snow, ice or sleet, at each described premises is the applicable per occurrence Limit of Insurance shown in the Schedule of this endorsement for Trees, Plants and Shrubs. But, we will not pay more for any one tree, plant or shrub than the applicable per item Limit of Insurance shown in the Schedule for Trees, Plants and Shrubs.

(2) Weight of snow, ice or sleet, regardless of the number of premises involved is $25,000. But, we will not pay more than $5,000 for any one tree, plant or shrub.

C. When a Limit of Insurance is shown in the Schedule of this endorsement for Property of Customers, the following coverage is added to the Coverage Extensions in Section **A.4.**:

**Property of Customers**

1. You may extend the insurance that applies to Your Business Personal Property to apply to direct physical loss or damage by a Covered Cause of Loss to:

   a. Golf bags, golf clubs, "golf carts", "golf cars", tennis racquets, and related athletic equipment; and

   b. Garments and other personal property;

   owned by your customers while the property is in your care, custody or control at or within 1,000 feet of the described premises. As used in this Extension, customers include your members and guests.

   The insurance provided under the Deluxe Property Coverage Form for Personal Property of Others (if otherwise applicable) does not apply to property of customers.

2. The most we will pay for loss or damage to the property of any one customer in any one occurrence under this Extension is the Property of Customers Limit of Insurance shown in the Schedule of this endorsement.

3. When Special Theft Limit Exceptions are shown in the Schedule of this endorsement for:

   a. Customers' furs, fur garments and garments trimmed with fur; and

   b. Customers' jewelry, watches, watch movements, jewels, pearls and precious and semi-precious stones;

   the special theft limits that otherwise apply to this property under the Limitations in Section **D.** of the Deluxe Property Coverage Form for this property are replaced by the special theft limits shown in the Schedule of this endorsement.

4. Our payment for loss or damage under this Extension will only be for the account of the owner of the property. If there is other insurance covering the same loss or damage, the Property of Customers coverage provided under this Extension is primary.

5. No Deductible applies to this Extension.


© 2011 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

D. The following definitions are added to Section **J.** of the Deluxe Property Coverage Form as respects the insurance provided under this endorsement:

1. **"Golf Carts"** means a lightweight vehicle designed to transport golf clubs on a golf course. "Golf Carts" does not include vehicles used to transport people.

2. **"Golf Cars"** means motorized vehicles designed to transport people and their golf clubs on a golf course.



© 2011 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

## SCHEDULE

**Miscellaneous Golf Course Grounds Property**

| Prem. Loc. No. | Limit of Insurance | Causes of Loss – Earthquake Endorsement Applies | Causes of Loss – Broad Form Flood Endorsement Applies |
|---|---|---|---|
| 1 | $ 1,000,000 | | |
| | $ | | |
| | $ | | |

Applicable when indicated by an "X":

**Greens, Tees, Fairways and Rough**

| Prem. Loc. No. | Limit of Insurance | Wind or Hail Exclusion Applies (applicable when ind icated by an "X") |
|---|---|---|
| 1 | $ 1,000,000 | |

Deductible: $ 2,500 per occurrence

**Trees, Plants and Shrubs**

| Prem. Loc. No. | Limit of Insurance Per Occurrence | Per Item | Wind or Hail Exclusion Applies (applicable when ind icated by an "X") |
|---|---|---|---|
| 1 | $ 250,000 | $ 10,000 | |
| | $ | $ | |
| | $ | $ | |

**Property of Customers**

Limit of Insurance: $ 5,000 per customer

Special Theft Limit Exceptions (Applicable only when a limit is indicated below):

1. Customers' furs, fur garments and garments trimmed with fur: $ 5,000 per occurrence
2. Customers' jewelry, watches, watch movements, jewels, pearls and precious and semi-precious stone s: $ 5,000 per occurrence

The sum of all theft of the customers' property listed in 1. and 2. above occurring during each separate 12 month period of this policy beginning with the effective date of this policy: $ 100,000



© 2011 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

THIS ENOORSEMENT CHANGES THE POLICY. PLEASE REAO IT CAREFULLY.

OELUXE PROPERTY COVERAGE PART AMENDATORY ENDORSEMENT

# CAUSES OF LOSS – EARTHQUAKE

This endorsement modifies insurance provided under the following:

DELUXE PROPERTY COVERAGE PART

**A. APPLICATION OF THIS ENDORSEMENT**

1. This endorsement applies at the premises location(s) of the building number(s) for which an Earthquake Limit of Insurance is shown in the Declarations.

   This endorsement also applies to:

   **a.** The Newly Constructed or Acquired Property Coverage Extension in the Deluxe Property Coverage Form;

   **b.** The Newly Acquired Locations Coverage Extension in the Business Income (And Extra Expense), Business Income (Without Extra Expense) and Extra Expense Coverage Forms;

   **c.** The Civil Authority Additional Coverage in the Business Income (And Extra Expense), Business Income (Without Extra Expense) and Extra Expense Coverage Forms, but only with respect to such loss of Business Income and/or Extra Expense incurred at the premises of the building number(s) for which an Earthquake Limit of Insurance is shown in the Declarations; and

   **d.** Utility Services – Direct Damage or Utility Services – Time Element coverage provided under this Coverage Part, if any, but only with respect to such direct damage loss or loss of Business Income and/or Extra Expense that is incurred at the premises of the building number(s) for which an Earthquake Limit of Insurance is shown in the Declarations.

2. Except as provided in **A.1.a.** through **A.1.d.** above, this endorsement does not apply to loss or damage caused by or resulting from Earthquake or Volcanic Eruption that occurs away from the premises location(s) of the building number(s) for which an Earthquake Limit of Insurance is shown in the Declarations.

3. This endorsement does not apply to, or modify, any limits or deductibles that apply to:

   **a.** The insurance otherwise provided under this Coverage Part for loss or damage by fire or explosion that results from earth movement other than volcanic eruption, explosion or effusion, or for loss or damage by fire, building glass breakage or volcanic action that results from a volcanic eruption, explosion or effusion; or

   **b.** Any other insurance provided under this Coverage Part for loss or damage to which the Earth Movement exclusion does not apply.

**B. COVERED CAUSES OF LOSS**

The following are added to the Covered Causes of Loss and the "specified causes of loss":

1. Earthquake, meaning a shaking or trembling of the earth's crust, caused by underground volcanic or tectonic forces or by breaking or shifting of rock beneath the surface of the ground from natural causes.

2. Volcanic Eruption, meaning the eruption, explosion or effusion of a volcano.

All earthquake shocks or volcanic eruptions that occur within any 168-hour period will constitute a single Earthquake or Volcanic Eruption. The expiration of this policy will not reduce the 168-hour period.

**C. EXCLUSIONS, LIMITATIONS AND RELATED PROVISIONS**

1. The Earth Movement exclusion contained in Section **C.**1.b. of the Deluxe Property Coverage Form does not apply to the coverage provided under this endorsement. The remaining Exclusions and the Limitations that apply to this Coverage Part apply to the coverage provided under this endorsement. For example, loss caused directly or indirectly by a cause of loss excluded under provisions **(1)(a)** through **(1)(e)** of the Water exclusion


© 2011 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

DM 07312026

contained in Section C.1.I. of the Deluxe Property Coverage Form, such as flood or tidal wave, is excluded even if the flood or tidal wave is attributable to an Earthquake or Volcanic Eruption.

2. The following additional exclusions apply to the coverage provided under this endorsement:

   a. We will not pay for loss or damage caused by or resulting from any earthquake or volcanic eruption that begins before the inception of this insurance.

   b. We will not pay for the cost of restoring or stabilizing land or for loss resulting from the time required to restore or stabilize land.

3. The following additional Limitation applies to the coverage provided by this endorsement:

   We will not pay for loss of or damage to exterior masonry veneer (except stucco) on wood frame walls caused by or resulting from Earthquake or Volcanic Eruption. The value of such veneer will not be included in the value of Covered Property or the amount of loss when applying the Deductible applicable to this endorsement.

   This limitation does not apply:

   a. If less than 10% of the total outside wall area is faced with masonry veneer (excluding stucco); or

   b. At any premises location(s) of the building number(s) to which the Cause of Loss – Earthquake Masonry Veneer Coverage endorsement applies, as indicated in the Schedule of that endorsement when it is attached to this policy.

**D. UNDERGROUND WIRES, PIPES, FLUES AND DRAINS EXTENSION**

Under the Deluxe Property Coverage Form, when Building coverage applies at premises locations to which this endorsement applies, the insurance provided by this endorsement is extended to also apply to direct physical loss or damage by Earthquake or Volcanic Eruption to underground wires, pipes, flues and drains at such premises locations. The exclusion of underground wires, pipes, flues and drains under Section A.2., Property and Costs Not Covered, of the Deluxe Property Coverage Form does not apply to this Extension.

This Extension does not increase the Earthquake Limit of Insurance that applies at such premises locations.

**E. LIMITS OF INSURANCE**

1. The most we will pay under this endorsement for the total of all loss or damage caused by or resulting from all earthquakes and volcanic eruptions in a 12 month period of this policy (beginning with the effective date of this policy) is the single highest Annual Aggregate Limit of Insurance shown in the Declarations for Earthquake.

   Subject to the single highest Annual Aggregate Limit of Insurance shown in the Declarations for Earthquake:

   a. Any individual Annual Aggregate Limit of Insurance shown in the Declarations for Earthquake is the most we will pay under this endorsement for the total of all loss or damage caused by or resulting from all earthquakes and volcanic eruptions in a 12 month period of this policy (beginning with the effective date of this policy) to which such individual Annual Aggregate Limit of Insurance shown in the Declarations for Earthquake applies.

   b. If more than one Annual Aggregate Limit of Insurance applies to loss or damage under this endorsement in any one occurrence, each limit will be applied separately, but the most we will pay under this endorsement for all loss or damage in that occurrence is the single highest involved Annual Aggregate Limit of Insurance applicable to that occurrence.

   c. The most we will pay under this endorsement for the total of:

      (1) All loss or damage under the Newly Constructed or Acquired Property Coverage Extension in the Deluxe Property Coverage Form; and

      (2) All loss under the Newly Acquired Locations Coverage Extension in the Business Income (And Extra Expense), Business Income (Without Extra Expense) and Extra Expense Coverage Forms;

      caused by or resulting from all earthquakes and volcanic eruptions in a 12 month period of this policy (beginning with the effective date of this policy) is $100,000.

   The Annual Aggregate Limit(s) of Insurance applicable to loss or damage under this endorsement is included in and does not increase the Limits of Insurance provided under


© 2011 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

this Coverage Part. For example, subject to the applicable Earthquake Annual Aggregate Limit(s) of Insurance, our payment for loss under any Utility Services – Direct Damage or Utility Services –Time Element coverage that is attributable to an Earthquake or Volcanic Eruption to which this endorsement applies will not exceed the Limit of Insurance that applies to that Utility Services – Direct Damage or Utility Services –Time Element coverage.

2. The Annual Aggregate Limit(s) of Insurance applicable to loss or damage under this endorsement applies regardless of the items or types of property, number or types of coverages (including business income and extra expense coverages) or number of premises locations involved. Amounts payable under this endorsement for any item or type of property, or under any coverage, Additional Coverage or Coverage Extension, are subject to the Annual Aggregate Limit(s) of Insurance applicable to loss or damage under this endorsement, and will not:

   a. Exceed the applicable property and coverage Limits of Insurance provided under this Coverage Part; nor

   b. Increase the applicable Annual Aggregate Limit(s) of Insurance under this endorsement.

   This includes payments under any Debris Removal or Ordinance or Law coverage for loss that is attributable to earthquake or volcanic eruption at premises locations to which this endorsement applies, and covered as a result of the insurance provided under this endorsement.

**F. DEDUCTIBLES**

The following Deductible provisions apply to the insurance provided by this endorsement. The Deductible(s) applicable to loss or damage under this endorsement apply separately to each occurrence and apply in addition to any other Deductibles in this Coverage Part that apply to loss or damage in the same occurrence.

1. **Percent Deductible**

   If a percentage (%) is shown in the Declarations as applicable, the following applies:

   a. This Deductible is calculated separately for, and applies separately to each of the following items of insurance:

      (1) Each building, if two or more buildings sustain loss or damage;

      (2) The building and to personal property in that building, if both sustain loss or damage;

      (3) Personal property at each building, if personal property at two or more buildings sustains loss or damage;

      (4) Personal property in the open; and

      (5) Any other property insured under this Coverage Part.

   b. In determining the amount, if any, that we will pay for loss or damage, we will deduct an amount equal to 1%, 2%, 5% or 10% (as shown in the Declarations) of:

      (1) The Limit of Insurance applicable to each item of insurance that has sustained loss or damage when specific insurance applies to that item of insurance, meaning a separate Limit of Insurance applies only to that item of insurance (for example, each building or personal property in a building); or

      (2) The value of each item of insurance that has sustained loss or damage when blanket insurance applies to that item of insurance, meaning a single Limit of Insurance applies to two or more items of insurance (for example, a building and personal property in that building or two buildings). The value to be used is the value shown in the most recent Statement of Values on file with us. If there is no value on file with us for the item of insurance property, we will use the value(s) of the property at the time of loss.

      For newly constructed or acquired property to which the Newly Constructed or Acquired Property Coverage Extension in the Deluxe Property Coverage Form applies, we will deduct an amount equal to a percentage of the value of each item of insurance at the time of loss. The applicable percentage used will be the highest percentage that applies at the premises location of any building number for which a percentage Deductible is shown in the Declarations.

   c. When the percentage Deductible shown in the Declarations is subject to:

      (1) A minimum dollar amount in any one occurrence; or


© 2011 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

(2) A minimum dollar amount in any one occurrence at each premises location;

the percentage Deductible will be calculated as described in 1.a. and 1.b. above, but the minimum amount we will deduct in any one occurrence, or in any one occurrence at each premises location (as indicated in the Declarations), is the minimum dollar amount sho wn in the Declarations.

**d.** We will not pay for loss or damage in any one occurrence under this endorsement until the amount of loss or damage exceeds the applicable Deductible. We will then pay the amount of loss or damage in excess of the Deductible, up to the applicable Limits of Insurance.

2. **Dollar Deductible**

When:

a. A dollar amount in any one occurrence; or

**b.** A dollar amount in any one occurrence at each premises location;

is shown as the applicable Deductible in the Declarations, we will not pay for loss or damage in any one occurrence, or in any one occurrence at each premises location (as indicated in the Declarations), until the amount of loss or damage exceeds the applicable Deductible shown in the Declarations. We will then pay the amount of loss or damage in excess of the Deductible, up to the applicable Limits of Insurance.

When no percentage Deductible applies to the insurance provided under this endorsement, the Deductible applicable to newly acquired or constructed property to which the Newly Constructed or Acquired Property Coverage Extension in the Deluxe Property Coverage Form applies is the highest dollar Deductible shown in the Declarations for the premises location of any building number to which this endorsement applies.

**3. Hour Deductible**

When an hour Deductible is stated in the Declarations, the following is applicable to your Business Income Coverage to which this endorsement applies:

We will not pay for loss of Business Income in any one occurrence that you incur during the period of time that:

a. Begins at the time of direct physical loss or damage by Earthquake or Volcanic Eruption that triggers the Business Income coverage; and

b. Continues for the consecutive number of hours shown in the Declarations as the applicable Business Income hour Deductible.

The Deductible applicable to Business Income coverage at locations to which the Newly Acquired Locations Coverage Extension in the Business Income (and Extra Expense) Coverage Form or Business Income (Without Extra Expense) Coverage Form applies, is the highest hour Deductible shown in the Declarations for any premises location to which this endorsement applies.

4. No Deductible applies to Extra Expense.

5. When a Deductible is shown in the Declarations for Utility Service – Direct Damage coverage or Utility Services – Time Element coverage, that Deductible will apply to the insurance provided under the Utility Service – Direct Damage coverage or Utility Services – Time Element coverage for loss that is attributable to an Earthquake or Volcanic Eruption to which this endorsement applies. Otherwise, the above Deductible provisions apply to loss under the Utility Service – Direct Damage coverage or Utility Services – Time Element coverage that is attributable to an Earthquake or Volcanic Eruption to which this endorsement applies.



© 2011 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

DM 07312026

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

**DELUXE PROPERTY COVERAGE PART AMENDATORY ENDORSEMENT**

# CAUSES OF LOSS – BROAD FORM FLOOD

This endorsement modifies insurance provided under the following:

DELUXE PROPERTY COVERAGE PART

**A. APPLICATION OF THIS ENDORSEMENT**

1. When a Broad Form Flood Limit of Insurance is shown in the Declarations for a building number, this endorsement applies at the premises location(s) of such building number(s) for which a Broad Form Flood Limit of Insurance is shown.

2. When a Broad Form Flood Limit of Insurance is shown in the Declarations for property at the described premises within a Flood Zone or a non-participating or suspended community (as classified under the National Flood Insurance Program), this endorsement applies at the premises described in the Declarations for coverage under this Coverage Part with respect to covered loss resulting from "flood" to buildings, structures or personal property in the open within such Flood Zone(s) or community(ies) for which a Broad Form Flood Limit of Insurance is shown, or to personal property at the described premises in or on the buildings or structures within such Flood Zone(s) or community(ies).

   If, at the time of loss, a building, a structure or personal property in the open is located within more than one Flood Zone or community, coverage under this endorsement for loss or damage to, or loss that is a consequence of loss or damage to that building, structure or personal property in the open will be subject to the insurance, Annual Aggregate Limit of Insurance and deductible, if any, that would apply under this policy if that building, structure or personal property in the open was wholly located within the most hazardous of the Flood Zones or communities, as stated below, in which it is located. The most hazardous Flood Zone or community that is determined to apply to a building or structure will also apply with respect to the coverage under this endorsement for loss or damage to, or loss or damage that is a consequence of loss or damage to any personal property in or on such building or structure.

   The following listing of Flood Zones and communities, as classified under the National Flood Insurance Program, is in order of the most hazardous to least hazardous:

   a. Flood Zone V and Flood Zones prefixed V;
   b. Flood Zone A and Flood Zones prefixed A;
   c. Flood Zone D;
   d. Non-Participating or Suspended communities;
   e. Flood Zone B, Flood Zone X (shaded) and Flood Zone X-500;
   f. Flood Zone C and Flood Zone X (unshaded).

3. This endorsement also applies to:

   a. The Newly Constructed or Acquired Property Coverage Extension in the Deluxe Property Coverage Form, regardless of the Flood Zone or community in which the property is located;
   b. The Newly Acquired Locations Coverage Extension in the Business Income (And Extra Expense), Business Income (Without Extra Expense) and Extra Expense Coverage Forms, regardless of the Flood Zone or community in which the newly acquired locations are located;
   c. The Civil Authority Additional Coverage in the Business Income (And Extra Expense), Business Income (Without Extra Expense) and Extra Expense Coverage Forms, regardless of the Flood Zone or community in which the "flood" loss that triggers the coverage occurs, but only with respect to such loss of Business Income and/or Extra Expense that you in-


© 2011 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

DM 07312026

cur at the premises described in **A.1.** or **A.2.** above; and

**d.** Utility Services – Direct Damage or Utility Services – Time Element coverage provided under this Coverage Part, if any, regardless of the Flood Zone or community in which the "flood" loss to the utility services property that triggers the coverage occurs, but only with respect to such direct damage loss or loss of Business Income and/or Extra Expense that is incurred at the premises described in **A.1.** or **A.2.** above.

**4.** Except as provided in **A.3.a.** through **A.3.d.** above, this endorsement does not apply to loss or damage caused by or resulting from "flood" that occurs away from the premises described in **A.1.** and **A.2.** above.

**5.** This endorsement does not apply to, or modify, any limits or deductibles that apply to:

**a.** The insurance otherwise provided under this Coverage Part for loss or damage by:

**(1)** Fire, explosion or sprinkler leakage that results from "flood"; or

**(2)** Water or sewage from drains within a building if the backup or overflow is not otherwise directly or indirectly caused by Water that is excluded in provisions **(a)**, **(b)**, **(d)** or **(e)** of the Water exclusion in Section **C.1.I.** of the Deluxe Property Coverage Form;

or

**b.** Any other insurance provided under this Coverage Part for loss or damage to which the Water exclusion in Section **C.1.I.** of the Deluxe Property Coverage Form does not apply.

**B. COVERED CAUSES OF LOSS**

"Flood" is added to the Covered Causes of Loss and the "specified causes of loss".

All "flood" loss that occurs:

**1.** During a continuous or protracted event, such as a period of continued rising or overflow of any river(s), stream(s) or any body(ies) of water and the subsidence of same within the banks of such river(s), stream(s) or body(ies) of water; or

**2.** Due to any tidal wave or series of tidal waves that occur within any 168 hour period;

will constitute a single "flood" occurrence. If "flood" loss commences prior to the expiration date of this policy and the "flood" occurrence extends beyond the expiration date of this policy, the expiration date of this policy will not reduce the "flood" occurrence period.

**C. FLOOD DEFINED**

The following is added to the Section **J.**, Definitions, in the Deluxe Property Coverage Form:

"Flood" means the following, all whether naturally occurring or due to man-made or other artificial causes, and includes waterborne material carried or otherwise moved by any of the water referred to in paragraphs **1.**, **3.** and **4.** below and material carried or otherwise moved by mudslide or mudflow:

**1.** Flood, surface water, waves (including tidal wave and tsunami), tides, tidal water, overflow of any body of water, or spray from any of these, all whether driven by wind (including storm surge) or not;

**2.** Mudslide or mudflow;

**3.** Water or sewage that backs up, overflows or is otherwise discharged from a sewer, drain, sump, sump pump or related equipment (other than the backup or overflow of water or sewage from drains within a building to which the exception in provision **(c)** of the Water exclusion in Section **C.1.I.** of the Deluxe Property Coverage Form applies); and

**4.** Water under the ground surface pressing on, or flowing or seeping through:

**a.** Foundations, walls, floors or paved surfaces;

**b.** Basements, whether paved or not; or

**c.** Doors, windows or other openings.

**D. EXCLUSIONS, LIMITATIONS AND RELATED PROVISIONS**

**1.** Under the Exclusions contained in Section **C.1.** of the Deluxe Property Coverage Form:

**a.** Exclusion **b.**, Earth Movement, does not apply to the insurance otherwise provided under this endorsement for loss or damage caused by or resulting from:

**(1)** Mudslide or mudflow that is caused by or precipitated by the accumulation or runoff of water on or below the surface of the ground; or

**(2)** "Flood" that is attributable to an Earth Movement, such as tsunami, but this exception does not apply to loss or damage caused by or resulting from


© 2011 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

DM 07312026

any excluded Earth Movement that results from such "Flood".

b. Exclusion I., Water, does not apply to the coverage provided under this endorsement.

The remaining Exclusions and the Limitations that apply to this Coverage Part apply to the coverage provided under this endorsement.

2. The following additional exclusions apply to the coverage provided under this endorsement:

a. We will not pay for loss or damage caused by or resulting from any "flood" occurrence that begins before the inception of this insurance.

b. We will not pay for the cost of restoring, recovering or de-watering land or for loss resulting from the time required to restore, recover or de-water land.

3. The following LIMITATION is added as respects coverage provided by this endorsement:

**EXCESS OF LOSS LIMITATION**

a. Unless otherwise indicated in the Declarations or by endorsement, this Excess of Loss Limitation applies to the coverage provided for direct physical loss of or damage to:

(1) Buildings, structures and personal property in the open which are:

(a) Covered Property at the premises described in Section A.1. and A.2. of this endorsement, or newly constructed or acquired property to which the Newly Constructed or Acquired Property Coverage Extension in the Deluxe Property Coverage Form applies; and

(b) Located, in whole or in part, in Flood Zone A, Flood Zones prefixed A, Flood Zone V or Flood Zones prefixed V, as classified under the National Flood Insurance Program at the time of loss;

and

(2) Personal property which is Covered Property located in or on a building or structure described in (1) above, and personal property to which the Newly Constructed or Acquired Property Coverage Extension in the Deluxe Property Coverage Form applies.

b. If the property is eligible to be written under a National Flood Insurance Program (NFIP) policy, we will pay only for the amount of loss in excess of the maximum limit that can be insured under that NFIP policy. This provision applies whether or not the maximum NFIP limit was obtained or maintained, and whether or not you can collect on the NFIP policy.

c. The Deductible provisions applicable to the coverage provided under this endorsement apply in addition to any applicable Excess of Loss Limitation.

E. **UNDERGROUND WIRES, PIPES, FLUES AND DRAINS EXTENSION**

Under the Deluxe Property Coverage Form, when Building coverage applies at premises locations to which this endorsement applies, the insurance provided by this endorsement is extended to also apply to direct physical loss or damage by "flood" to underground wires, pipes, flues and drains at such premises locations. The exclusion of underground wires, pipes, flues and drains under Section A.2., Property and Costs Not Covered, of the Deluxe Property Coverage Form does not apply to this Extension.

This Extension does not increase the Broad Form Flood Limit of Insurance that applies at such premises locations.

F. **LIMITS OF INSURANCE**

1. The most we will pay under this endorsement for the total of all loss or damage caused by or resulting from "flood" in a 12 month period of this policy (beginning with the effective date of this policy) is the single highest Annual Aggregate Limit of Insurance shown in the Declarations for Broad Form Flood.

Subject to the single highest Annual Aggregate Limit of Insurance shown in the Declarations for Broad Form Flood:

a. Any individual Annual Aggregate Limit of Insurance shown in the Declarations for Broad Form Flood is the most we will pay under this endorsement for the total of all loss or damage caused by or resulting from all "flood" occurrences in a 12 month period of this policy (beginning with the effective date of this policy) to which such individual Annual Aggregate Limit of In-


© 2011 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

surance shown in the Declarations for Broad Form Flood applies.

b. If more than one Annual Aggregate Limit of Insurance applies to loss or damage under this endorsement in any one occurrence, each limit will be applied separately, but the most we will pay under this endorsement for all loss or damage in that occurrence is the single highest involved Annual Aggregate Limit of Insurance applicable to that occurrence.

c. The most we will pay under this endorsement for the total of:

(1) All loss or damage under the Newly Constructed or Acquired Property Coverage Extension in the Deluxe Property Coverage Form; and

(2) All loss under the Newly Acquired Locations Coverage Extension in the Business Income (And Extra Expense), Business Income (Without Extra Expense) and Extra Expense Coverage Forms;

caused by or resulting from all "flood" occurrences in a 12 month period of this policy (beginning with the effective date of this policy) is $100,000.

The Annual Aggregate Limit(s) of Insurance applicable to loss or damage under this endorsement is included in and does not increase the Limits of Insurance provided under this Coverage Part. For example, subject to the applicable Broad Form Flood Annual Aggregate Limit(s) of Insurance, our payment for loss under any Utility Services – Direct Damage or Utility Services –Time Element coverage that is attributable to "flood" to which this endorsement applies will not exceed the Limit of Insurance that applies to that Utility Services – Direct Damage or Utility Services – Time Element coverage.

2. The Annual Aggregate Limit(s) of Insurance applicable to loss or damage under this endorsement applies regardless of the items or types of property, number or types of coverages (including business income and extra expense coverages) or number of premises locations involved. Amounts payable under this endorsement for any item or type of property, or under any coverage, Additional Coverage or Coverage Extension, are subject to the Annual Aggregate Limit(s) of Insurance applicable to loss or damage under this endorsement, and will not:

a. Exceed the applicable property and coverage Limits of Insurance provided under this Coverage Part; nor

b. Increase the applicable Annual Aggregate Limit(s) of Insurance under this endorsement.

This includes payments under any Debris Removal or Ordinance or Law coverage for loss that is attributable to "flood" at premises locations to which this endorsement applies, and covered as a result of the insurance provided under this endorsement.

## G. DEDUCTIBLES

The following Deductible provisions apply to the insurance provided by this endorsement. The Deductible(s) applicable to loss or damage under this endorsement apply separately to each occurrence and apply in addition to any other Deductibles in this Coverage Part that apply to loss or damage in the same occurrence.

1. **Dollar Deductible**

When:

a. A dollar amount in any one occurrence; or

b. A dollar amount in any one occurrence at each premises location,

is shown as the applicable deductible in the Declarations, we will not pay for loss or damage in any one occurrence, or in any one occurrence at each premises location (as indicated in the Declarations), until the amount of loss or damage exceeds the applicable Deductible shown in the Declarations. We will then pay the amount of loss or damage in excess of the Deductible, up to the applicable Limits of Insurance.

The Deductible applicable to newly acquired or constructed property to which the Newly Constructed or Acquired Property Coverage Extension in the Deluxe Property Coverage Form applies is the highest dollar deductible shown in the Declarations for any premises location to which this endorsement applies.

2. **Hour Deductible**

When an hour Deductible is stated in the Declarations, the following is applicable to your Business Income Coverage to which this endorsement applies:



© 2011 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

We will not pay for loss of Business Income in any one occurrence that you incur during the period of time that:

a. Begins at the time of direct physical loss or damage by "flood" that triggers the Business income coverage; and

b. Continues for the consecutive number of hours shown in the Declarations as the applicable Business Income hour deductible.

The Deductible applicable to Business Income coverage at locations to which the Newly Acquired Locations Coverage Extension in the Business Income (and Extra Expense) Coverage Form or Business Income (Without Extra Expense) Coverage Form applies, is the highest hour Deductible shown in the Declarations for any premises location to which this endorsement applies.

3. No Deductible applies to Extra Expense.

4. When a Deductible is shown in the Declarations for Utility Service – Direct Damage coverage or Utility Services – Time Element coverage, that Deductible will apply to the insurance provided under the Utility Service – Direct Damage coverage or Utility Services – Time Element coverage for loss that is attributable to "flood" to which this endorsement applies. Otherwise, the above Deductible provisions apply to loss under the Utility Service – Direct Damage coverage or Utility Services – Time Element coverage that is attributable to "flood" to which this endorsement applies.


© 2011 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

POLICY NUMBER: Y-630-0Y496019-IND-25 ISSUE DATE: 05-15-25

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

**DELUXE PROPERTY COVERAGE PART AMENDATORY ENDORSEMENT**

# ORDINANCE OR LAW COVERAGE

This endorsement modifies insurance provided under the following:

DELUXE PROPERTY COVERAGE FORM

A. The Ordinance or Law Additional Coverage in Section **A.3.h.** of the Deluxe Property Coverage Form is replaced by the terms and conditions of this endorsement for the premises location(s) and building(s) shown in the Schedule below.

B. Each Coverage – Coverage A, Coverage B and Coverage C – applies only if that Coverage(s) is chosen by entry in the Schedule below and then only with respect to the building identified for that Coverage in the Schedule.

C. In the event of covered direct physical loss or damage to a building that is Covered Property, we will provide each of the following coverages that apply to that lost or damaged building, as indicated in the Schedule below:

1. **Coverage A – Coverage For Loss to the Undamaged Portion of the Building**

   If Coverage A is indicated as applicable by an "X" in the Schedule below for a covered building, we will pay under Coverage A for the loss in value of the undamaged portion of that building as a consequence of enforcement of an ordinance or law that requires demolition of undamaged parts of the same building.

   Coverage A is included in the Limit of Insurance (subject to any applicable Blanket Limitation Clause or coinsurance provision) shown in the Declarations as applicable to that covered building. Coverage A does not increase the applicable Limit of Insurance.

2. **Coverage B – Demolition Cost Coverage**

   If a Coverage B Limit of Insurance is indicated in the Schedule below for a covered building, we will pay under Coverage B the cost to demolish and clear the site of undamaged parts of that same building, as a consequence of enforcement of an ordinance or law that requires demolition of such undamaged property.

3. **Coverage C – Increased Cost of Construction Coverage**

   **a.** If a Coverage **C** Limit of Insurance is indicated in the Schedule below for a covered building, we will pay under Coverage **C** the increased cost to:

   **(1)** Repair or reconstruct damaged portions of that building; or

   **(2)** Reconstruct or remodel undamaged portions of that building, whether or not demolition is required;

   when the increased cost is a consequence of enforcement of the minimum requirements of the ordinance or law.

   This Coverage C applies only if the restored or remodeled property is intended for similar occupancy as the current property, unless such occupancy is not permitted by zoning or land use ordinance or law. This Coverage C does not apply if the building is not repaired, reconstructed or remodeled.

   b. When a covered building is damaged or destroyed by a Covered Cause of Loss and Coverage C applies to that property in accordance with 3.a. above, coverage for the increased cost of construction also applies to repair or reconstruction of the following, subject to the same conditions stated in **3.a.**:

   **(1)** The cost of excavations, grading, backfilling and filling;

   **(2)** Pilings; and

   **(3)** Underground wires, pipes, flues and drains.

   The items listed in **b.(1)** through **b.(3)** above are deleted from Section **A.2.** Property and Costs Not Covered of the Deluxe Property Coverage Form, but only with respect to the coverage described in this provision, **3.b.**


© 2011 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

D. The coverages described in C. above apply only if the provisions in Paragraphs D.1. and D.2. below are satisfied and are then subject to the qualifications set forth in Paragraph D.3. below:

1. The ordinance or law:

   a. Regulates the demolition, construction or repair of buildings, or establishes zoning or land use requirements at the described premises; and

   b. Is in force at the time of loss.

   But coverage under this endorsement applies only in response to the minimum requirements of the ordinance or law. Losses and costs incurred in complying with recommended actions or standards that exceed actual requirements are not covered.

2. The building either:

   a. Sustains direct physical loss or damage that is covered under this Coverage Part and such damage results in enforcement of the ordinance or law; or

   b. Sustains both direct physical loss or damage that is covered under this Coverage Part and direct physical loss or damage that is not covered under this Coverage Part and the building damage in its entirety results in enforcement of the ordinance or law.

   If the building sustains direct physical loss or damage that is not covered under this Coverage Part, and such damage is the subject of the ordinance or law, then there is no coverage under this endorsement even if the building has also sustained covered direct physical loss or damage.

3. In the situation described in D.2.b. above, we will not pay the full amount of loss otherwise payable under the terms of Coverage A, B or C of this endorsement. Instead, we will pay a proportion of such loss. The proportion of such loss that we will pay is the proportion that the covered direct physical loss or damage bears to the total direct physical loss or damage. However, if covered direct physical loss or damage, alone, would have resulted in the enforcement of the ordinance or law, then we will pay the full amount of loss otherwise payable under the terms of Coverage A, B or C of this endorsement.

E. We will not pay under this endorsement for:

1. Enforcement of any ordinance or law which requires the demolition, repair, replacement, reconstruction, remodeling or remediation of property due to contamination by "pollutants" or due to the presence, growth, proliferation, spread or any activity of "fungus", wet rot or dry rot;

2. The costs associated with the enforcement of any ordinance or law which requires any insured or others to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of "pollutants", "fungus", wet rot or dry rot; or

3. Loss due to any ordinance or law that:

   a. You were required by the ordinance or law to comply with before the loss, even if the building was undamaged; and

   b. You failed to comply with.

F. **Loss Payment**

The following loss payment provisions F.1. through F.4. are subject to the apportionment procedures set forth in Section D.3. of this endorsement.

1. When there is a loss in value of an undamaged portion of a building to which Coverage A applies, the loss payment for that building, including damaged and undamaged portions, will be determined as follows:

   a. If Replacement Cost valuation applies and the property is repaired or replaced, on the same or another location, we will not pay more than the lesser of:

      (1) The amount you actually spend to repair, rebuild or reconstruct the building, but not for more than the amount it would cost to restore the building on the same location and to the same height, floor area, style and comparable quality of the original property insured; or

      (2) The Limit of Insurance shown in the Declarations as applicable to the covered building .

   b. If Replacement Cost valuation applies and property is not repaired or replaced, or if Replacement Cost valuation does not apply, we will not pay more than the lesser of:

      (1) The Actual Cash Value of the building at the time of loss; or


© 2011 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

DM 07312026

(2) The Limit of Insurance shown in the Declarations as applicable to the covered building .

2. Unless paragraph **F.4.** applies, loss payment under Coverage **B** – Demolition Cost Coverage will be determined as follows:

We will not pay more than the lesser of the following:

a. The amount you actually spend to demolish and clear the site of the building; or

b. The applicable Limit of Insurance shown for Coverage **B** in the Schedule below.

3. Unless paragraph **F.4.** applies, loss payment under Coverage **C** – Increased Cost of Construction Coverage will be determined as follows:

a. We will not pay under Coverage **C**:

(1) Until the property is actually repaired or replaced, at the same or another location ; and

(2) Unless the repairs or replacement are made as soon as reasonably possible after the loss or damage, not to exceed two years. We may extend this period in writing during the two years.

b. If the building is repaired or replaced at the same location, or if you elect to rebuild at another location, the most we will pay under Coverage **C** is the lesser of:

(1) The increased cost of construction at the same location; or

(2) The applicable Limit of Insurance shown for Coverage **C** in the Schedule below.

c. If the ordinance or law requires relocation to another location, the most we will pay under Coverage **C** is the lesser of:

(1) The increased cost of construction at the new location; or

(2) The applicable Limit of Insurance shown for Coverage **C** in the Schedule below.

4. If a Combined Limit of Insurance is shown for Coverages **B** and **C** in the Schedule below, paragraphs **F.2.** and **F.3.** of this endorsement do not apply with respect to the covered building that is subject to the Combined Limit, and the following loss payment provisions apply instead:

The most we will pay, for the total of all covered losses for Demolition Cost and Increased Cost of Construction, is the Combined Limit of Insurance sho wn for Coverages **B** and **C** in the Schedule below. Subject to this Combined Limit of Insurance, the following loss payment provisions apply:

a. For Demolition Cost, we will not pay more than the amount you actually spend to demolish and clear the site of the building.

b. With respect to the Increased Cost of construction:

(1) We will not pay for the increased cost of construction:

(a) Until the property is actually repaired or replaced, at the same or another location; and

(b) Unless the repairs or replacement are made as soon as reasonably possible after the loss or damage, not to exceed two years. We may extend this period in writing during the two years.

(2) If the building is repaired or replaced at the same location, or if you elect to rebuild at another location, the most we will pay for the increased cost of construction is the increased cost of construction at the same location.

(3) If the ordinance or law requires relocation to another location, the most we will pay for the increased cost of construction is the increased cost of construction at the new location.

G. The terms of this endorsement apply separately to each building to which this endorsement applies.

H. The Ordinance or Law Exclusion in Section **C.1.h.** of the Deluxe Property Coverage Form does not apply to the insurance specifically provided under this endorsement.


© 2011 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

I. SCHEDULE

| Prem. No. | Bldg. No. | Coverage A Loss to the Undamaged Portion of the Building ☒ | Coverage B Demolition Cost Limit of Insurance | Coverage C Increased Cost of Construction Limit of Insurance | Coverage B and C Combined Limit of Insurance |
|---|---|---|---|---|---|
| 1 | 1 | ☒ | $ | $ | $ 1,000,000 |
| | | ☐ | $ | $ | $ |
| | | ☐ | $ | $ | $ |
| | | ☐ | $ | $ | $ |
| | | ☐ | $ | $ | $ |
| | | ☐ | $ | $ | $ |
| | | ☐ | $ | $ | $ |
| | | ☐ | $ | $ | $ |
| | | ☐ | $ | $ | $ |
| | | ☐ | $ | $ | $ |
| | | ☐ | $ | $ | $ |
| | | ☐ | $ | $ | $ |
| | | ☐ | $ | $ | $ |
| | | ☐ | $ | $ | $ |
| | | ☐ | $ | $ | $ |
| | | ☐ | $ | $ | $ |
| | | ☐ | $ | $ | $ |
| | | ☐ | $ | $ | $ |
| | | ☐ | $ | $ | $ |
| | | ☐ | $ | $ | $ |
| | | ☐ | $ | $ | $ |
| | | ☐ | $ | $ | $ |
| | | ☐ | $ | $ | $ |
| | | ☐ | $ | $ | $ |
| | | ☐ | $ | $ | $ |
| | | ☐ | $ | $ | $ |
| | | ☐ | $ | $ | $ |
| | | ☐ | $ | $ | $ |
| | | ☐ | $ | $ | $ |
| | | ☐ | $ | $ | $ |


© 2011 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

DM 07312026

POLICY NUMBER: Y-630-0Y496019-IND-25 ISSUE DATE: 05-15-25

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

**DELUXE PROPERTY COVERAGE PART AMENDATORY ENDORSEMENT**

# ADDITIONAL COVERED PROPERTY

This endorsement modifies insurance provided under the following:

DELUXE PROPERTY COVERAGE FORM

The property described in the Schedule below is withdrawn from Paragraph A.2. Property And Costs Not Covered and added to Covered Property.

When a Limit of Insurance is shown in the Schedule below for any property described in the Schedule, that Limit of Insurance is the most we will pay for loss or damage to that property in any one occurrence. If a Limit of Insurance is not shown in the Schedule below for any property described in the Schedule, the most we will pay for loss or damage to that property in any one occurrence is the applicable Covered Property Limit of Insurance shown in the Declarations.

**SCHEDULE**

| Prem. Loc. No. | Bldg. No. | Description of Property | Limit of Insurance |
|---|---|---|---|
| 1 | 1 | UNDERGROUND WIRES, PIPES, FLUES OR DRAINS AND FENCES OUTSIDE OF BUILDINGS | $ 100,000 |
| 1 | 1 | UNDERGROUND WIRES, PIPES, FLUES OR DRAINS AND FENCES OUTSIDE OF BUILDINGS | 100,000 |


© 2011 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

POLICY NUMBER: Y-630-0Y496019-IND-25 ISSUE DATE: 05-15-25

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

**DELUXE PROPERTY COVERAGE PART AMENDATORY ENDORSEMENT**

# LOSS PAYABLE PROVISIONS

This endorsement modifies insurance provided under the following:

DELUXE PROPERTY COVERAGE FORM

Nothing in this endorsement increases the applicable Limit of Insurance. We will not pay any Loss Payee more than their financial interest in the Covered Property, and we will not pay more than the applicable Limit of Insurance on the Covered Property.

Each of the following Clauses, A, B, C and D, is added to the Loss Payment Loss Condition as indicated in the Schedule below.

A. **LOSS PAYABLE CLAUSE**

For Covered Property in which both you and a Loss Payee shown in the Schedule below have an insurable interest, we will:

1. Adjust losses with you; and
2. Pay any claim for loss or damage jointly to you and the Loss Payee, as interests may appear.

B. **LENDER'S LOSS PAYABLE CLAUSE**

1. The Loss Payee shown in the Schedule below is a creditor, including a mortgageholder or trustee, whose interest in Covered Property is established by such written instruments as:
   a. Warehouse receipts:
   b. A contract for deed:
   c. Bills of lading:
   d. Financing statements; or
   e. Mortgages, deeds of trust, or security agreements.
2. For Covered Property in which both you and a Loss Payee have an insurable interest:
   a. We will pay for covered loss or damage to each Loss Payee in their order or precedence, as interest may appear.
   b. The Loss Payee has the right to receive loss payment even if the Loss Payee has started foreclosure or similar action on the Covered Property.
   c. If we deny your claim because of your acts or because you have failed to comply with terms of this Coverage Part, the Loss Payee will still have the right to receive loss payment if the Loss Payee:
      (1) Pays any premium due under this Coverage Part at our request if you have failed to do so:
      (2) Submits a signed, sworn proof of loss within 60 days after receiving notice from us of your failure to do so; and
      (3) Has notified us of any change in ownership, occupancy or substantial change in risk known to the Loss Payee.

      All of the terms of this Coverage Part will then apply directly to the Loss Payee.
   d. If we pay the Loss Payee for any loss or damage and deny payment to you because of your acts or because you have failed to comply with the terms of this Coverage Part:
      (1) The Loss Payee's rights will be transferred to us to the extent of the amount we pay; and
      (2) The Loss Payee's rights to recover the full amount of the Loss Payee's claim will not be impaired.

      At our option, we may pay to the Loss Payee the whole principal on the debt plus any accrued interest. In this event, you will pay your remaining debt to us.

   At our option, we may pay to the Loss Payee the whole principal on the debt plus any accrued interest. In this event, you will pay your remaining debt to us.
3. If we cancel this policy, we will give written notice to the Loss Payee at least:
   a. 10 days before the effective date of cancellation if we cancel for your nonpayment of premium; or


© 2011 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

DM 07312026

b. 30 days before the effective date of cancellation if we cancel for any other reason.

4. If we elect not to renew this policy, we will give written notice to the Loss Payee at least 10 days before the expiration date of this policy.

C. CONTRACT OF SALE CLAUSE

1. The Loss Payee shown in the Schedule below is a person or organization you have entered into a contract with for the sale of Covered Property.

2. For Covered Property in which both you and the Loss Payee have an insurable interest, we will:

   a. Adjust losses with you; and

   b. Pay any claim for loss or damage jointly to you and the Loss Payee, as interest may appear.

3. The following is added to the Other Insurance Condition:

   For Covered Property that is the subject of a contract of sale, the word "you" includes the Loss Payee.

D. BUILDING OWNER LOSS PAYABLE CLAUSE

1. The Loss Payee shown in the Schedule below is the owner of the described building, in which you are a tenant.

2. We will adjust losses to the described building with the Loss Payee. Any loss payment made to the Loss Payee will satisfy your claims against us for the owner's prop erty.

3. We will adjust losses to tenants' improvements and betterments with you, unless the lease provides otherwis e.

SCHEDULE

| Premises Location Number: | Building Number: | Applicable Clause (Indicate A, B, C or D): |
| --- | --- | --- |

**Description of Property:**

SEE DX T8 93 03 99

**Loss Payee Name:**

**Loss Payee Address:**



© 2011 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

DM 07312026

POLICY NUMBER: Y-630-0Y496019-IND-25

COMMERCIAL PROPERTY
ISSUE DATE: 05-15-25

# LOSS PAYABLE PROVISIONS SCHEDULE

Loss Payee (Name & Address)

PNC EQUIPMENT FINANCE AND ITS
SUCCESSORS AND/OR ASSGNS
PO BOX 3547

BELLEVUE WA 98008

| Prem. No. | Bldg. No. | Description of Property | Provisions Applicable |
|---|---|---|---|
| 1 | 1 | 50 LEASED GOLF CARTS | Loss Payable |

DM 07312026

POLICY NUMBER: Y-630-0Y496019-IND-25

COMMERCIAL PROPERTY
ISSUE DATE: 05-15-25

# LOSS PAYABLE PROVISIONS SCHEDULE

Loss Payee (Name & Address)

MCALLISTER EQUIPMENT CO

5958 COLUMBIA PKWY

ROCKFORD IL 61114

| Prem. No. | Bldg. No. | Description of Property | Provisions Applicable |
|---|---|---|---|
| 1 | 1 | AIR COMPRESSOR | Loss Payable |

POLICY NUMBER: Y-630-0Y496019-IND-25

COMMERCIAL PROPERTY
ISSUE DATE: 05-15-25

# LOSS PAYABLE PROVISIONS SCHEDULE

Loss Payee (Name & Address)
NATIONAL CITY GOLF FINANCE ITS
SUCCESSORS AND/OR ASSIGNS
PO BOX 3547

BELLEVUE WA 98009

| Prem. No. | Bldg. No. | Description of Property | Provisions Applicable |
|---|---|---|---|
| 1 | 1 | 50 LEASED GOLF CARTS | Loss Payable |

DM 07312026

POLICY NUMBER: Y-630-0Y496019-IND-25

COMMERCIAL PROPERTY
ISSUE DATE: 05-15-25

# LOSS PAYABLE PROVISIONS SCHEDULE

Loss Payee (Name & Address)

MARTIN BUSINESS BANK
C/O INSURANCE SERVICE CENTER
PO BOX 368

MARLTON NJ 08053

| Prem. No. | Bldg. No. | Description of Property | Provisions Applicable |
|---|---|---|---|
| 1 | 1 | KONICA MINOLTA COPIER | Loss Payable |

DM 07312026

POLICY NUMBER: Y-630-0Y496019-IND-25

COMMERCIAL PROPERTY
ISSUE DATE: 05-15-25

# LOSS PAYABLE PROVISIONS SCHEDULE

Loss Payee (Name & Address)
MARLIN LEASING CORP

C/O INSURANCE SERVICE CENTER
PO BOX 367
MARLTON NJ 08053

| Prem. No. | Bldg. No. | Description of Property | Provisions Applicable |
|---|---|---|---|
| 1 | 1 | BUILDING AND / OR YOUR BUSINESS PERSONAL PROPERTY | Loss Payable |
| 1 | 2 | BUILDING AND / OR YOUR BUSINESS PERSONAL PROPERTY | Loss Payable |
| 1 | 3 | BUILDING AND / OR YOUR BUSINESS PERSONAL PROPERTY | Loss Payable |
| 1 | 4 | BUILDING AND / OR YOUR BUSINESS PERSONAL PROPERTY | Loss Payable |
| 1 | 5 | BUILDING AND / OR YOUR BUSINESS PERSONAL PROPERTY | Loss Payable |
| 1 | 6 | BUILDING AND / OR YOUR BUSINESS PERSONAL PROPERTY | Loss Payable |
| 1 | 7 | BUILDING AND / OR YOUR BUSINESS PERSONAL PROPERTY | Loss Payable |

DM 07312026

POLICY NUMBER: Y-630-0Y496019-IND-25

COMMERCIAL PROPERTY
ISSUE DATE: 05-15-25

# LOSS PAYABLE PROVISIONS SCHEDULE

Loss Payee (Name & Address)

MARLIN LEASING CORP

C/O INSURANCE SERVICE CENTER
PO BOX 367
MARLTON NJ 08053

| Prem. No. | Bldg. No. | Description of Property | Provisions Applicable |
|---|---|---|---|
| 1 | 8 | BUILDING AND / OR YOUR BUSINESS PERSONAL PROPERTY | Loss Payable |
| 1 | 9 | BUILDING AND / OR YOUR BUSINESS PERSONAL PROPERTY | Loss Payable |
| 1 | 10 | BUILDING AND / OR YOUR BUSINESS PERSONAL PROPERTY | Loss Payable |
| 1 | 11 | BUILDING AND / OR YOUR BUSINESS PERSONAL PROPERTY | Loss Payable |

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

DELUXE PROPERTY COVERAGE PART AMENDATORY ENDORSEMENT

# UTILITY SERVICES – DIRECT DAMAGE

This endorsement modifies insurance provided under the following:

DELUXE PROPERTY COVERAGE FORM

**A. Coverage**

If indicated in the Declarations, we will pay for loss of or damage to Covered Property at the described premises caused by the interruption of utility service to the described premises. The interruption of utility service must result from direct physical loss or damage by a Covered Cause of Loss to any of the Utility Supply Services Properties defined in Section B. below, if such property is indicated in the Declarations and is:

1. Located away from the described premises; or
2. Located at the described premises and used to supply the utility service to the described premises from a source away from the described premises.

**B. Utility Supply Services Properties**

1. **Water Supply Services Property**, meaning the following types of property supplying water to the described premises:
   a. Pumping stations; and
   b. Water mains.
2. **Communication Supply Services Property,** meaning the following types of property supplying communication services, including telephone, radio, microwave or television services, to the described premises, such a s:
   a. Communication transmission lines, including optic fiber transmission lines;
   b. Coaxial cables; and
   c. Microwave radio relays except satellites.

   Coverage does not include loss caused by or resulting from loss or damage to Overhead Transmission Lines unless *Included* or a separate Limit of Insurance is shown in the Declarations for Overhead Transmission Lines.
3. **Power Supply Services Property,** meaning the following types of property supplying electricity, steam or gas to the described premises:
   a. Utility generating plants;
   b. Switching stations;
   c. Substations;
   d. Transformers; and
   e. Transmission lines.

   Coverage does not include loss caused by or resulting from loss or damage to Overhead Transmission Lines unless *Included* or a separate Limit of Insurance is shown in the Declarations for Overhead Transmission Lines.

**C. Deductible**

We will not pay for loss or damage in any one occurrence until the amount of loss or damage exceeds the applicable Deductible stated in the Declarations. We will then pay the amount of loss or damage in excess of the Deductible up to the applicable Limit of Insurance.

**D. Limits of Insurance**

The most we will pay for loss or damage in any one occurrence is the applicable Utility Services – Direct Damage Limit of Insurance stated in the Declarations.

If a separate Limit of Insurance is shown in the Declarations for Overhead Transmission Lines, that limit is the most we will pay for loss or damage in any one occurrence resulting from loss or damage to Overhead Transmission Lines to which this coverage applies. This applies even if this coverage applies to both Communication Supply Services Property and Power Supply Services Property.

The Limit(s) of Insurance applicable to this endorsement are part of, and not in addition to, the applicable Covered Property Limit(s) of Insurance.


© 2011 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

**DELUXE PROPERTY COVERAGE PART AMENDATORY ENDORSEMENT**

# UTILITY SERVICES–TIME ELEMENT

This endorsement modifies insurance provided under the following:

DELUXE BUSINESS INCOME (AND EXTRA EXPENSE) COVERAGE FORM
DELUXE BUSINESS INCOME (WITHOUT EXTRA EXPENSE) COVERAGE FORM
DELUXE EXTRA EXPENSE COVERAGE FORM

**A. Coverage**

If indicated in the Declarations, your coverage for Business Income and/or Extra Expense, as provided under the applicable Coverage Form, is extended to apply to the actual amount of such of Business Income and/or Extra Expense that you incur caused by the interruption of utility service to the described premises. The interruption of utility service must result from direct physical loss or damage by a Covered Cause of Loss to any of the Utility Services Properties defined in Section B. below, if such property is indicated in the Declarations and is:

1. Located away from the described premises; or
2. Located at the described premises and used to supply the utility service to the described premises from a source away from the described premises.

**B. Utility Service Properties**

1. **Water Supply Services Property,** meaning the following types of property supplying water to the described premises:
   a. Pumping stations; and
   b. Water mains.
2. **Communication Supply Services Property,** meaning the following types of property supplying communication services, including telephone, radio, microwave or television services, to the described premises, such a s:
   a. Communication transmission lines, including optic fiber transmission lines;
   b. Coaxial cables; and
   c. Microwave radio relays except satellites.

   Coverage does not include loss caused by or resulting from loss or damage to Overhead Transmission Lines unless *Included* or a separate Limit of Insurance is shown in the Declarations for Overhead Transmission Lines.
3. **Power Supply Services Property,** meaning the following types of property supplying electricity, steam or gas to the described premises:
   a. Utility generating plants;
   b. Switching stations;
   c. Substations;
   d. Transformers; and
   e. Transmission lines.

   Coverage does not include loss caused by or resulting from loss or damage to Overhead Transmission Lines unless *Included* or a separate Limit of Insurance is shown in the Declarations for Overhead Transmission Lines.

**C. Deductible**

The hour deductible that applies to Utility Services – Time Element is indicated in the Declarations. We will only pay for loss of Business Income you sustain after the number of consecutive hours indicated in the Declarations following the direct physical loss or damage to the Utility Services Property to which this endorsement applies. This deductible does not apply to Extra Expense.

**D. Limits of Insurance**

The most we will pay for loss or damage in any one occurrence is the applicable Utility Services – Time Element Limit of Insurance stated in the Declarations. This limit is part of, and not in addition to, the Limit(s) of Insurance that apply to Business Income and/or Extra Expense at the described premises.

If a separate Limit of Insurance is shown in the Declarations for Overhead Transmission Lines, that is the most we will pay for loss or damage in any one occurrence resulting from loss or dam-


© 2011 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

DM 07312026

age to Overhead Transmission Lines to which this coverage applies. This applies, even if this coverage applies to both Communication Supply Services Property and Power Supply Services Property. This limit is part of, and not in addition to, the Utility Services – Time Element Limit of Insurance stated in the Declarations.


© 2011 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# FEDERAL TERRORISM RISK INSURANCE ACT DISCLOSURE

This endorsement modifies insurance provided under the following:

DELUXE PROPERTY COVERAGE PART

The federal Terrorism Risk Insurance Act of 2002 as amended ("TRIA") establishes a program under which the Federal Government may partially reimburse "Insured Losses" (as defined in TRIA) caused by "Acts Of Terrorism" (as defined in TRIA). "Act Of Terrorism" is defined in Section 102(1) of TRIA to mean any act that is certified by the Secretary of the Treasury – in consultation with the Secretary of Homeland Security and the Attorney General of the United States – to be an act of terrorism; to be a violent act or an act that is dangerous to human life, property, or infrastructure; to have resulted in damage within the United States, or outside the United States in the case of certain air carriers or vessels or the premises of a United States Mission; and to have been committed by an individual or individuals as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion.

The Federal Government's share of compensation for such Insured Losses is 80% of the amount of such Insured Losses in excess of each Insurer's "Insurer Deductible" (as defined in TRIA), subject to the "Program Trigger" (as defined in TRIA).

In no event, however, will the Federal Government be required to pay any portion of the amount of such Insured Losses occurring in a calendar year that in the aggregate exceeds $100 billion, nor will any Insurer be required to pay any portion of such amount provided that such Insurer has met its Insurer Deductible. Therefore, if such Insured Losses occurring in a calendar year exceed $100 billion in the aggregate, the amount of any payments by the Federal Government and any coverage provided by this policy for losses caused by Acts Of Terrorism may be reduced.

The charge for such Insured Losses under this Coverage Part is included in the Coverage Part premium. The charge for such Insured Losses that has been included for this Coverage Part is indicated below, and does not include any charge for the portion of such Insured Losses covered by the Federal Government under TRIA:

- 7% of your total Deluxe Property Coverage Part premium if your primary location is in a Designated City (as listed below).
- 3% of your total Deluxe Property Coverage Part premium if your primary location is not in a Designated City (as listed below).


© 2020 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

**Designated Cities are:**

| | | | |
|---|---|---|---|
| Albuquerque, NM | El Paso, TX | Miami, FL | San Antonio, TX |
| Atlanta, GA | Fort Worth, TX | Milwaukee, WI | San Diego, CA |
| Austin, TX | Fresno, CA | Minneapolis, MN | San Francisco, CA |
| Baltimore, MD | Honolulu, HI | Nashville-Davidson, TN | San Jose, CA |
| Boston, MA | Houston, TX | New Orleans, LA | Seattle, WA |
| Charlotte, NC | Indianapolis, IN | New York, NY | St. Louis, MO |
| Chicago, IL | Jacksonville, FL | Oakland, CA | Tucson, AZ |
| Cleveland, OH | Kansas City, MO | Oklahoma City, OK | Tulsa, OK |
| Colorado Springs, CO | Las Vegas, NV | Omaha, NE | Virginia Beach, VA |
| Columbus, OH | Long Beach, CA | Philadelphia, PA | Washington, DC |
| Dallas, TX | Los Angeles, CA | Phoenix, AZ | Wichita, KS |
| Denver, CO | Memphis, TN | Portland, OR | |
| Detroit, MI | Mesa, AZ | Sacramento, CA | |


© 2020 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

**DELUXE PROPERTY COVERAGE PART AMENDATORY ENDORSEMENT**

# DIGITAL ASSETS EXCLUSIONS – DIGITAL CURRENCY AND NON-FUNGIBLE TOKENS

This endorsement modifies insurance provided under the following:

DELUXE PROPERTY COVERAGE PART

**A.** The following is added to Paragraph 2. **Property and Costs Not Covered** of Section A. **COVERAGE** of the DELUXE PROPERTY COVERAGE FORM:

Covered Property also does not include:

**(1)** Any "digital currency"; or

**(2)** Any "non-fungible token".

**B.** The following is added to any definition of "money", "securities" and "fine arts":

This definition does not include:

**(1)** Any "digital currency"; or

**(2)** Any "non-fungible token".

**C.** The following exclusion is added to Paragraph **1. Exclusions** of Section **B. Exclusions and Limitations** of the DELUXE BUSINESS INCOME (AND EXTRA EXPENSE) COVERAGE FORM, DELUXE BUSINESS INCOME (WITHOUT EXTRA EXPENSE) COVERAGE FORM or DELUXE EXTRA EXPENSE COVERAGE FORM, if any such coverage form is part of your policy:

We will not pay for any loss caused by or resulting from loss of or damage to:

**(1)** Any "digital currency"; or

**(2)** Any "non-fungible token".

**D.** The following are added to Section J. **DEFINITIONS** of the DELUXE PROPERTY COVERAGE FORM:

"Digital currency" means any exclusively digital, electronic or virtual currency, including crypto currency, that is a representation of value and may be used as a medium of exchange or held as an investment.

"Non-fungible token" means any unique or semi-unique unit of data, digital file or token or other digital identifier that is recorded in a digital ledger, such as a blockchain.

 © 2022 The Travelers Indemnity Company. All rights reserved. 

DM 07312026

POLICY NUMBER: Y-630-0Y496019-IND-25 ISSUE DATE: 05-15-25

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

**DELUXE PROPERTY COVERAGE PART AMENDATORY ENDORSEMENT**

# ELECTRONIC VANDALISM LIMITATION AND OTHER CHANGES

This endorsement modifies insurance provided under the following:

DELUXE PROPERTY COVERAGE PART

**SCHEDULE**

**Electronic Vandalism Limit of Insurance,**
aggregate in any 12-month period of this policy: **$ 10,000** unless a higher limit is shown: $

This endorsement restricts the insurance provided under this Coverage Part for direct physical loss or damage caused by or resulting from "electronic vandalism" and for loss that is a consequence of such direct physical loss or damage.

A. **LIMITATION – ELECTRONIC VANDALISM**

The following LIMITATION is added:

The most we will pay for all loss or damage caused directly or indirectly by or resulting from "electronic vandalism" in any one policy year, commencing with the inception date of this endorsement, is the Electronic Vandalism Limit of Insurance shown in the Schedule of this endorsement. This Electronic Vandalism Limit of Insurance applies regardless of the number of locations, items or types of property or coverages or Coverage Forms involved and is part of, and does not increase the Limits of Insurance provided under this policy.

But if "electronic vandalism" results in a "specified cause of loss", other than:

1. Vandalism that is "electronic vandalism"; or
2. Equipment breakdown when, and to the extent, it is otherwise specifically added as a "specified cause of loss" under this Coverage Part;

this Limitation will not apply to the resulting loss or damage caused by that "specified cause of loss".

This Limitation does not create coverage for any loss or damage that would not otherwise be covered under this Coverage Part, including any loss or damage subject to the exclusions in Section B. below.

B. **UTILITY SERVICES AND SPOILAGE - ELECTRONIC VANDALISM CHANGES**

1. The following replaces the Utility Services Exclusion in Section **C.1.i.** of the DELUXE PROPERTY COVERAGE FORM :

   i. **Utility Services**

   The failure or fluctuation of power, communication, water or other utility service supplied to the described premises, however caused, if the failure or fluctuation:

   (1) Originates away from the described premises; or

   (2) Originates at the described premises, but only if such failure or fluctuation involves equipment used to supply the utility service to the described premises from a source away from the described premises.

   Failure or fluctuation of any utility service includes lack of sufficient capacity and reduction in supply. Communication services include service relating to Internet access or access to any electronic, cellular or satellite network.

   Exceptions:

   (1) If the failure or fluctuation of power, communication, water or other utility service results in a Covered Cause of Loss, other than "electronic vandalism", this exclusion does not apply to the loss or damage caused by that Covered Cause of Loss.

 © 2022 The Travelers Indemnity Company. All rights reserved. 

DM 07312026

(2) This exclusion does not apply to the insurance provided under any Utility Service – Direct Damage, Utility Service – Time Element or Spoilage coverage for loss or damage caused by the failure or fluctuation of power, communication, water or other utility service supplied to the described premises when the failure or fluctuation:

(a) Originates away from the described premises; or

(b) Originates at the described premises and involves equipment used to supply the utility service to the described premises from a source away from the described premises.

But all other Exclusions and Limitations applicable to this Coverage Part, including the "Electronic Vandalism" Limitation in Section A. above and the below exclusions applicable to Utility Services and Spoilage coverages, continue to apply to such loss or damage to which these Exceptions apply.

2. Under any:

a. Utility Services – Direct Damage;

b. Utility Services – Time Element; and

c. Spoilage;

coverage provided under this Coverage Part the following exclusion is added:

We will not pay for loss or damage caused directly or indirectly by "electronic vandalism". This exclusion applies regardless of any other cause or event that contributes concurrently or in any sequence to the loss. This exclusion applies whether or not the loss event results in widespread damage or affects a substantial area.

**C. ELECTRONIC VANDALISM MINIMUM DEDUCTIBLE**

The following deductible provision is added and applies to all coverages, including Extra Expense:

The DEDUCTIBLE provisions of this Coverage Part continue to apply. But in no event will the total of all applicable deductible amounts applied in any one occurrence of "electronic vandalism" to which insurance under this Coverage Part applies be less than $1,000.

**D. ELECTRONIC VANDALISM DEFINED**

**"Electronic vandalism"** means:

1. Willful or malicious destruction of computer programs, content, instructions or other electronic or digital data stored within computer systems.

2. Unauthorized computer code or programming that:

a. Deletes, distorts, corrupts or manipulates computer programs, content, instructions or other electronic or digital data, or otherwise results in damage to computers or computer systems or networks to which it is introduced;

b. Replicates itself, impairing the performance of computers or computer systems or networks;

c. Gains remote control access to data and programming within computers or computer systems or networks to which it is introduced, for uses other than those intended for authorized users of the computers or computer systems or networks; or

d. Introduces a virus, harmful code or similar instruction into or enacted on a computer system (including electronic data) or a network to which it is connected, designed to damage or destroy any part of the system or disrupt its normal operation.

3. Any other unauthorized access to or use of computers or computer systems or networks, including data and programming within such computers or computer systems or networks.

4. A denial of service attack that restricts, prevents or disrupts access to or use of any computer, computer system or network, or otherwise disrupts the normal functioning or operation of any computer, computer system or network.


© 2022 The Travelers Indemnity Company. All rights reserved.

DM 07312026

# GENERAL LIABILITY

DM 07312026

# GENERAL LIABILITY

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXCLUSION – ABUSE OR MOLESTATION – ILLINOIS

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**PROVISIONS**

1. The following exclusion is added to Paragraph 2., **Exclusions.** of **SECTION I – COVERAGE A – BODILY INJURY AND PROPERTY DAMAGE LIABILITY**:

   **Abuse Or Molestation**

   "Bodily injury" arising out of:

   **(1)** Any act of "abuse or molestation" committed by or at the direction of the insured or that the insured knowingly allowed to happen; or

   **(2)** A failure by the insured having knowledge of an act of "abuse or molestation" to comply with any applicable federal, state or local law, ordinance or regulation which requires the reporting of such act.

2. The following exclusion is added to Paragraph 2., **Exclusions.** of **SECTION I – COVERAGE B – PERSONAL INJURY AND ADVERTISING INJURY LIABILITY**:

   **Abuse Or Molestation**

   "Personal injury" arising out of:

   **(1)** Any act of "abuse or molestation" committed by or at the direction of the insured or that the insured knowingly allowed to happen; or

   **(2)** A failure by the insured having knowledge of an act of "abuse or molestation" to comply with any applicable federal, state or local law, ordinance or regulation which requires the reporting of such act.

3. The following is added to the **DEFINITIONS** Section:

   "Abuse or molestation" means any actual or threatened illegal or offensive act committed against any person who is:

   **a.** Under 18 years of age;

   **b.** Your student;

   **c.** Legally incompetent; or

   **d.** In the care, custody or control of any insured and is physically or mentally incapable of consenting to such act;

   regardless of whether such illegal or offensive act involved physical contact with such person.

 © 2018 The Travelers Indemnity Company. All rights reserved. 

DM 07312026

TRAVELERS

One Tower Square, Hartford, Connecticut 06183

COMMERCIAL GENERAL LIABILITY
COVERAGE PART DECLARATIONS

POLICY NO.: Y-630-0Y496019-IND-25
ISSUE DATE: 05-15-25

INSURING COMPANY:
THE TRAVELERS INDEMNITY COMPANY

DECLARATIONS PERIOD: From 05-15-25 to 05-15-26 12:01 A.M. Standard Time at your mailing address shown in the Common Policy Declarations.

The Commercial General Liability Coverage Part consists of these Declaration s and the Coverage Form shown below.

1. COVERAGE AND LIMITS OF INSURANCE:

| COMMERCIAL GENERAL LIABILITY COVERAGE FORM | LIMITS OF INSURANCE |
|---|---|
| General Aggregate Limit (Other than Products-Completed Operations) | $ 2,000,000 |
| Products-Completed Operations Aggregate Limit | $ 2,000,000 |
| Personal & Advertising Injury Limit | $ 1,000,000 |
| Each Occurrence Limit | $ 1,000,000 |
| Damage To Premises Rented To You Limit (any one premises) | $ 300,000 |
| Medical Expense Limit (any one person) | $ 5,000 |

2. AUDIT PERIOD: ANNUAL

3. FORM OF BUSINESS: CORPORATION

4. NUMBERS OF FORMS, SCHEDULES AND ENDORSEMENTS FORMING PART OF THIS COVERAGE PART ARE ATTACHED AS A SEPARATE LISTING.

COMMERCIAL GENERAL LIABILITY COVERAGE
IS SUBJECT TO A GENERAL AGGREGATE LIMIT

**DECLARATIONS PREMIUM SCHEDULE** **POLICY NUMBER:** Y-630-0Y496019-IND-25

This Schedule applies to the Declarations for the period of 05-15-25 to 05-15-26

It shows all of your known rating classes as of the effective date. Any except ions will be so noted. This includes all locations you own, rent or occupy.

| OPN NO. | LOC/ BLDG NO. | CLASS DESCRIPT/ CODE NO. | SUBLINE | PREMIUM BASE/ EXPOSURE | RATES | ADVANCE PREMIUM |
|---|---|---|---|---|---|---|
| MINIMUM PREMIUMS | | | | | | |
| | PREM/OPS | | $266 | | | |
| | PROD/C-OPS | | $148 | | | |
| | LOB | | $250 | | | |
| | 1/ 1 | RESTAURANTS - WITH SALE OF ALCOHOLIC BEVERAGES THAT ARE 30% OR MORE OF BUT LESS THAN 75% OF THE TOTAL ANNUAL RECEIPTS OR THE RESTAURANTS - WITHOUT DANCE FLOORS | | | | |
| 005 | | 16916 | PREM/OPS | S 1,234,800 | 2.972 | 3,670 |
| 006 | | | PROD/C-OPS | S 1,234,800 | .120 | 148 |
| | 1/ 1 | SWIMMING POOLS PRODUCTS-COMPLETED OPERATIONS ARE SUBJECT TO THE GENERAL AGGREGATE LIMIT. | | | | |
| 007 | | 48925 EACH | PREM/OPS | T 1 SWIMMING POOL | 730.157 | 730 |
| | 1/ 1 | BUILDINGS OR PREMISES - BANK OR OFFICE - MERCANTILE OR MANUFACTURING (LESSOR'S RISK ONLY) - MAINTAINED BY THE INSURED - OTHER THAN NOT-FOR-PROFIT PRODUCTS-COMPLETED OPERATIONS ARE SUBJECT TO THE GENERAL AGGREGATE LIMIT. | | | | |
| 008 | | 61217 | PREM/OPS | A 1,000 | 69.331 | 69 |
| | 1/ 1 | GOLF FACILITIES - PRIVATELY OWNED - MEMBERS & GUEST ONLY PRODUCTS-COMPLETED OPERATIONS ARE SUBJECT TO THE GENERAL AGGREGATE LIMIT. | | | | |
| 010 | | 79970 EACH | PREM/OPS | T 18,000 ROUNDS OF GOLF | .198 | 3,564 |
| | | XTEND ENDORSEMENT-GOLF OR COUNTRY CLUB FACILITIES | | | | |
| 003 | | 00225 | PREM/OPS | | | INCLUDED |
| 004 | | | PROD/C-OPS | | | INCLUDED |

*This class is subject to the prem/ops transition program.

☐ If an "X" is entered in this box, these Declarations are completed on the Premium Schedule Extension CG T0 12.

DM 07312026

**DECLARATIONS PREMIUM SCHEDULE** **POLICY NUMBER:** Y-630-0Y496019-IND-25

This Schedule applies to the Declarations for the period of 05-15-25 to 05-15-26

It shows all of your known rating classes as of the effective date. Any except ions will be so noted. This includes all locations you own, rent or occupy.

| OPN NO. | LOC/ BLDG NO. | CLASS DESCRIPT/ CODE NO. | SUBLINE | PREMIUM BASE/ EXPOSURE | RATES | ADVANCE PREMIUM |
|---|---|---|---|---|---|---|
| | | POLLUTION EXCLUSION EXTENSION ENDORSEMENT | | | | |
| 002 | | 90110 | POLL | | | 750 |
| | | COVERAGE PART TOTAL | | | | 8,931 |

*This class is subject to the prem/ops transition program.

☐ If an "X" is entered in this box, these Declarations are completed on the Premium Schedule Extension CG T0 12.

DM 07312026

# KEY TO DECLARATIONS PREMIUM SCHEDULE

**ABBREVIATIONS:**

CLASS DESCRIPT – means CLASS DESCRIPTION

LOC/BLDG NO. – means LOCATION/BUILDING NUMBER

OPN NO. – means OPERATION NUMBER

PREM/OPS – means PREMISES/OPERATIONS

PROD/C-OPS – means PRODUCTS/COMPLETED OPERATIONS

**PREMIUM BASE:**

| Key Letter | Premium Base | How Rates Apply |
|---|---|---|
| a | Area | per 1,000 square feet |
| c | Total Cost | per $1,000 of total cost |
| m | Admissions | per 1,000 admissions |
| o | Total Operating Expense | per $1,000 of total operating expenditures |
| p | Payroll | per $1,000 of payroll |
| s | Gross Sales | per $1,000 of gross sales |
| t | (see note* below) | (see note* below) |
| u | Units | per unit |

* Premium base t applies for a number of rarely used premium bases. The specific base and how rates apply are shown with the Class Description on the DECLARATIONS-PREMIUM SCHEDULE.


Copyright, The Travelers Indemnity Company, 2003

DM 07312026

TABLE OF CONTENTS

# COMMERCIAL GENERAL LIABILITY COVERAGE FORM CG T1 00 02 19

SECTION I – COVERAGES — Beginning on Page

Coverage A –
**Bodily Injury and Property Damage Liability**
Insuring Agreement ........ 1
Exclusions ........ 2

Coverage B –
**Personal and Advertising Injury Liability**
Insuring Agreement ........ 6
Exclusions ........ 6

Coverage C –
**Medical Payments**
Insuring Agreement ........ 9
Exclusions ........ 9

Supplementary Payments ........ 10

SECTION II – WHO IS AN INSURED ........ 11

SECTION III – LIMITS OF INSURANCE ........ 13

SECTION IV – COMMERCIAL GENERAL LIABILITY CONDITIONS ........ 13

Bankruptcy ........ 13
Duties In The Event Of Occurrence, Offense, Claim Or Suit ........ 13
Legal Action Against Us ........ 14
Other Insurance ........ 15
Premium Audit ........ 16
Representations ........ 16
Separation Of Insureds ........ 16
Transfer Of Rights Of Recovery Against Others To Us ........ 16
When We Do Not Renew ........ 16

SECTION V – DEFINITIONS ........ 16

# COMMERCIAL GENERAL LIABILITY COVERAGE FORM

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is and is not covered.

Throughout this policy the words "you" and "your" refer to the Named Insured shown in the Declarations, and any other person or organization qualifying as a Named Insured under this policy. The words "we", "us" and "our" refer to the company providing this insurance.

The word "insured" means any person or organization qualifying as such under Section II – Who Is An Insured.

Other words and phrases that appear in quotation marks have special meaning. Refer to Section V – Definitions.

**SECTION I – COVERAGES**

**COVERAGE A – BODILY INJURY AND PROPERTY DAMAGE LIABILITY**

**1. Insuring Agreement**

a. We will pay those sums that the insured becomes legally obligated to pay as damages because of "bodily injury" or "property damage" to which this insurance applies. We will have the right and duty to defend the insured against any "suit" seeking those damages. However, we will have no duty to defend the insured against any "suit" seeking damages for "bodily injury" or "property damage" to which this insurance does not apply. We may, at our discretion, investigate any "occurrence" and settle any claim or "suit" that may result. But:

(1) The amount we will pay for damages is limited as described in Section III – Limits Of Insurance; and

(2) Our right and duty to defend end when we have used up the applicable limit of insurance in the payment of judgments or settlements under Coverages A or B or medical expenses under Coverage C.

No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under Supplementary Payments.

b. This insurance applies to "bodily injury" and "property damage" only if:

(1) The "bodily injury" or "property damage" is caused by an "occurrence" that takes place in the "coverage territory";

(2) The "bodily injury" or "property damage" occurs during the policy period; and

(3) Prior to the policy period, no insured listed under Paragraph 1. of Section II – Who Is An Insured and no "employee" authorized by you to give or receive notice of an "occurrence" or claim knew that the "bodily injury" or "property damage" had occurred, in whole or in part. If such a listed insured or authorized "employee" knew, prior to the policy period, that the "bodily injury" or "property damage" occurred, then any continuation, change or resumption of such "bodily injury" or "property damage" during or after the policy period will be deemed to have been known prior to the policy period.

c. "Bodily injury" or "property damage" which occurs during the policy period and was not, prior to the policy period, known to have occurred by any insured listed under Paragraph 1. of Section II – Who Is An Insured or any "employee" authorized by you to give or receive notice of an "occurrence" or claim, includes any continuation, change or resumption of that "bodily injury" or "property damage" after the end of the policy period.

d. "Bodily injury" or "property damage" will be deemed to have been known to have occurred at the earliest time when any insured listed under Paragraph 1. of Section II – Who Is An Insured or any "employee" authorized by you to give or receive notice of an "occurrence" or claim:

(1) Reports all, or any part, of the "bodily injury" or "property damage" to us or any other insurer;

(2) Receives a written or verbal demand or claim for damages because of the "bodily injury" or "property damage"; or

(3) Becomes aware by any other means that "bodily injury" or "property damage" has occurred or has begun to occur.


© 2017 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

e. Damages because of "bodily injury" include damages claimed by any person or organization for care, loss of services or death resulting at any time from the "bodily injury".

2. **Exclusions**

This insurance does not apply to:

a. **Expected Or Intended Injury**

"Bodily injury" or "property damage" expected or intended from the standpoint of the insured. This exclusion does not apply to "bodily injury" or "property damage" resulting from the use of reasonable force to protect persons or property.

b. **Contractual Liability**

"Bodily injury" or "property damage" for which the insured is obligated to pay damages by reason of the assumption of liability in a contract or agreement. This exclusion does not apply to liability for damages:

(1) That the insured would have in the absence of the contract or agreement; or

(2) Assumed in a contract or agreement that is an "insured contract", provided that the "bodily injury" or "property damage" occurs subsequent to the execution of the contract or agreement. Solely for the purposes of liability assumed in an "insured contract", reasonable attorneys' fees and necessary litigation expenses incurred by or for a party other than an insured will be deemed to be damages because of "bodily injury" or "property damage", provided that:

(a) Liability to such party for, or for the cost of, that party's defense has also been assumed in the same "insured contract"; and

(b) Such attorneys' fees and litigation expenses are for defense of that party against a civil or alternative dispute resolution proceeding in which damages to which this insurance applies are alleged.

c. **Liquor Liability**

"Bodily injury" or "property damage" for which any insured may be held liable by reason of:

(1) Causing or contributing to the intoxication of any person;

(2) The furnishing of alcoholic beverages to a person under the legal drinking age or under the influence of alcohol; or

(3) Any statute, ordinance or regulation relating to the sale, gift, distribution or use of alcoholic beverages.

This exclusion applies only if you are in the business of manufacturing, distributing, selling, serving or furnishing alcoholic beverages. For the purposes of this exclusion, permitting a person to bring alcoholic beverages on your premises, for consumption on your premises, whether or not a fee is charged or a license is required for such activity, is not by itself considered the business of selling, serving or furnishing alcoholic beverages.

d. **Workers' Compensation And Similar Laws**

Any obligation of the insured under a workers' compensation, disability benefits or unemployment compensation law or any similar law.

e. **Employer's Liability**

"Bodily injury" to:

(1) An "employee" of the insured arising out of and in the course of:

(a) Employment by the insured; or

(b) Performing duties related to the conduct of the insured's business; or

(2) The spouse, child, parent, brother or sister of that "employee" as a consequence of Paragraph (1) above.

This exclusion applies whether the insured may be liable as an employer or in any other capacity and to any obligation to share damages with or repay someone else who must pay damages because of the injury.

This exclusion does not apply to liability assumed by the insured under an "insured contract".

f. **Pollution**

(1) "Bodily injury" or "property damage" arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants":

(a) At or from any premises, site or location which is or was at any time owned or occupied by, or rented or loaned to, any insured. However, this subparagraph does not apply to:

(i) "Bodily injury" if sustained within a building and caused by smoke, fumes, vapor or soot produced by or originating from equipment that


© 2017 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

DM 07312026



is used to heat, cool or dehumidify the building, or produced by or originating from equipment that is used to heat water for personal use by the building's occupants or their guests;

(ii) "Bodily injury" or "property damage" for which you may be held liable, if you are a contractor and the owner or lessee of such premises, site or location has been added to your policy as an additional insured with respect to your ongoing operations performed for that additional insured at that premises, site or location and such premises, site or location is not and never was owned or occupied by, or rented or loaned to, any insured, other than that additional insured; or

(iii) "Bodily injury" or "property damage" arising out of heat, smoke or fumes from a "hostile fire";

(b) At or from any premises, site or location which is or was at any time used by or for any insured or others for the handling, storage, disposal, processing or treatment of waste;

(c) If such "pollutants" are or were at any time transported, handled, stored, treated, disposed of, or processed as waste by or for:

(i) Any insured; or

(ii) Any person or organization for whom you may be legally responsible;

(d) At or from any premises, site or location on which any insured or any contractors or subcontractors working directly or indirectly on any insured's behalf are performing operations if the "pollutants" are brought on or to the premises, site or location in connection with such operations by such insured, contractor or subcontractor. However, this subparagraph does not apply to:

(i) "Bodily injury" or "property damage" arising out of the escape of fuels, lubricants or other operating fluids which are needed to perform the normal electrical, hydraulic or mechanical functions necessary for the operation of "mobile equipment" or its parts, if such fuels, lubricants or other operating fluids escape from a vehicle part designed to hold, store or receive them. This exception does not apply if the "bodily injury" or "property damage" arises out of the intentional discharge, dispersal or release of the fuels, lubricants or other operating fluids, or if such fuels, lubricants or other operating fluids are brought on or to the premises, site or location with the intent that they be discharged, dispersed or released as part of the operations being performed by such insured, contractor or subcontractor;

(ii) "Bodily injury" or "property damage" sustained within a building and caused by the release of gases, fumes or vapors from materials brought into that building in connection with operations being performed by you or on your behalf by a contractor or subcontractor; or

(iii) "Bodily injury" or "property damage" arising out of heat, smoke or fumes from a "hostile fire"; or

(e) At or from any premises, site or location on which any insured or any contractors or subcontractors working directly or indirectly on any insured's behalf are or were at any time performing operations to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, "pollutants".

(2) Any loss, cost or expense arising out of any:

(a) Request, demand, order or statutory or regulatory requirement that any insured or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, "pollutants"; or

 © 2017 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission. 

**(b)** Claim or suit by or on behalf of any governmental authority or any other person or organization because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of, "pollutants".

**g. Aircraft, Auto Or Watercraft**

"Bodily injury" or "property damage" arising out of the ownership, maintenance, use or entrustment to others of any aircraft, "auto" or watercraft owned or operated by or rented or loaned to any insured. Use includes operation and "loading or unloading".

This exclusion applies even if the claims against any insured allege negligence or other wrongdoing in the supervision, hiring, employment, training or monitoring of others by that insured, if the "occurrence" which caused the "bodily injury" or "property damage" involved the ownership, maintenance, use or entrustment to others of any aircraft, "auto" or watercraft that is owned or operated by or rented or loaned to any insured.

This exclusion does not apply to:

**(1)** A watercraft while ashore on premises you own or rent;

**(2)** A watercraft you do not own that is:

**(a)** 50 feet long or less; and

**(b)** Not being used to carry any person or property for a charge;

**(3)** Parking an "auto" on, or on the ways next to, premises you own or rent, provided the "auto" is not owned by or rented or loaned to you or the insured;

**(4)** Liability assumed under any "insured contract" for the ownership, maintenance or use of aircraft or watercraft;

**(5)** "Bodily injury" or "property damage" arising out of:

**(a)** The operation of machinery or equipment that is attached to, or part of, a land vehicle that would qualify as "mobile equipment" under the definition of "mobile equipment" if such land vehicle were not subject to a compulsory or financial responsibility law, or other motor vehicle insurance law, where it is licensed or principally garaged; or

**(b)** The operation of any of the machinery or equipment listed in Paragraph **f.(2)** or **f.(3)** of the definition of "mobile equipment"; or

**(6)** An aircraft that is:

**(a)** Chartered with a pilot to any insured;

**(b)** Not owned by any insured; and

**(c)** Not being used to carry any person or property for a charge.

**h. Mobile Equipment**

"Bodily injury" or "property damage" arising out of:

**(1)** The transportation of "mobile equipment" by an "auto" owned or operated by or rented or loaned to any insured; or

**(2)** The use of "mobile equipment" in, or while in practice for, or while being prepared for, any prearranged racing, speed, demolition, or stunting activity.

**i. War**

"Bodily injury" or "property damage" arising out of:

**(1)** War, including undeclared or civil war;

**(2)** Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

**(3)** Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

**j. Damage To Property**

"Property damage" to:

**(1)** Property you own, rent, or occupy, including any costs or expenses incurred by you, or any other person, organization or entity, for repair, replacement, enhancement, restoration or maintenance of such property for any reason, including prevention of injury to a person or damage to another's property;

**(2)** Premises you sell, give away or abandon, if the "property damage" arises out of any part of those premises;

**(3)** Property loaned to you;

**(4)** Personal property in the care, custody or control of the insured;


© 2017 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

(5) That particular part of real property on which you or any contractors or subcontractors working directly or indirectly on your behalf are performing operations, if the "property damage" arises out of those operations; or

(6) That particular part of any property that must be restored, repaired or replaced because "your work" was incorrectly performed on it.

Paragraphs **(1)**, **(3)** and **(4)** of this exclusion do not apply to "premises damage". A separate limit of insurance applies to "premises damage" as described in Paragraph **6.** of Section **III** – Limits Of Insurance.

Paragraph **(2)** of this exclusion does not apply if the premises are "your work" and were never occupied, rented or held for rental by you.

Paragraphs **(3)**, **(4)**, **(5)** and **(6)** of this exclusion do not apply to liability assumed under a sidetrack agreement.

Paragraph **(6)** of this exclusion does not apply to "property damage" included in the "products-completed operations hazard".

**k. Damage To Your Product**

"Property damage" to "your product" arising out of it or any part of it.

**l. Damage To Your Work**

"Property damage" to "your work" arising out of it or any part of it and included in the "products-completed operations hazard".

This exclusion does not apply if the damaged work or the work out of which the damage arises was performed on your behalf by a subcontractor.

**m. Damage To Impaired Property Or Property Not Physically Injured**

"Property damage" to "impaired property" or property that has not been physically injured, arising out of:

**(1)** A defect, deficiency, inadequacy or dangerous condition in "your product" or "your work"; or

**(2)** A delay or failure by you or anyone acting on your behalf to perform a contract or agreement in accordance with its terms.

This exclusion does not apply to the loss of use of other property arising out of sudden and accidental physical injury to "your product" or "your work" after it has been put to its intended use.

**n. Recall Of Products, Work Or Impaired Property**

Damages claimed for any loss, cost or expense incurred by you or others for the loss of use, withdrawal, recall, inspection, repair, replacement, adjustment, removal or disposal of:

**(1)** "Your product";

**(2)** "Your work"; or

**(3)** "Impaired property";

if such product, work, or property is withdrawn or recalled from the market or from use by any person or organization because of a known or suspected defect, deficiency, inadequacy or dangerous condition in it.

**o. Personal And Advertising Injury**

"Bodily injury" arising out of "personal and advertising injury".

**p. Electronic Data**

Damages arising out of the loss of, loss of use of, damage to, corruption of, inability to access, or inability to manipulate "electronic data".

However, this exclusion does not apply to liability for damages because of "bodily injury".

**q. Unsolicited Communication**

"Bodily injury" or "property damage" arising out of any actual or alleged violation of any law that restricts or prohibits the sending, transmitting or distributing of "unsolicited communication".

**r. Access Or Disclosure Of Confidential Or Personal Information**

"Bodily injury" or "property damage" arising out of any access to or disclosure of any person's or organization's confidential or personal information.

**s. Asbestos**

**(1)** "Bodily injury" or "property damage" arising out of the actual or alleged presence or actual, alleged or threatened dispersal of asbestos, asbestos fibers or products containing asbestos, provided that the "bodily injury" or "property damage" is caused or contributed to by the hazardous properties of asbestos.


© 2017 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

DM 07312026



(2) "Bodily injury" or "property damage" arising out of the actual or alleged presence or actual, alleged or threatened dispersal of any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapors, soot, fumes, acids, alkalis, chemicals and waste, and that are part of any claim or "suit" which also alleges any "bodily injury" or "property damage" described in Paragraph **(1)** above.

(3) Any loss, cost or expense arising out of any:

(a) Request, demand, order or statutory or regulatory requirement that any insured or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, asbestos, asbestos fibers or products containing asbestos; or

(b) Claim or suit by or on behalf of any governmental authority or any other person or organization because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of, asbestos, asbestos fibers or products containing asbestos.

t. **Employment-Related Practices**

"Bodily injury" to:

(1) A person arising out of any:

(a) Refusal to employ that person;

(b) Termination of that person's employment; or

(c) Employment-related practice, policy, act or omission, such as coercion, demotion, evaluation, reassignment, discipline, failure to promote or advance, harassment, humiliation, discrimination, libel, slander, violation of the person's right of privacy, malicious prosecution or false arrest, detention or imprisonment applied to or directed at that person, regardless of whether such practice, policy, act or omission occurs, is applied or is committed before, during or after the time of that person's employment; or

(2) The spouse, child, parent, brother or sister of that person as a consequence of "bodily injury" to that person at whom any of the employment-related practices described in Paragraph **(a)**, **(b)**, or **(c)** above is directed.

This exclusion applies whether the insured may be liable as an employer or in any other capacity and to any obligation to share damages with or repay someone else who must pay damages because of the "bodily injury".

Exclusions **c.** through **n.** do not apply to "premises damage". A separate limit of insurance applies to "premises damage" as described in Paragraph **6.** of Section **III** – Limits Of Insurance.

**COVERAGE B – PERSONAL AND ADVERTISING INJURY LIABILITY**

1. **Insuring Agreement**

a. We will pay those sums that the insured becomes legally obligated to pay as damages because of "personal and advertising injury" to which this insurance applies. We will have the right and duty to defend the insured against any "suit" seeking those damages. However, we will have no duty to defend the insured against any "suit" seeking damages for "personal and advertising injury" to which this insurance does not apply. We may, at our discretion, investigate any offense and settle any claim or "suit" that may result. But:

(1) The amount we will pay for damages is limited as described in Section **III** – Limits Of Insurance; and

(2) Our right and duty to defend end when we have used up the applicable limit of insurance in the payment of judgments or settlements under Coverages **A** or **B** or medical expenses under Coverage **C**.

No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under Supplementary Payments.

b. This insurance applies to "personal and advertising injury" caused by an offense arising out of your business but only if the offense was committed in the "coverage territory" during the policy period.

2. **Exclusions**

This insurance does not apply to:

a. **Knowing Violation Of Rights Of Another**

"Personal and advertising injury" caused by or at the direction of the insured with the knowledge that the act would violate the rights of another and would inflict "personal and advertising injury".

 © 2017 The Travelers Indemnity Company. All rights reserved. Includes copyrighted material of Insurance Services Office, Inc. with its permission. 

DM 07312026



This exclusion does not apply to "personal injury" caused by malicious prosecution.

b. **Material Published With Knowledge Of Falsity**

"Personal and advertising injury" arising out of oral or written publication, including publication by electronic means, of material, if done by or at the direction of the insured with knowledge of its falsity.

c. **Material Published Or Used Prior To Policy Period**

(1) "Personal and advertising injury" arising out of oral or written publication, including publication by electronic means, of material whose first publication took place before the beginning of the policy period; or

(2) "Advertising injury" arising out of infringement of copyright, "title" or "slogan" in your "advertisement" whose first infringement in your "advertisement" was committed before the beginning of the policy period.

d. **Criminal Acts**

"Personal and advertising injury" arising out of a criminal act committed by or at the direction of the insured.

e. **Contractual Liability**

"Personal and advertising injury" for which the insured has assumed liability in a contract or agreement. This exclusion does not apply to liability for damages:

(1) That the insured would have in the absence of the contract or agreement; or

(2) Because of "personal injury" assumed by you in a contract or agreement that is an "insured contract", provided that the "personal injury" is caused by an offense committed subsequent to the execution of the contract or agreement. Solely for the purposes of liability assumed by you in an "insured contract", reasonable attorneys' fees and necessary litigation expenses incurred by or for a party other than an insured will be deemed to be damages because of "personal injury", provided that:

(a) Liability to such party for, or for the cost of, that party's defense has also been assumed by you in the same "insured contract"; and

(b) Such attorneys' fees and litigation expenses are for defense of that party against a civil or alternative dispute resolution proceeding in which damages to which this insurance applies are alleged.

f. **Breach Of Contract**

"Advertising injury" arising out of a breach of contract.

g. **Quality Or Performance Of Goods – Failure To Conform To Statements**

"Advertising injury" arising out of the failure of goods, products or services to conform with any statement of quality or performance made in your "advertisement".

h. **Wrong Description Of Prices**

"Advertising injury" arising out of the wrong description of the price of goods, products or services stated in your "advertisement".

i. **Intellectual Property**

"Personal and advertising injury" arising out of any actual or alleged infringement or violation of any of the following rights or laws, or any other "personal and advertising injury" alleged in any claim or "suit" that also alleges any such infringement or violation:

(1) Copyright;

(2) Patent;

(3) Trade dress;

(4) Trade name;

(5) Trademark;

(6) Trade secret; or

(7) Other intellectual property rights or laws.

This exclusion does not apply to:

(1) "Advertising injury" arising out of any actual or alleged infringement or violation of another's copyright, "title" or "slogan" in your "advertisement"; or

(2) Any other "personal and advertising injury" alleged in any claim or "suit" that also alleges any such infringement or violation of another's copyright, "title" or "slogan" in your "advertisement".

j. **Insureds In Media And Internet Type Businesses**

"Personal and advertising injury" caused by an offense committed by an insured whose business is:

(1) Advertising, "broadcasting" or publishing;


© 2017 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

(2) Designing or determining content of websites for others; or

(3) An Internet search, access, content or service provider.

However, this exclusion does not apply to Paragraphs a.(1), (2) and (3) of the definition of "personal injury".

For the purposes of this exclusion:

(1) Creating and producing correspondence written in the conduct of your business, bulletins, financial or annual reports, or newsletters about your goods, products or services will not be considered the business of publishing; and

(2) The placing of frames, borders or links, or advertising, for you or others anywhere on the Internet will not, by itself, be considered the business of advertising, "broadcasting" or publishing.

k. **Electronic Chatrooms Or Bulletin Boards**

"Personal and advertising injury" arising out of an electronic chatroom or bulletin board the insured hosts or owns, or over which the insured exercises control.

l. **Unauthorized Use Of Another's Name Or Product**

"Personal and advertising injury" arising out of the unauthorized use of another's name or product in your e-mail address, domain name or metatag, or any other similar tactics to mislead another's potential customers.

m. **Pollution**

"Personal and advertising injury" arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants" at any time.

n. **Pollution-Related**

Any loss, cost or expense arising out of any:

(1) Request, demand, order or statutory or regulatory requirement that any insured or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, "pollutants"; or

(2) Claim or suit by or on behalf of any governmental authority or any other person or organization because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of, "pollutants".

o. **War**

"Personal and advertising injury" arising out of:

(1) War, including undeclared or civil war;

(2) Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

(3) Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

p. **Unsolicited Communication**

"Personal and advertising injury" arising out of any actual or alleged violation of any law that restricts or prohibits the sending, transmitting or distributing of "unsolicited communication".

q. **Access Or Disclosure Of Confidential Or Personal Information**

"Personal and advertising injury" arising out of any access to or disclosure of any person's or organization's confidential or personal information.

r. **Asbestos**

(1) "Personal and advertising injury" arising out of the actual or alleged presence or actual, alleged or threatened dispersal of asbestos, asbestos fibers or products containing asbestos, provided that the "personal and advertising injury" is caused or contributed to by the hazardous properties of asbestos.

(2) "Personal and advertising injury" arising out of the actual or alleged presence or actual, alleged or threatened dispersal of any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapors, soot, fumes, acids, alkalis, chemicals and waste, and that are part of any claim or "suit" which also alleges any "personal and advertising injury" described in Paragraph (1) above.

(3) Any loss, cost or expense arising out of any:

(a) Request, demand, order or statutory or regulatory requirement that any insured or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or


© 2017 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

assess the effects of, asbestos, asbestos fibers or products containing asbestos; or

(b) Claim or suit by or on behalf of any governmental authority or any other person or organization because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of, asbestos, asbestos fibers or products containing asbestos.

s. **Employment-Related Practices**

"Personal injury" to:

(1) A person arising out of any:

(a) Refusal to employ that person;

(b) Termination of that person's employment; or

(c) Employment-related practice, policy, act or omission, such as coercion, demotion, evaluation, reassignment, discipline, failure to promote or advance, harassment, humiliation, discrimination, libel, slander, violation of the person's right of privacy, malicious prosecution or false arrest, detention or imprisonment applied to or directed at that person, regardless of whether such practice, policy, act or omission occurs, is applied or is committed before, during or after the time of that person's employment; or

(2) The spouse, child, parent, brother or sister of that person as a consequence of "personal injury" to that person at whom any of the employment-related practices described in Paragraph (a), (b), or (c) above is directed.

This exclusion applies whether the insured may be liable as an employer or in any other capacity and to any obligation to share damages with or repay someone else who must pay damages because of the "personal injury".

**COVERAGE C – MEDICAL PAYMENTS**

1. **Insuring Agreement**

a. We will pay medical expenses as described below for "bodily injury" caused by an accident:

(1) On premises you own or rent;

(2) On ways next to premises you own or rent; or

(3) Because of your operations;

provided that:

(a) The accident takes place in the "coverage territory" and during the policy period;

(b) The expenses are incurred and reported to us within one year of the date of the accident; and

(c) The injured person submits to examination, at our expense, by physicians of our choice as often as we reasonably require.

b. We will make these payments regardless of fault. These payments will not exceed the applicable limit of insurance. We will pay reasonable expenses for:

(1) First aid administered at the time of an accident;

(2) Necessary medical, surgical, X-ray and dental services, including prosthetic devices; and

(3) Necessary ambulance, hospital, professional nursing and funeral services.

2. **Exclusions**

We will not pay expenses for "bodily injury":

a. **Any Insured**

To any insured, except "volunteer workers".

b. **Hired Person**

To a person hired to do work for or on behalf of any insured or a tenant of any insured.

c. **Injury On Normally Occupied Premises**

To a person injured on that part of premises you own or rent that the person normally occupies.

d. **Workers' Compensation And Similar Laws**

To a person, whether or not an "employee" of any insured, if benefits for the "bodily injury" are payable or must be provided under a workers' compensation or disability benefits law or a similar law.

e. **Athletics Activities**

To a person injured while practicing, instructing or participating in any physical exercises or games, sports, or athletic contests.

f. **Products-Completed Operations Hazard**

Included within the "products-completed operations hazard".

g. **Coverage A Exclusions**

Excluded under Coverage A.


© 2017 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

**SUPPLEMENTARY PAYMENTS**

1. We will pay, with respect to any claim we investigate or settle, or any "suit" against an insured we defend:

   a. All expenses we incur.

   b. Up to $2,500 for the cost of bail bonds required because of accidents or traffic law violations arising out of the use of any vehicle to which the Bodily Injury Liability Coverage applies. We do not have to furnish these bonds.

   c. The cost of bonds to release attachments, but only for bond amounts within the applicable limit of insurance. We do not have to furnish these bonds.

   d. All reasonable expenses incurred by the insured at our request to assist us in the investigation or defense of the claim or "suit", including actual loss of earnings up to $500 a day because of time off from work.

   e. All court costs taxed against the insured in the "suit". However, these payments do not include attorneys' fees or attorneys' expenses taxed against the insured.

   f. Prejudgment interest awarded against the insured on that part of the judgment we pay. If we make an offer to pay the applicable limit of insurance, we will not pay any prejudgment interest based on that period of time after the offer.

   g. All interest on the full amount of any judgment that accrues after entry of the judgment and before we have paid, offered to pay, or deposited in court the part of the judgment that is within the applicable limit of insurance.

   These payments will not reduce the limits of insurance.

2. If we defend an insured against a "suit" and an indemnitee of the insured is also named as a party to the "suit", we will defend that indemnitee if all of the following conditions are met:

   a. The "suit" against the indemnitee seeks damages for which the insured has assumed the liability of the indemnitee in a contract or agreement that is an "insured contract";

   b. This insurance applies to such liability assumed by the insured;

   c. The obligation to defend, or the cost of the defense of, that indemnitee, has also been assumed by the insured in the same "insured contract";

   d. The allegations in the "suit" and the information we know about the "occurrence" or offense are such that no conflict appears to exist between the interests of the insured and the interests of the indemnitee;

   e. The indemnitee and the insured ask us to conduct and control the defense of that indemnitee against such "suit" and agree that we can assign the same counsel to defend the insured and the indemnitee; and

   f. The indemnitee:

      (1) Agrees in writing to:

         (a) Cooperate with us in the investigation, settlement or defense of the "suit";

         (b) Immediately send us copies of any demands, notices, summonses or legal papers received in connection with the "suit";

         (c) Notify any other insurer whose coverage is available to the indemnitee; and

         (d) Cooperate with us with respect to coordinating other applicable insurance available to the indemnitee; and

      (2) Provides us with written authorization to:

         (a) Obtain records and other information related to the "suit"; and

         (b) Conduct and control the defense of the indemnitee in such "suit".

   So long as the above conditions are met, attorneys' fees incurred by us in the defense of that indemnitee, necessary litigation expenses incurred by us and necessary litigation expenses incurred by the indemnitee at our request will be paid as Supplementary Payments. Notwithstanding the provisions of Paragraph **2.b.(2)** of Section **I** – Coverages – Coverage **A** – Bodily Injury And Property Damage Liability or Paragraph **2.e.** of Section **I** – Coverages – Coverage B – Personal And Advertising Injury Liability, such payments will not be deemed to be damages for "bodily injury", "property damage" or "personal injury", and will not reduce the limits of insurance.

   Our obligation to defend an insured's indemnitee and to pay for attorneys' fees and necessary litigation expenses as Supplementary Payments ends when:


© 2017 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

DM 07312026



a. We have used up the applicable limit of insurance in the payment of judgments, settlements or medical expenses; or

b. The conditions set forth above, or the terms of the agreement described in Paragraph f. above, are no longer met.

**SECTION II – WHO IS AN INSURED**

1. If you are designated in the Declarations as:

   a. An individual, you and your spouse are insureds, but only with respect to the conduct of a business of which you are the sole owner.

   b. A partnership or joint venture, you are an insured. Your members, your partners, and their spouses are also insureds, but only with respect to the conduct of your business.

   c. A limited liability company, you are an insured. Your members are also insureds, but only with respect to the conduct of your business. Your managers are insureds, but only with respect to their duties as your managers.

   d. An organization other than a partnership, joint venture or limited liability company, you are an insured. Your "executive officers" and directors are insureds, but only with respect to their duties as your officers or directors. Your stockholders are also insureds, but only with respect to their liability as stockholders.

   e. A trust, you are an insured. Your trustees are also insureds, but only with respect to their duties as trustees.

2. Each of the following is also an insured:

   a. Your "volunteer workers" only while performing duties related to the conduct of your business, or your "employees", other than either your "executive officers" (if you are an organization other than a partnership, joint venture or limited liability company) or your managers (if you are a limited liability company), but only for acts within the scope of their employment by you or while performing duties related to the conduct of your business. However, none of these "employees" or "volunteer workers" are insureds for:

      **(1)** "Bodily injury" or "personal injury":

         **(a)** To you, to your partners or members (if you are a partnership or joint venture), to your members (if you are a limited liability company), to a co-"employee" while in the course of his or her employment or performing duties related to the conduct of your business, or to your other "volunteer workers" while performing duties related to the conduct of your business;

         **(b)** To the spouse, child, parent, brother or sister of that co-"employee" or "volunteer worker" as a consequence of Paragraph **(1)(a)** above;

         **(c)** For which there is any obligation to share damages with or repay someone else who must pay damages because of the injury described in Paragraph **(1)(a)** or **(b)** above; or

         **(d)** Arising out of his or her providing or failing to provide professional health care services.

      Unless you are in the business or occupation of providing professional health care services, Paragraphs **(1)(a)**, **(b)**, **(c)** and **(d)** above do not apply to "bodily injury" arising out of providing or failing to provide first aid or "Good Samaritan services" by any of your "employees" or "volunteer workers", other than an employed or volunteer doctor. Any such "employees" or "volunteer workers" providing or failing to provide first aid or "Good Samaritan services" during their work hours for you will be deemed to be acting within the scope of their employment by you or performing duties related to the conduct of your business.

      **(2)** "Property damage" to property:

         **(a)** Owned, occupied or used by;

         **(b)** Rented to, in the care, custody or control of, or over which physical control is being exercised for any purpose by;

      you, any of your "employees", "volunteer workers", any partner or member (if you are a partnership or joint venture), or any member (if you are a limited liability company).

   b. Any person (other than your "employee" or "volunteer worker"), or any organization, while acting as your real estate manager.

   c. Any person or organization having proper temporary custody of your property if you die, but only:

      **(1)** With respect to liability arising out of the maintenance or use of that property; and

      **(2)** Until your legal representative has been appointed.


© 2017 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

d. Your legal representative if you die, but only with respect to duties as such. That representative will have all your rights and duties under this Coverage Part.

e. Any person or organization that, with your express or implied consent, either uses or is responsible for the use of a watercraft that you do not own that is:

(1) 50 feet long or less; and

(2) Not being used to carry any person or property for a charge.

3. Any organization you newly acquire or form, other than a partnership, joint venture or limited liability company, and of which you are the sole owner or in which you maintain an ownership interest of more than 50%, will qualify as a Named Insured if there is no other similar insurance available to that organization. However:

a. Coverage under this provision is afforded only until the 180th day after you acquire or form the organization or the end of the policy period, whichever is earlier;

b. Coverage A does not apply to "bodily injury" or "property damage" that occurred before you acquired or formed the organization; and

c. Coverage B does not apply to "personal and advertising injury" arising out of an offense committed before you acquired or formed the organization.

For the purposes of Paragraph 1. of Section II – Who Is An Insured, each such organization will be deemed to be designated in the Declarations as:

a. An organization, other than a partnership, joint venture or limited liability company; or

b. A trust;

as indicated in its name or the documents that govern its structure.

4. Any person or organization that is a premises owner, manager or lessor and that you have agreed in a written contract or agreement to include as an additional insured on this Coverage Part is an insured, but only with respect to liability for "bodily injury", "property damage" or "personal and advertising injury" that:

a. Is "bodily injury" or "property damage" that occurs, or is "personal and advertising injury" caused by an offense that is committed, subsequent to the signing of that contract or agreement; and

b. Arises out of the ownership, maintenance or use of that part of any premises leased to you.

The insurance provided to such premises owner, manager or lessor is subject to the following provisions:

a. The limits of insurance provided to such premises owner, manager or lessor will be the minimum limits that you agreed to provide in the written contract or agreement, or the limits shown in the Declarations, whichever are less.

b. The insurance provided to such premises owner, manager or lessor does not apply to:

(1) Any "bodily injury" or "property damage" that occurs, or "personal and advertising injury" caused by an offense that is committed, after you cease to be a tenant in that premises; or

(2) Structural alterations, new construction or demolition operations performed by or on behalf of such premises owner, manager or lessor.

5. Any person or organization that is an equipment lessor and that you have agreed in a written contract or agreement to include as an additional insured on this Coverage Part is an insured, but only with respect to liability for "bodily injury", "property damage", or "personal and advertising injury" that:

a. Is "bodily injury" or "property damage" that occurs, or is "personal and advertising injury" caused by an offense that is committed, subsequent to the signing of that contract or agreement; and

b. Is caused, in whole or in part, by your acts or omissions in the maintenance, operation or use of equipment leased to you by such equipment lessor.

The insurance provided to such equipment lessor is subject to the following provisions:

a. The limits of insurance provided to such equipment lessor will be the minimum limits that you agreed to provide in the written contract or agreement, or the limits shown in the Declarations, whichever are less.

b. The insurance provided to such equipment lessor does not apply to any "bodily injury" or "property damage" that occurs, or "personal and advertising injury" caused by an offense that is committed, after the equipment lease expires.

No person or organization is an insured with respect to the conduct of any current or past partnership, joint


© 2017 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

venture or limited liability company that is not shown as a Named Insured in the Declarations. This paragraph does not apply to any such partnership, joint venture or limited liability company that otherwise qualifies as an insured under Section II – Who Is An Insured.

**SECTION III – LIMITS OF INSURANCE**

1. The Limits of Insurance shown in the Declarations and the rules below fix the most we will pay regardless of the number of:
   a. Insureds;
   b. Claims made or "suits" brought; or
   c. Persons or organizations making claims or bringing "suits".
2. The General Aggregate Limit is the most we will pay for the sum of:
   a. Medical expenses under Coverage **C**;
   b. Damages under Coverage **A**, except damages because of "bodily injury" or "property damage" included in the "products-completed operations hazard"; and
   c. Damages under Coverage **B**.
3. The Products-Completed Operations Aggregate Limit is the most we will pay under Coverage **A** for damages because of "bodily injury" and "property damage" included in the "products-completed operations hazard".
4. Subject to Paragraph **2.** above, the Personal And Advertising Injury Limit is the most we will pay under Coverage **B** for the sum of all damages because of all "personal injury" and "advertising injury" sustained by any one person or organization.
5. Subject to Paragraph **2.** or **3.** above, whichever applies, the Each Occurrence Limit is the most we will pay for the sum of:
   a. Damages under Coverage **A**; and
   b. Medical expenses under Coverage **C**;

   because of all "bodily injury" and "property damage" arising out of any one "occurrence".

   For the purposes of determining the applicable Each Occurrence Limit, all related acts or omissions committed in providing or failing to provide first aid or "Good Samaritan services" to any one person will be deemed to be one "occurrence".
6. Subject to Paragraph **5.** above, the Damage To Premises Rented To You Limit is the most we will pay under Coverage **A** for damages because of "premises damage" to any one premises. The Damage To Premises Rented To You Limit will be:
   a. The amount shown for the Damage To Premises Rented To You Limit in the Declarations of this Coverage Part; or
   b. $300,000 if no amount is shown for the Damage To Premises Rented To You Limit in the Declarations of this Coverage Part.
7. Subject to Paragraph **5.** above, the Medical Expense Limit is the most we will pay under Coverage **C** for all medical expenses because of "bodily injury" sustained by any one person.

The Limits of Insurance of this Coverage Part apply separately to each consecutive annual period and to any remaining period of less than 12 months, starting with the beginning of the policy period shown in the Declarations, unless the policy period is extended after issuance for an additional period of less than 12 months. In that case, the additional period will be deemed part of the last preceding period for purposes of determining the Limits of Insurance.

**SECTION IV – COMMERCIAL GENERAL LIABILITY CONDITIONS**

1. **Bankruptcy**

   Bankruptcy or insolvency of the insured or of the insured's estate will not relieve us of our obligations under this Coverage Part.
2. **Duties In The Event Of Occurrence, Offense, Claim Or Suit**
   a. You must see to it that we are notified as soon as practicable of an "occurrence" or an offense which may result in a claim. To the extent possible, notice should include:
      (1) How, when and where the "occurrence" or offense took place;
      (2) The names and addresses of any injured persons and witnesses; and
      (3) The nature and location of any injury or damage arising out of the "occurrence" or offense.
   b. If a claim is made or "suit" is brought against any insured, you must:
      (1) Immediately record the specifics of the claim or "suit" and the date received; and
      (2) Notify us as soon as practicable.

      You must see to it that we receive written notice of the claim or "suit" as soon as practicable.
   c. You and any other involved insured must:
      (1) Immediately send us copies of any demands, notices, summonses or legal papers received in connection with the claim or "suit";


© 2017 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

(2) Authorize us to obtain records and other information;

(3) Cooperate with us in the investigation or settlement of the claim or defense against the "suit"; and

(4) Assist us, upon our request, in the enforcement of any right against any person or organization which may be liable to the insured because of injury or damage to which this insurance may also apply.

d. No insured will, except at that insured's own cost, voluntarily make a payment, assume any obligation, or incur any expense, other than for first aid, without our consent.

e. The following provisions apply to Paragraph a. above, but only for purposes of the insurance provided under this Coverage Part to you or any insured listed in Paragraph **1.** or **2.** of Section **II** – Who Is An Insured:

(1) Notice to us of such "occurrence" or offense must be given as soon as practicable only after the "occurrence" or offense is known to you (if you are an individual), any of your partners or members who is an individual (if you are a partnership or joint venture), any of your managers who is an individual (if you are a limited liability company), any of your "executive officers" or directors (if you are an organization other than a partnership, joint venture, or limited liability company), any of your trustees who is an individual (if you are a trust) or any "employee" authorized by you to give notice of an "occurrence" or offense.

(2) If you are a partnership, joint venture, limited liability company or trust, and none of your partners, joint venture members, managers or trustees are individuals, notice to us of such "occurrence" or offense must be given as soon as practicable only after the "occurrence" or offense is known by:

(a) Any individual who is:

(i) A partner or member of any partnership or joint venture;

(ii) A manager of any limited liability company;

(iii) An executive officer or director of any other organization; or

(iv) A trustee of any trust;

that is your partner, joint venture member, manager or trustee; or

(b) Any employee authorized by such partnership, joint venture, limited liability company, trust or other organization to give notice of an "occurrence" or offense.

(3) Notice to us of such "occurrence" or offense will be deemed to be given as soon as practicable if it is given in good faith as soon as practicable to your workers' compensation insurer. This applies only if you subsequently give notice to us of the "occurrence" or offense as soon as practicable after any of the persons described in Paragraph **e.(1)** or **(2)** above discovers that the "occurrence" or offense may result in sums to which the insurance provided under this Coverage Part may apply.

However, if this policy includes an endorsement that provides limited coverage for "bodily injury" or "property damage" or pollution costs arising out of a discharge, release or escape of "pollutants" which contains a requirement that the discharge, release or escape of "pollutants" must be reported to us within a specific number of days after its abrupt commencement, this Paragraph **e.** does not affect that requirement.

3. **Legal Action Against Us**

No person or organization has a right under this Coverage Part:

a. To join us as a party or otherwise bring us into a "suit" asking for damages from an insured; or

b. To sue us on this Coverage Part unless all of its terms have been fully complied with.

A person or organization may sue us to recover on an agreed settlement or on a final judgment against an insured; but we will not be liable for damages that are not payable under the terms of this Coverage Part or that are in excess of the applicable limit of insurance. An agreed settlement means a settlement and release of liability signed by us, the insured, and the claimant or the claimant's legal representative.


© 2017 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

4. **Other Insurance**

If valid and collectible other insurance is available to the insured for a loss we cover under Coverages **A** or **B** of this Coverage Part, our obligations are limited as described in Paragraphs **a.** and **b.** below.

As used anywhere in this Coverage Part, other insurance means insurance, or the funding of losses, that is provided by, through or on behalf of:

**(i)** Another insurance company;

**(ii)** Us or any of our affiliated insurance companies, except when the Non cumulation of Each Occurrence Limit provision of Paragraph **5.** of Section **III** – Limits Of Insurance or the Non cumulation of Personal and Advertising Injury Limit provision of Paragraph **4.** of Section **III** – Limits of Insurance applies because the Amendment – Non Cumulation Of Each Occurrence Limit Of Liability And Non Cumulation Of Personal And Advertising Injury Limit endorsement is included in this policy;

**(iii)** Any risk retention group; or

**(iv)** Any self-insurance method or program, in which case the insured will be deemed to be the provider of other insurance.

Other insurance does not include umbrella insurance, or excess insurance, that was bought specifically to apply in excess of the Limits of Insurance shown in the Declarations of this Coverage Part.

As used anywhere in this Coverage Part, other insurer means a provider of other insurance. As used in Paragraph **c.** below, insurer means a provider of insurance.

a. **Primary Insurance**

This insurance is primary except when Paragraph **b.** below applies. If this insurance is primary, our obligations are not affected unless any of the other insurance is also primary. Then, we will share with all that other insurance by the method described in Paragraph **c.** below, except when Paragraph **d.** below applies.

b. **Excess Insurance**

**(1)** This insurance is excess over:

**(a)** Any of the other insurance, whether primary, excess, contingent or on any other basis:

**(i)** That is Fire, Extended Coverage, Builder's Risk, Installation Risk or similar coverage for "your work";

**(ii)** That is insurance for "premises damage";

**(iii)** If the loss arises out of the maintenance or use of aircraft, "autos" or watercraft to the extent not subject to any exclusion in this Coverage Part that applies to aircraft, "autos" or watercraft;

**(iv)** That is insurance available to a premises owner, manager or lessor that qualifies as an insured under Paragraph **4.** of Section **II** – Who Is An Insured, except when Paragraph **d.** below applies; or

**(v)** That is insurance available to an equipment lessor that qualifies as an insured under Paragraph **5.** of Section **II** – Who Is An Insured, except when Paragraph **d.** below applies.

**(b)** Any of the other insurance, whether primary, excess, contingent or on any other basis, that is available to the insured when the insured is an additional insured, or is any other insured that does not qualify as a named insured, under such other insurance.

**(2)** When this insurance is excess, we will have no duty under Coverages **A** or **B** to defend the insured against any "suit" if any other insurer has a duty to defend the insured against that "suit". If no other insurer defends, we will undertake to do so, but we will be entitled to the insured's rights against all those other insurers.

**(3)** When this insurance is excess over other insurance, we will pay only our share of the amount of the loss, if any, that exceeds the sum of:

**(a)** The total amount that all such other insurance would pay for the loss in the absence of this insurance; and

**(b)** The total of all deductible and self-insured amounts under all that other insurance.

**(4)** We will share the remaining loss, if any, with any other insurance that is not described in this Excess Insurance provision and was not bought specifically to apply in excess of the Limits of Insurance shown in the Declarations of this Coverage Part.

 © 2017 The Travelers Indemnity Company. All rights reserved. 
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

c. **Method Of Sharing**

If all of the other insurance permits contribution by equal shares, we will follow this method also. Under this approach each insurer contributes equal amounts until it has paid its applicable limit of insurance or none of the loss remains, whichever comes first.

If any of the other insurance does not permit contribution by equal shares, we will contribute by limits. Under this method, each insurer's share is based on the ratio of its applicable limit of insurance to the total applicable limits of insurance of all insurers.

d. **Primary And Non-Contributory Insurance If Required By Written Contract**

If you specifically agree in a written contract or agreement that the insurance afforded to an insured under this Coverage Part must apply on a primary basis, or a primary and non-contributory basis, this insurance is primary to other insurance that is available to such insured which covers such insured as a named insured, and we will not share with that other insurance, provided that:

(1) The "bodily injury" or "property damage" for which coverage is sought occurs; and

(2) The "personal and advertising injury" for which coverage is sought is caused by an offense that is committed;

subsequent to the signing of that contract or agreement by you.

5. **Premium Audit**

a. We will compute all premiums for this Coverage Part in accordance with our rules and rates.

b. Premium shown in this Coverage Part as advance premium is a deposit premium only. At the close of each audit period we will compute the earned premium for that period and send notice to the first Named Insured. The due date for audit and retrospective premiums is the date shown as the due date on the bill. If the sum of the advance and audit premiums paid for the policy period is greater than the earned premium, we will return the excess to the first Named Insured.

c. The first Named Insured must keep records of the information we need for premium computation, and send us copies at such times as we may request.

6. **Representations**

By accepting this policy, you agree:

a. The statements in the Declarations are accurate and complete;

b. Those statements are based upon representations you made to us; and

c. We have issued this policy in reliance upon your representations.

The unintentional omission of, or unintentional error in, any information provided by you which we relied upon in issuing this policy will not prejudice your rights under this insurance. However, this provision does not affect our right to collect additional premium or to exercise our rights of cancellation or nonrenewal in accordance with applicable insurance laws or regulations.

7. **Separation Of Insureds**

Except with respect to the Limits of Insurance, and any rights or duties specifically assigned in this Coverage Part to the first Named Insured, this insurance applies:

a. As if each Named Insured were the only Named Insured; and

b. Separately to each insured against whom claim is made or "suit" is brought.

8. **Transfer Of Rights Of Recovery Against Others To Us**

If the insured has rights to recover all or part of any payment we have made under this Coverage Part, those rights are transferred to us. The insured must do nothing after loss to impair them. At our request, the insured will bring "suit" or transfer those rights to us and help us enforce them.

9. **When We Do Not Renew**

If we decide not to renew this Coverage Part, we will mail or deliver to the first Named Insured shown in the Declarations written notice of the nonrenewal not less than 30 days before the expiration date.

If notice is mailed, proof of mailing will be sufficient proof of notice.

**SECTION V – DEFINITIONS**

1. "Advertisement" means a notice that is broadcast or published to the general public or specific market segments about your goods, products or services for the purpose of attracting customers or supporters. For the purposes of this definition:

a. Notices that are published include material placed on the Internet or on similar electronic means of communication; and

b. Regarding websites, only that part of a website that is about your goods, products or services for the purposes of attracting customers or supporters is considered an advertisement.


© 2017 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

2. "Advertising injury":

   a. Means injury caused by one or more of the following offenses:

      (1) Oral or written publication, including publication by electronic means, of material in your "advertisement" that slanders or libels a person or organization or disparages a person's or organization's goods, products or services, provided that the claim is made or the "suit" is brought by a person or organization that claims to have been slandered or libeled, or that claims to have had its goods, products or services disparaged;

      (2) Oral or written publication, including publication by electronic means, of material in your "advertisement" that:

         (a) Appropriates a person's name, voice, photograph or likeness; or

         (b) Unreasonably places a person in a false light; or

      (3) Infringement of copyright, "title" or "slogan" in your "advertisement", provided that the claim is made or the "suit" is brought by a person or organization that claims ownership of such copyright, "title" or "slogan".

   b. Includes "bodily injury" caused by one or more of the offenses described in Paragraph a. above.

3. "Auto" means:

   a. A land motor vehicle, trailer or semitrailer designed for travel on public roads, including any attached machinery or equipment; or

   b. Any other land vehicle that is subject to a compulsory or financial responsibility law, or other motor vehicle insurance law, where it is licensed or principally garaged.

   However, "auto" does not include "mobile equipment".

4. "Bodily injury" means:

   a. Physical harm, including sickness or disease, sustained by a person; or

   b. Mental anguish, injury or illness, or emotional distress, resulting at any time from such physical harm, sickness or disease.

5. "Broadcasting" means transmitting any audio or visual material for any purpose:

   a. By radio or television; or

   b. In, by or with any other electronic means of communication, such as the Internet, if that material is part of:

      (1) Radio or television programming being transmitted;

      (2) Other entertainment, educational, instructional, music or news programming being transmitted; or

      (3) Advertising transmitted with any of such programming.

6. "Coverage territory" means:

   a. The United States of America (including its territories and possessions), Puerto Rico and Canada;

   b. International waters or airspace, but only if the injury or damage occurs in the course of travel or transportation between any places included in Paragraph a. above; or

   c. All other parts of the world if the injury or damage arises out of:

      (1) Goods or products made or sold by you in the territory described in Paragraph a. above;

      (2) The activities of a person whose home is in the territory described in Paragraph a. above, but is away for a short time on your business; or

      (3) "Personal and advertising injury" offenses that take place through the Internet or similar electronic means of communication;

   provided the insured's responsibility to pay damages is determined in a "suit" on the merits in the territory described in Paragraph a. above, or in a settlement we agree to.

7. "Electronic data" means information, facts or programs stored as or on, created or used on, or transmitted to or from computer software (including systems and applications software), hard or floppy disks, CD-ROMs, tapes, drives, cells, data processing devices or any other media which are used with electronically controlled equipment.

8. "Employee" includes a "leased worker". "Employee" does not include a "temporary worker".

9. "Executive officer" means a person holding any of the officer positions created by your charter, constitution, bylaws or any other similar governing document.


© 2017 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

**10.** "Good Samaritan services" means any emergency medical services for which no compensation is demanded or received.

**11.** "Hostile fire" means a fire which becomes uncontrollable or breaks out from where it was intended to be.

**12.** "Impaired property" means tangible property, other than "your product" or "your work", that cannot be used or is less useful because:

**a.** It incorporates "your product" or "your work" that is known or thought to be defective, deficient, inadequate or dangerous; or

**b.** You have failed to fulfill the terms of a contract or agreement;

if such property can be restored to use by the repair, replacement, adjustment or removal of "your product" or "your work" or your fulfilling the terms of the contract or agreement.

**13.** "Insured contract" means:

**a.** A contract for a lease of premises. However, that portion of the contract for a lease of premises that indemnifies any person or organization for "premises damage" is not an "insured contract";

**b.** A sidetrack agreement;

**c.** Any easement or license agreement, except in connection with construction or demolition operations on or within 50 feet of a railroad;

**d.** An obligation, as required by ordinance, to indemnify a municipality, except in connection with work for a municipality;

**e.** An elevator maintenance agreement;

**f.** That part of any other contract or agreement pertaining to your business (including an indemnification of a municipality in connection with work performed for a municipality) under which you assume the tort liability of another party to pay for "bodily injury", "property damage" or "personal injury" to a third person or organization. Tort liability means a liability that would be imposed by law in the absence of any contract or agreement.

Paragraph **f.** does not include that part of any contract or agreement:

**(1)** That indemnifies a railroad for "bodily injury" or "property damage" arising out of construction or demolition operations, within 50 feet of any railroad property and affecting any railroad bridge or trestle, tracks, roadbeds, tunnel, underpass or crossing;

**(2)** That indemnifies an architect, engineer or surveyor for injury or damage arising out of:

**(a)** Preparing, approving, or failing to prepare or approve, maps, shop drawings, opinions, reports, surveys, field orders, change orders or drawings and specifications; or

**(b)** Giving directions or instructions, or failing to give them, if that is the primary cause of the injury or damage; or

**(3)** Under which the insured, if an architect, engineer or surveyor, assumes liability for an injury or damage arising out of the insured's rendering or failure to render professional services, including those listed in Paragraph **(2)** above and supervisory, inspection, architectural or engineering activities.

**14.** "Leased worker" means a person leased to you by a labor leasing firm under an agreement between you and the labor leasing firm, to perform duties related to the conduct of your business. "Leased worker" does not include a "temporary worker".

**15.** "Loading or unloading" means the handling of property:

**a.** After it is moved from the place where it is accepted for movement into or onto an aircraft, watercraft or "auto";

**b.** While it is in or on an aircraft, watercraft or "auto"; or

**c.** While it is being moved from an aircraft, watercraft or "auto" to the place where it is finally delivered;

but "loading or unloading" does not include the movement of property by means of a mechanical device, other than a hand truck, that is not attached to the aircraft, watercraft or "auto".

**16.** "Mobile equipment" means any of the following types of land vehicles, including any attached machinery or equipment:

**a.** Bulldozers, farm machinery, forklifts and other vehicles designed for use principally off public roads;

**b.** Vehicles maintained for use solely on or next to premises you own or rent;

**c.** Vehicles that travel on crawler treads;


© 2017 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

**d.** Vehicles, whether self-propelled or not, maintained primarily to provide mobility to permanently mounted:

**(1)** Power cranes, shovels, loaders, diggers or drills; or

**(2)** Road construction or resurfacing equipment such as graders, scrapers or rollers;

**e.** Vehicles not described in Paragraph **a.**, **b.**, **c.** or **d.** above that are not self-propelled and are maintained primarily to provide mobility to permanently attached equipment of the following types:

**(1)** Air compressors, pumps and generators, including spraying, welding, building cleaning, geophysical exploration, lighting and well servicing equipment; or

**(2)** Cherry pickers and similar devices used to raise or lower workers;

**f.** Vehicles not described in Paragraph **a.**, **b.**, **c.** or **d.** above maintained primarily for purposes other than the transportation of persons or cargo.

However, self-propelled vehicles with the following types of permanently attached equipment are not "mobile equipment" but will be considered "autos":

**(1)** Equipment designed primarily for:

**(a)** Snow removal;

**(b)** Road maintenance, but not construction or resurfacing; or

**(c)** Street cleaning;

**(2)** Cherry pickers and similar devices mounted on automobile or truck chassis and used to raise or lower workers; and

**(3)** Air compressors, pumps and generators, including spraying, welding, building cleaning, geophysical exploration, lighting and well servicing equipment.

However, "mobile equipment" does not include any land vehicle that is subject to a compulsory or financial responsibility law, or other motor vehicle insurance law, where it is licensed or principally garaged. Such land vehicles are considered "autos".

**17.** "Occurrence" means:

**a.** An accident, including continuous or repeated exposure to substantially the same general harmful conditions; or

**b.** An act or omission committed in providing or failing to provide first aid or "Good Samaritan services" to a person, unless you are in the business or occupation of providing professional health care services.

**18.** "Personal and advertising injury" means "personal injury" or "advertising injury".

**19.** "Personal injury":

**a.** Means injury, other than "advertising injury", caused by one or more of the following offenses:

**(1)** False arrest, detention or imprisonment;

**(2)** Malicious prosecution;

**(3)** The wrongful eviction from, wrongful entry into, or invasion of the right of private occupancy of a room, dwelling or premises that a person occupies, provided that the wrongful eviction, wrongful entry or invasion of the right of private occupancy is committed by or on behalf of the owner, landlord or lessor of that room, dwelling or premises;

**(4)** Oral or written publication, including publication by electronic means, of material that slanders or libels a person or organization or disparages a person's or organization's goods, products or services, provided that the claim is made or the "suit" is brought by a person or organization that claims to have been slandered or libeled, or that claims to have had its goods, products or services disparaged; or

**(5)** Oral or written publication, including publication by electronic means, of material that:

**(a)** Appropriates a person's name, voice, photograph or likeness; or

**(b)** Unreasonably places a person in a false light.

**b.** Includes "bodily injury" caused by one or more of the offenses described in Paragraph **a.** above.

**20.** "Pollutants" mean any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. Waste includes materials to be recycled, reconditioned or reclaimed.

 © 2017 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission. 

DM 07312026



21. "Premises damage" means:

a. With respect to the first paragraph of the exceptions in Exclusion **j.** of Section **I** – Coverage **A** – Bodily Injury And Property Damage Liability, "property damage" to any premises while rented to you for a period of seven or fewer consecutive days, including the contents of such premises; or

b. With respect to the exception to Exclusions **c.** through **n.** in the last paragraph of Paragraph **2.** of Section **I** – Coverage **A** – Bodily Injury And Property Damage Liability, "property damage" to any premises while rented to you for a period of more than seven consecutive days, or while temporarily occupied by you with permission of the owner, caused by:

(1) Fire;

(2) Explosion;

(3) Lightning;

(4) Smoke resulting from fire, explosion or lightning; or

(5) Water.

But "premises damage" under this Paragraph **b.** does not include "property damage" to any premises caused by:

(1) Rupture, bursting, or operation of pressure relief devices;

(2) Rupture or bursting due to expansion or swelling of the contents of any building or structure caused by or resulting from water; or

(3) Explosion of steam boilers, steam pipes, steam engines or steam turbines.

22. "Products-completed operations hazard":

a. Includes all "bodily injury" and "property damage" occurring away from premises you own or rent and arising out of "your product" or "your work" except:

(1) Products that are still in your physical possession; or

(2) Work that has not yet been completed or abandoned. However, "your work" will be deemed completed at the earliest of the following times:

(a) When all of the work called for in your contract has been completed.

(b) When all of the work to be done at the job site has been completed if your contract calls for work at more than one job site.

(c) When that part of the work done at a job site has been put to its intended use by any person or organization other than another contractor or subcontractor working on the same project.

Work that may need service, maintenance, correction, repair or replacement, but which is otherwise complete, will be treated as completed.

b. Does not include "bodily injury" or "property damage" arising out of:

(1) The transportation of property, unless the injury or damage arises out of a condition in or on a vehicle not owned or operated by you, and that condition was created by the "loading or unloading" of that vehicle by any insured;

(2) The existence of tools, uninstalled equipment or abandoned or unused materials; or

(3) Products or operations for which the classification, listed in the Declarations or in a policy Schedule, states that products-completed operations are subject to the General Aggregate Limit.

23. "Property damage" means:

a. Physical injury to tangible property, including all resulting loss of use of that property. All such loss of use will be deemed to occur at the time of the physical injury that caused it; or

b. Loss of use of tangible property that is not physically injured. All such loss of use will be deemed to occur at the time of the "occurrence" that caused it.

For the purposes of this insurance, "electronic data" is not tangible property.

24. "Slogan":

a. Means a phrase that others use for the purpose of attracting attention in their advertising.

b. Does not include a phrase used as, or in, the name of:

(1) Any person or organization, other than you; or

(2) Any business, or any of the premises, goods, products, services or work, of any person or organization, other than you.


© 2017 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

DM 07312026



**25.** "Suit" means a civil proceeding in which damages because of "bodily injury", "property damage" or "personal and advertising injury" to which this insurance applies are alleged. "Suit" includes:

**a.** An arbitration proceeding in which such damages are claimed and to which the insured must submit or does submit with our consent; or

**b.** Any other alternative dispute resolution proceeding in which such damages are claimed and to which the insured submits with our consent.

**26.** "Temporary worker" means a person who is furnished to you to substitute for a permanent "employee" on leave or to meet seasonal or short-term workload conditions.

**27.** "Title" means a name of a literary or artistic work.

**28.** "Unsolicited communication" means any communication, in any form, that the recipient of such communication did not specifically request to receive.

**29.** "Volunteer worker" means a person who is not your "employee", and who donates his or her work and acts at the direction of and within the scope of duties determined by you, and is not paid a fee, salary or other compensation by you or anyone else for their work performed for you.

**30.** "Your product":

**a.** Means:

**(1)** Any goods or products, other than real property, manufactured, sold, handled, distributed or disposed of by:

**(a)** You;

**(b)** Others trading under your name; or

**(c)** A person or organization whose business or assets you have acquired; and

**(2)** Containers (other than vehicles), materials, parts or equipment furnished in connection with such goods or products.

**b.** Includes:

**(1)** Warranties or representations made at any time with respect to the fitness, quality, durability, performance or use of "your product"; and

**(2)** The providing of or failure to provide warnings or instructions.

**c.** Does not include vending machines or other property rented to or located for the use of others but not sold.

**31.** "Your work":

**a.** Means:

**(1)** Work or operations performed by you or on your behalf; and

**(2)** Materials, parts or equipment furnished in connection with such work or operations.

**b.** Includes:

**(1)** Warranties or representations made at any time with respect to the fitness, quality, durability, performance or use of "your work"; and

**(2)** The providing of or failure to provide warnings or instructions.


© 2017 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# AMENDMENT OF INTELLECTUAL PROPERTY EXCLUSION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

The following replaces Exclusion i., **Intellectual Property**, in Paragraph 2. of **SECTION I – COVERAGES – COVERAGE B – PERSONAL AND ADVERTISING INJURY LIABILITY**:

**i. Intellectual Property**

"Personal and advertising injury" arising out of any actual or alleged infringement or violation of any of the following rights or laws, or any other "personal and advertising injury" alleged in any claim or suit that also alleges any such infringement or violation:

**(1)** Copyright;

**(2)** Patent;

**(3)** Trade dress;

**(4)** Trade name;

**(5)** Trademark;

**(6)** Trade secret; or

**(7)** Other intellectual property rights or laws.

This exclusion applies regardless of whether the allegation of infringement or violation of any of these rights or laws is made by any person or organization making the claim or bringing the suit, by any insured or by any other party to the claim or suit.

This exclusion does not apply to:

**(1)** "Advertising injury" arising out of any actual or alleged infringement or violation of another's copyright, "title" or "slogan" in your "advertisement"; or

**(2)** Any other "personal and advertising injury" alleged in any claim or "suit" that also alleges any such infringement or violation of another's copyright, "title" or "slogan" in your "advertisement".


© 2021 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

POLICY NUMBER: Y-630-0Y496019-IND-25 ISSUE DATE: 05-15-25

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# PRODUCTS/COMPLETED OPERATIONS HAZARD REDEFINED

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

**SCHEDULE**

**Description of Premises and Operations:**

"ALL RESTAURANT PREMISES AND OPERATIONS"

(If no entry appears above, information required to complete this endorsement will be shown in the Declarations as applicable to this endorsement.)

With respect to "bodily injury" or "property damage" arising out of "your products" manufactured, sold, handled or distributed:

1. On, from or in connection with the use of any premises described in the Schedule, or
2. In connection with the conduct of any operation described in the Schedule, when conducted by you or on your behalf.

Paragraph a. of the definition of "Products-completed operations hazard" in the DEFINITIONS Section is replaced by the following:

"Products-completed operations hazard":

a. Includes all "bodily injury" and "property damage" that arises out of "your products" if the "bodily injury" or "property damage" occurs after you have relinquished possession of those products.

 Copyright, Insurance Services Office, Inc., 1994 

DM 07312026



THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# AMENDMENT – NON CUMULATION OF EACH OCCURRENCE LIMIT OF LIABILITY and NON CUMULATION OF PERSONAL and ADVERTISING INJURY LIMIT

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**1.** Paragraph 5 of SECTION III – LIMITS OF INSURANCE, is amended to include the following:

Non cumulation of Each Occurrence Limit – If one "occurrence" causes "bodily injury" and/or "property damage" during the policy period and during the policy period of one or more prior and/or future policies that include a commercial general liability coverage part for the insured issued by us or any affiliated insurance company, the amount we will pay is limited. This policy's Each Occurrence Limit will be reduced by the amount of each payment made by us and any affiliated insurance company under the other policies because of such "occurrence".

**2.** Paragraph 4 of SECTION III – LIMITS OF INSURANCE, is amended to include the following:

Non cumulation of Personal and Advertising Limit – If "personal injury" and/or "advertising injury" is sustained by any one person or organization during the policy period and during the policy period of one or more prior and/or future policies that include a commercial general liability coverage part for the insured issued by us or any affiliated insurance company, the amount we will pay is limited. This policy's Personal Injury and Advertising Injury Limit will be reduced by the amount of each payment made by us and any affiliated insurance company under the other policies because of such "personal injury" and/or "advertising injury".


Copyright, Travelers Indemnity Company, 1997

DM 07312026



**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# XTEND ENDORSEMENT FOR GOLF OR COUNTRY CLUB FACILITIES

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**GENERAL DESCRIPTION OF COVERAGE** – This endorsement broadens coverage. However, coverage for any injury, damage or medical expenses described in any of the provisions of this endorsement may be excluded or limited by another endorsement to this Coverage Part, and these coverage broadening provisions do not apply to the extent that coverage is excluded or limited by such an endorsement. The following listing is a general coverage description only. Read all the provisions of this endorsement and the rest of your policy carefully to determine rights, duties, and what is and is not covered.

A. Medical Payments – Amendment Of Exclusions
   - Insured Members
   - Products-Completed Operations Hazard

B. Who Is An Insured – Unnamed Subsidiaries

C. Who Is An Insured – Golf Pros; Tennis Pros; Members; Users Of Golfmobiles (Excess Basis)

D. Who Is An Insured – Employees and Volunteer Workers – Bodily Injury To Co-Employees and Co-Volunteer Workers

E. Blanket Additional Insured – Controlling Interest

F. Blanket Additional Insured – Mortgagees, Assignees, Successors Or Receivers

G. Blanket Additional Insured – Governmental Entities – Permits Or Authorizations Relating To Premises

H. Blanket Additional Insured – Governmental Entities – Permits Or Authorizations Relating To Operations

I. Incidental Medical Malpractice

J. Blanket Waiver Of Subrogation – When Required By Written Contract Or Agreement

**PROVISIONS**

**A. MEDICAL PAYMENTS – AMENDMENT OF EXCLUSIONS**

1. The following is added to Exclusion a., **Any Insured**, in Paragraph 2. of **SECTION I – COVERAGE C MEDICAL PAYMENTS**:

   This exclusion does not apply to any of your members that is an insured and that is not also your "employee".

2. Exclusion f., **Products-Completed Operations Hazard**, in Paragraph 2. of **SECTION I – COVERAGE C MEDICAL PAYMENTS** is deleted.

**B. WHO IS AN INSURED – UNNAMED SUBSIDIARIES**

The following is added to **SECTION II – WHO IS AN INSURED**:

Any of your subsidiaries, other than a partnership, joint venture or limited liability company, that is not shown as a Named Insured in the Declarations is a Named Insured if:

a. You are the sole owner of, or maintain an ownership interest of more than 50% in, such subsidiary on the first day of the policy period; and

b. Such subsidiary is not an insured under similar other insurance.

No such subsidiary is an insured for "bodily injury" or "property damage" that occurred, or "personal and advertising injury" caused by an offense committed:

a. Before you maintained an ownership interest of more than 50% in such subsidiary; or

b. After the date, if any, during the policy period that you no longer maintain an ownership interest of more than 50% in such subsidiary.

For purposes of Paragraph **1.** of Section **II** – Who Is An Insured, each such subsidiary will be deemed to be designated in the Declarations as:

a. An organization other than a partnership, joint venture or limited liability company; or

b. A trust;

 © 2017 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission. 

as indicated in its name or the documents that govern its structure.

**C. WHO IS AN INSURED – GOLF PROS; TENNIS PROS; MEMBERS; USERS OF GOLFMOBILES (EXCESS BASIS)**

1. The following is added to **SECTION II – WHO IS AN INSURED**:

   Each of the following is also an insured:

   **a.** Any golf or tennis professional associated with your facility, but only with respect to liability for "bodily injury", "property damage" or "personal and advertising injury" caused by his or her performance of duties related to the conduct of your business.

   **b.** Any of your members, but only with respect to liability for "bodily injury", "property damage" or "personal and advertising injury" caused while performing acts for you within the scope of their membership or while performing duties related to the conduct of your business.

   **c.** Any person or organization using or legally responsible for the use of any golfmobile loaned or rented to others by you or your concessionaires, but only with respect to their liability for "bodily injury", "property damage" or "personal and advertising injury" caused by the use of such golfmobile.

2. The following is added to Paragraph **4.b., Excess Insurance**, of **SECTION IV – COMMERCIAL GENERAL LIABILITY CONDITIONS**:

   This insurance is excess over any other insurance, whether primary, excess, contingent or on any other basis that is available to any person or organization using or legally responsible for the use of any golfmobile loaned or rented to others by you or your concessionaires.

**D. WHO IS AN INSURED – EMPLOYEES AND VOLUNTEER WORKERS – BODILY INJURY TO CO-EMPLOYEES AND CO-VOLUNTEER WORKERS**

The following is added to Paragraph **2.a.(1)** of **SECTION II – WHO IS AN INSURED**:

Paragraphs **(1)(a)**, **(b)** and **(c)** above do not apply to "bodily injury" to a co-"employee" while in the course of the co-"employee's" employment by you or performing duties related to the conduct of your business, or to "bodily injury" to your other "volunteer workers" while performing duties related to the conduct of your business.

**E. BLANKET ADDITIONAL INSURED – CONTROLLING INTEREST**

1. The following is added to **SECTION II – WHO IS AN INSURED**:

   Any person or organization that has financial control of you is an insured with respect to liability for "bodily injury", "property damage" or "personal and advertising injury" that arises out of:

   **a.** Such financial control; or

   **b.** Such person's or organization's ownership, maintenance or use of premises leased to or occupied by you.

   The insurance provided to such person or organization does not apply to structural alterations, new construction or demolition operations performed by or on behalf of such person or organization.

2. The following is added to Paragraph **4.** of **SECTION II – WHO IS AN INSURED**:

   This paragraph does not apply to any premises owner, manager or lessor that has financial control of you.

**F. BLANKET ADDITIONAL INSURED – MORTGAGEES, ASSIGNEES, SUCCESSORS OR RECEIVERS**

The following is added to **SECTION II – WHO IS AN INSURED**:

Any person or organization that is a mortgagee, assignee, successor or receiver and that you have agreed in a written contract or agreement to include as an additional insured on this Coverage Part is an insured, but only with respect to its liability as mortgagee, assignee, successor or receiver for "bodily injury", "property damage" or "personal and advertising injury" that:

**a.** Is "bodily injury" or "property damage" that occurs, or is "personal and advertising injury" caused by an offense that is committed, subsequent to the signing of that contract or agreement; and

**b.** Arises out of the ownership, maintenance or use of the premises for which that mortgagee, assignee, successor or receiver is required under that contract or agreement to be included as an additional insured on this Coverage Part.


© 2017 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

DM 07312026



The insurance provided to such mortgagee, assignee, successor or receiver is subject to the following provisions:

a. The limits of insurance provided to such mortgagee, assignee, successor or receiver will be the minimum limits that you agreed to provide in the written contract or agreement, or the limits shown in the Declarations, whichever are less.

b. The insurance provided to such person or organization does not apply to:

(1) Any "bodily injury" or "property damage" that occurs, or any "personal and advertising injury" caused by an offense that is committed, after such contract or agreement is no longer in effect; or

(2) Any "bodily injury", "property damage" or "personal and advertising injury" arising out of any structural alterations, new construction or demolition operations performed by or on behalf of such mortgagee, assignee, successor or receiver.

**G. BLANKET ADDITIONAL INSURED – GOVERNMENTAL ENTITIES – PERMITS OR AUTHORIZATIONS RELATING TO PREMISES**

The following is added to **SECTION II – WHO IS AN INSURED**:

Any governmental entity that has issued a permit or authorization with respect to premises owned or occupied by, or rented or loaned to, you and that you are required by any ordinance, law, building code or written contract or agreement to include as an additional insured on this Coverage Part is an insured, but only with respect to liability for "bodily injury", "property damage" or "personal and advertising injury" arising out of the existence, ownership, use, maintenance, repair, construction, erection or removal of any of the following for which that governmental entity has issued such permit or authorization: advertising signs, awnings, canopies, cellar entrances, coal holes, driveways, manholes, marquees, hoist away openings, sidewalk vaults, elevators, street banners or decorations.

**H. BLANKET ADDITIONAL INSURED – GOVERNMENTAL ENTITIES – PERMITS OR AUTHORIZATIONS RELATING TO OPERATIONS**

The following is added to **SECTION II – WHO IS AN INSURED**:

Any governmental entity that has issued a permit or authorization with respect to operations performed by you or on your behalf and that you are required by any ordinance, law, building code or written contract or agreement to include as an additional insured on this Coverage Part is an insured, but only with respect to liability for "bodily injury", "property damage" or "personal and advertising injury" arising out of such operations.

The insurance provided to such governmental entity does not apply to:

a. Any "bodily injury", "property damage" or "personal and advertising injury" arising out of operations performed for the governmental entity; or

b. Any "bodily injury" or "property damage" included in the "products-completed operations hazard".

**I. INCIDENTAL MEDICAL MALPRACTICE**

1. The following replaces Paragraph b. of the definition of "occurrence" in the **DEFINITIONS** Section:

   b. An act or omission committed in providing or failing to provide "incidental medical services", first aid or "Good Samaritan services" to a person, unless you are in the business or occupation of providing professional health care services.

2. The following replaces the last paragraph of Paragraph 2.a.(1) of **SECTION II – WHO IS AN INSURED**:

   Unless you are in the business or occupation of providing professional health care services, Paragraphs (1) (a), (b), (c) and (d) above do not apply to "bodily injury" arising out of providing or failing to provide:

   (a) "Incidental medical services" by any of your "employees" who is a nurse, nurse assistant, emergency medical technician, paramedic, athletic trainer, audiologist, dietician, nutritionist, occupational therapist or occupational therapy assistant, physical therapist or speech-language pathologist; or

   (b) First aid or "Good Samaritan services" by any of your "employees" or "volunteer workers", other than an employed or volunteer doctor. Any such "employees" or "volunteer workers" providing or failing to provide first aid or "Good Samaritan services" during their work hours for you will be deemed to be acting within the scope of their employment by you or performing duties related to the conduct of your business.


© 2017 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

3. The following replaces the last sentence of Paragraph **5.** of **SECTION III – LIMITS OF INSURANCE**:

   For the purposes of determining the applicable Each Occurrence Limit, all related acts or omissions committed in providing or failing to provide "incidental medical services", first aid or "Good Samaritan services" to any one person will be deemed to be one "occurrence".

4. The following exclusion is added to Paragraph **2.**, **Exclusions**, of **SECTION I – COVERAGES – COVERAGE A – BODILY INJURY AND PROPERTY DAMAGE LIABILITY**:

   **Sale Of Pharmaceuticals**

   "Bodily injury" or "property damage" arising out of the violation of a penal statute or ordinance relating to the sale of pharmaceuticals committed by, or with the knowledge or consent of, the insured.

5. The following is added to the **DEFINITIONS** Section:

   "Incidental medical services" means:

   a. Medical, surgical, dental, laboratory, x-ray or nursing service or treatment, advice or instruction, or the related furnishing of food or beverages; or

   b. The furnishing or dispensing of drugs or medical, dental, or surgical supplies or appliances.

6. The following is added to Paragraph **4.b.**, **Excess Insurance**, of **SECTION IV – COMMERCIAL GENERAL LIABILITY CONDITIONS**:

   This insurance is excess over any valid and collectible other insurance whether primary, excess, contingent or on any other basis, that is available to any of your "employees" for "bodily injury" that arises out of providing or failing to provide "incidental medical services" to any person to the extent not subject to Paragraph **2.a.(1)** of Section **II** – Who Is An Insured.

J. **BLANKET WAIVER OF SUBROGATION – WHEN REQUIRED BY WRITTEN CONTRACT OR AGREEMENT**

The following is added to Paragraph **8. Transfer Of Rights Of Recovery Against Others To Us**, of **SECTION IV – COMMERCIAL GENERAL LIABILITY CONDITIONS**:

If the insured has agreed in a written contract or agreement to waive that insured's right of recovery against any person or organization, we waive our right of recovery against such person or organization, but only for payments we make because of:

a. "Bodily injury" or "property damage" that occurs; or

b. "Personal and advertising injury" caused by an offense that is committed;

subsequent to the signing of that contract or agreement.



© 2017 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

DM 07312026



**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# FUNGI OR BACTERIA EXCLUSION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

A. The following exclusion is added to Paragraph **2.**, Exclusions of **Section I – Coverage A – Bodily Injury And Property Damage**:

**2. Exclusions**

This insurance does not apply to :

**Fungi or Bacteria**

a. "Bodily injury" or "property damage" which would not have occurred, in whole or in part, but for the actual, alleged or threatened inhalation of, ingestion of, contact with, exposure to, existence of, or presence of, any "fungi" or bacteria on or within a building or structure, including its contents, regardless of whether any other cause, event, material or product contributed concurrently or in any sequence to such injury or damage.

b. Any loss, cost or expenses arising out of the abating, testing for, monitoring, cleaning up, removing, containing, treating, detoxifying, neutralizing, remediating or disposing of, or in any way responding to, or assessing the effects of, "fungi" or bacteria, by any insured or by any other person or entity.

This exclusion does not apply to any "fungi" or bacteria that are, are on, or are contained in, a good or product intended for consumption.

B. The following exclusion is added to Paragraph **2.**, Exclusions of **Section I – Coverage B – Personal And Advertising Injury Liability**:

**2. Exclusions**

This insurance does not apply to :

**Fungi or Bacteria**

a. "Personal injury" or "advertising injury" which would not have taken place, in whole or in part, but for the actual, alleged or threatened inhalation of, ingestion of, contact with, exposure to, existence of, or presence of any "fungi" or bacteria on or within a building or structure, including its contents, regardless of whether any other cause, event, material or product contributed concurrently or in any sequence to such injury.

b. Any loss, cost or expenses arising out of the abating, testing for, monitoring, cleaning up, removing, containing, treating, detoxifying, neutralizing, remediating or disposing of, or in any way responding to, or assessing the effects of, "fungi" or bacteria, by any insured or by any other person or entity.

C. The following definition is added to the **Definitions** Section:

"Fungi" means any type or form of fungus, including mold or mildew and any mycotoxins, spores, scents or byproducts produced or released by fungi.


Copyright, The Travelers Indemnity Company, 2002
Includes copyrighted material of Insurance Services Office

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# AMENDMENT OF CONTRACTUAL LIABILITY EXCLUSION – EXCEPTION FOR DAMAGES ASSUMED IN AN INSURED CONTRACT APPLIES ONLY TO NAMED INSURED

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**PROVISIONS**

1. The following replaces Paragraph **(2)** of Exclusion **b.**, **Contractual Liability**, in Paragraph **2.** of **SECTION I – COVERAGES – COVERAGE A BODILY INJURY AND PROPERTY DAMAGE LIABILITY**:

   **(2)** Assumed by you in a contract or agreement that is an "insured contract", provided that the "bodily injury" or "property damage" occurs subsequent to the execution of the contract or agreement. Solely for the purposes of liability assumed by you in an "insured contract", reasonable attorney fees and necessary litigation expenses incurred by or for a party other than an insured will be deemed to be damages because of "bodily injury" or "property damage", provided that:

   **(a)** Liability to such party for, or for the cost of, that party's defense has also been assumed by you in the same "insured contract"; and

   **(b)** Such attorney fees and litigation expenses are for defense of that party against a civil or alternative dispute resolution proceeding in which damages to which this insurance applies are alleged.

2. The following replaces the beginning of Paragraph **2.**, and Paragraphs **2.a.**, **b.**, **c.**, **d.** and **e.**, of **SUPPLEMENTARY PAYMENTS – COVERAGES A AND B** of **SECTION I – COVERAGES**:

   2. If we defend you against a "suit" and your indemnitee is also named as a party to the "suit", we will have the right and duty to defend that indemnitee if all of the following conditions are met:

   **a.** The "suit" against the indemnitee seeks damages for which you have assumed the liability of the indemnitee in a contract or agreement that is an "insured contract";

   **b.** This insurance applies to such liability assumed by you;

   **c.** The obligation to defend, or the cost of the defense of, that indemnitee has also been assumed by you in the same "insured contract";

   **d.** The allegations in the "suit" and the information we know about the "occurrence" or offense are such that we determine that no conflict exists between your interests and the interests of the indemnitee;

   **e.** You and the indemnitee ask us to conduct and control the defense of that indemnitee against such "suit" and agree that we can assign the same counsel to defend you and the indemnitee; and

3. The following replaces the last sentence of Paragraph **2.** of **SUPPLEMENTARY PAYMENTS – COVERAGES A AND B** of **SECTION I – COVERAGES**:

   Our obligation to defend your indemnitee and to pay for attorneys' fees and necessary litigation expenses as Supplementary Payments ends when:

   **a.** We have used up the applicable limit of insurance in the payment of judgments, settlements or medical expenses; or

   **b.** The conditions set forth above, or the terms of the agreement described in Paragraph **f.** above, are no longer met.


© 2008 The Travelers Companies, Inc.
Includes the copyrighted material of Insurance Services Office, Inc. with its permission.

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXCLUSION – VIOLATION OF CONSUMER FINANCIAL PROTECTION LAWS

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**PROVISIONS**

1. The following exclusion is added to Paragraph **2., Exclusions**, of **SECTION I – COVERAGES – COVERAGE A BODILY INJURY AND PROPERTY DAMAGE LIABILITY**:

   **Violation Of Consumer Financial Protection Laws**

   "Bodily injury" or "property damage" arising out of any actual or alleged violation of a "consumer financial protection law", or any other "bodily injury" or "property damage" alleged in any claim or "suit" that also alleges any such violation.

2. The following exclusion is added to Paragraph **2., Exclusions**, of **SECTION I – COVERAGES – COVERAGE B PERSONAL AND ADVERTISING INJURY LIABILITY**:

   **Violation Of Consumer Financial Protection Laws**

   "Personal injury" or "advertising injury" arising out of any actual or alleged violation of a "consumer financial protection law", or any other "personal injury" or "advertising injury" alleged in any claim or "suit" that also alleges any such violation.

3. The following is added to the **DEFINITIONS** Section:

"Consumer financial identity information" means any of the following information for a person that is used or collected for the purpose of serving as a factor in establishing such person's eligibility for personal credit, insurance or employment, or for the purpose of conducting a business transaction:

**a.** Part or all of the account number, the expiration date or the balance of any credit, debit, bank or other financial account.

**b.** Information bearing on a person's credit worthiness, credit standing or credit capacity.

**c.** Social security number.

**d.** Drivers license number.

**e.** Birth date.

"Consumer financial protection law" means:

a. The Fair Credit Reporting Act (FCRA) and any of its amendments, including the Fair and Accurate Credit Transactions Act (FACTA);

b. California's Song-Beverly Credit Card Act and any of its amendments; or

c. Any other law or regulation that restricts or prohibits the collection, dissemination, transmission, distribution or use of "consumer financial identity information".

 © 2011 The Travelers Indemnity Company. All rights reserved. 

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# AMENDMENT – POLLUTION EXCLUSION – LIMITED COVERAGE FOR POLLUTION AT OR FROM YOUR PREMISES

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**PROVISIONS**

**1.** The following is added to Paragraph **(1)(a)** of Exclusion **f., Pollution**, in Paragraph **2.** of **SECTION I – COVERAGES – COVERAGE A BODILY INJURY AND PROPERTY DAMAGE LIABILITY**:

This subparagraph **(a)** also does not apply to "bodily injury" or "property damage" arising only out of the discharge, release or escape of "pollutants" if the discharge, release or escape of "pollutants":

**(1)** Is at or from any premises, site or location (other than at or from an "underground tank") which is owned, occupied or managed by, or rented or loaned to, you during the policy period;

**(2)** Commences abruptly during the policy period and after the effective date of the Amendment – Pollution Exclusion – Limited Coverage For Pollution At Or From Your Premises endorsement;

**(3)** Ends within 7 consecutive days after its abrupt commencement;

**(4)** Becomes known to an insured listed under Paragraph **1.** of Section **II** – Who Is An Insured, or to an "employee" authorized by you to give or receive notice of any "occurrence" or claim, and is reported in writing to us within 30 days after its abrupt commencement; and

**(5)** Does not arise out of any intentional violation of any governmental law, regulation or rule by you or anyone acting on your behalf.

All such "bodily injury" or "property damage" will be deemed to occur at the time such discharge, release or escape abruptly commences.

**2.** The following is added to the **DEFINITIONS** Section:

"Underground tank" means any one or combination of tanks (including any connected pipe or pump), the volume of which (including the volume of all connected underground pipes or pumps) is 10% or more:

**a.** Beneath the surface of the ground outside of a building or structure;

**b.** Beneath the lowest basement floor of a building or structure;

**c.** Otherwise covered with earthen materials; or

**d.** Beneath the surface of the water.

Underground pipes or pumps means all underground piping or pumps, including valves, elbows, joints, flanges and flexible connectors attached to any one or combination of tanks.

However, "underground tank" does not include the part of any tank (including the part of any connected pipe or pump) containing sewag e.


© 2011 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# UNMANNED AIRCRAFT EXCLUSION – WITH EXCEPTION FOR CERTAIN ADVERTISING INJURY

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**PROVISIONS**

1. The following is added to Exclusion **g., Aircraft, Auto Or Watercraft**, in Paragraph 2. of **SECTION I – COVERAGES – COVERAGE A – BOOILY INJURY ANO PROPERTY OAMAGE LIABILITY**, and to Exclusion **b., Aircraft, Auto Or Watercraft**, in Paragraph 2. of **SECTION I – COVERAGES – COVERAGE O – LIMITEO POLLUTION COSTS** if that section is included in this Coverage Part:

   This exclusion also does not apply to any "unmanned aircraft".

2. The following exclusion is added to Paragraph 2., **Exclusions**, of **SECTION I – COVERAGES – COVERAGE A – BOOILY INJURY ANO PROPERTY OAMAGE LIABILITY**:

   **Unmanned Aircraft**

   "Bodily injury" or "property damage" arising out of the ownership, maintenance, use or entrustment to others of any "unmanned aircraft". Use includes operation and "loading or unloading".

   This exclusion applies even if the claims against any insured allege negligence or other wrongdoing in the supervision, hiring, employment, training or monitoring of others by that insured, if the "occurrence" which caused the "bodily injury" or "property damage" involved the ownership, maintenance, use or entrustment to others of any "unmanned aircraft".

3. The following exclusion is added to Paragraph 2., **Exclusions**, of **SECTION I – COVERAGES – COVERAGE B – PERSONAL AND AOVERTISING INJURY LIABILITY**:

   **Unmanned Aircraft**

   "Personal and advertising injury" arising out of the ownership, maintenance, use or entrustment to others of any "unmanned aircraft". Use includes operation and "loading or unloading".

   This exclusion applies even if the claims against any insured allege negligence or other wrongdoing in the supervision, hiring, employment, training or monitoring of others by that insured, if the offense which caused the "personal and advertising injury" involved the ownership, maintenance, use or entrustment to others of any "unmanned aircraft".

   This exclusion does not apply to infringement of copyright, "title" or "slogan" in your "advertisement", provided that the claim is made or the "suit" is brought by a person or organization that claims ownership of such copyright, "title" or "slogan".

4. The following is added to **SECTION V – OEFINITIONS**:

   "Unmanned aircraft" means an aircraft that is not designed, manufactured, or modified after it is manufactured, to be controlled directly by a person from within or on the aircraft.


© 2020 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

DM 07312026



**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXCLUSION – VIOLATION OF BIOMETRIC INFORMATION PRIVACY LAWS

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**PROVISIONS**

1. The following exclusion is added to Paragraph 2., **Exclusions**, of **SECTION I – COVERAGES – COVERAGE A – BODILY INJURY AND PROPERTY DAMAGE LIABILITY**:

   **Violation Of Biometric Information Privacy Laws**

   "Bodily injury" or "property damage" arising out of any actual or alleged violation of a "biometric information privacy law", or any other "bodily injury" or "property damage" alleged in any claim or "suit" that also alleges any such violation.

2. The following exclusion is added to Paragraph 2., **Exclusions**, of **SECTION I – COVERAGES – COVERAGE B – PERSONAL AND ADVERTISING INJURY LIABILITY**:

   **Violation Of Biometric Information Privacy Laws**

   "Personal and advertising injury" arising out of any actual or alleged violation of a "biometric information privacy law", or any other "personal and advertising injury" alleged in any claim or "suit" that also alleges any such violation.

3. The following is added to the **DEFINITIONS** Section:

   "Biometric information":

   a. Means information about a person's physical, biological or behavioral characteristics that can be used to identify such person.

   b. Includes a person's retina or iris scan, fingerprint, voiceprint, scan of hand or face or other body geometry, DNA, vein pattern, keystroke pattern or rhythm, gait pattern or rhythm, or sleep, health or exercise data that contain identifying information.

   "Biometric information privacy law" means the parts of any law, ordinance, regulation or governmental rule that govern or relate to the collection, storage, disclosure, retention, destruction, protection, use, sale, lease or trade of "biometric information".


© 2022 The Travelers Indemnity Company. All rights reserved.

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXCLUSION – COMMUNICABLE DISEASES – ILLINOIS

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

This insurance does not apply to "bodily injury", "property damage", "personal injury" or "advertising injury" arising out of, caused by or related to any communicable disease, including any supervision, instructions, recommendations, warnings or advice given or which should have been given in connection therewith.

A communicable disease means an infectious disease transmissible from person to person by direct contact with an affected person or that person's discharges.

 Copyright, The Travelers Indemnity Company, 2004 

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXCLUSION – DISCRIMINATION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**PROVISIONS**

**1.** The following exclusion is added to Paragraph **2.**, **Exclusions**, of **SECTION I – COVERAGES – COVERAGE A – BODILY INJURY AND PROPERTY DAMAGE LIABILITY**:

**Discrimination**

"Bodily injury" arising out of discrimination based upon a person's sex, sexual orientation, marital status, pregnancy, race, color, creed, religion, national origin, citizenship, veteran status, age, genetic information or physical or mental disability, or any other characteristic, attribute, trait, condition or status that qualifies a person for protection against discrimination under federal, state or local law.

**2.** The following exclusion is added to Paragraph **2.**, **Exclusions**, of **SECTION I – COVERAGES – COVERAGE B – PERSONAL AND ADVERTISING INJURY LIABILITY**:

**Discrimination**

"Personal injury" arising out of discrimination based upon a person's sex, sexual orientation, marital status, pregnancy, race, color, creed, religion, national origin, citizenship, veteran status, age, genetic information or physical or mental disability, or any other characteristic, attribute, trait, condition or status that qualifies a person for protection against discrimination under federal, state or local law.


© 2017 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

DM 07312026

# EMPLOYEE BENEFITS LIABILITY

DM 07312026

# EMPLOYEE BENEFITS LIABILITY

DM 07312026

TRAVELERS

One Tower Square, Hartford, Connecticut 06183

**EMPLOYEE BENEFITS LIABILITY COVERAGE PART DECLARATIONS**

**POLICY NO.:** Y-630-0Y496019-IND-25
**ISSUE DATE:** 05-15-25

**INSURING COMPANY:**
THE TRAVELERS INDEMNITY COMPANY

**DECLARATIONS PERIOD:** From 05-15-25 to 05-15-26 12:01 A.M. Standard Time at your mailing address shown in the Common Policy Declarations.

The Employee Benefits Liability Coverage Part consists of these Declarations and the Coverage Form shown below.

**1. COVERAGE AND LIMITS OF INSURANCE**

| Employee Benefits Liability Coverage Form | Limits of Insurance |
|---|---|
| Aggregate Limit | $ 2,000,000 |
| Each Employee Limit | $ 1,000,000 |

**2. AUDIT PERIOD:** ANNUAL

**3. FORM OF BUSINESS:** CORPORATION

**4. RETROACTIVE DATE:**

This insurance does not apply to negligent acts, errors or omissions which occurred before the Retroactive Date, if any shown below.

Retroactive Date: 05-15-2017

**5. EMPLOYEE BENEFIT PROGRAMS OTHER THAN THOSE LISTED IN SECTION VII--DEFINITIONS:**

**6. DEDUCTIBLE:**

$ NONE EACH EMPLOYEE

**7. PREMIUM COMPUTATION:**

| Estimated No. of Employees | Rate Per Employee | Estimated Premium | Minimum Premium |
|---|---|---|---|
| 87 | .320 | $ 300 | $ 300 |

**8. NUMBERS OF FORMS, SCHEDULES AND ENDORSEMENTS FORMING PART OF THIS COVERAGE PART ARE ATTACHED AS A SEPARATE LISTING.**

DM 07312026

TABLE OF CONTENTS

# EMPLOYEE BENEFITS LIABILITY COVERAGE FORM


| | Beginning on Page |
|---|---|
| SECTION I - EMPLOYEE BENEFITS LIABILITY COVERAGE | |
| Insuring Agreement | 1 |
| Exclusions | 2 |
| Supplementary Payments | 3 |
| SECTION II - WHO IS AN INSURED | 3 |
| SECTION III - LIMITS OF INSURANCE | 4 |
| SECTION IV - DEDUCTIBLE | 4 |
| SECTION V - EMPLOYEE BENEFITS LIABILITY CONDITIONS | 5 |
| Bankruptcy | 5 |
| Duties in The Event of Act, Error or Omission, Claim Or Suit | 5 |
| Legal Action Against Us | 6 |
| Other Insurance | 6 |
| Premium Audit | 6 |
| Representations | 7 |
| Separation of Insureds | 7 |
| Transfer of Rights of Recovery Against Others To Us | 7 |
| When We Do Not Renew | 7 |
| Cancellation, Non-renewal And Renewal Conditions Applicable to Commercial General Liability Coverage Part | 7 |
| SECTION VI - EXTENDED REPORTING PERIODS | 7 |
| SECTION VII - DEFINITIONS | 8 |



© 2016 The Travelers Indemnity Company. All rights reserved.

# EMPLOYEE BENEFITS LIABILITY COVERAGE FORM

**THIS INSURANCE PROVIDES CLAIMS-MADE COVERAGE.**
**PLEASE READ THE ENTIRE FORM CAREFULLY.**

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is and is not covered.

Throughout this policy the words "you" and "your" refer to the Named Insured shown in the Declarations and any other person or organization qualifying as a Named Insured under this policy. The words "we," "us" and "our" refer to the company providing this insurance.

The word "insured" means any person or organization qualifying as such under Section II – Who Is An Insured.

Other words and phrases that appear in quotation marks have special meaning. Refer to Section VII – Definitions.

## SECTION I – EMPLOYEE BENEFITS LIABILITY COVERAGE

**1. Insuring Agreement**

a. We will pay those sums that the insured becomes legally obligated to pay as damages because of loss to which this insurance applies. We will have the right and duty to defend the insured against any "suit" seeking those damages. However, we will have no duty to defend the insured against any "suit" seeking damages for loss to which this insurance does not apply. We may, at our discretion, investigate any negligent act, error or omission and settle any claim or "suit" that may result. But:

(1) The amount we will pay for damages is limited as described in Section III – Limits Of Insurance; and

(2) Our right and duty to defend ends when we have used up the applicable limit of insurance in the payment of judgments or settlements.

No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under Supplementary Payments.

b. This insurance applies to loss only if:

(1) The loss is caused by a negligent act, error or omission committed by the insured, or by any other person for whose acts the insured is legally liable, in the "administration" of your "employee benefit program";

(2) The negligent act, error or omission is committed in the "coverage territory";

(3) The negligent act, error or omission was committed on or after the Retroactive Date, if any, shown in the Declarations of this Coverage Part and before the end of the policy period; and

(4) A claim or "suit" for damages because of the loss is first made or brought against any insured, in accordance with Paragraph e. below, during the policy period or any Extended Reporting Period we provide under Section VI – Extended Reporting Periods.

c. Each negligent act, error or omission in a series of related negligent acts, errors or omissions will be deemed to have been committed on the date the first such negligent act, error or omission in that series is committed.

d. If the Retroactive Date is left blank in the Declarations of this Coverage Part, the Retroactive Date will be deemed to be the first day of the policy period.

e. A claim or "suit" seeking damages will be deemed to have been first made or brought at the earlier of the following times:

(1) When we or any insured first receives written notice of such claim or "suit", whichever comes first; or

(2) When we first receive written notice from any insured of a specific negligent act, error or omission that caused the loss which resulted in such claim or "suit".

All claims or "suits" that seek damages because of loss sustained by any one "employee", including the "employee's" dependents and beneficiaries, will be deemed


© 2016 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

to have been first made or brought at the time the first of those claims or "suits" is made or brought against any insured.

f. A claim or "suit" that seeks damages will be deemed to have been first made or brought at the time we receive written notice from any insured of a specific negligent act, error or omission only if that notice contains all of the following information:

(1) How, when and where the negligent act, error or omission was committed;

(2) A description of what happened;

(3) A description of what damages may result;

(4) The identity of the person or organization that may make a claim or bring a "suit"; and

(5) The identity of each insured that committed the negligent act, error or omission.

Notice to us that any insured may in the future receive written notice of a negligent act, error or omission, claim or "suit" is not notice of a specific negligent act, error or omission.

2. **Exclusions**

This insurance does not apply to:

a. **Criminal, Dishonest, Fraudulent Or Malicious Acts**

Loss arising out of any criminal, dishonest, fraudulent, or malicious act, error or omission committed by any insured, including the willful or reckless violation of any law or regulation.

b. **Injury Or Damage**

"Bodily injury", "property damage", "personal injury" or "advertising injury."

c. **Failure To Perform A Contract**

Loss arising out of failure of performance of contract by any insurer.

d. **Insufficiency Of Funds**

Loss arising out of an insufficiency of funds to meet any obligations under any plan included in the "employee benefit program".

e. **Inadequacy Of Performance Of Investment Or Advice Given With Respect To Participation**

Any claim or "suit" based upon:

(1) Failure of any investment to perform;

(2) Errors in providing information on past performance of investment vehicles; or

(3) Advice given to any person with respect to that person's decision to participate or not to participate in any plan included in the "employee benefit program".

f. **Workers' Compensation And Similar Laws**

Loss arising out of your failure to comply with the mandatory provisions of any workers' compensation, unemployment compensation insurance, social security or disability benefits law or any similar law.

g. **ERISA**

Loss for which any insured is liable because of liability imposed on a fiduciary by the Employee Retirement Income Security Act of 1974, as amended, or by any similar federal, state or local laws.

h. **Available Benefits**

Loss of benefits to the extent that such benefits are available, with reasonable effort and cooperation of the insured, from the applicable funds accrued or other collectible insurance.

i. **Taxes, Fines Or Penalties**

(1) Any taxes, fines, or penalties, including those imposed under any provision of the Internal Revenue Code of 1986, as amended, or any similar state or local law; or

(2) Any loss, cost or expense arising out of the imposition of such taxes, fines or penalties.

j. **Employment-Related Practices**

Loss to:

(1) A person arising out of any:

(a) Refusal to employ that person;

(b) Termination of that person's employment; or

(c) Employment-related practice or policy, such as coercion, demotion, reassignment, discipline, failure to promote or advance, harassment, humiliation, discrimination, libel, slander, violation of the person's right of privacy, malicious prosecution or false arrest, detention or


© 2016 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

imprisonment applied to or directed at that person, regardless of whether such practice or policy occurs, is applied or is committed before, during or after the time of that person's employment; or

**(2)** The spouse, child, parent, brother or sister of that person as a consequence of loss to that person at whom any of the employment-related practices or policies described in Paragraphs **(a)**, **(b)**, or **(c)** above is directed.

This exclusion applies:

**(1)** Whether the insured may be liable as an employer or in any other capacity; and

**(2)** To any obligation to share damages with or repay someone else who must pay damages because of the loss.

**k. Access Or Disclosure Of Confidential Or Personal Information**

Loss arising out of any access or disclosure of any person's or organization's confidential or personal information.

**3. Supplementary Payments**

We will pay, with respect to any claim we investigate or settle, or any "suit" against an insured we defend:

**a.** All expenses we incur.

**b.** The cost of bonds to release attachments, but only for bond amounts within the applicable limit of insurance. We do not have to furnish these bonds.

**c.** All reasonable expenses incurred by the insured at our request to assist us in the investigation or defense of the claim or "suit," including actual loss of earnings up to $500 a day because of time off from work.

**d.** All costs taxed against the insured in the "suit."

**e.** Pre-judgment interest awarded against the insured on that part of the judgment we pay. If we made an offer to pay the applicable limit of insurance, we will not pay any prejudgment interest based on that period of time after the offer.

**f.** All interest on the full amount of any judgment that accrues after entry of the judgment and before we have paid, offered to pay, or deposited in court the part of the judgment that is within the applicable limit of insurance.

These payments will not reduce the limits of insurance.

**SECTION II – WHO IS AN INSURED**

**1.** If you are designated in the Declarations as:

**a.** An individual, you and your spouse are insureds, but only with respect to the conduct of a business of which you are the sole owner.

**b.** A partnership or joint venture, you are an insured. Your members, your partners, and their spouses are also insureds, but only with respect to the conduct of your business.

**c.** A limited liability company, you are an insured. Your members are also insureds, but only with respect to the conduct of your business. Your managers are insureds, but only with respect to their duties as your managers.

**d.** An organization other than a partnership, joint venture or limited liability company, you are an insured. Your "executive officers" and directors are also insureds, but only with respect to their liability as your officers or directors. Your stockholders are also insureds, but only with respect to their liability as stockholders.

**e.** A trust, you are an insured. Your trustees are also insureds, but only with respect to their duties as trustees.

**2.** Each of the following is also an insured:

**a.** Each of your "employees", other than either your "executive officers" (if you are an organization other than a partnership, joint venture or limited liability company) or your managers (if you are a limited liability company), who is or was authorized to administer your "employee benefit program."

**b.** Any person or organization having proper temporary authorization to administer your "employee benefit program" if you die, but only until your legal representative is appointed.

**c.** Your legal representative if you die, but only with respect to duties as such. That representative will have all your rights and duties under this Coverage Part.

**3.** Any organization you newly acquire or form, other than a partnership, joint venture or limited liability company, and over which you maintain ownership


© 2016 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

DM 07312026



or majority interest, will qualify as a Named Insured if there is no other similar insurance available to that organization. However:

a. Coverage under this provision is afforded only until the 180th day after you acquire, or form the organization or the end of the policy period, whichever is earlier:

b. Coverage under this provision does not apply to any negligent act, error or omission that was committed before you acquired or formed the organization.

No person or organization is an insured with respect to the conduct of any current or past partnership, joint venture or limited liability company that is not shown as a Named Insured in the Declarations. This paragraph does not apply to any such partnership, joint venture or limited liability company that otherwise qualifies as an insured under Section II – Who Is An Insured.

**SECTION III – LIMITS OF INSURANCE**

1. The Limits of Insurance shown in the Declarations and the rules below fix the most we will pay regardless of the number of:
   a. Insureds;
   b. Claims made or "suits" brought;
   c. Persons or organizations making claims or bringing "suits";
   d. Acts, errors or omissions; or
   e. Benefits included in your "employee benefit program".
2. The Aggregate Limit is the most we will pay for all damages because of all negligent acts, errors or omissions committed in the "administration" of your "employee benefit program."
3. Subject to the Aggregate Limit, the Each Employee Limit is the most we will pay for all damages sustained by any one "employee", including damages sustained by such "employee's" dependents and beneficiaries, because of all negligent acts, errors or omissions committed in the "administration" of your "employee benefit program".

   The Limits of Insurance of this Coverage Part apply separately to each consecutive annual period and to any remaining period of less than 12 months, starting with the beginning of the policy period shown in the Declarations, unless the policy period is extended after issuance for an additional period of less than 12 months. In that case, the additional period will be deemed part of the last preceding period for purposes of determining the Limits of Insurance.

**SECTION IV – DEDUCTIBLE**

1. The Deductible shown in the Declarations and the rules below fix the amount of damages incurred by, or on behalf of, you or any insured that you will be responsible for paying, regardless of the number of:
   a. Insureds;
   b. Claims made or "suits" brought;
   c. Persons or organizations making claims or bringing "suits";
   d. Acts, errors or omissions; or
   e. Benefits included in your "employee benefit program".

   If no amount is shown for the Deductible in the Declarations, the Deductible does not apply to this Coverage Part.
2. The Deductible applies to all damages sustained by any one "employee", including damages sustained by such "employee's" dependents and beneficiaries, because of all negligent acts, errors or omissions committed in the "administration" of your "employee benefit program".
3. The Limits of Insurance will not be reduced by the amount of damages within the deductible amount.
4. The terms of this policy, including those with respect to:
   a. Our right and duty with respect to the defense of "suits"; and
   b. Your duties in the event of an act, error or omission, claim or suit;

   apply irrespective of the application of the deductible amount.
5. If we settle a claim or "suit" for damages, or pay a judgment for damages awarded in a "suit", that are subject to a deductible, we may pay any part or all of the deductible amount. You will promptly reimburse us for such part of the deductible amount as we have paid.

**SECTION V – EMPLOYEE BENEFITS LIABILITY CONDITIONS**

1. **Bankruptcy**

   Bankruptcy or insolvency of the insured or of the insured's estate will not relieve us of our obligations under this Coverage Part.


© 2016 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

DM 07312026



**2. Duties In The Event Of Act, Error Or Omission, Claim Or Suit**

a. You must see to it that we are notified as soon as practicable of an act, error or omission which may result in a claim. To the extent possible, notice should include:

(1) What the act, error or omission was and when it was committed; and

(2) The names and addresses of any "employees" who may suffer loss caused by the act, error or omission.

b. If a claim is made or "suit" is brought by any insured, you must:

(1) Immediately record the specifics of the claim or "suit" and the date received; and

(2) Notify us as soon as practicable.

You must see to it that we receive written notice of the claim or "suit" as soon as practicable.

c. You and any other involved insured must:

(1) Immediately send us copies of any demands, notices, summonses or legal papers received in connection with the claim or a "suit";

(2) Authorize us to obtain records and other information;

(3) Cooperate with us in the investigation or settlement of the claim or defense against the "suit"; and

(4) Assist us, upon our request, in the enforcement of any right against any person or organization which may be liable to the insured because of loss to which this insurance may also apply.

d. No insured will, except at that insured's own cost, voluntarily make a payment, assume any obligation, or incur any expense without our consent.

e. The following provisions apply to Paragraph **a.** above, but only for purposes of the insurance provided under this Coverage Part to you or any insured listed in Paragraph **1.** or **2.** of Section **II** – Who Is An Insured:

(1) Notice to us of such act, error or omission must be given as soon as practicable only after the act, error or omission is known to you (if you are an individual), any of your partners or members who is an individual (if you are a partnership or joint venture), any of your managers who is an individual (if you are a limited liability company), any of your "executive officers" or directors (if you are an organization other than a partnership, joint venture, or limited liability company), any of your trustees who is an individual (if you are a trust) or any "employee" authorized by you to give notice of an act, error or omission.

(2) If you are a partnership, joint venture, limited liability company or trust, and none of your partners, joint venture members, managers or trustees are individuals, notice to us of such act, error or omission must be given as soon as practicable only after the act, error or omission is known by:

(a) Any individual who is:

(i) A lawfully elected or appointed official, executive officer or director of any public entity;

(ii) A partner or member of any partnership or joint venture;

(iii) A manager of any limited liability company;

(iv) An executive officer or director of any other organization; or

(v) A trustee of any trust;

that is your partner, joint venture member, manager or trustee; or

(b) Any "employee" authorized by such partnership, joint venture, limited liability company, trust or other organization to give notice of an act, error or omission.

**3. Legal Action Against Us**

No person or organization has a right under this Coverage Part:

**a.** To join us as a party or otherwise bring us into a "suit" asking for damages from an insured; or

**b.** To sue us on this Coverage Part unless all of its terms have been fully complied with.

A person or organization may sue us to recover on an agreed settlement or on a final judgment against an insured; but we will not be liable for damages that are not payable under the terms of this Coverage Part or that


© 2016 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

DM 07312026



are in excess of the applicable limit of insurance. An agreed settlement means a settlement and release of liability signed by us, the insured and the claimant or the claimant's legal representative.

4. **Other Insurance**

If valid and collectible other insurance is available to the insured for a loss we cover under this Coverage Part, our obligations are limited as described in Paragraphs **a.** and **b.** below.

As used anywhere in this Coverage Part, other insurance means insurance, or the funding of losses, that is provided by, through or on behalf of:

**(i)** Another insurance company;

**(ii)** Us or any of our affiliated insurance companies;

**(iii)** Any risk retention group; or

**(iv)** Any self-insurance method or program, in which case the insured will be deemed to be the provider of other insurance.

Other insurance does not include umbrella insurance, or excess insurance, that was bought specifically to apply in excess of the Limits of Insurance shown in the Declarations.

As used anywhere in this Coverage Part, other insurer means a provider of other insurance. As used in Paragraph **b.** below, insurer means a provider of insurance.

a. **Primary Insurance**

This insurance is primary. If any of the other insurance is also primary, we will share with all that other insurance by the method described in Paragraph **b.** below.

b. **Method Of Sharing**

If all of the other insurance permits contribution by equal shares, we will follow this method also. Under this approach each insurer contributes equal amounts until it has paid its applicable limit of insurance or none of the loss remains, whichever comes first.

If any of the other insurance does not permit contribution by equal shares, we will contribute by limits. Under this method, each insurer's share is based on the ratio of its applicable limit of insurance to the total applicable limits of insurance of all insurers.

5. **Premium Audit**

a. We will compute all premiums for this Coverage Part in accordance with our rules and rates.

b. Premium shown in this Coverage Part as advance premium is a deposit premium only. At the close of each audit period we will compute the earned premium for that period and send notice to the first Named Insured. The due date for audit and retrospective premiums is the date shown as the due date on the bill. If the sum of the advance and audit premiums paid for the policy period is greater than the earned premium, we will return the excess to the first Named Insured.

c. The first Named Insured must keep records of the information we need for premium computation, and send us copies at such times as we may request.

6. **Representations**

By accepting this policy, you agree:

a. The statements in the Declarations are accurate and complete;

b. Those statements are based upon representations you made to us; and

c. We have issued this policy in reliance upon your representations.

The unintentional omission of, or unintentional error in, any information provided by you which we relied upon in issuing this policy will not prejudice your rights under this insurance. However, this provision does not affect our right to collect additional premium or to exercise our rights of cancellation or renewal in accordance with applicable insurance laws or regulations.

7. **Separation Of Insureds**

Except with respect to the Limits of Insurance, and any rights or duties specifically assigned in this Coverage Part to the first Named Insured, this insurance applies:

a. As if each Named Insured were the only Named Insured; and

b. Separately to each insured against whom claim is made or "suit" is brought.

8. **Transfer Of Rights Of Recovery Against Others To Us**

If the insured has rights to recover all or part of any payment we have made under this Coverage


© 2016 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

Part, those rights are transferred to us. The insured must do nothing after loss to impair them. At our request, the insured will bring "suit" or transfer those rights to us and help us enforce them.

**9. When We Do Not Renew**

If we decide not to renew this Coverage Part, we will mail or deliver to the first Named Insured shown in the Declarations written notice of the nonrenewal not less than 30 days before the expiration date.

If notice is mailed, proof of mailing will be sufficient proof of notice.

**10. Cancellation, Nonrenewal And Renewal Conditions Applicable To Commercial General Liability Coverage Part**

All conditions relating to cancellation, nonrenewal or renewal that are included in any endorsement applicable to the Commercial General Liability Coverage Part attached to this policy also apply to this Coverage Part.

**SECTION VI – EXTENDED REPORTING PERIODS**

1. We will provide one or more Extended Reporting Periods, as described below, if:
   a. This Coverage Part is cancelled or not renewed for any reason; or
   b. We renew or replace this Coverage Part with insurance that has a Retroactive Date later than the date shown in the Declarations.
2. The Extended Reporting Periods do not extend the policy period or change the scope of coverage provided. They only apply to claims or "suits" for loss caused by a negligent act, error or omission committed on or after the Retroactive Date shown in the Declarations and before the end of the policy period.

   Once in effect, Extended Reporting Periods may not be canceled.
3. A Basic Extended Reporting Period is automatically provided without additional charge. This period starts with the end of the policy period and lasts for 90 days.

   The Basic Extended Reporting Period does not apply to claims or "suits" for loss covered under subsequent insurance you purchase, or that would be covered under such insurance but for the exhaustion of its applicable limit of insurance.

   The Basic Extended Reporting Period does not reinstate or increase the limits of insurance.
4. A Supplemental Extended Reporting Period is available, but only by an endorsement and for an extra charge. This supplemental period starts with the end of the policy period and lasts for three years or an unlimited period of time, as set forth in the Supplemental Extended Reporting Period Endorsement. This supplemental period replaces the Basic Extended Reporting Period.

   This Supplemental Extended Reporting Period will not go into effect unless we receive all of the following within 90 days after the end of the policy period and you have fulfilled all other duties, and complied with all other conditions and requirements, under this policy:
   a. A written request from you to purchase the Supplemental Extended Reporting Period;
   b. Full payment of the earned premium for this policy;
   c. Payment of the additional premium for the Supplemental Extended Reporting Period Endorsement; and
   d. Repayment of any deductible you owe us under this Coverage Part.

   We will determine the additional premium for that endorsement in accordance with our rules and rates. The additional premium for the Supplemental Extended Reporting Period Endorsement will not exceed 200% of the annual premium for this policy.

   This endorsement will set forth the terms, not inconsistent with this Section VI – Extended Reporting Periods, applicable to the Supplemental Extended Reporting Period, including a provision to the effect that the insurance afforded for claims or "suits" first made or brought against any insured during such period is excess over any valid and collectible other insurance available under insurance in force after the Supplemental Extended Reporting Period starts.

   The Supplemental Extended Reporting Period does not reinstate or increase the limits of insurance.

**SECTION VII – DEFINITIONS**

1. "Administration" means:
   a. Providing information to "employees", including their dependents and beneficiaries, with respect to eligibility for or scope of the "employee benefit program";


© 2016 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

b. Handling records in connection with the "employee benefit program"; or

c. Effecting, continuing or terminating any "employee's" participation in any benefit included in the "employee benefit program."

However, "administration" does not include handling payroll deductions.

2. "Advertisement" means a notice that is broadcast or published to the general public or specific market segments about your goods, products or services for the purpose of attracting customers or supporters. For the purposes of this definition:

a. Notices that are published include material placed on the Internet or on similar electronic means of communication; and

b. Regarding web sites, only that part of a web site that is about your goods, products or services for the purposes of attracting customers or supporters is considered an advertisement.

3. "Advertising injury":

a. Means injury, other than "personal injury", caused by one or more of the following offenses:

(1) Oral or written publication, including publication by electronic means, of material in your "advertisement" that slanders or libels a person or organization or disparages a person's or organization's goods, products or services, provided that the claim is made or the "suit" is brought by a person or organization that claims to have been slandered or libeled, or that claims to have had its goods, products or services disparaged;

(2) Oral or written publication, including publication by electronic means, of material in your "advertisement" that:

(a) Appropriates a person's name, voice, photograph or likeness; or

(b) Unreasonably places a person in a false light; or

(3) Infringement of copyright, "title" or "slogan" in your "advertisement", provided that the claim is made or the "suit" is brought by a person or organization that claims ownership of such copyright, "title" or "slogan".

b. Includes "bodily injury" caused by one or more of the offenses described in Paragraph a. above.

4. "Bodily injury":

a. Means any harm, including sickness or disease, to the health of a person.

b. Includes mental anguish, injury or illness, or emotional distress.

5. "Cafeteria plan" means plans authorized by applicable law to allow "employees" to elect to pay for certain benefits with pre-tax dollars.

6. "Coverage territory" means the United States of America (including its territories and possessions), Puerto Rico or Canada, provided that the insured's responsibility to pay damages is determined in a "suit" on the merits in the United States of America (including its territories and possessions), Puerto Rico or Canada, or in a settlement we agree to.

7. "Employee" means a person actively employed, formerly employed, on leave of absence or disabled, or retired. "Employee" includes a "leased worker". "Employee" does not include a "temporary worker".

8. "Employee benefit program":

a. Means a program providing some or all of the following benefits to your "employees", whether provided through a "cafeteria plan" or otherwise:

(1) Group life insurance; group accident or health insurance; dental, vision and hearing plans; and flexible spending accounts, provided that no one other than your "employee" may subscribe to such benefits and such benefits are made generally available to all of those "employees" who satisfy the plan's eligibility requirements;

(2) Profit sharing plans, employee savings plans, employee stock ownership plans, pension plans and stock subscription plans, provided that no one other than your "employee" may subscribe to such benefits and such benefits are made generally available to all of those "employees" who are eligible under the plan for such benefits;

(3) Unemployment insurance, social security benefits, workers' compensation and disability benefits;


© 2016 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

(4) Vacation plans, including buy and sell programs; leave of absence programs, including military, maternity, family, and civil leave; tuition assistance plans; transportation and health club subsidies; and

(5) Any other similar benefits designated in the Declarations or added thereto by endorsement.

b. Does not include any benefit plan or program described in Paragraph a. above that is self-insured.

9. "Executive officer" means a person holding any of the officer positions created by your charter, constitution, bylaws or any other similar governing document.

10. "Leased worker" means a person leased to you by a labor leasing firm under an agreement between you and the labor leasing firm, to perform duties related to the conduct of your business. "Leased worker" does not include a "temporary worker".

11. "Personal injury":

a. Means injury, other than "advertising injury", caused by one or more of the following offenses:

(1) False arrest, detention or imprisonment;

(2) Malicious prosecution;

(3) The wrongful eviction from, wrongful entry into, or invasion of the right of private occupancy of a room, dwelling or premises that a person occupies, provided that the wrongful eviction, wrongful entry or invasion of the right of private occupancy is committed by or on behalf of the owner, landlord or lessor of that room, dwelling or premises;

(4) Oral or written publication, including publication by electronic means, of material that slanders or libels a person or organization or disparages a person's or organization's goods, products or services, provided that the claim is made or the "suit" is brought by a person or organization that claims to have been slandered or libeled, or that claims to have had its goods, products or services disparaged; or

(5) Oral or written publication, including publication by electronic means, of material that:

(a) Appropriates a person's name, voice, photograph or likeness; or

(b) Unreasonably places a person in a false light.

b. Includes "bodily injury" caused by one or more of the offenses described in Paragraph a. above.

12. "Property damage" means:

a. Physical injury to tangible property, including all resulting loss of use of that property; or

b. Loss of use of tangible property that is not physically injured.

13. "Slogan":

a. Means a phrase that others use for the purpose of attracting attention in their advertising.

b. Does not include a phrase used as, or in, the name of:

(1) Any person or organization, other than you; or

(2) Any business, or any of the premises, goods, products, services or work, of any person or organization, other than you.

14. "Suit" means a civil proceeding in which damages because of loss to which this insurance applies are alleged. "Suit" includes:

a. An arbitration proceeding in which such damages are claimed and to which the insured must submit or submits with our consent; or

b. Any other alternative dispute resolution proceeding in which such damages are claimed and to which the insured submits with our consent.

15. "Temporary worker" means a person who is furnished to you to substitute for a permanent "employee" on leave or to meet seasonal or short-term workload conditions.

16. "Title" means a name of a literary or artistic work.


© 2016 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXCLUSION – VIOLATION OF BIOMETRIC INFORMATION PRIVACY LAWS

This endorsement modifies insurance provided under the following:

EMPLOYEE BENEFITS LIABILITY COVERAGE PART

**PROVISIONS**

1. The following exclusion is added to Paragraph **2.**, **Exclusions**, of **SECTION I – EMPLOYEE BENEFITS LIABILITY COVERAGE**:

   **Violation Of Biometric Information Privacy Laws**

   Loss arising out of any actual or alleged violation of a "biometric information privacy law", or any other loss alleged in any claim or "suit" that also alleges any such violation.

2. The following is added to the **SECTION VII – DEFINITIONS**:

   "Biometric information":

   a. Means information about a person's physical, biological or behavioral characteristics that can be used to identify such person.

   b. Includes a person's retina or iris scan, fingerprint, voiceprint, scan of hand or face or other body geometry, DNA, vein pattern, keystroke pattern or rhythm, gait pattern or rhythm, or sleep, health or exercise data that contain identifying information.

   "Biometric information privacy law" means the parts of any law, ordinance, regulation or governmental rule that govern or relate to the collection, storage, disclosure, retention, destruction, protection, use, sale, lease or trade of "biometric information".

 © 2022 The Travelers Indemnity Company. All rights reserved. 

DM 07312026





**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# ILLINOIS CHANGES – EBL

This endorsement modifies insurance provided under the following:

EMPLOYEE BENEFITS LIABILITY COVERAGE PART

**PROVISIONS**

1. The following is added to Paragraph **1.**, **Insuring Agreement**, of **SECTION I – EMPLOYEE BENEFITS LIABILITY COVERAGE**:

   If we initially defend an insured or pay for an insured's defense but later determine that the claim(s) is (are) not covered under this insurance, we will have the right to reimbursement for the defense costs we have incurred.

   The right to reimbursement for the defense costs under this provision will only apply to defense costs we have incurred after we notify you in writing that there may not be coverage, and that we are reserving our rights to terminate the defense and seek reimbursement for defense costs.

2. The following is added to **SECTION V – EMPLOYEE BENEFITS LIABILITY CONDITIONS**:

   **Your Right to Claim Information And Act, Error Or Omission Information**

   a. Subject to Paragraph **e.** below, we will provide the first Named Insured shown in the Declarations, within thirty days of the insured's written request or at the same time as any notice of cancellation or nonrenewal, the following claim information and information about acts, errors or omissions relating to employee benefits liability coverage we have issued to you within the last three years:

      **(1)** Information concerning closed claims limited to the date and description of acts, errors or omissions and total amount of payments, if any;

      **(2)** Information concerning open claims limited to the date and description of acts, errors or omissions, total amount of payments and total reserves, if any; and

      **(3)** Information concerning acts, errors or omissions not included in Paragraphs a.**(1)** and a.**(2)** above limited to the date and description of acts, errors or omissions and total reserves, if any.

   **b.** Subject to Paragraph **e.** below, we will provide the first Named Insured shown in the Declarations, within 20 days after receipt of written request by the Named Insured, detailed claim information and information about acts, errors or omissions in addition to that provided under Paragraph a. above and including specific reserve amounts.

   **c.** Amounts reserved are based on our judgment. They are subject to change and should not be regarded as ultimate settlement values.

   **d.** We compile claim information and information about acts, errors or omissions for our own business purposes and exercise reasonable care in doing so. In providing this information to the first Named Insured, we make no representations or warranties to insureds, insurers or others to whom this information is furnished by or on behalf of any insured. Cancellation or nonrenewal will be effective even if we inadvertently provide inaccurate information.

   **e.** We will not provide the information included in Paragraphs **a.** and **b.** above, if this policy has been cancelled for nonpayment of premium, material misrepresentations or fraud on the part of the insured.

3. The following replaces the second paragraph of Paragraph **4.** of **SECTION VI – EXTENDED REPORTING PERIODS**:

   The Supplemental Extended Reporting Period will not go into effect unless we receive all of the following within 90 days after the end of the policy period and you have fulfilled all other duties and complied with all other conditions and requirements under this policy:

   a. A written request from you to purchase the Supplemental Extended Reporting Period Endorsement; and

   **b.** Payment of the additional premium for Supplemental Extended Reporting Period Endorsement.


© 2016 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

4. The following replaces the term "spouse" wherever it appears in this Coverage Part:

Spouse or party to a civil union recognized under Illinois law.



© 2016 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

DM 07312026

# LIQUOR LIABILITY

DM 07312026

# LIQUOR LIABILITY

DM 07312026

TRAVELERS

One Tower Square, Hartford, Connecticut 06183

**LIQUOR LIABILITY**
**COVERAGE PART DECLARATIONS**

**POLICY NUMBER:** Y-630-0Y496019-IND-25
**ISSUE DATE:** 05-15-25

**INSURING COMPANY:**
THE TRAVELERS INDEMNITY COMPANY

Declarations Period: From 05-15-25 to 05-15-26 12:01 A.M. Standard Time at your mailing address shown in the Common Policy Declarations.

The Liquor Liability Coverage Part consist of these Declarations and the Coverage Form shown below.

1. **COVERAGE AND LIMITS OF INSURANCE:**

LIQUOR LIABILITY COVERAGE FORM

| | LIMITS OF INSURANCE |
|---|---|
| Aggregate Limit | $ 2,000,000 |
| Each Common Cause Limit | $ 1,000,000 |

2. **AUDIT PERIOD:** ANNUAL

3. **FORM OF BUSINESS:** CORPORATION

4. **NUMBERS OF FORMS, SCHEDULES AND ENDORSEMENTS FORMING PART OF THIS COVERAGE PART ARE ATTACHED AS A SEPARATE LISTING.**

DM 07312026

TABLE OF CONTENTS

# LIQUOR LIABILITY COVERAGE FORM
# CG 00 33 04 13

Beginning on Page

SECTION I – LIQUOR LIABILITY COVERAGE

Insuring Agreement ....................1
Exclusions ....................1

SUPPLEMENTARY PAYMENTS ....................2

SECTION II – WHO IS AN INSURED ....................2

SECTION III – LIMITS OF INSURANCE ....................3

SECTION IV – LIQUOR LIABILITY CONDITIONS ....................3

Bankruptcy ....................3
Duties In The Event Of Injury, Claim Or Suit ....................4
Legal Action Against Us ....................4
Other Insurance ....................4
Premium Audit ....................4
Representations ....................5
Separation Of Insureds ....................5
Transfer Of Rights Of Recovery Against Others To Us ....................5
When We Do Not Renew ....................5

SECTION V – DEFINITIONS ....................5

DM 07312026



# LIQUOR LIABILITY COVERAGE FORM

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is and is not covered.

Throughout this policy the words "you" and "your" refer to the Named Insured shown in the Declarations, and any other person or organization qualifying as a Named Insured under this policy. The words "we", "us" and "our" refer to the company providing this insurance.

The word "insured" means any person or organization qualifying as such under Section II – Who Is An Insured.

Other words and phrases that appear in quotation marks have special meaning. Refer to Section V – Definitions.

**SECTION I – LIQUOR LIABILITY COVERAGE**

1. **Insuring Agreement**

   a. We will pay those sums that the insured becomes legally obligated to pay as damages because of "injury" to which this insurance applies if liability for such "injury" is imposed on the insured by reason of the selling, serving or furnishing of any alcoholic beverage. We will have the right and duty to defend the insured against any "suit" seeking those damages. However, we will have no duty to defend the insured against any "suit" seeking damages for "injury" to which this insurance does not apply. We may, at our discretion, investigate any "injury" and settle any claim or "suit" that may result. But:

      (1) The amount we will pay for damages is limited as described in Section III – Limits Of Insurance; and

      (2) Our right and duty to defend ends when we have used up the applicable limit of insurance in the payment of judgments or settlements.

   No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under Supplementary Payments.

   b. This insurance applies to "injury" only if:

      (1) The "injury" occurs during the policy period in the "coverage territory"; and

      (2) Prior to the policy period, no insured listed under Paragraph **1.** of Section II – Who Is An Insured and no "employee" authorized by you to give or receive notice of an "injury" or claim, knew that the "injury" had occurred, in whole or in part. If such a listed insured or authorized "employee" knew, prior to the policy period, that the "injury" occurred, then any continuation, change or resumption of such "injury" during or after the policy period will be deemed to have been known prior to the policy period.

   c. "Injury" which occurs during the policy period and was not, prior to the policy period, known to have occurred by any insured listed under Paragraph 1. of Section II – Who Is An Insured or any "employee" authorized by you to give or receive notice of an "injury" or claim, includes any continuation, change or resumption of that "injury" after the end of the policy period.

   d. "Injury" will be deemed to have been known to have occurred at the earliest time when any insured listed under Paragraph **1.** of Section **II** – Who Is An Insured or any "employee" authorized by you to give or receive notice of an "injury" or claim:

      (1) Reports all, or any part, of the "injury" to us or any other insurer;

      (2) Receives a written or verbal demand or claim for damages because of the "injury"; or

      (3) Becomes aware by any other means that "injury" has occurred or has begun to occur.

2. **Exclusions**

   This insurance does not apply to:

   a. **Expected Or Intended Injury**

   "Injury" expected or intended from the standpoint of the insured. This exclusion does not apply to "bodily injury" resulting from the use of reasonable force to protect persons or property.

   b. **Workers' Compensation And Similar Laws**

   Any obligation of the insured under a workers' compensation, disability benefits or

 © Insurance Services Office, Inc., 2012 

unemployment compensation law or any similar law.

**c. Employer's Liability**

"Bodily injury" to:

**(1)** An "employee" of the insured arising out of and in the course of:

**(a)** Employment by the insured; or

**(b)** Performing duties related to the conduct of the insured's business; or

**(2)** The spouse, child, parent, brother or sister of that "employee" as a consequence of Paragraph **(1)** above.

This exclusion applies whether the insured may be liable as an employer or in any other capacity and to any obligation to share damages with or repay someone else who must pay damages because of the "injury".

**d. Liquor License Not In Effect**

"Injury" arising out of any alcoholic beverage sold, served or furnished while any required license is not in effect.

**e. Your Product**

"Injury" arising out of "your product". This exclusion does not apply to "injury" for which the insured or the insured's indemnitees may be held liable by reason of:

**(1)** Causing or contributing to the intoxication of any person;

**(2)** The furnishing of alcoholic beverages to a person under the legal drinking age or under the influence of alcohol; or

**(3)** Any statute, ordinance or regulation relating to the sale, gift, distribution or use of alcoholic beverages.

**f. Other Insurance**

Any "injury" with respect to which other insurance is afforded, or would be afforded but for the exhaustion of the limits of insurance.

This exclusion does not apply if the other insurance responds to liability for "injury" imposed on the insured by reason of the selling, serving or furnishing of any alcoholic beverage.

**g. War**

"Injury", however caused, arising, directly or indirectly, out of:

**(1)** War, including undeclared or civil war;

**(2)** Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

**(3)** Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

**SUPPLEMENTARY PAYMENTS**

We will pay, with respect to any claim we investigate or settle, or any "suit" against an insured we defend:

1. All expenses we incur.
2. The cost of bonds to release attachments, but only for bond amounts within the applicable limit of insurance. We do not have to furnish these bonds.
3. All reasonable expenses incurred by the insured at our request to assist us in the investigation or defense of the claim or "suit", including actual loss of earnings up to $250 a day because of time off from work.
4. All court costs taxed against the insured in the "suit". However, these payments do not include attorneys' fees or attorneys' expenses taxed against the insured.
5. Prejudgment interest awarded against the insured on that part of the judgment we pay. If we make an offer to pay the applicable limit of insurance, we will not pay any prejudgment interest based on that period of time after the offer.
6. All interest on the full amount of any judgment that accrues after entry of the judgment and before we have paid, offered to pay, or deposited in court the part of the judgment that is within the applicable limit of insurance.
7. Expenses incurred by the insured for first aid administered to others at the time of an event to which this insurance applies.

These payments will not reduce the limits of insurance.

**SECTION II – WHO IS AN INSURED**

1. If you are designated in the Declarations as:

   a. An individual, you and your spouse are insureds.

   **b.** A partnership or joint venture, you are an insured. Your members, your partners, and their spouses are also insureds, but only with respect to the conduct of your business.

 © Insurance Services Office, Inc., 2012 

DM 07312026



c. A limited liability company, you are an insured. Your members are also insureds, but only with respect to the conduct of your business. Your managers are insureds, but only with respect to their duties as your managers.

d. An organization other than a partnership, joint venture or limited liability company, you are an insured. Your "executive officers" and directors are insureds, but only with respect to their duties as your officers or directors. Your stockholders are also insureds, but only with respect to their liability as stockholders.

e. A trust, you are an insured. Your trustees are also insureds, but only with respect to their duties as trustees.

2. Each of the following is also an insured:

a. Your "employees", other than either your "executive officers" (if you are an organization other than a partnership, joint venture or limited liability company) or your managers (if you are a limited liability company), but only for acts within the scope of their employment by you or while performing duties related to the conduct of your business. However, none of these "employees" is an insured for:

(1) "Injury":

(a) To you, to your partners or members (if you are a partnership or joint venture), to your members (if you are a limited liability company), or to a co-"employee" while that co-"employee" is either in the course of his or her employment or performing duties related to the conduct of your business;

(b) To the spouse, child, parent, brother or sister of that co-"employee" as a consequence of Paragraph (a) above; or

(c) For which there is any obligation to share damages with or repay someone else who must pay damages because of the injury described in Paragraph (a) or (b) above.

(2) "Property damage" to property:

(a) Owned or occupied by; or

(b) Rented or loaned;

to that "employee", any of your other "employees", by any of your partners or members (if you are a partnership or joint venture), or by any of your members (if you are a limited liability company).

b. Any person or organization having proper temporary custody of your property if you die, but only:

(1) With respect to liability arising out of the maintenance or use of that property; and

(2) Until your legal representative has been appointed.

c. Your legal representative if you die, but only with respect to duties as such. That representative will have all your rights and duties under this Coverage Part.

3. Any organization you newly acquire or form, other than a partnership, joint venture or limited liability company, and over which you maintain ownership or majority interest, will qualify as a Named Insured if there is no other similar insurance available to that organization. However:

a. Coverage under this provision is afforded only until the 90th day after you acquire or form the organization or the end of the policy period, whichever is earlier; and

b. Coverage does not apply to "injury" that occurred before you acquired or formed the organization.

No person or organization is an insured with respect to the conduct of any current or past partnership, joint venture or limited liability company that is not shown as a Named Insured in the Declarations.

**SECTION III – LIMITS OF INSURANCE**

1. The Limits of Insurance shown in the Declarations and the rules below fix the most we will pay regardless of the number of:

a. Insureds;

b. Claims made or "suits" brought; or

c. Persons or organizations making claims or bringing "suits".

2. The Aggregate Limit is the most we will pay for all "injury" as the result of the selling, serving or furnishing of alcoholic beverages.

3. Subject to the Aggregate Limit, the Each Common Cause Limit is the most we will pay for all "injury" sustained by one or more persons or organizations as the result of the selling, serving or furnishing of any alcoholic beverage to any one person.

 © Insurance Services Office, Inc., 2012 

The Limits of Insurance of this Coverage Part apply separately to each consecutive annual period and to any remaining period of less than 12 months, starting with the beginning of the policy period shown in the Declarations, unless the policy period is extended after issuance for an additional period of less than 12 months. In that case, the additional period will be deemed part of the last preceding period for purposes of determining the Limits of Insurance.

**SECTION IV – LIQUOR LIABILITY CONDITIONS**

1. **Bankruptcy**

   Bankruptcy or insolvency of the insured or of the insured's estate will not relieve us of our obligations under this Coverage Part.

2. **Duties In The Event Of Injury, Claim Or Suit**

   a. You must see to it that we are notified as soon as practicable of an "injury" which may result in a claim. To the extent possible, notice should include:

      (1) How, when and where the "injury" took place;

      (2) The names and addresses of any injured persons and witnesses; and

      (3) The nature and location of any "injury".

   b. If a claim is made or "suit" is brought against any insured, you must:

      (1) Immediately record the specifics of the claim or "suit" and the date received; and

      (2) Notify us as soon as practicable.

      You must see to it that we receive written notice of the claim or "suit" as soon as practicable.

   c. You and any other involved insured must:

      (1) Immediately send us copies of any demands, notices, summonses or legal papers received in connection with the claim or "suit";

      (2) Authorize us to obtain records and other information;

      (3) Cooperate with us in the investigation or settlement of the claim or defense against the "suit"; and

      (4) Assist us, upon our request, in the enforcement of any right against any person or organization which may be liable to the insured because of "injury" to which this insurance may also apply.

   d. No insured will, except at that insured's own cost, voluntarily make a payment, assume any obligation, or incur any expense, other than for first aid, without our consent.

3. **Legal Action Against Us**

   No person or organization has a right under this Coverage Part:

   a. To join us as a party or otherwise bring us into a "suit" asking for damages from an insured; or

   b. To sue us on this Coverage Part unless all of its terms have been fully complied with.

   A person or organization may sue us to recover on an agreed settlement or on a final judgment against an insured; but we will not be liable for damages that are not payable under the terms of this Coverage Part or that are in excess of the applicable limit of insurance. An agreed settlement means a settlement and release of liability signed by us, the insured and the claimant or the claimant's legal representative.

4. **Other Insurance**

   If other valid and collectible insurance is available to the insured for a loss we cover under this Coverage Part, our obligations are limited as follows:

   a. **Primary Insurance**

      This insurance is primary. Our obligations are not affected unless any of the other insurance is also primary. Then, we will share with all that other insurance by the method described in b. below.

   b. **Method Of Sharing**

      If all of the other insurance permits contribution by equal shares, we will follow this method also. Under this approach each insurer contributes equal amounts until it has paid its applicable limit of insurance or none of the loss remains, whichever comes first.

      If any of the other insurance does not permit contribution by equal shares, we will contribute by limits. Under this method, each insurer's share is based on the ratio of its applicable limit of insurance to the total applicable limits of insurance of all insurers.

5. **Premium Audit**

   a. We will compute all premiums for this Coverage Part in accordance with our rules and rates.

   b. Premium shown in this Coverage Part as advance premium is a deposit premium only. At the close of each audit period we will compute the earned premium for that period

 © Insurance Services Office, Inc., 2012 

DM 07312026



and send notice to the first Named Insured. The due date for audit and retrospective premiums is the date shown as the due date on the bill. If the sum of the advance and audit premiums paid for the policy period is greater than the earned premium, we will return the excess to the first Named Insured.

c. The first Named Insured must keep records of the information we need for premium computation, and send us copies at such times as we may request.

**6. Representations**

By accepting this policy, you agree:

a. The statements in the Declarations are accurate and complete;

b. Those statements are based upon representations you made to us; and

c. We have issued this policy in reliance upon your representations.

**7. Separation Of Insureds**

Except with respect to the Limits of Insurance, and any rights or duties specifically assigned in this Coverage Part to the first Named Insured, this insurance applies:

a. As if each Named Insured were the only Named Insured; and

b. Separately to each insured against whom claim is made or "suit" is brought.

**8. Transfer Of Rights Of Recovery Against Others To Us**

If the insured has rights to recover all or part of any payment we have made under this Coverage Part, those rights are transferred to us. The insured must do nothing after loss to impair them. At our request, the insured will bring "suit" or transfer those rights to us and help us enforce them.

**9. When We Do Not Renew**

If we decide not to renew this Coverage Part, we will mail or deliver to the first Named Insured shown in the Declarations written notice of the nonrenewal not less than 30 days before the expiration date.

If notice is mailed, proof of mailing will be sufficient proof of notice.

**SECTION V – DEFINITIONS**

1. "Bodily injury" means bodily injury, sickness or disease sustained by a person, including death resulting from any of these at any time.

2. "Coverage territory" means:

a. The United States of America (including its territories and possessions), Puerto Rico and Canada;

b. International waters or airspace, but only if the "injury" occurs in the course of travel or transportation between any places included in Paragraph **a.** above; or

c. All other parts of the world if the "injury" arises out of:

(1) Goods or products made or sold by you in the territory described in Paragraph **a.** above; or

(2) The activities of a person whose home is in the territory described in Paragraph **a.** above, but is away for a short time on your business;

provided the insured's responsibility to pay damages is determined in a "suit" on the merits, in the territory described in Paragraph **a.** above or in a settlement we agree to.

3. "Employee" includes a "leased worker". "Employee" does not include a "temporary worker".

4. "Executive officer" means a person holding any of the officer positions created by your charter, constitution, bylaws or any other similar governing document.

5. "Injury" means damages because of "bodily injury" and "property damage", including damages for care, loss of services or loss of support.

6. "Leased worker" means a person leased to you by a labor leasing firm under an agreement between you and the labor leasing firm, to perform duties related to the conduct of your business. "Leased worker" does not include a "temporary worker".

7. "Property damage" means:

a. Physical injury to tangible property, including all resulting loss of use of that property. All such loss of use shall be deemed to occur at the time of the physical injury that caused it; or

b. Loss of use of tangible property that is not physically injured. All such loss of use shall be deemed to occur at the time of the occurrence that caused it.

8. "Suit" means a civil proceeding in which damages because of "injury" to which this insurance applies are alleged. "Suit" includes:

 © Insurance Services Office, Inc., 2012 

DM 07312026



a. An arbitration proceeding in which such damages are claimed and to which the insured must submit or does submit with our consent; or

b. Any other alternative dispute resolution proceeding in which such damages are claimed and to which the insured submits with our consent.

9. "Temporary worker" means a person who is furnished to you to substitute for a permanent "employee" on leave or to meet seasonal or short-term workload conditions.

10. "Your product":

a. Means:

(1) Any goods or products, other than real property, manufactured, sold, handled, distributed or disposed of by:

(a) You;

(b) Others trading under your name; or

(c) A person or organization whose business or assets you have acquired; and

(2) Containers (other than vehicles), materials, parts or equipment furnished in connection with such goods or products.

b. Includes:

(1) Warranties or representations made at any time with respect to the fitness, quality, durability, performance or use of "your product"; and

(2) The providing of or failure to provide warnings or instructions.

c. Does not include vending machines or other property rented to or located for the use of others but not sold.

 © Insurance Services Office, Inc., 2012 

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# LIQUOR LIABILITY AMENDATORY ENDORSEMENT

This endorsement modifies insurance provided under the following:

LIQUOR LIABILITY COVERAGE PART

**GENERAL OESCRIPTION OF COVERAGE** – This endorsement includes provisions that broaden coverage. However, coverage for any injury described in any of the coverage broadening provisions of this endorsement may be excluded or limited by another endorsement to this Coverage Part, and any such provisions do not apply to the extent that coverage is excluded or limited by such an endorsement. The following listing is a general coverage description only. Read all the provisions of this endorsement and the rest of your policy carefully to determine rights, duties, and what is and is not covered.

A. Increased Supplementary Payments
B. Who Is An Insured – Newly Acquired Or Formed Organizations
C. Who Is An Insured – Liability For Conduct Of Unnamed Partnerships, Joint Ventures Or Limited Liability Companies
O. Knowledge And Notice Of Injury
E. Unintentional Omission
F. Meaning Of Other Insurance, Other Insurer And Insurer
G. Amendment Of War Exclusion
H. Amendment Of Bodily Injury Definition

**PROVISIONS**

**A. INCREASEO SUPPLEMENTARY PAYMENTS**

The following replaces Paragraph **3.** of **SUPPLEMENTARY PAYMENTS** of **SECTION I – LIQUOR LIABILITY COVERAGE**:

**3.** All reasonable expenses incurred by the insured at our request to assist us in the investigation or defense of the claim or "suit", including actual loss of earnings up to $500 a day because of time off from work.

**B. WHO IS AN INSUREO – NEWLY ACQUIREO OR FORMEO ORGANIZATIONS**

The following replaces Paragraph **3.** of **SECTION II – WHO IS AN INSUREO**:

**3.** Any organization you newly acquire or form, other than a partnership, joint venture or limited liability company, and of which you are the sole owner or in which you maintain an ownership interest of more than 50%, will qualify as a Named Insured if there is no other similar insurance available to that organization. However:

**a.** Coverage under this provision is afforded only until the 180th day after you acquire or form the organization or the end of the policy period, whichever is earlier; and

**b.** Coverage does not apply to "injury" that occurred before you acquired or formed the organization.

For the purposes of Paragraph **1.** of Section **II** – Who Is An Insured, each such organization will be deemed to be designated in the Declarations as:

**a.** An organization, other than a partnership, joint venture or limited liability company; or

**b.** A trust;

as indicated in its name or the documents that govern its structure.

**C. WHO IS AN INSUREO – LIABILITY FOR CONOUCT OF UNNAMEO PARTNERSHIPS, JOINT VENTURES OR LIMITEO LIABILITY COMPANIES**

The following is added to the last paragraph of **SECTION II – WHO IS AN INSUREO**:

This paragraph does not apply to any such partnership, joint venture or limited liability company that otherwise qualifies as an insured under Section **II** – Who Is An Insured.


© 2017 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

**D. KNOWLEDGE AND NOTICE OF INJURY**

The following is added to Paragraph **2.**, **Duties In The Event Of Injury, Claim Or Suit**, of **SECTION IV – LIQUOR LIABILITY CONDITIONS**:

The following provisions apply to Paragraph **a.** above, but only for purposes of the insurance provided under this Coverage Part to you or any insured listed in Paragraph **1.** or **2.** of Section **II** – Who Is An Insured:

**(1)** Notice to us of such "injury" must be given as soon as practicable only after the "injury" is known to you (if you are an individual), any of your partners or members who is an individual (if you are a partnership or joint venture), any of your managers who is an individual (if you are a limited liability company), any of your "executive officers" or directors (if you are an organization other than a partnership, joint venture or limited liability company), any of your trustees who is an individual (if you are a trust) or any "employee" authorized by you to give notice of an "injury".

**(2)** If you are a partnership, joint venture, limited liability company or trust, and none of your partners, joint venture members, managers or trustees are individuals, notice to us of such "injury" must be given as soon as practicable only after the "injury" is known by:

**(a)** Any individual who is:

**(i)** A partner or member of any partnership or joint venture;

**(ii)** A manager of any limited liability company;

**(iii)** An executive officer or director of any other organization; or

**(iv)** A trustee of any trust;

that is your partn er, joint venture member, manager or trustee; or

**(b)** Any "employee" authorized by such partnership, joint venture, limited liability company, trust or other organization to give notice of an "injury".

**(3)** Notice to us of such "injury" will be deemed to be given as soon as practicable if it is given in good faith as soon as practicable to your workers' compensation insurer. This applies only if you subsequently give notice to us of the "injury" as soon as practicable after any of the persons described in Paragraphs **(1)** or **(2)** above discovers that the "injury" may results in sums to which the insurance provided by this Coverage Part may apply.

**E. UNINTENTIONAL OMISSION**

The following is added to Paragraph **6.**, **Representations**, of **SECTION IV – LIQUOR LIABILITY CONDITIONS**:

The unintentional omission of, or unintentional error in, any information provided by you which we relied upon in issuing this policy will not prejudice your rights under this insurance. However, this provision does not affect our right to collect additional premium or to exercise our rights of cancellation or renewal in accordance with applicable insurance laws or regulations.

**F. MEANING OF OTHER INSURANCE, OTHER INSURER AND INSURER**

The following replaces the part of the first paragraph of Paragraph **4.**, **Other Insurance**, of **SECTION IV – LIQUOR LIABILITY CONDITIONS** that precedes Paragraph **a.**:

If valid and collectible other insurance is available to the insured for a loss we cover under this Coverage Part, our obligations are limited as described in Paragraph **a.** below:

As used anywhere in this Coverage Part, other insurance means insurance, or the funding of losses, that is provided by, through or on behalf of:

**(i)** Another insurance company;

**(ii)** Us or any of our affiliated insurance companies;

**(iii)** Any risk retention group; or

**(iv)** Any self-insurance method or program, in which case the insured will be deemed to be the provider of other insurance.

Other insurance does not include umbrella insurance, or excess insurance, that was bought specifically to apply in excess of the Limits of Insurance shown in the Declarations of this Coverage Part.

As used anywhere in this Coverage Part, other insurer means a provider of other insurance. As used in Paragraph **b.** below, insurer means a provider of insurance.

**G. AMENDMENT OF WAR EXCLUSION**

The following replaces Exclusion **g.**, **War**, in Paragraph **2.** of **SECTION I – LIQUOR LIABILITY COVERAGE**:

**g. War**

"Injury" arising out of:


© 2017 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

**(1)** War, including undeclared or civil war;

**(2)** Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

**(3)** Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

**H. AMENDMENT OF BODILY INJURY DEFINITION**

The following replaces the definition of "bodily injury" in the **DEFINITIONS** section:

"Bodily injury" means:

a. Physical harm, including sickness or disease, sustained by a person; or

**b.** Mental anguish, injury or illness, or emotional distress, resulting at any time from such physical harm, sickness or disease.


© 2017 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

POLICY NUMBER: Y-630-0Y496019-IND-25

COMMERCIAL GENERAL LIABILITY
ISSUE DATE: 05-15-25

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# ILLINOIS CHANGES – LIQUOR LIABILITY

This endorsement modifies insurance provided under the following:

LIQUOR LIABILITY COVERAGE FORM

**SCHEDULE**

| | Limits Of Insurance |
|---|---|
| **Each Person Bodily Injury Limit** | $ 85,578.54 |
| **Each Person Property Damage Limit** | $ 85,578.54 |
| **Loss Of Means Of Support Or Loss Of Society Limit** | $ 104,595.99 |

(If no entry appears above, information required to complete this endorsement will be shown in the Declarations as applicable to this endorsement.)

With respect to Illinois locations:

**A.** The Each Common Cause Limit shown in the Declaration is replaced by the limits shown in the Schedule above. The Aggregate Limit shown in the Declaration continues to apply.

**B.** Paragraph **3.** of **Section III – Limits Of Insurance** is replaced by the following:

**3.** Subject to the Aggregate Limit, the Loss Of Means Of Support Or Loss Of Society Limit is the most we will pay for all loss of means of support or society claimed by one or more persons because of "bodily injury" sustained by any one provider of such support or society as the result of the selling, serving or furnishing of any alcoholic beverage to any one person.

**C.** The following paragraphs ar e added to **Section III – Limits Of Insurance**:

**4.** Subject to the Aggregate Limit, the Each Person Bodily Injury Limit is the most we will pay for all "bodily injury" sustained by one person as the result of the selling, serving or furnishing of any alcoholic beverage to any one person.

**5.** Subject to the Aggregate Limit, the Each Person Property Damage Limit is the most we will pay for all "property damage" sustained by one person or organization as the result of the selling, serving or furnishing of any alcoholic beverage to any one person.

**D. Conformity To Statute**

If the limitation provided under Section 235.5/6-21 as published in the Illinois Administrative Code is raised during the policy period, the limits of insurance provided in the Schedule of this endorsement are hereby amended to conform to that statute.

 © ISO Properties, Inc., 2002 

DM 07312026

DECLARATIONS PREMIUM SCHEOULE
LIQUOR LIABILITY COVERAGE PART

POLICY NUMBER: Y-630-0Y496019-IND-25
ISSUE DATE: 05-15-25

This Schedule applies to the Declarations for the period of 05-15-25 to 05-15-26

It shows all of your known rating classes as of the effective date. Any except ions will be so noted. This includes all locations you own, rent or occupy.

| OPN NO. | LOC/ BLOG NO. | CLASS OESCRIPT/ CODE NO. | SUBLINE | PREMIUM BASE/ EXPOSURE | RATES | ADVANCE PREMIUM |
|---|---|---|---|---|---|---|
| MINIMUM PREMIUMS | | | | | | |
| | LIQUOR | $648 | | | | |
| | LOB | $250 | | | | |
| | 1/ 1 CLUBS | | | | | |
| 009 | | 70412 LIQUOR | S | 415,100 | 10.461 | 4,342 |
| | | COVERAGE PART TOTAL | | | | 4,342 |

☐ If an "X" is entered in this box, these Declarations are completed on the Premium Schedule Extension CG T0 12.

DM 07312026

# MULTIPLE SUBLINE ENDORSEMENTS

DM 07312026

# MULTIPLE SUBLINE ENDORSEMENTS

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# LIMITATION WHEN TWO OR MORE POLICIES APPLY

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
EMPLOYEE BENEFITS LIABILITY COVERAGE PART
LIQUOR LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

**Provisions**

1. Injury, damage or loss might be covered by this policy and also by other policies issued to you by us or any Travelers affiliate. When these other policies contain a provision similar to this one, the amount we will pay is limited. The maximum that we will pay under all such policies combined is the highest limit that applies in any one of these policies.

2. This does not apply to any personal liability policy or to any Umbrella, Excess or Protective Liability Policy.

 Copyright, The Travelers Indemnity Company, 2003 

DM 07312026



**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# ILLINOIS CHANGES – CANCELLATION AND NONRENEWAL

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
LIQUOR LIABILITY COVERAGE PART
POLLUTION LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
PRODUCT WITHDRAWAL COVERAGE PART

A. **Cancellation** (Common Policy Conditions) is replaced by the following:

**Cancellation**

1. The first Named Insured shown in the Declarations may cancel this Policy by mailing to us advance written notice of cancellation.
2. We may cancel this Policy by mailing to you, at your last mailing address known to us, written notice stating the reason for cancellation. Proof of mailing will be sufficient proof of notice. If we cancel:
   a. For nonpayment of premium, we will mail the notice at least 10 days prior to the effective date of cancellation.
   b. For a reason other than nonpayment of premium, we will mail the notice at least:
      (1) 30 days prior to the effective date of cancellation if the Policy has been in effect for 60 days or less.
      (2) 60 days prior to the effective date of cancellation if the Policy has been in effect for more than 60 days.
3. If this Policy has been in effect for more than 60 days, we may cancel only for one or more of the following reasons:
   a. Nonpayment of premium;
   b. The Policy was obtained through a material misrepresentation;
   c. Any insured has violated any of the terms and conditions of the Policy;
   d. The risk originally accepted has measurably increased;
   e. Certification to the Director of Insurance of the loss of reinsurance by the insurer that provided coverage to us for all or a substantial part of the underlying risk insured; or
   f. A determination by the Director of Insurance that the continuation of the Policy could place us in violation of the insurance laws of this State.
4. Notification of cancellation will also be sent to your broker, if known, or agent of record, if known.
5. Notice of cancellation will state the effective date of cancellation. The policy period will end on that date.
6. If this Policy is cancelled, we will send the first Named Insured any premium refund due. If we cancel, the refund will be pro rata. If the first Named Insured cancels, the refund will be less than pro rata. The cancellation will be effective even if we have not offered a refund.

B. The following is added and supersedes any provision to the contrary:

**Nonrenewal**

If we decide not to renew or continue this Policy, we will mail you written notice, stating the reason for nonrenewal, at least 60 days before the end of the policy period. Proof of mailing will be sufficient proof of notice. Notification of nonrenewal will also be sent to your broker, if known, or agent of record, if known. If we offer to renew or continue and you do not accept, this Policy will terminate at the end of the current policy period. Failure to pay the required renewal or continuation premium when due shall mean that you have not accepted our offer.

If we fail to mail proper written notice of nonrenewal and you obtain other insurance, this Policy will end on the effective date of that insurance.

 © Insurance Services Office, Inc., 2017 

DM 07312026

# INTERLINE ENDORSEMENTS

DM 07312026

# INTERLINE ENDORSEMENTS

DM 07312026

POLICY NUMBER: Y-630-0Y496019-IND-25 ISSUE DATE: 05-15-25

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# ACTUAL CASH VALUE

This endorsement modifies insurance provided under the following:

COMMERCIAL PROPERTY COVERAGE PART
COMMERCIAL INLAND MARINE COVERAGE PART
DELUXE PROPERTY COVERAGE PART
EQUIPMENT BREAKDOWN COVERAGE PART
FARM COVERAGE PART
TRAVELERS PROPERTY COVERAGE PART

The following definition is added to any Definitions Section and applies to any provision that uses the term actual cash value:

Actual cash value means the value of the covered property at the time of loss or damage.

When calculating actual cash value using the estimated cost to repair or replace such property, with a reasonable deduction for depreciation that occurred before such loss or damage, we may apply depreciation to all components of the estimated cost, including the following:

**a.** Materials;

**b.** Labor;

**c.** Overhead and profit; and

**d.** Any applicable tax.

The deduction for depreciation may include such considerations as:

**a.** Age;

**b.** Condition, such as wear and tear or deterioration;

**c.** Reduction in useful life; and

**d.** Obsolescence.

This definition does not apply to covered property in the following states:

AK AR CA CT GA LA ME MT NY PR VT WA WV WY

 © 2022 The Travelers Indemnity Company. All rights reserved. 

DM 07312026

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# FEDERAL TERRORISM RISK INSURANCE ACT DISCLOSURE

This endorsement applies to the insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
CYBERFIRST ESSENTIALS GENERAL PROVISIONS FORM
CYBERFIRST GENERAL PROVISIONS FORM
EMPLOYEE BENEFITS LIABILITY COVERAGE PART
EMPLOYMENT-RELATED PRACTICES LIABILITY COVERAGE PART
EMPLOYMENT PRACTICES LIABILITY + WITH IDENTITY FRAUD EXPENSE REIMBURSEMENT COVERAGE PART
ENVIRONMENTAL HAZARD POLICY
EXCESS FOLLOW-FORM AND UMBRELLA LIABILITY INSURANCE
EXCESS (FOLLOWING FORM) LIABILITY INSURANCE
LAW ENFORCEMENT LIABILITY COVERAGE PART
LIQUOR LIABILITY COVERAGE PART
MANUFACTURERS ERRORS AND OMISSIONS LIABILITY COVERAGE PART
MEDFIRST PRODUCTS/COMPLETED OPERATIONS, ERRORS AND OMISSIONS, AND INFORMATION SECURITY LIABILITY COVERAGE FORM
OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
PUBLIC ENTITY MANAGEMENT LIABILITY COVERAGE PART
RAILROAD PROTECTIVE LIABILITY COVERAGE PART
SPECIAL PROTECTIVE AND HIGHWAY LIABILITY POLICY – NEW YORK DEPARTMENT OF TRANSPORTATION
TRIBAL BUSINESS MANAGEMENT LIABILITY COVERAGE PART
Any other Commercial Liability coverage included in this policy that is subject to the federal Terrorism Risk Insurance Act of 2002 as amended

## PROVISIONS

The federal Terrorism Risk Insurance Act of 2002 as amended ("TRIA") establishes a program under which the Federal Government may partially reimburse "Insured Losses" (as defined in TRIA) caused by "Acts Of Terrorism" (as defined in TRIA). Act Of Terrorism is defined in Section 102(1) of TRIA to mean any act that is certified by the Secretary of the Treasury – in consultation with the Secretary of Homeland Security and the Attorney General of the United States – to be an act of terrorism; to be a violent act or an act that is dangerous to human life, property, or infrastructure; to have resulted in damage within the United States, or outside the United States in the case of certain air carriers or vessels or the premises of a United States Mission; and to have been committed by an individual or individuals as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion.

The Federal Government's share of compensation for such Insured Losses is 80% of the amount of such Insured Losses in excess of each Insurer's "Insurer Deductible" (as defined in TRIA), subject to the "Program Trigger" (as defined in TRIA). In no event, however, will the Federal Government be required to pay any portion of the amount of such Insured Losses occurring in a calendar year that in the aggregate exceeds $100 billion, nor will any Insurer be required to pay any portion of such amount provided that such Insurer has met its Insurer Deductible. Therefore, if such Insured Losses occurring in a calendar year exceed $100 billion in the aggregate, the amount of any payments by the Federal Government and any coverage provided by this policy for losses caused by Acts Of Terrorism may be reduced.

For each coverage provided by this policy that applies to such Insured Losses, the charge for such Insured Losses is included in the premium for such coverage. The charge for such Insured Losses that has been included for each such coverage is the percentage of the premium for such coverage indicated below, and does not include any charge for the portion of such Insured Losses covered by the Federal Government under TRIA:

1%.


© 2020 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# AMENDMENT OF COMMON POLICY CONDITIONS – PROHIBITED COVERAGE – UNLICENSED INSURANCE AND TRADE OR ECONOMIC SANCTIONS

This endorsement modifies insurance provided under the following:

ALL COVERAGES INCLUDED IN THIS POLICY

The following is added to the Common Policy Conditions:

**Prohibited Coverage – Unlicensed Insurance**

1. With respect to loss sustained by any insured, or loss to any property, located in a country or jurisdiction in which we are not licensed to provide this insurance, this insurance does not apply to the extent that insuring such loss would violate the laws or regulations of such country or jurisdiction.
2. We do not assume responsibility for:
   a. The payment of any fine, fee, penalty or other charge that may be imposed on any person or organization in any country or jurisdiction because we are not licensed to provide insurance in such country or jurisdiction; or
   b. The furnishing of certificates or other evidence of insurance in any country or jurisdiction in which we are not licensed to provide insurance.

**Prohibited Coverage – Trade Or Economic Sanctions**

We will provide coverage for any loss, or otherwise will provide any benefit, only to the extent that providing such coverage or benefit does not expose us or any of our affiliated or parent companies to:

1. Any trade or economic sanction under any law or regulation of the United States of America; or
2. Any other applicable trade or economic sanction, prohibition or restriction.

 © 2014 The Travelers Indemnity Company. All rights reserved. 

DM 07312026

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# CAP ON LOSSES FROM CERTIFIED ACTS OF TERRORISM

This endorsement modifies insurance provided under the following:

BOILER AND MACHINERY COVERAGE PART
COMMERCIAL GENERAL LIABILITY COVERAGE PART
COMMERCIAL INLAND MARINE COVERAGE PART
COMMERCIAL PROPERTY COVERAGE PART
CYBERFIRST ESSENTIALS GENERAL PROVISIONS FORM
CYBERFIRST GENERAL PROVISIONS FORM
DELUXE PROPERTY COVERAGE PART
EMPLOYEE BENEFITS LIABILITY COVERAGE PART
EMPLOYMENT-RELATED PRACTICES LIABILITY COVERAGE PART
EMPLOYMENT PRACTICES LIABILITY + WITH IDENTITY FRAUD EXPENSE REIMBURSEMENT COVERAGE PART
ENVIRONMENTAL HAZARD POLICY
EQUIPMENT BREAKDOWN COVERAGE PART
EXCESS FOLLOW-FORM AND UMBRELLA LIABILITY INSURANCE
EXCESS (FOLLOWING FORM) LIABILITY INSURANCE
LAW ENFORCEMENT LIABILITY COVERAGE PART
LIQUOR LIABILITY COVERAGE PART
MANUFACTURERS ERRORS AND OMISSIONS LIABILITY COVERAGE PART
MEDFIRST PRODUCTS/COMPLETED OPERATIONS, ERRORS AND OMISSIONS, AND INFORMATION SECURITY LIABILITY COVERAGE FORM
OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
PUBLIC ENTITY MANAGEMENT LIABILITY COVERAGE PART
RAILROAD PROTECTIVE LIABILITY COVERAGE PART
SPECIAL PROTECTIVE AND HIGHWAY LIABILITY POLICY - NEW YORK DEPARTMENT OF TRANSPORTATION
TRAVELERS PROPERTY COVERAGE PART
TRIBAL BUSINESS MANAGEMENT LIABILITY COVERAGE PART
Any other Coverage Part or Coverage Form included in this policy that is subject to the federal Terrorism Risk Insurance Act of 2002 as amended

The following is added to this policy. This provision can limit coverage for any loss arising out of a "certified act of terrorism" if such loss is otherwise covered by this policy. This provision does not apply if and to the extent that coverage for the loss is excluded or limited by an exclusion or other coverage limitation for losses arising out of "certified acts of terrorism" in another endorsement to this policy.

If aggregate insured losses attributable to "certified acts of terrorism" exceed $100 billion in a calendar year and we have met our insurer deductible under "TRIA", we will not be liable for the payment of any portion of the amount of such losses that exceeds $100 billion, and in such case, insured losses up to that amount are subject to pro rata allocation in accordance with procedures established by the Secretary of the Treasury.

"Certified act of terrorism" means an act that is certified by the Secretary of the Treasury, in accordance with the provisions of "TRIA", to be an act of terrorism pursuant to "TRIA". The criteria contained in "TRIA" for a "certified act of terrorism" include the following:

1. The act resulted in insured losses in excess of $5 million in the aggregate, attributable to all types of insurance subject to "TRIA"; and
2. The act is a violent act or an act that is dangerous to human life, property or infrastructure and is committed by an individual or individuals as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion.

"TRIA" means the federal Terrorism Risk Insurance Act of 2002 as amended.


© 2020 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

DM 07312026

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# ADDITIONAL BENEFITS

This endorsement modifies insurance provided under the following:

ALL COVERAGES INCLUDED IN THIS POLICY

The following Condition is added to each Common Policy Conditions included in this policy:

**Additional Benefits**

1. We may offer or provide, or allow others to provide, you or another insured under this policy with goods and services, access to discounted goods and services, other program benefits or other items of value that could assist your business with managing your risk, with servicing your policy or with staying informed about loss control and mitigation of risk.
2. These Additional Benefits may be provided in any form. You or another insured under this policy may be eligible to receive additional benefits. You are under no obligation to pursue any of these Additional Benefits.
3. While we may arrange for these Additional Benefits, the other provider is liable to you or the other insured for the provision of the goods and services. We do not warrant the merchantability, fitness or quality of any goods or services provided or assume any additional obligation related to any Additional Benefits provided.
4. We have the right to modify or discontinue any Additional Benefits provided by us, or others authorized by us, without notice to you or any other insured.

 © 2019 The Travelers Indemnity Company. All rights reserved. 

DM 07312026

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# PROTECTION OF PROPERTY

This endorsement modifies insurance provided under the following:

COMMERCIAL PROPERTY COVERAGE PART
DELUXE PROPERTY COVERAGE PART

The insurance provided under this Coverage Part for direct physical loss of or damage to Covered Property at the described premises is extended to include the following Additional Coverage:

**Protection of Property**

We will pay the necessary and reasonable expenses actually incurred by you to temporarily safeguard Covered Property at the described premises against the threat of imminent covered direct physical loss or damage by a "specified cause of loss", subject to the following:

**1.** This Additional Coverage only applies to expenses incurred within 72 hours before the time the imminent "specified cause of loss" is reasonably likely to begin to cause direct physical loss or damage to the Covered Property.

**2.** This Additional Coverage does not apply to any expenses:

(a) To which any Preservation of Property coverage in this Coverage Part may apply; or

(b) For maintenance that reasonably should have been performed in the absence of any threat of imminent covered direct physical loss or damage by a "specified cause of loss".

**3.** The most we will pay under this Additional Coverage for all expenses arising out of all threats of imminent direct physical loss or damage by a "specified cause of loss" occurring during each separate 12-month period of this policy beginning with the effective date of this policy is:

(a) $5,000 at each of the described premises; and

(b) $10,000 for all described premises.

This is additional insurance.

If the "specified cause of loss" from which the property is being safeguarded is subject to an aggregate limit of insurance (meaning the limit of insurance is the most we will pay for all loss or damage arising out of all occurrences of such "specified cause of loss" in any one annual period of this policy), the Limit of Insurance that applies to this Additional Coverage is not included in, and does not reduce, the aggregate Limit of Insurance that applies to such "specified cause of loss".

**4.** This Additional Coverage is subject to the deductible that applies to loss or damage to the Covered Property by the "specified cause of loss" from which the property is being safeguarded.

In the event the "specified cause of loss" from which the property is being safeguarded actually causes covered direct physical loss or damage to the Covered Property, the total of the deductible amounts applied under this Additional Coverage and under the coverage provided for such loss or damage to the Covered Property will not exceed the deductible that applies to the covered loss or damage to the Covered Property by the "specified cause of loss".

 © 2020 The Travelers Indemnity Company. All rights reserved. 

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# NUCLEAR ENERGY LIABILITY EXCLUSION ENDORSEMENT

(Broad Form)

This endorsement modifies insurance provided under the following:

COMMERCIAL AUTOMOBILE COVERAGE PART
COMMERCIAL GENERAL LIABILITY COVERAGE PART
FARM COVERAGE PART
LIQUOR LIABILITY COVERAGE PART
MEDICAL PROFESSIONAL LIABILITY COVERAGE PART
OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
POLLUTION LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
RAILROAD PROTECTIVE LIABILITY COVERAGE PART
UNDERGROUND STORAGE TANK POLICY

**1.** The insurance does not apply:

**A.** Under any Liability Coverage, to "bodily injury" or "property damage":

**(1)** With respect to which an "insured" under the policy is also an insured under a nuclear energy liability policy issued by Nuclear Energy Liability Insurance Association, Mutual Atomic Energy Liability Underwriters, Nuclear Insurance Association of Canada or any of their successors, or would be an insured under any such policy but for its termination upon exhaustion of its limit of liability; or

**(2)** Resulting from the "hazardous properties" of "nuclear material" and with respect to which **(a)** any person or organization is required to maintain financial protection pursuant to the Atomic Energy Act of 1954, or any law amendatory thereof, or **(b)** the "insured" is, or had this policy not been issued would be, entitled to indemnity from the United States of America, or any agency thereof, under any agreement entered into by the United States of America, or any agency thereof, with any person or organization.

**B.** Under any Medical Payments coverage, to expenses incurred with respect to "bodily injury" resulting from the "hazardous properties" of "nuclear material" and arising out of the operation of a "nuclear facility" by any person or organization.

**C.** Under any Liability Coverage, to "bodily injury" or "property damage" resulting from "hazardous properties" of "nuclear material", if:

**(1)** The "nuclear material" **(a)** is at any "nuclear facility" owned by, or operated by or on behalf of, an "insured" or **(b)** has been discharged or dispersed therefrom;

**(2)** The "nuclear material" is contained in "spent fuel" or "waste" at any time possessed, handled, used, processed, stored, transported or disposed of, by or on behalf of an "insured"; or

**(3)** The "bodily injury" or "property damage" arises out of the furnishing by an "insured" of services, materials, parts or equipment in connection with the planning, construction, maintenance, operation or use of any "nuclear facility", but if such facility is located within the United States of America, its territories or possessions or Canada, this exclusion **(3)** applies only to "property damage" to such "nuclear facility" and any property thereat.

**2.** As used in this endorsement:

"Hazardous properties" includes radioactive, toxic or explosive properties.

"Nuclear material" means "source material", "special nuclear material" or "by-product material".

"Source material", "special nuclear material", and "by-product material" have the meanings given them in the Atomic Energy Act of 1954 or in any law amendatory thereof.

"Spent fuel" means any fuel element or fuel component, solid or liquid, which has been used or exposed to radiation in a "nuclear reactor".

 © ISO Properties, Inc., 2007 

"Waste" means any waste material **(a)** containing "by-product material" other than the tailings or wastes produced by the extraction or concentration of uranium or thorium from any ore processed primarily for its "source material" content, and **(b)** resulting from the operation by any person or organization of any "nuclear facility" included under the first two paragraphs of the definition of "nuclear facility".

"Nuclear facility" means:

**(a)** Any "nuclear reactor";

**(b)** Any equipment or device designed or used for **(1)** separating the isotopes of uranium or plutonium, **(2)** processing or utilizing "spent fuel", or **(3)** handling, processing or packaging "waste";

**(c)** Any equipment or device used for the processing, fabricating or alloying of "special nuclear material" if at any time the total amount of such material in the custody of the "insured" at the premises where such equipment or device is located consists of or contains more than 25 grams of plutonium or uranium 233 or any combination thereof, or more than 250 grams of uranium 235;

**(d)** Any structure, basin, excavation, premises or place prepared or used for the storage or disposal of "waste";

and includes the site on which any of the foregoing is located, all operations conducted on such site and all premises used for such operations.

"Nuclear reactor" means any apparatus designed or used to sustain nuclear fission in a self-supporting chain reaction or to contain a critical mass of fissionable material.

"Property damage" includes all forms of radioactive contamination of property.

 © ISO Properties, Inc., 2007 

DM 07312026

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# ILLINOIS CHANGES – CIVIL UNION

This endorsement modifies insurance provided under the following:

COMMERCIAL AUTOMOBILE COVERAGE PART
COMMERCIAL GENERAL LIABILITY COVERAGE PART
COMMERCIAL LIABILITY UMBRELLA COVERAGE PART
FARM COVERAGE PART
FARM UMBRELLA LIABILITY POLICY
LIQUOR LIABILITY COVERAGE PART
MEDICAL PROFESSIONAL LIABILITY COVERAGE PART
OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
POLLUTION LIABILITY COVERAGE PART
PRODUCT WITHDRAWAL COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
UNDERGROUND STORAGE TANK POLICY

**A.** The term "spouse" is replaced by the following:

Spouse or party to a civil union recognized under Illinois law.

**B.** Under the Commercial Auto Coverage Part, the term "family member" is replaced by the following:

"Family member" means a person related to the:

1. Individual Named Insured by blood, adoption, marriage or civil union recognized under Illinois law, who is a resident of such Named Insured's household, including a ward or foster child; or
2. Individual named in the Schedule by blood, adoption, marriage or civil union recognized under Illinois law, who is a resident of the individual's household, including a ward or foster child, if the Drive Other Car Coverage – Broadened Coverage For Named Individual Endorsement is attached.

**C.** With respect to coverage for the ownership, maintenance, or use of "covered autos" provided under the Commercial Liability Umbrella Coverage Part, the term "family member" is replaced by the following:

"Family member" means a person related to you by blood, adoption, marriage or civil union recognized under Illinois law, who is a resident of your household, including a ward or foster child.

 © Insurance Services Office, Inc., 2011 

DM 07312026

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# ILLINOIS CHANGES – DEFENSE COSTS

This endorsement modifies insurance provided under the following:

COMMERCIAL AUTOMOBILE COVERAGE PART
COMMERCIAL GENERAL LIABILITY COVERAGE PART
COMMERCIAL LIABILITY UMBRELLA COVERAGE PART
COMMERCIAL PROPERTY COVERAGE PART – LEGAL LIABILITY COVERAGE FORM
COMMERCIAL PROPERTY COVERAGE PART – MORTGAGEHOLDERS ERRORS AND OMISSIONS COVERAGE FORM
EMPLOYMENT-RELATED PRACTICES LIABILITY COVERAGE PART
FARM COVERAGE PART
FARM UMBRELLA LIABILITY POLICY
LIQUOR LIABILITY COVERAGE PART
MEDICAL PROFESSIONAL LIABILITY COVERAGE PART
OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
POLLUTION LIABILITY COVERAGE PART
PRODUCT WITHDRAWAL COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
RAILROAD PROTECTIVE LIABILITY COVERAGE PART
UNDERGROUND STORAGE TANK COVERAGE PART

**A.** The provisions of Paragraph **B.** are added to all Insuring Agreements that set forth a duty to defend under:

1. Section **I** of the Commercial General Liability, Commercial Liability Umbrella, Employment-related Practices Liability, Farm, Liquor Liability, Owners And Contractors Protective Liability, Pollution Liability, Products/Completed Operations Liability, Product Withdrawal, Medical Professional Liability, Railroad Protective Liability, Underground Storage Tank Coverage Parts, Auto Dealers Coverage Form and the Farm Umbrella Liability Policy;
2. Section **II** under the Auto Dealers, Business Auto and Motor Carrier Coverage Forms;
3. Section **III** under the Auto Dealers and Motor Carrier Coverage Forms;
4. Section **A.** Coverage under the Legal Liability Coverage Form; and
5. Coverage **C** – Mortgageholder's Liability under the Mortgageholders Errors And Omissions Coverage Form.

Paragraph **B.** also applies to any other provision in the policy that sets forth a duty to defend.

**B.** If we initially defend an insured ("insured") or pay for an insured's ("insured's") defense but later determine that the claim(s) is (are) not covered under this insurance, we will have the right to reimbursement for the defense costs we have incurred.

The right to reimbursement for the defense costs under this provision will only apply to defense costs we have incurred after we notify you in writing that there may not be coverage, and that we are reserving our rights to terminate the defense and seek reimbursement for defense costs.

 © Insurance Services Office, Inc., 2013 

DM 07312026

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# ILLINOIS CHANGES – CANCELLATION AND NONRENEWAL

This endorsement modifies insurance provided under the following:

DELUXE PROPERTY COVERAGE PART

**A.** The CANCELLATION Common Policy Conditions – Deluxe is replaced by the following:

CANCELLATION

1. The first Named Insured shown in the Declarations may cancel this policy by mailing to us advance written notice of cancellation.

2. If this policy has been in effect for 60 days or less, except as provided in Paragraphs **8.** and **9.** below, we may cancel this policy by mailing written notice of cancellation at least:

   a. 10 days before the effective date of cancellation if we cancel for nonpayment of premium; or

   b. 60 days before the effective date of cancellation if we cancel for any other reason.

3. If this policy has been in effect for more than 60 days, except as provided in Paragraphs **8.** and **9.** below, we may cancel this policy only for one or more of the following reasons:

   a. Nonpayment of premium;

   b. The policy was obtained through a material misrepresentation;

   c. You have violated any of the terms and conditions of the policy;

   d. The risk originally accepted has measurably increased;

   e. Certification to the Director of Insurance of the loss of reinsurance by the insurer which provided coverage to us for all or a substantial part of the underlying risk insured; or

   f. A determination by the Director that the continuation of the policy could place us in violation of the insurance laws of this State.

   If we cancel this policy based on one or more of the above reasons except for nonpayment of premium, we will mail written notice at least 60 days before the effective date of cancellation. When cancellation is for nonpayment of premium, we will mail written notice at least 10 days before the effective date of cancellation.

4. We will mail our notice to you, together with our reason for cancellation, at your last mailing address known to us. Proof of mailing will be sufficient proof of notice.

5. Notification of cancellation will also be sent to your broker, if known, or agent of record, if known, and to the mortgagee or lienholder listed on the policy.

6. Notice of cancellation will state the effective date of cancellation. The policy period will end on that date.

7. If this policy is cancelled, we will send the first Named Insured any premium refund due. If we cancel, the refund will be pro rata. If the first Named Insured cancels, the refund may be less than pro rata. The cancellation will be effective even if we have not made or offered a refund.

8. REAL PROPERTY OTHER THAN RESIDENTIAL PROPERTIES OCCUPIED BY FOUR FAMILIES OR LESS

   The following applies only if this policy covers real property other than residential property occupied by four families or less:

   If any one or more of the following conditions exists at any building that is Covered Property in this policy, we may cancel this policy by mailing to you written notice of cancellation, by both certified and regular mail, if:

   a. After a fire loss, permanent repairs to the building have not started within 60 days of satisfactory adjustment of loss, unless the delay is due to a labor dispute or weather conditions.

   b. The building has been unoccupied 60 or more consecutive days. This does not apply to:

DM 07312026

(1) Seasonal unoccupancy; or

(2) Buildings under repair, construction or reconstruction, if properly secured against unauthorized entry.

c. The building has:

(1) An outstanding order to vacate;

(2) An outstanding demolition order; or

(3) Been declared unsafe in accordance with the law.

d. Heat, water, sewer service or public lighting have not been connected to the building for 30 consecutive days or more.

The policy will terminate 10 days following receipt of the written notice by the named insured(s).

9. RESIDENTIAL PROPERTIES OCCUPIED BY FOUR FAMILIES OR LESS

The following applies if this policy covers residential properties occupied by four families or less:

If this policy has been in effect for 60 days, or if this is a renewal policy, we may only cancel this policy for one or more of the following reasons:

a. Nonpayment of premium;

b. The policy was obtained by misrepresentation or fraud; or

c. Any act that measurably increases the risk originally accepted.

If we cancel this policy based on one or more of the above reasons except for nonpayment of premium, we will mail written notice at least 30 days before the effective date of cancellation. When cancellation is for nonpayment of premium, we will mail written notice at least 10 days before the effective date of cancellation.

10. For insurance provided under the DELUXE PROPERTY COVERAGE PART, the following applies:

**GRAIN IN PUBLIC GRAIN WAREHOUSES**

(Not applicable to grain owned by the Commodity Credit Corporation)

The following applies only with respect to grain in public grain warehouses:

The first Named Insured or we may cancel this policy at any time by mailing to:

a. The other; and

b. The Director of the Illinois Department of Agriculture (at its Springfield Office);

60 days' written notice of cancellation.

B. The following is added:

**NONRENEWAL**

1. If we decide not to renew or continue this policy, we will mail you written notice, stating the reason for nonrenewal. Proof of mailing will be sufficient proof of notice.

2. Except as provided in Paragraph **6.** below, we will mail you notice of nonrenewal at least 60 days before the end of the policy period.

3. If we offer to renew or continue and you do not accept, this policy will terminate at the end of the current policy period. Failure to pay the required renewal or continuation premium when due shall mean that you have not accepted our offer.

4. If we fail to mail proper written notice of nonrenewal and you obtain other insurance, this policy will end on the effective date of that insurance.

5. The following provision applies to policies other than those described in Paragraph **6.**:

Notification of nonrenewal will also be sent to your broker, if known, or agent of record, if known, and the mortgagee or lienholder listed on the policy.

6. The following provision applies only if this policy covers residential properties occupied by four families or less:

a. If this policy has been issued to you and in effect with us for five or more years, we may not fail to renew this policy unless:

(1) The policy was obtained by misrepresentation or fraud and we mail you notice of nonrenewal at least 30 days before the end of the policy period as provided in **1.** above.

(2) The risk originally accepted has measurably increased and we mail you notice of nonrenewal at least 30 days before the end of the policy period as provided in **1.** above; or

(3) You received 60 days' notice of our intent not to renew as provided in **1.** above.

DM 07312026

b. If this policy has been issued to you and in effect with us for less than five years, we may not fail to renew this policy unless you received 30 days' notice as provided in 1. above.

c. Notification of nonrenewal will also be sent to your broker, if known, or agent of record, if known, and to the last known mortgagee or lienholder.

d. The nonrenewal shall not become effective until at least 30 days from the proof of mailing date of the notice to you.

DM 07312026

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# ILLINOIS CHANGES

This endorsement modifies insurance provided under the following:

DELUXE PROPERTY COVERAGE PART

A. The following is added to the **Legal Action Against Us** Condition:

The two year period for legal action against us is extended by the number of days between the date the proof of loss is filed with us and the date we deny the claim in whole or in part.

B. If this policy covers:

1. The following in a. and **b.**, then Paragraphs **2.** and 3. apply:

a. Real property used principally for residential purposes up to and including a four family dwelling; or

**b.** Household or personal property that is usual or incidental to the occupancy of any premises used for residential purposes.

2. The second paragraph of the **Appraisal** Condition is deleted and replaced by the following:

a. Each party will pay its own appraiser and bear the other expenses of the appraisal and umpire equally, except as provided in **b**. below.

b. We will pay your appraiser's fee and the umpire's appraisal fee, if the following conditions exist:

(1) You demanded the appraisal; and

(2) The full amount of loss, as set by your appraiser, is agreed to by our appraiser or by the umpire.

3. The **Concealment, Misrepresentation Or Fraud** Condition is replaced by the following:

**Concealment, Misrepresentation, Or Fraud**

a. This Coverage Part or Coverage Form is void if you or any insured ("insured") commit fraud or conceal or misrepresent a fact in the process leading to the issuance of this insurance, and such fraud, concealment or misrepresentation is stated in the policy or endorsement or in the written application for this policy and:

(1) Was made with actual intent to deceive; or

(2) Materially affected either our decision to provide this insurance or the hazard we assumed.

However, this condition will not serve as a reason to void this Coverage Part or Coverage Form after the Coverage Part or Coverage Form has been in effect for one year or one policy term, whichever is less.

b. We do not provide coverage under this Coverage Part or Coverage Form to you or any other insured ("insured"), who at any time subsequent to the issuance of this insurance, commit fraud or intentionally conceal or misrepresent a material fact relating to:

(1) This Coverage Part or Coverage Form;

(2) The Covered Property;

(3) Your interest in the Covered Property; or

(4) A claim under this Coverage Part or Coverage Form.

c. Notwithstanding the limitations stated in 3.a. above, we may cancel the Coverage Part or Coverage Form in accordance with the terms of the Cancellation Condition.

C. The **Special Exclusion, 4.c.(1)(a), Electronic Data Processing Equipment and Data Processing Data and Media**, is deleted and replaced by the following:

(a) Programming errors or incorrect instructions to the machine.

D. The **Intentional Loss** Exclusion is deleted and replaced by the following:

1. We will not pay for loss or damage arising out of any act an insured commits or conspires to commit with the intent to cause a loss.


© 2017 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office Inc., with its permission.

DM 07312026

In the event of such loss, no insured is entitled to coverage, even insureds who did not commit or conspire to commit the act causing the loss.

2. However, this exclusion will not apply to deny payment to an innocent co-insured who did not cooperate in or contribute to the creation of the loss if:

   a. The loss arose out of a pattern of criminal domestic violence; and

   b. The perpetrator of the loss is criminally prosecuted for the act causing the loss.

3. If we pay a claim pursuant to Paragraph **D.2.**, our payment to the insured is limited to that insured's insurable interest in the property less any payments we first made to a mortgagee or other party with a legal secured interest in the property. In no event will we pay more than the Limit of Insurance.

E. The **Electrical Damage or Disturbance** Exclusion is deleted and replaced by the following:

   We will not pay for loss or damage caused by or resulting from artificially generated electrical current, including electrical arcing, that disturbs electrical devices, appliances or wires.

   But if artificially generated electrical current results in fire, we will pay for the loss or damage caused by that fire.

   This Exclusion does not apply to loss or damage to "electronic data processing equipment" or "electronic data processing data and media".


© 2017 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office Inc., with its permission.

DM 07312026

# POLICYHOLDER NOTICES

DM 07312026

# POLICYHOLDER NOTICES

DM 07312026

# IMPORTANT NOTICE – INDEPENDENT AGENT AND BROKER COMPENSATION

**NO COVERAGE IS PROVIDED BY THIS NOTICE. THIS NOTICE DOES NOT AMEND ANY PROVISION OF YOUR POLICY. YOU SHOULD REVIEW YOUR ENTIRE POLICY CAREFULLY FOR COMPLETE INFORMATION ON THE COVERAGES PROVIDED AND TO DETERMINE YOUR RIGHTS AND DUTIES UNDER YOUR POLICY. PLEASE CONTACT YOUR AGENT OR BROKER IF YOU HAVE ANY QUESTIONS ABOUT THIS NOTICE OR ITS CONTENTS. IF THERE IS ANY CONFLICT BETWEEN YOUR POLICY AND THIS NOTICE, THE PROVISIONS OF YOUR POLICY PREVAIL.**

For information about how Travelers compensates independent agents and brokers, please visit www.travelers.com, call our toll-free telephone number 1-866-904-8348, or request a written copy from Marketing at One Tower Square, 2GSA, Hartford, CT 06183.

DM 07312026

# IMPORTANT NOTICE – COMPLAINTS – ILLINOIS

**NO COVERAGE IS PROVIDED BY THIS NOTICE. THIS NOTICE DOES NOT AMEND ANY PROVISION OF YOUR POLICY. YOU SHOULD REVIEW YOUR ENTIRE POLICY CAREFULLY FOR COMPLETE INFORMATION ON THE COVERAGES PROVIDED AND TO DETERMINE YOUR RIGHTS AND DUTIES UNDER YOUR POLICY. PLEASE CONTACT YOUR AGENT OR BROKER IF YOU HAVE ANY QUESTIONS ABOUT THIS NOTICE OR ITS CONTENTS. IF THERE IS ANY CONFLICT BETWEEN YOUR POLICY AND THIS NOTICE, THE PROVISIONS OF YOUR POLICY PREVAIL.**

If you are having problems, you may contact your insurance agent directly or you may contact the company at:

Mail: Consumer Affairs
One Tower Square
Hartford, CT 06183

Phone: (860) 277-1561 or toll free (866) 894-0687

Email: consumeraffairs@travelers.com

The addresses and phone numbers of the consumer complaint division of the Illinois Department of Insurance are:

Illinois Department of Insurance
Consumer Division
122 S. Michigan Ave. – 19th Floor
Chicago, IL 60603
312-814-2420 phone

And

Illinois Department of Insurance
Consumer Division
320 W Washington St
Springfield, IL 62767
217-782-4515 phone

Complaints may also be filed electronically to the Illinois Department of Insurance at:

https://mc.insurance.illinois.gov/messagecenter.nsf


© 2021 The Travelers Indemnity Company. All rights reserved.

DM 07312026

# IMPORTANT NOTICE – RELIGIOUS FREEDOM PROTECTION AND CIVIL UNION ACT – ILLINOIS

**NO COVERAGE IS PROVIDED BY THIS NOTICE. THIS NOTICE DOES NOT AMEND ANY PROVISION OF YOUR POLICY. YOU SHOULD REVIEW YOUR ENTIRE POLICY CAREFULLY FOR COMPLETE INFORMATION ON THE COVERAGES PROVIDED AND TO DETERMINE YOUR RIGHTS AND DUTIES UNDER YOUR POLICY. PLEASE CONTACT YOUR AGENT OR BROKER IF YOU HAVE ANY QUESTIONS ABOUT THIS NOTICE OR ITS CONTENTS. IF THERE IS ANY CONFLICT BETWEEN YOUR POLICY AND THIS NOTICE, THE PROVISIONS OF YOUR POLICY PREVAIL.**

The Illinois Religious Freedom Protection and Civil Union Act provides that persons of the same or opposite sex who enter into a civil union must be afforded the same obligations, protections, and legal rights as married persons. This law became effective June 1, 2011, and is designed to ensure that civil unions and marriage are treated identically under Illinois law. In accordance with law, this policy will be interpreted to provide the same benefits and protections to persons in a civil union or in a marriage.

 Includes copyrighted material of Insurance Services Office, Inc. with its permission. 

DM 07312026

# POLICYHOLDER NOTICES

DM 07312026

# POLICYHOLDER NOTICES

DM 07312026

# NOTICE OF NEW

# ACTUAL CASH VALUE ENDORSEMENT

YOUR NEW POLICY INCLUDES A NEW ENDORSEMENT FROM YOUR PREVIOUS POLICY. IMPORTANT LANGUAGE IS IDENTIFIED IN THIS NOTICE. PLEASE READ THIS NOTICE CAREFULLY.

WE ALSO MAY HAVE MADE CERTAIN WORDING AND FORMATTING CHANGES FOR THE PURPOSE OF CLARIFICATION OR IMPROVED READABILITY. THIS NOTICE DOES NOT NECESSARILY IDENTIFY ANY OR EVERY CLARIFICATION OR EDITORIAL CHANGE MADE.

NO COVERAGE IS PROVIDED BY THIS NOTICE. THIS NOTICE DOES NOT AMEND ANY PROVISION OF YOUR POLICY. YOU SHOULD REVIEW YOUR ENTIRE POLICY CAREFULLY FOR COMPLETE INFORMATION ON THE COVERAGES PROVIDED AND TO DETERMINE YOUR RIGHTS AND DUTIES UNDER YOUR POLICY. PLEASE CONTACT YOUR AGENT, BROKER OR LOCAL COMPANY REPRESENTATIVE IF YOU HAVE ANY QUESTIONS ABOUT THIS NOTICE. IF THERE IS ANY CONFLICT BETWEEN YOUR POLICY AND THIS NOTICE, THE PROVISIONS OF YOUR POLICY PREVAIL.

Actual Cash Value endorsement, IL T0 63 07 22, is added to your policy. This endorsement adds a definition for Actual Cash Value, which is defined as the value of covered property at the time of loss or damage. When calculating actual cash value using the estimated cost to repair or replace covered property, we may apply depreciation to all components of the estimated cost, including materials, labor, overhead and profit, and any applicable tax. The deduction for depreciation may include such considerations as age, condition (such as wear and tear or deterioration), reduction in useful life and obsolescence. With respect to Illinois, Kentucky, Mississippi, Ohio and Tennessee, this endorsement may result in a reduction of coverage when a reasonable deduction for depreciation is applied.


© 2022 The Travelers Indemnity Company. All rights reserved.

To Our Valued Customer,

Each year, homeowners and business owners across the nation sustain significant weather-related property damage due to floods. These can include losses caused by waves, tidal waters, the overflow of a body of water, the rapid accumulation or runoff of surface water, and mudslide. In nearly all cases, these flood losses cannot be prevented or even anticipated. And, in many instances, the losses are devastating.

Most standard property insurance policies, including most of our policies, do not provide coverage for flood losses. While flood coverage is often available – primarily through the National Flood Insurance Program – it is rarely purchased. Unfortunately, each year we find that some policyholders are surprised and disappointed to learn that damages they have suffered as a direct result of flood are not covered under the policies they have purchased.

Please review your insurance coverage with your agent or Company representative. As you consider the need for flood insurance, keep in mind that floods can, and do, occur in locations all over the country. They are not limited to coastal areas or locations with nearby rivers or streams. Several inches of rain falling over a short period of time can cause flood damage, even in normally dry areas that are not prone to flooding.

For further information about Flood Insurance, contact your agent or company representative, or contact the National Flood Insurance Program directly.

DM 07312026

TRAVELERS
TRAVELERS - NAPERVILLE
P.O. BOX 650293
DALLAS, TX 752650293

Matthew Nelson
Write It Right Public Adjusting LLC
521 Loves Park Drive
Loves Park, IL 61111

DM 07312026

TRAVELERS

JARED ROOK
[illegible]
[illegible]

Matthew Nelson
Write It Right Public Adjusting LLC
521 Loves Park Drive
Loves Park, IL 61111

Date of loss: **July 15, 2024**

December 4, 2025

Loss location:
**5135 FOREST HILLS RD**
**ROCKFORD IL 61114-5937**

Insured name: **FOREST HILLS COUNTRY CLUB**

Underwriting Company: **The Travelers Indemnity Company**

Dear Mr. Nelson,

## We're following up on your recent claim

As we discussed, after researching this claim, The Travelers Indemnity Company determined that your policy does not cover the claim submitted for wind and hail damage.

A summary of what we learned, an explanation of our coverage decision and the relevant policy wording follow below.

## Here's what we learned

You presented a claim for wind and hail damage to your property. We inspected the damages with your public adjuster, Matthew Nelson, and our third-party engineer from Vertex on 11/12/2025. Our research found the property did not sustain damage from wind or hail and the interior water damage did not enter the building through an opening created by a covered cause of loss.

## What your policy says about this loss

We discussed that your policy DX T1 00 11 12 contains the following language that applies to your loss:

C. EXCLUSIONS

2. We will not pay for loss or damage caused by or resulting from any of the following:

i. Other Types of Losses

DM 07312026

(1) Wear and tear;

(4) Settling, cracking, shrinking or expansion;

3. We will not pay for loss or damage caused by or resulting from any of the following, 3.a. through 3.c. But if an excluded cause of loss that is listed in 3.a. and 3.b. results in a Covered Cause of Loss, we will pay for the resulting loss or damage caused by that Covered Cause of Loss.

c. Faulty, inadequate or defective:

(4) Maintenance;

D. LIMITATIONS

1. We will not pay for loss of or damage to property, as described and limited in this section. In addition, we will not pay for any loss that is a consequence of loss or damage as described and limited in this section

c. The "interior of a building or structure", or c. The "interior of a building or structure", or structure, caused by or resulting from rain, snow, sleet, ice, sand or dust, whether driven by wind or not, unless:

(1) The building or structure first sustains damage by a Covered Cause of Loss to its roof or walls through which the rain, snow, sleet, ice, sand or dust enters; or

## Explanation of our coverage decision

Because loss caused by wear and tear is not covered and because the interior water damage was not the result of water entering the building through an opening that was first caused by a covered cause of loss, your policy does not provide coverage for this loss.

## If you have new information

Our decision is based on information and documentation currently known to us. If you have new information or documentation for us to consider, let us know as soon as possible.

## The State of Illinois requires us to provide the following information.

Part 919 of the Rules of the Illinois Department of Insurance requires that our company advise you that, if you wish to take this matter up with the Illinois Department of Insurance, it maintains a Consumer Division in Chicago at 115 S. LaSalle Street, 13th Floor, Chicago, IL 60603 and in Springfield at 320 West Washington Street, Springfield, IL 62767.

## Questions?

If you have any questions, please contact us.

DM 07312026

CC: Forest Hills Country Club

DM 07312026

DM 07312026

VERTEX

VERTEX PROJECT NO: 109742

# Forest Hills Country Club

5135 Forest Hills Road
Rockford, Illinois 61114



## Roof Condition Assessment

December 3, 2025

PREPARED FOR:
Jared Rook
The Travelers Indemnity Company
One Tower Square, MS06A
Hartford, Connecticut 06103
jrook@travelers.com

Claim: F8Y3566

PREPARED BY:
The Vertex Companies of Illinois, Inc.
1 North La Salle Street Suite 1620
Chicago, Illinois 60602
PHONE: 888.298.5162
IL COA No. 184.007222

Adam A. Mora Digitally signed by Adam A. Mora DN: E=amora@vertexeng.com, CN=Adam A. Mora, G=Adam A., SN=Mora, O="The Vertex Companies, LLC", S=Massachusetts, C=US Location: Chicago, IL Reason: I am the author of this document Contact Info: amora@vertexeng.com Date: 2025.12.03 12:49:30-06'00'

LICENSED PROFESSIONAL ENGINEER ADAM A. MORA 062-065183 OF ILLINOIS

EX. 11/30/2027

Isaac M. Gaetz, SE, PE
Vice President of Operations

Adam A. Mora, PE
Senior Forensic Engineer

EXHIBIT 2

DM 07312026



## TABLE OF CONTENTS

1.0 ASSIGNMENT .......... 1

2.0 PROPERTY DESCRIPTION .......... 1

3.0 EVENT SUMMARY AND INTERVIEW .......... 1

4.0 METEOROLOGICAL DATA .......... 2

5.0 OBSERVATIONS .......... 3

6.0 CONCLUSIONS .......... 6

7.0 CLOSING .......... 8

## ATTACHMENTS

A. SITE LOCATION MAP

B. AERIAL & BIRD'S EYE VIEWS

C. SKETCH BY VERTEX

D. METEOROLOGICAL DATA

E. PHOTOGRAPHIC DOCUMENTATION BY VERTEX

## 1.0 ASSIGNMENT

As requested by The Travelers Indemnity Company ("Travelers"), The Vertex Companies of Illinois, Inc. ("Vertex") visited the property of Forest Hills Country Club ("Insured") to evaluate the cause and extent of reported damage to the clay tile roof as a result of wind on or around July 14, 2024 ("Date of Loss"). Mr. Adam A. Mora, PE inspected the property on November 12, 2025, and prepared this report. Isaac M. Gaetz, SE, PE reviewed the findings. The inspection included the taking of photographs, measurements, a site interview, and observations. Mr. Matthew Nelson and his colleague, public adjusters (PA) representing the Insured, and Mr. Jared Rook of Travelers were present during our investigation. Mr. Mora and Mr. Nelson accessed the portions of the roof covered with clay tile, Mr. Rook and Mr. Nelson's colleague did not.

## 2.0 PROPERTY DESCRIPTION

The Insured's property was located at 5135 Forest Hills Road, Rockford, in Winnebago County, Illinois (see **Attachment A** for Site Location Map). The property was a golf course that included a two-story brick masonry building that was served as a clubhouse and that was the focus of this assessment. The clubhouse building roof consisted of hip roof areas that were covered with clay tiles as well as low-slope roof areas that were covered with ethylene propylene diene monomer (EPDM) and thermoplastic polyolefin (TPO) membrane coverings. Based on the Winnebago County online assessor database, the building was constructed in 1925 and had a permit in 2025 related to the tear-off of the low-slope roof at the east side of the building and installation of a new TPO covering.[1] For the purposes of this report, the building faced southeast (see **Attachment B** for Aerial and Bird's Eye Views, **Attachment C** for a Sketch by Vertex, and **Attachment D**; **Photographs 1 through 4**).

## 3.0 EVENT SUMMARY AND INTERVIEW

Ms. Nelson reported that the clay tile roof covering was Ludowici Spanish Tile that was damaged by wind on or around July 14, 2024. He reported the damage included withdrawn fasteners from wind

[1] Taken from:
https://search.rockfordtownshipassessor.net/parcelsearch/sd/rt/assessordb/PropertyDetail.aspx?pn=1207401001

DM 07312026



uplift such that the tiles could be lifted greater than 2-inches and that the tiles 'chattered' during wind events. Mr. Nelson reported water infiltration into the interior as a result of rainwater through the withdrawn fasteners. Mr. Nelson also reported that some of the tiles were broken from wind-borne debris. Further, Mr. Nelson reported that the EPDM and TPO membranes covering the low-slope roofs adjacent to the tiles had been installed within the last several years, with the EPDM membrane being the older of the two.

## 4.0 METEOROLOGICAL DATA

As part of our investigation, Vertex reviewed publicly available meteorological data from the Weather Forecast Office (WFO) under the umbrella of the National Oceanic and Atmospheric Administration (NOAA) for a history of maximum wind gust speeds during the month of July 2024. The closest WFO weather station was located at the Chicago Rockford International Airport (RFD), approximately 7.5 miles to the south-southwest of the subject property. The WFO indicated that the maximum wind gust speeds on July 14, 2024, were up to 39 miles per hour (mph) from the northwest. The WFO also indicated that the maximum wind gust speeds on July 15, 2024, were up to 64 mph from the northwest, which was also the maximum wind gust speed in the month of July 2024 (see **Attachment D** for Meteorological Data – WFO).

Vertex also reviewed a site-specific Benchmark Wind History Report (BHWR) for the subject property generated by the commercial weather service Verisk. The BHWR estimated maximum wind gust speeds of less than 35 mph at and within one (1) mile of the subject property on July 14, 2024 (see **Attachment D** for Meteorological Data – BHWR). The BHWR also estimated:

- Maximum wind gust speeds of up to approximately 50 mph and 55 mph at and within one (1) mile of the subject property on July 15, 2024, one day after the Date of Loss.
- Three (3) dates in addition to the July 15, 2024, date on which the maximum wind gust speeds were 50 mph or greater at the subject property between June 3 – November 21, 2024.
- The most severe wind at the subject property were wind gusts of up to approximately 70 mph on March 5, 2022.

DM 07312026



## 5.0 OBSERVATIONS

Vertex inspected the roof of the clubhouse building from the exterior and interior (where accessible). We observed the following conditions (see **Attachment C** for orientation and **Attachment E** for **Photographs**):

### Roof from Exterior

The roof consisted of a primary hip roof with five (5) hip roof dormers that created ridges, hips, valleys, eaves, and roof fields that faced the ordinal directions (SE,NE,SW,NW). The dormers were all located at the northeast end of the roof such that there was a pair of dormers at each of the southeast and northwest facing roof fields and a single dormer at the northeast facing roof field. The roof fields, ridges, and hips were generally covered with clay tiles; the valley space between the pairs of dormers within the southeast and northwest facing roof fields were covered with granule-coated roll roofing membrane. Two mortared brick chimneys penetrated through the main ridge of the roof and several vent stack pipes and vents penetrated through the roof fields. Ventilation of the attic/roof was not observed. Bump-outs integrated in the southeast and northwest elevations had low-slope roofs that integrated with the eaves of the tile roof areas. The low-slope roof along the southeast elevation was covered with a TPO membrane and that at the northwest elevation was covered with an EPDM membrane (see **Photographs 5 through 10** and **Attachment C**).

The clay tiles were interlocking, had approximately 10 inches of exposure length, 8-1/4 inches of exposure width, and were similar in general size and appearance as Ludowici Spanish 13-1/4 inch barrel tile. The ridges were covered with decorative ridge tiles similar in appearance to the Ludowici #206 Ridge tile with High Bump Hip-Ridge Terminals. The hips were covered with hip and hip starter tiles. There were closure tiles at the eaves and the ridges (see **Photographs 10 through 12**).

The EPDM and TPO membranes extended underneath the bottom course of the clay tiles along the northwest and southeast edges (see **Photographs 13 and 14**). The construction of the detail between the clay tile underlayment and EPDM was not visible for inspection. Ice and water barrier (IWB) overlapped the TPO membrane.

Mr. Nelson identified multiple field tiles whose downslope edges could be uplifted several inches by hand. When uplifted, the majority of the lifted and underlying tiles exhibited one (1) fastener installed within the two (2) fastener holes. At the lifted tile, the one (1) fastener was generally raised. The fasteners consisted of smooth shank nails. Some fasteners were copper, and others were a silver-colored metal. Some ridge tiles could also be uplifted several inches by hand (see **Photographs 15 through 19**). Slipped tiles, including closure tiles were present at sporadic locations around the roof, and in significantly greater frequency, including groupings, along the tile to EPDM interface. Generally, there were no fasteners within the fastener holes at the slipped tiles. There were isolated instances at which there were fasteners within a slipped tile's fastener hole (see **Photograph 20 through 22**).

There were fractured, cracked, or chipped tiles present at various locations around the roof in individual instances or groupings. Some of the tiles were fractured diagonally at their corners such that the corner of the tile was detached and displaced or missing. These diagonal fractures were noted to resemble tiles that had fractured underfoot during Mr. Mora's and Mr. Nelson's access of the roof fields covered with the clay tiles.[2] The interior surfaces of the fractured, cracked, or chipped tiles mostly appeared dull/rounded with sealant repairs along the fractures/cracks at some of the tiles. Bright/sharp interior fracture surfaces were present at some of the fractured, cracked, or chipped tiles (see **Photographs 23 through 27**).

The valleys were open-style and flashed with metal valley flashing. Some of the metal valley flashing appeared older and exhibited corrosion along their lengths. One field tile near an older metal valley flashing was had been replaced (see **Photograph 28**). Some of the valley metals appeared newer and were powder coated. Fractured, cracked, and slipped tiles were present in greater frequency along the valleys with powder coated valley metal flashings. IWB was visible beneath displaced and fractured tiles at one the valleys (see **Photographs 29 and 30**). At one of the slipped tiles near a valley, the exposed fastener was raised and corroded (see **Photograph 31**).

---

[2]Vertex notes that two (2) field tile corners fractured while Mr. Mora traversed the roof and that several field tiles fractured while Mr. Nelson traversed the roof.

DM 07312026



The granule-coated roll roofing membrane between the pair of dormers within the southeast facing roof field exhibited advanced, general granule loss that was widespread throughout the membrane. The membrane extended underneath the clay tiles along its edges. At the base of this roll roofing membrane area was a strip of repair membrane. Adjacent to the repair membrane was a fractured tile (see **Photographs 32 and 33**).

Valley metal flashing was present along the edges of the granule-coated roll roofing membrane at the northwest facing roof field. The valley metal flashing was installed atop the membrane and extended underneath the tiles. There were unsealed edges at the interface between the valley metal flashing, roll roofing membrane, and ridge tiles (see **Photographs 34 and 35**).

The roofs at the dormers overhung the dormer walls such that they created soffits. The soffits were finished with metal soffit panels. Some of the soffit panels were missing along the southeast soffits at the pair of dormers within the southeast facing roof field. One of the soffit panels was partially detached at the edge of the area of missing panels (see **Photographs 36 and 37**).

<u>Roof from Interior</u>

The attic at the northeast and southwest ends of the roof were accessible and could be traversed. The second story ceiling within the middle of the building was taller than at the ends which compressed the attic space such that it could not be safely accessed. At the northeast end of the roof, the roof framing was not insulated and could be observed. The roof framing consisted of tongue and groove board sheathing, 2× rafters, 2× collar/rafter ties (see **Photograph 38**).

The rafters and collar ties at the southwest end of the roof were insulated with paper faced fiberglass insulation batts. Some of the batts had become detached and were displaced or missing. Water stains were visible on some of the rafters near the detached insulation (see **Photographs 39 and 40**). Water stains were observed on the underside of the sheathing within the field of the roof as well as at the north-most chimney penetration through the roof (see **Photographs 41 and 42**).

Case: 3:26-cv-50355 Document #: 1-1 Filed: 08/19/26 Page 244 of 420 PageID #:248

DM 07312026



The building maintenance engineer joined the inspection at the interior and identified water stains within the ceiling finish of the second story at several locations within the bar/lounge area (see **Photograph 43**). The engineer indicated that he had placed buckets under the leaks in the roof to capture water infiltration and had repaired the stains in the ceiling finish by painting the stained surfaces. Vertex noted that there were two (2) buckets located underneath the southeast facing roof field.

## 6.0 CONCLUSIONS

Based on our investigation, it is the opinion of Vertex that:

1. The clay roof tiles at the subject clubhouse building were not damaged by wind or wind borne debris on or around July 14, 2024.
2. The tiles that could be uplifted several inches by hand were unrelated to a single wind event and were attributable to a combination of deficient installation and age-related deterioration.
3. The observed slipped, chipped, cracked, and fractured tiles were attributable to a combination of deficient installation, impact and mishandling during repairs, foot traffic, age-related deterioration, and historical mechanical impact.
4. The reported water infiltration into the interior of the building was attributable to a combination of flashing deficiencies, deficient installation, and age-related deterioration.
5. The detached and missing soffit panels were attributable to elevated winds on an unknown date.

Wind damage to clay roof tiles from a high wind event is typically evidenced by the complete removal of tiles or groups of tiles. Such wind damage is expected to be most pronounced at roof areas which research has shown will develop the greatest aero-dynamic wind pressures. These areas included the ridges, hips, valleys, and eaves. Further, wind damage would be expected to exhibit directionality, being most pronounced on windward facing roof slopes, and would not be anticipated to occur on opposite (northwest and southeast or northeast and southwest) facing roof fields.

The clay tiles on the subject roof did not exhibit the typical characteristics of wind damage from a high wind event; there were no missing tiles or groups of tiles. Lifting of the nose ends of the tiles by

DM 07312026



several inches is not considered wind damage nor is it an indicator of code compliance. The Tile Roofing Industry Alliance (TRI) indicates that, based on their laboratory wind tunnel testing, wind forces that lift the nose-end of an individual tile more than 2-inches would likely have sufficient force to continue lifting the tile until failure of the fastening system,[3] which Vertex understands to indicate detachment of the tile. Further, the TRI indicates lifting one or more tiles 2-inches does not determine whether or not the tile or roof is compliant to building codes, and that the claim that a tile lifted over 2-inches is not code-compliant and must be replaced is a common misinterpretation of codes.

The fastening patterns at the tiles on the subject roof that could be uplifted several inches by hand exhibited one (1) fastener per tile with the second fastener hole empty. In addition, some of the observed fasteners were raised. Per the City of Rockford Department of Buildings website, the City adopts and amends the 2021 International Building Code (IBC).[4] As per section 1507.3 of the IBC, attachment of the clay tiles at the subject roof would require two (2) fasteners per tile. Per the Ludowici tile manufacturer installation instructions, the fasteners should be driven to near flush with the surface of the tile, but not so tight such that the tile fractures. The observed uplift of the tiles was attributable to installation of the tiles with single, under-driven fasteners. Further, the fasteners may have withdrawn over time due to the absence of ventilation in the roof/attic space and/or expansion/contraction of the roof sheathing.

The observed slipped, chipped, cracked, and fractured tiles did not exhibit directionality and were present on all roof slopes, inconsistent with having resulted from a single elevated wind event. The conditions were present in greater frequency at areas of the roof that exhibited repair, such as along the interface location with the EPDM membrane, the newer metal valley flashings, and the roll roofing repair membrane. At these locations, the conditions were consistent with damage during repair activities, including foot traffic and improper installation of the tiles (such as tiles with no fasteners). Foot traffic from traversing the roof during inspections also contributed to the observed conditions.[5] Some of the chipped, cracked, and fractured tiles exhibited dull/rounded edges, consistent with older (historical) occurrences. Others exhibited sealant repairs within their fractures/cracks, also consistent

---

[3]TRI Technical Brief #2021-01: Evaluation of Roofs After High Wind Events. April 2021.
[4]Note the City Ordinances list the 2015 IBC as the applicable building code.
[5]Hail Damage to Tile Roofing. Marshall, Timothy P.; Herzog, Richard F.; Morrison, Scott J.; Smith, Steven R.

with older occurrences. Wind-borne debris from a relatively recent event was not observed, and if present, was limited to isolated tile and not widespread.

Reviewed weather data indicated that the maximum wind gust speeds at the subject property on July 15, 2024, were up to approximately 50 mph. The TRI indicates that properly installed clay tile roofs can withstand winds of up to 125 mph and greater. The estimated wind speeds at the subject property around the Date of Loss were less than half that which a properly installed clay tile roof would be expected to withstand. Further, reviewed weather data indicated that the wind speeds at the subject property on the Date of Loss were relatively regularly-occurring wind speeds and would not be expected to cause damage to competently installed and well maintained clay roof tiles in the area.

Water stains in the finishes and roof framing were consistent with water infiltration through the roof. The repairs to the metal valley flashing, observed unsealed edges at the metal valley flashing, and observed stains on the underside of the sheathing at the chimney penetration were indicators of water infiltration through deficient or deteriorated flashing details. The stains on the roof sheathing and framing within the roof fields were consistent with water infiltration through fastener holes as a result of wind driven rain and loose tiles. The reported water infiltration at the southeastern half of the building was inconsistent with wind driven rain on or around July 14, 2024, as reviewed weather data indicated that winds on that date and the following date, were from the northwest, and as such, water infiltration from wind-driven rain on or around the Date of Loss would have been expected to affect the northwestern portion of the roof.

The detached and missing soffit panels were consistent with wind damage to building components. However, these components were along the southeast eave/soffit and would not have been expected to have resulted from the winds out of the northwest on or around the Date of Loss.

## 7.0 CLOSING

A visual inspection of the building was performed and reviewed as part of our investigation. Unless noted in this report, no destructive testing was performed. All repairs and construction should conform to the currently applicable Building Code. The repairs, should be specified, designed, and installed by properly licensed professionals familiar with that type of construction.

DM 07312026



This report was prepared for the exclusive use of Travelers and is not intended for any other purpose. Vertex has not reviewed the applicable insurance policy, if any, for the purpose of forming an opinion as to coverage and is not offering a coverage opinion. Our report was based on observed site conditions and the information available at the time of our inspection. We reserve the right to amend this report and our conclusions if new information becomes available and revisions are necessary and warranted. Not all photographs taken by Vertex during the site inspection were included with this report. Additional photographs in our records are available upon request.

If you have questions or comments, please contact Adam Mora or Isaac M. Gaetz at (888) 298-5162. We appreciate this opportunity to assist Travelers and the policy holder.

DM 07312026

# ATTACHMENT A:

## SITE LOCATION MAP



Forest Hills Country Club
5135 Forest Hills Road
Rockford, IL 61114




Claim F8Y3566 (Vertex 109742)
Inspection Date: November 12, 2025
Forest Hills Country Club
5135 Forest Hills Road
Rockford, IL 61114

VERTEX

# ATTACHMENT B:

## AERIAL VIEW – FULL PROPERTY



N
W E
S

Subject Building



DM 07312026

# ATTACHMENT B:

## AERIAL VIEW — FULL PROPERTY





DM 07312026

DM 07312026

# ATTACHMENT B:

## BIRD'S EYE VIEW—FRONT






Subject Building



Claim F8Y3566 (Vertex 109742)
Inspection Date: November 12, 2025
Forest Hills Country Club
5135 Forest Hills Road
Rockford, IL 61114

VERTEX

# ATTACHMENT B:

## BIRD'S EYE VIEW—REAR



Subject Building



Claim F8Y3566 (Vertex 109742)
Inspection Date: November 12, 2025
Forest Hills Country Club
5135 Forest Hills Road
Rockford, IL 61114

VERTEX

# ATTACHMENT C:

## SKETCH






## PLAN VIEW OF ROOF

NOT TO SCALE

KEY

- LOW-SLOPE ROOF COVERED WITH EPDM
- LOW-SLOPE ROOF COVERED WITH TPO
- GRANULE-COATED ROLL ROOFING MEMBRANE
- CHIMNEY

Case: 3:26-cv-50355 Document #: 1-1 Filed: 08/19/26 Page 255 of 420 PageID #:259

DM 07312026

# ATTACHMENT D:



## METEOROLOGICAL DATA—WFO

NATIONAL WEATHER SERVICE

### WFO Monthly/Daily Climate Data

Issued by NWS Chicago, IL

STATION: ROCKFORD IL
MONTH: JULY
YEAR: 2024
LATITUDE: 42 12 N
LONGITUDE: 89 6 W

| TEMPERATURE IN F: | | | | | | | :PCPN: | SNOW: | | WIND | | | | :SUNSHINE: | SKY | | :PK WND | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 2 | 3 | 4 | 5 | 6A | 6B | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 |
| | | | | | | | | | 12Z | AVG | MX | 2MIN | | | | | | |
| DY | MAX | MIN | AVG | DEP | HDD | CDD | WTR | SNW | DPTH | SPD | SPD | DIR | MIN | PSBL | S-S | WX | SPD | DR |
| 1 | 75 | 50 | 63 | -10 | 2 | 0 | T | 0.0 | 0 | 4.4 | 12 | 90 | M | M | 5 | | 18 | 200 |
| 2 | 84 | 61 | 73 | 8 | 0 | 8 | 0.27 | 0.0 | 0 | 8.9 | 17 | 160 | M | M | 10 | 13 | 26 | 150 |
| 3 | 87 | 71 | 79 | 5 | 0 | 14 | 0.18 | 0.0 | 0 | 6.0 | 23 | 230 | M | M | 8 | 1 | 18 | 270 |
| 4 | 83 | 65 | 74 | 0 | 0 | 9 | T | 0.0 | 0 | 3.1 | 12 | 210 | M | M | 7 | 18 | 15 | 200 |
| 5 | 79 | 65 | 72 | -1 | 0 | 7 | T | 0.0 | 0 | 9.4 | 20 | 240 | M | M | 7 | | 27 | 250 |
| 6 | 83 | 61 | 72 | -2 | 0 | 7 | T | 0.0 | 0 | 2.6 | 10 | 280 | M | M | 4 | 1 | 13 | 200 |
| 7 | 84 | 61 | 73 | -3 | 0 | 8 | 0.28 | 0.0 | 0 | 5.7 | 25 | 270 | M | M | 7 | 13 | 35 | 250 |
| 8 | 83 | 66 | 75 | 1 | 0 | 10 | 0.00 | 0.0 | 0 | 5.5 | 16 | 230 | M | M | 8 | 1 | 22 | 240 |
| 9 | 81 | 66 | 74 | 0 | 0 | 9 | 0.17 | 0.0 | 0 | 2.8 | 22 | 40 | M | M | 9 | 1 | 28 | 40 |
| 10 | 87 | 68 | 78 | 4 | 0 | 13 | T | 0.0 | 0 | 4.5 | 15 | 210 | M | M | 9 | 13 | 28 | 350 |
| 11 | 84 | 64 | 74 | 0 | 0 | 9 | 0.04 | 0.0 | 0 | 2.5 | 9 | 100 | M | M | 6 | 18 | 14 | 130 |
| 12 | 85 | 59 | 72 | -2 | 0 | 8 | 0.00 | 0.0 | 0 | 1.9 | 9 | 150 | M | M | 2 | 1 | 12 | 120 |
| 13 | 89 | 65 | 77 | 3 | 0 | 12 | 2.32 | 0.0 | 0 | 7.3 | 22 | 300 | M | M | 6 | 13 | 28 | 10 |
| 14 | 87 | 68 | 78 | 4 | 0 | 13 | 1.38 | 0.0 | 0 | 8.4 | 29 | 300 | M | M | 9 | 13 | 39 | 300 |
| 15 | 89 | 66 | 78 | 4 | 0 | 13 | 0.81 | 0.0 | 0 | 5.5 | 41 | 320 | M | M | 7 | 13 | 64 | 320 |
| 16 | 84 | 67 | 76 | 2 | 0 | 11 | 0.00 | 0.0 | 0 | 5.6 | 14 | 290 | M | M | 7 | | 28 | 120 |
| 17 | 80 | 58 | 70 | -4 | 0 | 5 | 0.00 | 0.0 | 0 | 10.3 | 21 | 350 | M | M | 2 | | 29 | 360 |
| 18 | 78 | 58 | 68 | -6 | 0 | 3 | T | 0.0 | 0 | 4.4 | 13 | 360 | M | M | 3 | | 19 | 200 |
| 19 | 79 | 56 | 68 | -6 | 0 | 3 | 0.00 | 0.0 | 0 | 2.7 | 12 | 210 | M | M | 3 | 1 | 14 | 280 |
| 20 | 79 | 58 | 69 | -5 | 0 | 4 | 0.00 | 0.0 | 0 | 2.7 | 10 | 200 | M | M | 0 | 1 | 12 | 320 |
| 21 | 83 | 61 | 72 | -2 | 0 | 7 | 0.00 | 0.0 | 0 | 3.8 | 8 | 190 | M | M | 7 | | 12 | 180 |
| 22 | 80 | 63 | 72 | -2 | 0 | 7 | 1.78 | 0.0 | 0 | 1.8 | 28 | 320 | M | M | 7 | 138 | 44 | 340 |
| 23 | 82 | 63 | 72 | -2 | 0 | 7 | 0.09 | 0.0 | 0 | 6.8 | 23 | 230 | M | M | 6 | 138 | 32 | 230 |
| 24 | 78 | 65 | 72 | -2 | 0 | 7 | 0.01 | 0.0 | 0 | 2.7 | 9 | 10 | M | M | 9 | 18 | 14 | 360 |
| 25 | 81 | 61 | 71 | -3 | 0 | 6 | 0.00 | 0.0 | 0 | 3.8 | 9 | 80 | M | M | 2 | 2 | 14 | 100 |
| 26 | 81 | 57 | 69 | -5 | 0 | 4 | 0.00 | 0.0 | 0 | 1.9 | 9 | 130 | M | M | 0 | 2 | 12 | 100 |
| 27 | 83 | 56 | 70 | -4 | 0 | 5 | 0.00 | 0.0 | 0 | 4.9 | 14 | 170 | M | M | 4 | 1 | 19 | 190 |
| 28 | 85 | 65 | 76 | 2 | 0 | 11 | 0.11 | 0.0 | 0 | 6.4 | 16 | 200 | M | M | 7 | 1 | 20 | 170 |
| 29 | 83 | 70 | 77 | 3 | 0 | 12 | 0.35 | 0.0 | 0 | 5.8 | 14 | 150 | M | M | 7 | 13 | 21 | 150 |
| 30 | 88 | 66 | 77 | 4 | 0 | 12 | 0.09 | 0.0 | 0 | 3.8 | 12 | 270 | M | M | 4 | 3 | 15 | 270 |
| 31 | 90 | 67 | 79 | 6 | 0 | 14 | T | 0.0 | 0 | 3.5 | 10 | 190 | M | M | 4 | 13 | 17 | 180 |
| SM | 2571 | 1953 | | | 2 | 258 | 3.70 | 0.0 | | 146.6 | | | | M | 181 | | | |
| AV | 83.0 | 63.0 | | | | | | | | 4.7 | FASTST | | M | M | 6 | | MAX(MPH) | |
| | | | | | | | MISC ----> | | | | 41 | 320 | | | | | 64 | 320 |

Claim F8Y3566 (Vertex 109742)
Inspection Date: November 12, 2025
Forest Hills Country Club
5135 Forest Hills Road
Rockford, IL 61114

VERTEX

DM 07312026

# ATTACHMENT D:

8

## METEOROLOGICAL DATA—BHWR

# Benchmark® Wind History Report

| | | | |
|---|---|---|---|
| **Date of Report:** | **November 20, 2025 22:46 CST** | | |
| **Claim Details:** | | | |
| Property Address: | 5135 Forest Hills Road, Rockford, IL | Agent/Adjuster Name: | Travelers |
| ZIP Code: | 61114 | Address: | |
| Claim Number: | F8Y3566 | Phone: | None |
| Date of Loss: | 7/14/24 | Email: | amora@vertexeng.com |
| Cause of Loss: | None | Latitude: | 42.3016336 |
| Assignment Date: | None | Longitude: | -89.05005829 |
| Report Period: | 01 Jan 2009 - Present | | |

**Summary:** Wind greater than 40 mph did not occur at the address on the date inquired. A 50 mph gust occurred on July 15, 2024; i.e., 1 day after the reported date of loss.

**Benchmark® Weather History near location since 1 January 2009**

| [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
|---|---|---|---|---|---|---|---|
| **8th Prior Wind Event** | 3-Jun-24 | 35 | 0 | 40 | 0 | 50 | < 1 |
| **7th Prior Wind Event** | 6-Jun-24 | 40 | 0 | 40 | 0 | 45 | 0 |
| **6th Prior Wind Event** | 9-Jun-24 | 35 | 0 | 40 | 0 | 40 | 0 |
| **5th Prior Wind Event** | 12-Jun-24 | 35 | 0 | 40 | 0 | 50 | < 1 |
| **4th Prior Wind Event** | 13-Jun-24 | 45 | 0 | 45 | 0 | 45 | 0 |
| **3rd Prior Wind Event** | 16-Jun-24 | 55 | < 1 | 55 | < 1 | 60 | < 1 |
| **2nd Prior Wind Event** | 22-Jun-24 | 40 | 0 | 40 | 0 | 40 | 0 |
| **1st Prior Wind Event** | 7-Jul-24 | 40 | 0 | 40 | 0 | 45 | 0 |
| **Date of Loss** | 14-Jul-24 | < 35 | 0 | < 35 | 0 | [illegible] | [illegible] |
| **1st Post Wind Event** | 15-Jul-24 | 50 | < 1 | 55 | < 1 | 70 | < 1 |
| **2nd Post Wind Event** | 23-Jul-24 | 45 | 0 | 45 | 0 | 45 | 0 |
| **3rd Post Wind Event** | 6-Aug-24 | 50 | < 1 | 50 | < 1 | 55 | < 1 |
| **4th Post Wind Event** | 16-Aug-24 | 40 | 0 | 40 | 0 | 45 | 0 |
| **5th Post Wind Event** | 13-Oct-24 | 50 | < 1 | 50 | < 1 | 50 | 1 |
| **6th Post Wind Event** | 31-Oct-24 | 45 | 0 | 50 | < 1 | 50 | < 1 |
| **7th Post Wind Event** | 20-Nov-24 | 40 | 0 | 40 | 0 | 45 | 0 |
| **8th Post Wind Event** | 21-Nov-24 | 40 | 0 | 40 | 0 | 45 | 0 |
| **Most Severe Wind (1/1/09 to today)** | 5-Mar-22 | 70 | < 1 | 75 | < 1 | 75 | < 1 |

DM 07312026

# ATTACHMENT E:

## PHOTOGRAPHIC DOCUMENTATION



| | |
|---|---|
| **Photograph: 1**<br><br>**Description:**<br><br>View of the partial southeast (front) elevation of the building. |  |
| **Photograph: 2**<br><br>**Description:**<br><br>View of the northeast (right-side) elevation of the building. |  |

DM 07312026

# ATTACHMENT E:



## PHOTOGRAPHIC DOCUMENTATION

**Photograph: 3**

**Description:**

View of the partial northwest (rear) elevation of the building.



**Photograph: 4**

**Description:**

View of the southwest (left-side) elevation of the building.



DM 07312026

# ATTACHMENT E:

## PHOTOGRAPHIC DOCUMENTATION



**Photograph: 5**

**Description:**

Overview of roof looking southwest.



**Photograph: 6**

**Description:**

Overview of roof looking northeast.



# ATTACHMENT E:

## PHOTOGRAPHIC DOCUMENTATION



**Photograph: 7**

**Description:**

Overview of southeast facing roof slope.



**Photograph: 8**

**Description:**

Overview of southeast facing roof slope looking towards the pair of dormers at the northeast end of the slope.



DM 07312026

# ATTACHMENT E:

## PHOTOGRAPHIC DOCUMENTATION



**Photograph: 9**

**Description:**

Overview of dormer at the northwest facing roof slopes northeast end.

Note the granule-coated roll roofing membrane (arrow) between dormers.



**Photograph: 10**

**Description:**

Overview of multiple valleys at east-west facing hip near the east corner of the roof.



DM 07312026

# ATTACHMENT E:

## PHOTOGRAPHIC DOCUMENTATION



**Photograph: 11**

**Description:**

Overview of typical condition of the clay tiles covering the roof.



**Photograph: 12**

**Description:**

View of clay tiles at the ridge.



DM 07312026

# ATTACHMENT E:

## PHOTOGRAPHIC DOCUMENTATION



**Photograph: 13**

**Description:**

View of interface between the EPDM covering and the clay tiles along the northwest elevation.



**Photograph: 14**

**Description:**

View of interface between the TPO membrane covering and the clay tiles along the southeast elevation.



DM 07312026

## ATTACHMENT E:



## PHOTOGRAPHIC DOCUMENTATION

**Photograph: 15**

**Description:**

View of field tile that could be lifted several inches by hand.

Note the raised fastener (circle) and that the adjacent fastener hole was empty (arrow) at the underlying tile.



**Photograph: 16**

**Description:**

View of raised fastener at field tile in previous Photograph 15 that could be lifted several inches by hand.



DM 07312026

# ATTACHMENT E:



## PHOTOGRAPHIC DOCUMENTATION

| | |
|---|---|
| **Photograph: 17**<br><br>**Description:**<br><br>View of raised fastener (circle) at field tile.<br><br>Note the second, adjacent fastener hole was empty (arrow). |  |
| **Photograph: 18**<br><br>**Description:**<br><br>View of field tile located near the interface between the tiles and EPDM covering that could be lifted several inches by hand. |  |

DM 07312026

# ATTACHMENT E:

## PHOTOGRAPHIC DOCUMENTATION



**Photograph: 19**

**Description:**

View of ridge tile that could be lifted several inches by hand.



**Photograph: 20**

**Description:**

View of slipped tile along the interface between the tiles and EPDM covering.

Note the empty fastener holes.



DM 07312026

# ATTACHMENT E:

## PHOTOGRAPHIC DOCUMENTATION



**Photograph: 21**

**Description:**

View of slipped end closure tile at interface between tile and EPDM covering.



**Photograph: 22**

**Description:**

View of detached closure tile at the ridge.



DM 07312026



# ATTACHMENT E:

## PHOTOGRAPHIC DOCUMENTATION

**Photograph: 23**

**Description:**

View of fracture in field tiles.

Note the fracture was oriented diagonally along the bottom corner of the tile and had sharp/bright edges. Also note that the fracture resembled tiles that were fractured as a result of foot traffic from the PA and Vertex.



**Photograph: 24**

**Description:**

View of chipped/ fractured edge of field tile.

Note the interior surfaces at the fracture/chip were dull.



DM 07312026

# ATTACHMENT E:

## PHOTOGRAPHIC DOCUMENTATION



**Photograph: 25**

**Description:**

View of crack in closure tile at ridge.

Note the edges of the crack were dull/ rounded.



**Photograph: 26**

**Description:**

View of field tile that was fractured diagonally along its edge with sealant within the fracture line.



DM 07312026

# ATTACHMENT E:

# PHOTOGRAPHIC DOCUMENTATION



**Photograph: 27**

**Description:**

View of fractured tile.

Note the fracture was oriented vertically along the tile exposure and there was sealant within the fracture.



**Photograph: 28**

**Description:**

View of valley metal flashing at dormer within the southeast facing roof slope.

Note the valley metal exhibited corrosion (yellow arrow). Also note the replaced field tile adjacent to the valley (blue arrow).



DM 07312026

# ATTACHMENT E:

## PHOTOGRAPHIC DOCUMENTATION



**Photograph: 29**

**Description:**

View of fractured tile along powder-coated valley metal flashing at the dormer within the northwest facing roof field



**Photograph: 30**

**Description:**

View of fractured, detached, and/or displaced tiles along the powder-coated valley metal flashing (yellow arrow) at one of the dormers within the southeast facing roof field

Note the IWB (blue arrow) underneath one of the displaced tiles



DM 07312026

# ATTACHMENT E:

## PHOTOGRAPHIC DOCUMENTATION



Photograph: 31

Description:

View of corroded fastener and empty fastener hole at a tile along the powder-coated valley metal flashing at one of the dormers within the southeast facing roof field.



Photograph: 32

Description:

View of granule-coated roll roofing membrane between the dormers within the southeast facing roof field.

Note the granule loss.



DM 07312026



**Photograph: 33**

**Description:**

View of fractured tile along the edge of roll roofing repair membrane between the dormers within the southeast facing roof field.



**Photograph: 34**

**Description:**

View of powder-coated valley metal flashing set atop the roll roofing membrane between the two dormers within the northwest facing roof field.

Note valley metal flashing was installed atop the granule coated membrane.



DM 07312026

# ATTACHMENT E:

## PHOTOGRAPHIC DOCUMENTATION



**Photograph: 35**

**Description:**

View of flashing at valley to ridge interface at a dormer in the northwest facing roof field

Note the unsealed edges of the valley metal flashing and roll roofing membrane covering (arrows).



**Photograph: 36**

**Description:**

View of partially detached soffit panel and missing soffit panels at one of the dormers within the southeast facing roof field.



DM 07312026

# ATTACHMENT E:

## PHOTOGRAPHIC DOCUMENTATION



**Photograph: 37**

**Description:**

View of missing soffit panel at the second, northmost dormer within the southeast facing roof field.



**Photograph: 38**

**Description:**

View of roof framing as viewed from the attic space at the roof's northeast end.



# ATTACHMENT E:

## PHOTOGRAPHIC DOCUMENTATION



**Photograph: 39**

**Description:**

View of paper-faced fiberglass batt insulation at roof rafters within the attic space at the roof's southwest end.

Note that some of the insulation was detached and/or missing.



**Photograph: 40**

**Description:**

View of water stains (arrow) on rafter at detached insulation.



DM 07312026

## ATTACHMENT E:

## PHOTOGRAPHIC DOCUMENTATION



| | |
|---|---|
| **Photograph: 41**<br><br>**Description:**<br><br>View of water stains on the underside of the roof sheathing within the field of the roof. |  |
| **Photograph: 42**<br><br>**Description:**<br><br>View of water stains on sheathing adjacent to chimney penetration through the roof. |  |

DM 07312026

# ATTACHMENT E:

## PHOTOGRAPHIC DOCUMENTATION



| | |
|---|---|
| **Photograph: 43**<br><br>**Description:**<br><br>View of water stains in ceiling tile finish at interior of the upper story. |  |

DM 07312026

DM 07312026

TRAVELERS
TRAVELERS - NAPERVILLE
P.O. BOX 650293
DALLAS, TX 752650293

Matthew Nelson
Write It Right Public Adjusting LLC
521 Loves Park Drive
Loves Park, IL 61111

EXHIBIT
tabbles
3

DM 07312026

TRAVELERS

Matthew Nelson
Write It Right Public Adjusting LLC
521 Loves Park Drive
Loves Park, IL 61111

CLAIM PROFESSIONAL
JARED ROOK
jrook@travelers.com
Cell (224) 319-6354
[illegible] F8Y3566

Date of loss: **July 15, 2024**

Loss location:
**5135 FOREST HILLS RD**
**ROCKFORD IL 61114-5937**

Insured name: **FOREST HILLS COUNTRY CLUB**

Underwriting Company: **The Travelers Indemnity Company**

December 4, 2025

Dear Mr. Nelson,

## We're following up on your recent claim

As we discussed, after researching this claim, The Travelers Indemnity Company determined that your policy does not cover the claim submitted for wind and hail damage.

A summary of what we learned, an explanation of our coverage decision and the relevant policy wording follow below.

## Here's what we learned

You presented a claim for wind and hail damage to your property. We inspected the damages with your public adjuster, Matthew Nelson, and our third-party engineer from Vertex on 11/12/2025. Our research found the property did not sustain damage from wind or hail and the interior water damage did not enter the building through an opening created by a covered cause of loss.

## What your policy says about this loss

We discussed that your policy DX T1 00 11 12 contains the following language that applies to your loss:

C. EXCLUSIONS

2. We will not pay for loss or damage caused by or resulting from any of the following:

i. Other Types of Losses

DM 07312026

(1) Wear and tear;

(4) Settling, cracking, shrinking or expansion;

3. We will not pay for loss or damage caused by or resulting from any of the following, 3.a. through 3.c. But if an excluded cause of loss that is listed in 3.a. and 3.b. results in a Covered Cause of Loss, we will pay for the resulting loss or damage caused by that Covered Cause of Loss.

c. Faulty, inadequate or defective:

(4) Maintenance;

D. LIMITATIONS

1. We will not pay for loss of or damage to property, as described and limited in this section. In addition, we will not pay for any loss that is a consequence of loss or damage as described and limited in this section

c. The "interior of a building or structure", or c. The "interior of a building or structure", or structure, caused by or resulting from rain, snow, sleet, ice, sand or dust, whether driven by wind or not, unless:

(1) The building or structure first sustains damage by a Covered Cause of Loss to its roof or walls through which the rain, snow, sleet, ice, sand or dust enters; or

## Explanation of our coverage decision

Because loss caused by wear and tear is not covered and because the interior water damage was not the result of water entering the building through an opening that was first caused by a covered cause of loss, your policy does not provide coverage for this loss.

## If you have new information

Our decision is based on information and documentation currently known to us. If you have new information or documentation for us to consider, let us know as soon as possible.

## The State of Illinois requires us to provide the following information.

Part 919 of the Rules of the Illinois Department of Insurance requires that our company advise you that, if you wish to take this matter up with the Illinois Department of Insurance, it maintains a Consumer Division in Chicago at 115 S. LaSalle Street, 13th Floor, Chicago, IL 60603 and in Springfield at 320 West Washington Street, Springfield, IL 62767.

## Questions?

If you have any questions, please contact us.

DM 07312026

CC: Forest Hills Country Club

DM 07312026

DM 07312026

SHIELDS ENGINEERING GROUP

April 12, 2026

Gary Wright, President
Forest Hills Country Club
5135 Forst Hills Road
Rockford, IL 61114

RE: ***Forensic Engineering Inspection and Report***

Dear Mr. Wright,

At your request, Shields Engineering Group, Inc. performed a forensic engineering evaluation of the Forest Hills Country Club, located in Rockford, IL. The findings and conclusions of our investigation are presented in this report.

**SUMMARY OF OPINIONS**

1. The clay tile roofing system exhibits systemic loss of securement and functional performance.
2. The observed conditions are consistent with wind-induced displacement acting on a compromised fastening system.
3. The roofing assembly is not repairable on a localized basis.
4. A full replacement is required to restore the intended performance.

**SCOPE**

Shields Engineering Group performed a detailed forensic evaluation of the clay tile roofing system and associated building envelope components at the Forest Hills Country Club. The evaluation included physical access to accessible roof areas to document existing conditions, including tile displacement, uplift potential, cracking, spalling, and overall installation quality. Particular attention was given to tile securement, including fastener type, quantity, placement, and embedment, with specific focus on conditions where tiles were secured with fewer fasteners than designed and where fastener withdrawal or exposure was observed.

Selective manipulation of representative tiles was performed, where feasible and in a non-destructive manner, to assess attachment integrity, uplift resistance, and underlying support conditions. The condition of the underlayment was evaluated to the extent visible, with consideration given to age-related deterioration, brittleness, and its effectiveness as a secondary water barrier.

EXHIBIT
tabbies
4

DM 07312026



Interior inspection of attic spaces and accessible ceiling areas was conducted to identify and document evidence of active or historical water intrusion, including staining patterns, moisture pathways, and correlations to observed roof-plane conditions. The evaluation also considered the influence of roof geometry, transitions, and detailing on water entry and overall system performance.

All findings were documented photographically. The collected data was analyzed to develop professional opinions regarding the condition, performance, and repairability of the roofing assembly, including whether the observed deficiencies were localized or systemic in nature and whether repair or full replacement represents the most appropriate remedial approach.

**PROPERTY DESCRIPTION**

Forest Hills Country Club is an established recreational facility located in Rockford, Illinois, consisting of a multi-building campus centered around a primary clubhouse structure. The clubhouse is of conventional wood-framed construction and is believed to have been originally constructed in or around 1925. The building is characterized by a complex roof geometry incorporating multiple steep-slope sections with hips, ridges, valleys, dormers, and transitions to adjacent low-slope roofing systems.

The primary steep-slope roofing system consists of interlocking clay tiles consistent in profile and configuration with Ludowici Spanish-style barrel tile, installed over wood roof decking with an underlying felt-based underlayment. Based on available information and the structure's age, the tile roofing system is believed to be original or near-original, indicating a service life of approximately 100 years.

The roof configuration includes numerous architectural transitions and interface conditions between the steep-slope tile and adjacent roofing systems, creating areas more susceptible to water intrusion and wind-related stress concentrations. Observed conditions indicate evidence of prior repairs, aging materials, and non-uniform characteristics, including irregular tile seating and variations in fastening methods.

**WEATHER DATA**

A review of the meteorological analysis prepared by Weather Analytics, LLC, indicates that the subject property was impacted by a significant wind event on July 15, 2024. According to the report, a large convective storm system classified as a derecho moved through the Rockford, Illinois area during the evening hours, producing widespread straight-line wind conditions.

DM 07312026



The Weather Analytics, LLC report documents that the National Weather Service issued a Severe Thunderstorm Warning for the area, indicating the potential for wind gusts up to 70 mph. Additionally, recorded data from the Chicago Rockford International Airport, located approximately 7.8 miles from the subject property, measured a peak wind gust of approximately 64 mph during the storm event.

Site-specific analysis contained within the report estimates that wind speeds at or near the subject property reached approximately 70 to 75 mph, with winds predominantly originating from the west to northwest between approximately 8:05 p.m. and 8:30 p.m. The report further notes that the storm produced conditions consistent with damaging wind events, including regional observations of tree and limb damage, as well as heavy rainfall capable of producing wind-driven rain.

Based on the findings presented in the Weather Analytics, LLC report, the July 15, 2024, event represents a high-wind occurrence capable of imposing significant uplift pressures and lateral forces on roofing systems, particularly those with reduced securement or pre-existing vulnerabilities.

Weather data is contained in **Appendix A**.

**DOCUMENTS REVIEWED**

In preparation of this report, Shields Engineering Group, Inc. reviewed available documentation relevant to the subject property and reported loss. The following documents were considered as part of this evaluation:

1. Engineering Report prepared by Vertex Engineering Group, dated February 6, 2025, pertaining to the clay tile roofing system at Forest Hills Country Club, including site observations, condition assessment, and causation opinions.

2. Meteorological Analysis Report prepared by Weather Analytics, LLC, dated August 5, 2024, pertaining to the July 15, 2024, wind event at Forest Hills Country Club, Rockford, Illinois.

3. Photographic documentation prepared by Write It Right, Inc., depicting roof conditions, areas of distress, and observed damage at the Forest Hills Country Club.

The findings and conclusions contained within these documents were reviewed and considered, where appropriate, in the development of the opinions presented herein.

Case: 3:26-cv-50355 Document #: 1-1 Filed: 08/19/26 Page 288 of 420 PageID #:292

DM 07312026



**METHODOLOGY**

The evaluation was conducted in general accordance with ASTM E2713-18, *Standard Guide to Forensic Engineering*. The methodology included systematic field investigation, evaluation of physical evidence, and application of engineering principles related to wind loading, material behavior, and roofing system performance.

The investigation included:

1. Physical access to roof surfaces,
2. Non-destructive manipulation of representative tiles,
3. Evaluation of fastening methods and attachment integrity,
4. Assessment of underlayment condition,
5. Interior inspection of attic spaces, and
6. Photographic documentation of observed conditions.

The analysis focused on identifying relevant failure mechanisms and correlating observed conditions with known environmental loading

**Wind Damage Characteristics – Clay Tile Roofing Systems**

Clay tile roofing systems, particularly interlocking barrel-style tiles such as those consistent with Ludowici Spanish tile, are designed to resist environmental loading through a combination of gravity, interlock, and mechanical fastening. Wind-related damage to these systems does not always manifest as complete tile removal; rather, it often presents as a progression of distress mechanisms affecting both the tiles and their attachment.

Under elevated wind conditions, uplift pressures can act on the exposed surfaces of the tiles, particularly at eaves, ridges, hips, and areas of geometric discontinuity. These forces may cause tiles to lift, shift, or "chatter," especially where fastening is inadequate or compromised. Repeated or sustained uplift can result in loosening of fasteners, including nail withdrawal or partial disengagement, reducing the effective securement of the tile system. In systems where tiles are not fastened in accordance with design (e.g., missing fasteners at designated attachment points), susceptibility to wind-induced displacement is significantly increased.

Wind-related movement can also lead to mechanical interaction between adjacent tiles, resulting in edge chipping, spalling, or localized fracture at points of contact. In some cases, individual tiles may crack due to bending stresses induced by uplift or differential support conditions. Even in the absence of widespread tile blow-off, these conditions can compromise the integrity of the roof covering.

Case: 3:26-cv-50355 Document #: 1-1 Filed: 08/19/26 Page 289 of 420 PageID #:293

DM 07312026



Additionally, wind uplift can create temporary openings at tile laps, allowing debris to become lodged beneath the tiles and creating pathways for wind-driven rain intrusion. Once displaced, tiles may not fully re-seat, leaving persistent gaps that facilitate ongoing water entry. The performance of the system is further dependent on the condition of the underlayment; where underlayment is aged or deteriorated, even minor tile displacement can result in active leakage into the structure.

Overall, wind damage to clay tile roofing systems is often characterized by displacement, reduced securement, and progressive material distress, rather than solely by complete tile detachment.

Functional Damage and Physical Damage

- **Functional damage** to roofing assemblies is defined as a loss of water-shedding capability and/or a loss of service life.[1]

- **Physical damage** includes functional damage but also incorporates any distinct, demonstrable, and physical alteration of a property's structure or appearance.[2]

**OBSERVED CONDITIONS**

Photographs were taken during the site visit to document observed conditions and areas of distress at the subject property and are included in **Appendix B**. The photographs provided are representative of the nature, extent, and distribution of distress, as well as any notable or contributing conditions. The following observations were identified during the evaluation:

1. At the roof surface, multiple areas of the tile field were observed to be irregularly seated, with visible gaps and a raised profile across various slopes. Aerial and field photographs document that the tiles are not uniformly aligned and that localized uplift is present along multiple roof sections. These conditions were not isolated but were observed across multiple slopes and roof orientations.

2. Tile securement was found to be inconsistent and deficient in numerous locations. Many tiles were observed to be fastened with only a single nail despite having two fastening holes, and in several instances, no fasteners were present at all. Raised and withdrawn nail heads were commonly observed, and loose

[1] *Hoog Engineering - Certified Residential Roofing Inspector Manual*, page 7.

[2] *What Constitutes Physical Loss or Damage in a Property Insurance Policy*, Scott G. Johnson, Robins Kaplan, LLP, Tort Trial & Insurance Practice Law Journal, Winter 2019.

DM 07312026



nails were noted resting on the surface of the tiles across multiple roof areas. This condition reflects a systemic loss of attachment and reduced resistance to uplift forces. Field verification further confirmed that tiles could be manually lifted approximately 2 to 2.5 inches in multiple locations, indicating a loss of effective anchorage.

3. Debris accumulation beneath tile laps was documented in several locations, indicating that tiles have experienced sufficient uplift to allow foreign material intrusion beneath the weathering surface. This condition demonstrates the presence of openings within the tile assembly and supports the existence of pathways for moisture entry.

4. Material distress of the clay tiles was also observed throughout the roof. Chipping and spalling along tile edges were noted across multiple slopes and in all cardinal directions, consistent with mechanical interaction between adjacent tiles. In addition, fractured tile segments with clean edges were documented, indicating relatively recent breakage of individual units.

5. Evaluation of the underlying components revealed that the underlayment consists of 30-pound felt, which was observed to be brittle and deteriorated. Given its condition, the underlayment is no longer functioning effectively as a secondary water barrier.

6. Interior observations within the attic spaces identified widespread staining along the underside of the roof decking, consistent with ongoing or repeated water intrusion. In at least one area, active leakage conditions were reported, with a collection bucket placed beneath the decking to capture water during rain events. These interior conditions correlate with observed tile displacement and uplift on the roof surface.

7. Overall, the observed conditions indicate that the roofing assembly is experiencing widespread loss of securement, tile displacement, material degradation, and failure of the underlying water-resistive barrier, resulting in active water intrusion into the structure.

**DISCUSSION**

The clay tile roofing assembly at the subject property shows multiple conditions indicative of reduced system performance, including widespread tile displacement, inadequate fastening, material distress, and deterioration of the underlying water-resistive barrier. These conditions are not isolated but are observed across multiple roof

DM 07312026



slopes and orientations, indicating a systemic issue affecting the overall integrity of the roofing assembly.

Field observations showed that a significant number of tiles are secured with only a single fastener, despite being manufactured with two designated fastening holes. In addition, numerous fasteners were observed to be raised, withdrawn, or displaced, with loose nails present on the surface of the tiles. These conditions indicate a loss of effective mechanical attachment between the tiles and the underlying substrate. The reduction in fastening capacity directly diminishes the roofing system's ability to resist uplift forces and maintain proper tile seating under environmental loading.

The ability to manually lift tiles by approximately 2 to 2.5 inches at multiple locations further confirms that the tile system has lost securement. This level of uplift is inconsistent with a properly fastened and functioning tile system and indicates that the tiles are no longer adequately restrained. The observed displacement and looseness allow relative movement between adjacent tiles, which is corroborated by widespread edge chipping and spalling at tile contact points. These damage patterns are consistent with mechanical interaction resulting from repeated movement rather than isolated incidental damage.

Additional evidence of displacement includes debris beneath tile laps, indicating that tiles have experienced sufficient uplift to create openings within the system. These openings provide direct pathways for wind-driven rain to bypass the tile covering. Once displaced, tiles may not fully re-seat, leaving persistent gaps that compromise the roof's water-shedding function.

The condition of the underlayment further contributes to the system's overall performance deficiency. The underlayment, identified as an aged felt material, was observed to be brittle and deteriorated. In clay tile roofing systems, the underlayment serves as the primary waterproofing layer once the tile covering is compromised. Given its deteriorated condition, the underlayment is no longer capable of effectively resisting water intrusion.

Interior observations confirm the functional impact of these conditions, with widespread staining noted along the underside of the roof decking, indicating ongoing or repeated water intrusion. In certain areas, active leakage has been documented, including the use of collection methods to manage water intrusion during precipitation events. These interior conditions correlate with areas of observed tile displacement and uplift at the roof surface.

A review of the meteorological analysis prepared by Weather Analytics, LLC, indicates that the subject property was impacted by a significant wind event on July 15, 2024,

Case: 3:26-cv-50355 Document #: 1-1 Filed: 08/19/26 Page 292 of 420 PageID #:296

DM 07312026



associated with a derecho producing severe straight-line winds. The report documents measured wind gusts of approximately 64 mph at a nearby weather station, with site-specific estimates indicating peak gusts ranging from 70 to 75 mph at or near the subject property.

Wind speeds of this magnitude are sufficient to impose substantial uplift pressures on steep-slope roofing systems, particularly at roof edges, ridges, and areas of geometric discontinuity. In a properly installed clay tile system with adequate fastening, these forces are resisted through a combination of mechanical attachment and tile interlock. However, where fastening is incomplete or compromised—such as conditions observed at this property, including single-fastener installation and nail withdrawal—the resistance to uplift is significantly reduced. Under these conditions, wind loading in the range of 70 to 75 mph can induce tile uplift, displacement, and loss of seating, even without complete tile detachment.

The observed conditions, including measurable tile uplift, widespread displacement, debris beneath tiles, and mechanical damage to tile edges, are consistent with wind acting on a roofing system with reduced securement capacity. The combination of elevated wind forces and compromised fastening would be expected to result in the types of movement and distress observed. Furthermore, the creation of openings within the tile assembly during such an event would facilitate the intrusion of wind-driven rain, particularly in conjunction with a deteriorated underlayment system that is no longer capable of providing effective secondary protection.

When considered collectively, the observed conditions demonstrate 1) that the roofing assembly has experienced a loss of securement, displacement of tiles, and degradation of critical components necessary for water resistance; 2) a combination of inadequate fastening, tile movement, deteriorated underlayment, and exposure to a high-wind event has resulted in a system that is no longer performing as intended; and 3) the observed distress indicates a compromised roofing assembly with reduced capacity to resist environmental loading and to prevent water intrusion.

**REPAIRABILITY AND REPLACEMENT CONSIDERATIONS**

Based on the observed conditions, the clay tile roofing assembly exhibits widespread, systemic deficiencies rather than isolated or localized ones. These deficiencies Include 1) inconsistent and inadequate fastening (including the use of a single fastener where two are required); 2) evidence of fastener withdrawal and displacement, measurable tile uplift, widespread tile displacement; and 3) material distress in the form of chipping and fracture, and deterioration of the underlying felt underlayment.

DM 07312026



From an engineering standpoint, the performance of a clay tile roofing system is dependent on the collective function of its components, including proper mechanical attachment, tile interlock, and a functional underlayment system. The observed loss of securement across multiple roof areas indicates that the system no longer maintains uniform attachment capacity. As such, the ability of the roof to resist wind uplift forces and maintain weather-tightness is compromised on a system-wide basis.

Localized repair efforts, such as resetting individual tiles or replacing isolated damaged units, would not address the underlying systemic deficiencies observed throughout the roofing assembly. Specifically, repairs would not correct the widespread condition of insufficient fastening, nor would they restore the deteriorated underlayment, which serves as the primary water-resistive barrier beneath the tile covering. Additionally, selective repairs would result in a non-uniform system with varying levels of performance, leaving areas of latent vulnerability unaddressed.

The extent of tile displacement, the presence of loose and withdrawn fasteners, and the ability to manually uplift tiles across multiple slopes indicate that the integrity of the attachment system has been broadly compromised. Furthermore, the documented water intrusion within the attic space confirms that the roofing system is no longer performing its intended function of preventing moisture entry.

Given the age of the roofing system, the deteriorated condition of the underlayment, and the widespread nature of the observed deficiencies, removal of the existing tile roofing assembly down to the deck is warranted. Replacement would allow for installation of a new underlayment system and proper fastening of tiles in accordance with current standards, thereby restoring the structural integrity and weather resistance of the roofing system.

**REVIEW OF VERTEX ENGINEERING REPORT**

The report prepared by Vertex Engineering Group was reviewed as part of this evaluation. While the report documents certain conditions at the subject property, its conclusions regarding the absence of wind-related damage are not fully supported when evaluated in the context of the observed physical evidence and available meteorological data.

The Vertex report places primary emphasis on the lack of widespread wind-related tile detachment; however, this approach does not reflect the typical behavior of clay tile roofing systems under wind loading. Such systems commonly experience damage in the form of tile uplift, displacement, and fastener withdrawal without complete tile blow-off. The observed conditions at the subject property, including measurable tile uplift, inconsistent fastening (single nail where two are required), raised and withdrawn

DM 07312026



fasteners, and debris beneath tiles, are indicative of reduced securement and are consistent with wind-induced movement.

In addition, the Vertex report appears to rely on wind data from a different date and lower reported wind speeds, which do not fully reflect the most significant wind event affecting the property. In contrast, the meteorological analysis prepared by Weather Analytics, LLC documents a July 15, 2024, derecho event, with measured wind gusts of approximately 64 mph and site-specific estimated gusts in the range of 70 to 75 mph. These higher wind speeds represent the more critical loading condition for evaluating roof performance and are sufficient to generate uplift pressures that can displace tiles, particularly in systems with compromised fastening.

By not fully accounting for the magnitude and timing of the July 15 wind event, the Vertex report fails to adequately evaluate the relationship between documented environmental loading and the observed roof conditions. When the higher wind speeds and the reduced fastening capacity are considered together, the observed displacement, mechanical distress, and functional damage to the roofing assembly are consistent with wind-induced effects.

Accordingly, the conclusions presented in the Vertex report do not fully account for the combined influence of documented wind forces and reduced attachment capacity and therefore do not adequately explain the observed conditions at the subject property.

**CONCLUSIONS**

Based on the totality of the evidence, including field observations, document review, and engineering analysis, the following conclusions are offered:

1. The clay tile roofing assembly at the Forest Hills Country Club is experiencing a loss of functional performance. The roof exhibits widespread displacement of tiles, inadequate and inconsistent fastening, evidence of fastener withdrawal, material distress, and deterioration of the underlying underlayment system. These conditions have resulted in reduced resistance to environmental loading and have created pathways for water intrusion, as confirmed by interior observations.

2. Meteorological data indicates that the property was subjected to a significant wind event on July 15, 2024, with estimated wind gusts in the range of 70 to 75 mph. Wind speeds of this magnitude are capable of imposing uplift forces sufficient to displace tiles, particularly in areas where fastening is incomplete or compromised. The observed conditions, including tile uplift, debris intrusion beneath tiles, and mechanical damage consistent with movement, are

DM 07312026



compatible with the effects of such wind loading acting on a system with reduced securement capacity.

3. The deficiencies observed are not limited to isolated areas but are present across multiple roof slopes, indicating a systemic condition affecting the overall performance of the roofing assembly. In addition, the aged and brittle condition of the felt underlayment further compromises the ability of the system to resist water intrusion once the tile covering is displaced.

4. Accordingly, it is the opinion of the undersigned that the roofing assembly is no longer performing as intended and has sustained conditions that render it unsuitable for continued service in its current state. The observed damage and deficiencies, in combination with the age and condition of the system, support the conclusion that full replacement of the roofing assembly is warranted to restore proper function and long-term performance.

**CLOSING & SIGNATURE**

The opinions and findings expressed in this report are based upon the information available to this writer as of the date of this report and are the result of limited non-destructive visual inspections of the exposed building components. As such, Shields Engineering Group reserves the right to modify the conclusions contained herein upon receipt or discovery of additional evidence.

Shields Engineering Group warrants that its services are performed, within the limits prescribed by its Clients, with that level of care and skill ordinarily exercised by members of the same professions currently practicing in the same locality under similar conditions; no expressed or implied warranties or guarantees of any kind are given.

Respectfully submitted,

**SHIELDS ENGINEERING GROUP, INC.**

DocuSigned by:
Martin Shields
93172F70846D423...

Martin D. Shields, MCE, P.E., LEED$^{AP-NC}$
Principal

LICENSED PROFESSIONAL ENGINEER
MARTIN D. SHIELDS
062-066930
4/12/2026
OF ILLINOIS

Martin Shields, P.E. electronically signed and sealed this Report on the date shown using a Digital Signature.

**ATTACHMENTS**

Appendix A – Weather Data
Appendix B – SEG Photographs

Docusign Envelope ID: 9221612B-DE1A-4DB9-A369-CDE265D1C418



FWC
FORENSIC WEATHER CONSULTANTS

2400 Western Avenue
Guilderland, New York 12084
518-862-1800 (P)
**Www.WeatherConsultants.Com**

# FORENSIC WEATHER INVESTIGATION OF THE WEATHER CONDITIONS AND WIND GUSTS ON JULY 15, 2024 AT 5135 FOREST HILLS COUNTRY CLUB IN ROCKFORD, ILLINOIS

**January 27, 2026**

| | |
|---|---|
| **CASE NAME:** | "Forest Hills Country Club" |
| **DATE OF LOSS:** | July 15, 2024 |
| **PREPARED FOR:** | Mr. Matthew Nelson |
| **COMPANY:** | Write it Right PA |

*This written report and all of the tables, graphs, findings, data, and opinions contained in it has been prepared for use with this specific case only. Use of any of this information for any other matter, claim or case other than what is indicated above, including for use in expert disclosures in other cases, is strictly prohibited.*

DM 07312026

Docusign Envelope ID: 9221612B-DE1A-4DB9-A369-CDE265D1C418



## ASSIGNMENT

This case was assigned to me by Write it Right PA. I was asked to perform an in-depth weather analysis and forensic weather investigation at 5135 Forest Hills Country Club in Rockford, Illinois in order to determine what the weather conditions were on July 15th, 2024.

Studies to determine what the weather and/or ground conditions were at a specific location in the past should only be conducted by experienced and qualified meteorologists who are experts in the field, who have the education, training, and experience, and who use sound, scientific principles and accepted methodologies normally relied upon by meteorologists in these investigations.

## SUMMARY OF CONCLUSIONS

- On July 15th, 2024, light to moderate and occasionally heavy rain associated with a derecho moved over the incident location from approximately 7:34 p.m. and 10:45 p.m. During this time the derecho was very intense between approximately 8:05 p.m. and 8:30 p.m. on July 15th, 2024.
- Level II Base Reflectivity values were very intense within the derecho, with values as high as 46-51 dBZ at the incident location between approximately 8:05 p.m. and 8:30 p.m. on July 15th, 2024.
- Level II Differential Reflectivity values were as low as 0.91-1.91 dB at the incident location between approximately 8:05 p.m. and 8:30 p.m. on July 15th, 2024. This along with various other meteorological data is not consistent with a tornado.
- Level II Correlation Coefficient values were as low as 96.8-99.8% at the incident location between approximately 8:05 p.m. and 8:30 p.m. on July 15th, 2024. This along with various other meteorological data is not consistent with a tornado.
- Based on nearby storm reports, analysis of Doppler radar, and all the meteorological analysis and methodology discuss in this report, it is my opinion that wind gusts as high as 70-75 MPH generally from the west-northwest occurred at the incident location as the derecho moved over between approximately 8:05 p.m. and 8:30 p.m. on July 15th, 2024.
- At 11:56 p.m. on July 14th, 2024, the NWS in Chicago/Romeoville, Illinois issued a "Flood Warning" for Winnebago County in Illinois (including the incident location and surrounding areas) that was in effect through 6:00 a.m. on July 15th, 2024. This warning stated that Rockford would be impacted by this weather. At 5:36 a.m. on July 15th, 2024, the NWS in Chicago/Romeoville, Illinois issued a "Flood Statement" which canceled the "Flood Warning".
- At 6:56 a.m. on July 15th, 2024, the NWS in Chicago/Romeoville, Illinois issued a "Flood Warning" for the Rock River between Swanson Road in Roscoe and Shorewood Park in Loves Park, including the Latham Park gauge in Illinois (including the incident location and surrounding areas) that was in effect "until further notice". This warning stated that Rockford would be impacted by this weather. At 6:33 p.m. on July 23rd, 2024, the NWS in Chicago/Romeoville, Illinois issued a "Flood Statement" which canceled the "Flood Warning".
- At 7:00 p.m. on July 15th, 2024, the NWS in Chicago/Romeoville, Illinois issued a

DM 07312026

Docusign Envelope ID: 9221612B-DE1A-4DB9-A369-CDE265D1C418



"Severe Thunderstorm Warning" for Winnebago County in Illinois (including the incident location and surrounding areas) that was in effect through 8:15 p.m. on July 15th, 2024. This warning stated hail less than 0.75" in diameter and wind gusts as high as 70 MPH were expected along with a tornado being possible. This warning also stated that Rockford would be impacted by this severe weather.

- At 7:54 p.m. on July 15th, 2024, the NWS in Chicago/Romeoville, Illinois issued a "Tornado Warning" for Central Winnebago County in Illinois (including the incident location and surrounding areas) that was in effect through 8:30 p.m. on July 15th, 2025. This warning stated that a tornado was indicated on radar and that no hail was expected. This warning also stated, "These dangerous storms will be near...Rockford, Rockford Airport, and Cherry Valley around 800 PM CDT. Belvidere around 805 PM CDT." At 8:10 p.m. on July 15th, 2024, the NWS in Chicago/Romeoville, Illinois issued a "Severe Weather Statement" to update the "Tornado Warning" for Southeastern Winnebago County in Illinois. As a result, the warning was no longer in effect for the incident location.

## METHODOLOGY

Forensic Weather Consultants, LLC uses various reliable sources of weather information in order to conduct a reliable weather analysis. In order to accurately determine the weather conditions that existed leading up to and including the time of the incident, a detailed search was performed to find the closest, official weather stations to the incident location. Using the computer program "Google Earth", weather station locations provided by the National Centers for Environmental Information (NCEI), MesoWest, and Synoptic Data were plotted and are indicated by a yellow pushpin. MesoWest is a cooperative project that was started at the University of Utah in 1996 with a goal of providing access to current and archived weather observations from across the United States through internet-based resources. Synoptic Data is a Public Benefit Corporation and Certified B Corp which expanded MesoWest's data distribution and access capabilities. Synoptic Data plays a pivotal role in managing the National Mesonet Program (NMP), a groundbreaking initiative sponsored by the National Oceanic and Atmospheric Administration (NOAA). Additional data sources were obtained which are listed below. While not all of the weather data can be certified by the NCEI, the majority if not all of the data is housed and maintained on NOAA websites including ncei.noaa.gov and are the records that meteorologists rely upon during the normal course of business to conduct these kinds of investigations.

## GENERAL REVIEW OF WEATHER DATA SOURCES

Many different types of weather data are gathered and analyzed as part of our investigations. While some, but not necessarily all, of these weather data sources were utilized for this case, I am providing a list of the different types of stations for informational purposes.

The Automated Surface Observing Systems (ASOS) program is a joint effort of the NWS, the Federal Aviation Administration (FAA), and the Department of Defense (DOD). The ASOS serves as the nation's primary surface weather observing network. The ASOS compiles various weather observations, often more than once per hour, called Local Climatological Data (**LCD**) that are reviewed, maintained, and stored by NOAA. ASOS computed wind speeds are the 2-

DM 07312026

DocuSign Envelope ID: 9221612B-DE1A-4DB9-A369-CDE265D1C418



minute average wind speed prior to the time of the observation. ASOS computed wind gusts are the greatest 5-second average wind speed that was measured in the 10 minutes prior to the time of the observation. Wind gusts are reported if the greatest gust exceeds 14 knots (16 MPH). ASOS also computes peak wind gusts which are the greatest 5-second average wind speed that occurred since the last generated Meteorological Aerodrome Report (METAR). Peak wind gusts are reported if the greatest peak wind gust exceeds 25 knots (29 MPH).

Through the NWS Cooperative Observer Program (**COOP**), more than 10,000 volunteers take daily weather observations at National Parks, seashores, mountaintops, and farms as well as in urban and suburban areas. COOP data usually consists of daily maximum and minimum temperatures, snowfall, and 24-hour precipitation totals ending at a specific time, such as 7:00 a.m. in many locations.

The Community Collaborative Rain, Hail and Snow Network (**CoCoRaHS**) is a network consisting of volunteer weather observers across the United States, Canada, Puerto Rico, and the Bahamas. These volunteers take daily precipitation measurements and report them to a centralized data store online, where this data is heavily utilized by the NWS, meteorologists, emergency managers and city utilities. CoCoRaHS data is particularly useful in situations where storm systems produce sharp precipitation gradients.

The Citizen Weather Observer Program (**CWOP**) is a network of privately-owned electronic weather stations in the United States and in over 150 countries. These stations are part of a network that allows volunteers with computerized weather stations to send automated surface weather observations to the NWS by way of the Meteorological Data Ingest System (MADIS). The CWOP reported wind speed is the 2-minute average of the wind speed prior to the observation. The CWOP reported wind gust is the maximum instantaneous wind speed (at least a 5-second average) observed in the 10 minutes prior to the observation.

One of the most effective tools to detect precipitation is radar. Radar, which stands for RAdio Detection And Ranging, has been utilized to detect precipitation, and especially thunderstorms, since the 1940s. The radar used by the NWS is called the WSR-88D, which stands for Weather Surveillance Radar - 1988 Doppler (the prototype radar was built in 1988). As its name suggests, the WSR-88D is a **Doppler radar**, meaning it can detect motions toward or away from the radar as well as the location of precipitation areas. There are approximately 160 WSR-88D Doppler radars in the nation, including the U.S. Territory of Guam and the Commonwealth of Puerto Rico, operated by the NWS and the DOD.

WSR-88D Doppler radar images were used in conjunction with other types of weather records in this study. Doppler radar is a 10-centimeter wavelength (S-Band) radar that is useful for locating precipitation and other features in the atmosphere. Doppler radar images are processed approximately every 1 to 5 minutes and can determine if precipitation was falling at the incident location and if so, when it started and stopped. The Transmitter at the Radar Data Acquisition Unit (RDA) sends a pulse of energy into the atmosphere and if any precipitation is intercepted by the energy, part of the energy is scattered back to the RDA receiver. These return signals, called "radar echoes", are assembled to produce radar images. The original returned signal is known as Level I data. The RDA Signal Processor takes the returned signal and performs clutter filtering,

DM 07312026

Docusign Envelope ID 9221612B DE1A-4DB9-A369-CDE265D1C418



range unfolding, and calculates the base data (Level II data). "Range Unfolding[1]" is the "process of removing range ambiguity in apparent range of a multitrip target on the radar." The base data is then sent to the Radar Product Generator (RPG) to distribute to users and to further process the data to create Level III products. A visualization of a typical Doppler radar facility can be found below.



Dual-polarized (dual-pol) radar technology provides advanced radar products to help determine the type and intensity of precipitation and how much may have accumulated. It can also help tell the difference between meteorological (rain, snow, etc.) and non-meteorological (smoke, birds, bugs, bats, etc.) echoes, in addition to confirming that tornadoes are on the ground causing damage. One of the most common features of dual-pol radar products is the ability to identify hail. With dual-pol technology, the radar image becomes two-dimensional because the radar sends both horizontally and vertically polarized electromagnetic waves. As these perpendicular fields bounce off an object and are received back at the radar, a computer program separately processes information about the horizontal and vertical dimensions of the particles. This cross-section now gives meteorologists a measure of the size and shape of the object. A visualization of the dual-pol process can be found below.

[1] https://forecast.weather.gov/glossary.php?word=RANGE+UNFOLDING




As previously stated, there are three levels of WSR-88D Doppler radar data: Level I, Level II, and Level III. Level I data consists of the raw returned signal at the RDA. Level II data consists of high-resolution (super-resolution) base moment data following quality control. The base moment data includes reflectivity, velocity, spectrum width, correlation coefficient, differential reflectivity, and differential phase. Quality control consists of clutter filtering and range unfolding. Level III data consists of derived products and base moment data that have been recombined into 1-degree azimuth bins and smoothed.

Level II data has a range resolution of 250 meters and an azimuth resolution of 0.5 degrees at elevations below the 1.65-degree tilt (also known as the Split Cuts). Above the 1.65-degree tilt (also known as the Batch Cuts), Level II data has a range resolution of 250 meters and an azimuth resolution of 1 degree. Level III products vary in resolution. Level III Differential Reflectivity, Correlation Coefficient, and Velocity have a range resolution of 250 meters and an azimuth resolution of 1 degree. Level III Reflectivity has a range resolution of 1 kilometer and an azimuth resolution of 1 degree.

The NWS Warning Decision Training Division (WDTD) Radar and Applications Course (RAC) which covers radar theory, operations, and current techniques in analyzing dual-polarization radar capabilities recommends using the highest resolution products available (Level II data). However, in the Base Data Quality Management section of the RAC, it is recommended to use Level III dual-polarization data (such as Differential Reflectivity and Correlation Coefficient) since the recombination and smoothing of Level II data into Level III data can eliminate some "noise" within the higher resolution data. The one caveat is that Tornadic Debris Signatures (TDS) are easier to see in Level II data. In the absence of Level III dual-polarization data, Level II dual-polarization data can be utilized by a trained meteorologist. As a result, I obtained Level II Doppler radar data to review.

The NWS offices around the country issue numerous weather alerts, advisories, warnings, statements, bulletins, and storm reports and these are also utilized in my investigations. Severe

DM 07312026

Docusign Envelope ID 9221612B-DE1A-4DB9-A369 CDE265D1C418



Thunderstorm Warnings issued by the NWS after July 28th, 2021, include a "damage threat" tag. There are three categories to distinguish between high-impact and low-impact events. The categories in order of highest to lowest damage threat are destructive, considerable, and base. The criteria for a destructive damage threat is at least 2.75 inch diameter (baseball-sized) hail and/or 80 mph thunderstorm winds. The criteria for a considerable damage threat is at least 1.75 inch diameter (golf ball-sized) hail and/or 70 mph thunderstorm winds. The criteria for a baseline or "base" severe thunderstorm warning is 1.00 inch (quarter-sized) hail and/or 58 mph thunderstorm winds. A map depicting the NWS offices can be found below.




## GOOGLE EARTH MAP OF INCIDENT LOCATION AND WEATHER STATIONS

The incident location was plotted on the map and is indicated by a red pushpin. The map will help give you an approximate location of the weather stations obtained for this analysis and their proximity to the incident location.

DM 07312026

Docusign Envelope ID: 9221612B-DE1A-4DB9-A369-CDE265D1C418





In order to perform my analysis of the weather conditions that existed, I obtained and reviewed the following weather records (the distance from the incident location and each weather station is also provided):

a. Hourly Surface Weather Observations/Local Climatological Data (LCD) from Chicago/Rockford International Airport (RFD) in Rockford, Illinois (approximately 7.8 miles south-southwest of the incident location).

b. 5-Minute Surface Observations from Chicago/Rockford International Airport (RFD) in Rockford, Illinois.

c. Citizen Weather Observer Program (CWOP) weather station reports from EW4118 in Roscoe, Illinois (approximately 9.9 miles northeast of the incident location).

d. Citizen Weather Observer Program (CWOP) weather station reports from FW1332 in Poplar Grove, Illinois (approximately 14.1 miles east-northeast of the incident location).

e. Cooperative Observer Program (COOP) weather station reports from Belvidere WWTP, Illinois (approximately 10.0 miles east-southeast of the incident location).

f. Community Collaborative Rain, Hail and Snow Network (CoCoRaHS) reports from Rockford 3.8 NNW, Illinois (approximately 2.5 miles west-northwest of the incident location).

g. Community Collaborative Rain, Hail and Snow Network (CoCoRaHS) reports from Rockford 4.5 WSW, Illinois (approximately 6.1 miles southwest of the incident location).

DM 07312026

Docusign Envelope ID: 9221612B-DE1A-4DB9-A369-CDE265D1C418



h. Community Collaborative Rain, Hail and Snow Network (CoCoRaHS) reports from Belvidere 5.0 NNW, Illinois (approximately 8.7 miles east of the incident location).

i. Online Community Collaborative Rain, Hail and Snow Network (CoCoRaHS) reports and daily comments for Winnebago County in Illinois, Boone County in Illinois, and Ogle County in Illinois.

j. Level II Super-resolution Reflectivity Doppler Radar images from the Milwaukee, Wisconsin (MKX) radar site that were zoomed in over the incident location.

k. Level II Super-resolution Velocity Doppler Radar images from the Milwaukee, Wisconsin (MKX) radar site that were zoomed in over the incident location.

l. Level II Differential Reflectivity Doppler Radar images from the Milwaukee, Wisconsin (MKX) radar site that were zoomed in over the incident location.

m. Level II Correlation Coefficient Doppler Radar images from Milwaukee, Wisconsin (MKX) radar site that were zoomed in over the incident location.

n. Gibson Ridge Analyst Edition (GRAE) Level II data from the Milwaukee, Wisconsin (MKX) radar facility.

o. Atmospheric sounding numerical data from Davenport, Iowa on July 15th, 2024.

p. Various weather bulletins, advisories and statements that were issued by the National Weather Service (NWS) in Chicago/Romeoville, Illinois.

q. Forensic Weather Consultants Severe Weather History Database.

r. Iowa Environmental Mesonet (IEM) Archived Warnings issued by the NWS in Chicago/Romeoville, Illinois.

s. United States Surface Analysis images from the Weather Prediction Center (WPC).

t. Storm Events Database from the National Centers for Environmental Information (NCEI) for Winnebago County in Illinois, Boone County in Illinois, and Ogle County in Illinois.

u. National Weather Service Storm Survey Overlay from the National Weather Service Damage Assessment Toolkit.

v. National Weather Service Storm Summary titled "*July 15, 2024: Derecho Produces Widespread Wind Damage and Numerous Tornadoes*"

The weather data and climatological records used for this analysis are the records that meteorologists rely upon every day during the normal course of business. The findings in this report utilize the weather records that were available at the time of data retrieval for this case. Any additional weather records and data that become available at a later date may be incorporated into this report in the future.

DM 07312026

Docusign Envelope ID: 92216128-DE1A-4DB9-A369-CDE265D1C418



Doppler radar images were processed by the Milwaukee, Wisconsin (MKX) radar site using the Weather and Climate Toolkit. These images were downloaded from the NCEI, zoomed in over the incident location, and the incident location was plotted on each image map.

In addition, I downloaded Doppler radar data and viewed these images using Gibson Ridge Analyst Edition (GRAE) which is customarily relied upon by other meteorologists, consulting meteorologists and NWS offices nationwide. I manually located the incident location using this program and plotted it with a white "dot" labeled "INCIDENT LOCATION" on the radar map to determine the intensity and values of the different radar products. Using this methodology, I was able to determine the many different radar values and reflectivity heights that are contained in my report. These, along with the other weather records and data were used to complete my meteorological analysis.

The Milwaukee, Wisconsin (MKX) radar site is located approximately 52.6 miles north-northeast of the incident location. It should be noted that the radar image date and time stamps that are given on the Doppler radar images are given in "GMT", which is Greenwich Mean Time. In order to convert "GMT" to Central Daylight Time (CDT), a subtraction of 5 hours is necessary. Additionally, the Hourly Surface Weather Observations/Local Climatological Data (LCD) are given in "Local Standard Time" which requires a one-hour forward time adjustment to obtain "Local Daylight Time." The only exception to this is that some of the remarks themselves are given in GMT. The findings in this report have incorporated and converted all of these times correctly.

Not all hail events, wind gusts, and storm damage are reported to the NWS and the NCEI. These are the entities that compile these reports. There are number of reasons why storm reports may not be listed. Some include the time of day, if the storm occurred during the overnight hours when most people were sleeping, how populated an area is, if communications were interrupted, if the NWS logged each storm report that was received, or if the general public even knew how to submit such a report. For these reasons and others, just because hail, wind or tornado reports were not listed near the location of an incident does not mean it didn't occur. In order to determine what the weather conditions were at the incident location, an experienced and qualified meteorologist, such as a consulting meteorologist, should conduct a detailed analysis using the most reliable data sources and industry accepted methodology and practices.

Numerous studies and research have been conducted which led to the accepted methodologies, standards, and practices that I employed during this study. These best practices and standards are based on documented research, accepted practices and principles that experienced meteorologists utilize in these kinds of investigations. Some of the many different guidelines, which are utilized by NWS offices nationwide, can be found in online NWS modules located at https://training.weather.gov/wdtd/courses/rac/outline.php.

The methodology, practices, and principles I employed researching, analyzing, and determining the weather information contained in this report is the industry-accepted way to determine the presence of hail, hail size, wind speeds, tornadoes, and other weather conditions at a specific incident location. My findings, including extrapolation of the radar data and weather records, are

DM 07312026

Docusign Envelope ID: 9221612B-DE1A-4DB9-A369-CDE265D1C418



all based on sound, scientific principles, practices, and accepted methodology in the field of meteorology.

## METEOROLOGICAL ANALYSIS FOR JULY 15, 2024

Weather systems are features located in the atmosphere that can be categorized by their horizontal size. In general, high and low pressure systems, cold fronts, and warm fronts are synoptic-scale systems that range in size from approximately 620 – 3100 miles (1000 – 5000 km). Mesoscale weather features such as Mesoscale Convective Systems and thunderstorms range in size generally between 1.2 – 620 miles (2 – 1000 km). On a microscale level, weather features are generally less than 1.2 miles (2 km) wide.

The following is a surface analysis map of the contiguous United States at 7:00 p.m. CDT on July 15th, 2024, that was prepared by the Weather Prediction Center (WPC), a division of the National Weather Service (NWS). This surface map indicated that low pressure was located across the Upper Mississippi Valley with a surface trough present across eastern Iowa and western Illinois.




Doppler radar images that were zoomed in over the incident location and other information indicated that on July 15th, 2024, light to moderate and occasionally heavy rain associated with a

DM 07312026

Docusign Envelope ID: 9221612B-DE1A-4DB9-A369-CDE265D1C418



derecho[2] moved over the incident location from approximately 7:34 p.m. and 10:45 p.m. During this time the derecho was very intense between approximately 8:05 p.m. and 8:30 p.m.

**Level II Doppler radar images indicated that the derecho was very intense with reflectivity values as high as 46.0-51.0 dBZ at the incident location between approximately 8:05 p.m. and 8:30 p.m. on July 15th, 2024.** The derecho generally moved toward the east. While the height of the Milwaukee, Wisconsin (MKX) radar beam fluctuates slightly, it was generally located approximately 3,800 feet over the incident location.

At 11:56 p.m. on July 14th, 2024, the NWS in Chicago/Romeoville, Illinois issued a "Flood Warning" for Winnebago County in Illinois (including the incident location and surrounding areas) that was in effect through 6:00 a.m. on July 15th, 2024. This warning stated that Rockford would be impacted by this weather. At 5:36 a.m. on July 15th, 2024, the NWS in Chicago/Romeoville, Illinois issued a "Flood Statement" which canceled the "Flood Warning".

At 6:56 a.m. on July 15th, 2024, the NWS in Chicago/Romeoville, Illinois issued a "Flood Warning" for the Rock River between Swanson Road in Roscoe and Shorewood Park in Loves Park, including the Latham Park gauge in Illinois (including the incident location and surrounding areas) that was in effect "until further notice". This warning stated that Rockford would be impacted by this weather. At 6:33 p.m. on July 23rd, 2024, the NWS in Chicago/Romeoville, Illinois issued a "Flood Statement" which canceled the "Flood Warning".

At 7:00 p.m. on July 15th, 2024, the NWS in Chicago/Romeoville, Illinois issued a "Severe Thunderstorm Warning" for Winnebago County in Illinois (including the incident location and surrounding areas) that was in effect through 8:15 p.m. on July 15th, 2024. This warning stated hail less than 0.75" in diameter and wind gusts as high as 70 MPH were expected along with a tornado being possible. This warning also stated that Rockford would be impacted by this severe weather.

According to the NWS, a "Severe Thunderstorm[3]" is defined as "a thunderstorm that produces a tornado, winds of at least 58 mph (50 knots), and/or hail at least 1" in diameter. Structural wind damage may imply the occurrence of a severe thunderstorm. A thunderstorm wind equal to or greater than 40 mph (35 knots) and/or hail less than 1" is defined as approaching severe."

At 7:54 p.m. on July 15th, 2024, the NWS in Chicago/Romeoville, Illinois issued a "Tornado Warning" for Central Winnebago County in Illinois (including the incident location and

---

[2] Storm Prediction Center Definition of "Derecho" (2025): "*A widespread, severe windstorm that originates from a mid-latitude MCS [Mesoscale Convective System] that is driven by a cold pool and other possible internal forcing mechanisms. Although a derecho can produce destruction similar to that of a tornado, the damage typically occurs in one direction along a relatively straight path. As a result, the term "straight-line wind damage" is sometimes used to describe derecho damage. By definition, if the swath of wind damage extends at least 250 miles (about 400 kilometers) long, includes wind gusts of at least 58 mph (93 km/h) along its length, with several, well-separated 75 mph (121 km/h) or greater gusts, and originates from an MCS that moves faster than the mean wind speed (thus being primarily cold pool driven), the event may be classified as a derecho. The derecho-producing convective system also should contain certain radar-observed storm features such as bow echoes and rear-inflow jets.*" https://www.spc.noaa.gov/misc/AbtDerechos/derechofacts.htm#whatsnew

[3] https://forecast.weather.gov/glossary.php?word=SEVERE+THUNDERSTORM

surrounding areas) that was in effect through 8:30 p.m. on July 15th, 2025. This warning stated that a tornado was indicated on radar and that no hail was expected. This warning also stated, "*These dangerous storms will be near...Rockford, Rockford Airport, and Cherry Valley around 800 PM CDT. Belvidere around 805 PM CDT.*" At 8:10 p.m. on July 15th, 2024, the NWS in Chicago/Romeoville, Illinois issued a "Severe Weather Statement" to update the "Tornado Warning" for Southeastern Winnebago County in Illinois. As a result, the warning was no longer in effect for the incident location.

I utilized the "WSR-88D Dual-Polarization Guide" that was created by the National Weather Service Warning Decision Training Division (WDTD) and the National Oceanic and Atmospheric Administration (NOAA)[4] to assist in my analysis.

## Level II Base Reflectivity, Base Velocity, Differential Reflectivity and Correlation Coefficient Doppler Radar Images

The following Level II Doppler radar images (**Figures 1-10**) show the derecho moving over the incident location.

Level II base velocity Doppler radar images from the Milwaukee, Wisconsin (MKX) radar site indicated winds as high as 28-33 MPH at the incident location between approximately 8:05 p.m. and 8:30 p.m. on July 15th, 2024.



**Figure 1:** This Level II Doppler radar image was processed at 8:05 p.m. CDT on July 15th, 2024, and depicts super-resolution base reflectivity (top left), super-resolution base velocity (top right), differential reflectivity (bottom left), and correlation coefficient (bottom right).

[4] https://training.weather.gov/wdtd/courses/dualpol/documents/QuickReference-MediaGuide.pdf

DM 07312026

Docusign Envelope ID: 9221612B-DE1A-4DB9-A369-CDE265D1C418





Figure 2: This Level II Doppler radar image was processed at 8:06 p.m. CDT on July 15th, 2024, and depicts super-resolution base reflectivity (top left), super-resolution base velocity (top right), differential reflectivity (bottom left), and correlation coefficient (bottom right).



Figure 3: This Level II Doppler radar image was processed at 8:09 p.m. CDT on July 15th, 2024, and depicts super-resolution base reflectivity (top left), super-resolution base velocity (top right), differential reflectivity (bottom left), and correlation coefficient (bottom right).

DM 07312026

Docusign Envelope ID: 9221612B-DE1A-4DB9-A369-CDE265D1C418





**Figure 4:** This Level II Doppler radar image was processed at 8:12 p.m. CDT on July 15th, 2024, and depicts super-resolution base reflectivity (top left), super-resolution base velocity (top right), differential reflectivity (bottom left), and correlation coefficient (bottom right).



**Figure 5:** This Level II Doppler radar image was processed at 8:15 p.m. CDT on July 15th, 2024, and depicts super-resolution base reflectivity (top left), super-resolution base velocity (top right), differential reflectivity (bottom left), and correlation coefficient (bottom right).

DM 07312026

Docusign Envelope ID: 92216126-DE1A-4DB9-A369-CDE265D1C416





**Figure 6:** This Level II Doppler radar image was processed at 8:18 p.m. CDT on July 15th, 2024, and depicts super-resolution base reflectivity (top left), super-resolution base velocity (top right), differential reflectivity (bottom left), and correlation coefficient (bottom right).



**Figure 7:** This Level II Doppler radar image was processed at 8:22 p.m. CDT on July 15th, 2024, and depicts super-resolution base reflectivity (top left), super-resolution base velocity (top right), differential reflectivity (bottom left), and correlation coefficient (bottom right).

DM 07312026

Docusign Envelope ID: 9221612B-DE1A-4DB9-A369-CDE265D1C418





**Figure 8:** This Level II Doppler radar image was processed at 8:25 p.m. CDT on July 15th, 2024, and depicts super-resolution base reflectivity (top left), super-resolution base velocity (top right), differential reflectivity (bottom left), and correlation coefficient (bottom right).



**Figure 9:** This Level II Doppler radar image was processed at 8:28 p.m. CDT on July 15th, 2024, and depicts super-resolution base reflectivity (top left), super-resolution base velocity (top right), differential reflectivity (bottom left), and correlation coefficient (bottom right).

DM 07312026

Docusign Envelope ID: 92216128-DE1A-4DB9-A369-CDE265D1C418





**Figure 10:** This Level II Doppler radar image was processed at 8:31 p.m. CDT on July 15th, 2024, and depicts super-resolution base reflectivity (top left), super-resolution base velocity (top right), differential reflectivity (bottom left), and correlation coefficient (bottom right).

## Differential Reflectivity (ZDR)

Differential reflectivity (ZDR) is the difference between the horizontal and vertical reflectivity values observed by Doppler radar. ZDR is useful in determining the shape of the hydrometeor and identifying hail compared to a raindrop.

**At the incident location, Level II Differential Reflectivity values were as low as 0.91-1.91 dB when the very intense reflectivity values moved over between approximately 8:05 p.m. and 8:30 p.m. on July 15th, 2024.** According to the WSR-88D Dual-Polarization Guide for "ZDR" that can be found below, and analysis of various other meteorological data, this is not consistent with a tornado.

Typical Values for ZDR (dB)



DM 07312026

Docusign Envelope ID: 92216128-DE1A-4DB9-A369-CDE265D1C418



## Correlation Coefficient (CC)

Correlation Coefficient (CC) is a measure of how similar the horizontal and vertical pulses are behaving from pulse to pulse. CC is useful for identifying large hail, tornadic debris aloft, rain versus snow, and irregular hydrometeor shapes.

**At the incident location, Level II Correlation Coefficient values were as low as 96.8-99.8% when the very intense reflectivity values moved over between approximately 8:05 p.m. and 8:30 p.m. on July 15th, 2024.** According to the WSR-88D Dual-Polarization Guide for "CC" that can be found below, and analysis of various other meteorological data, this is not consistent with a tornado.

Typical Values for CC




## National Weather Service Bulletins, Warnings and Statements

The following are publicly issued warnings and severe weather statements from the NWS in Chicago/Romeoville, Illinois which included the incident location and surrounding areas.

<u>At 11:56 p.m. on July 14th, 2024, the NWS in Chicago/Romeoville, Illinois issued a "Flood Warning" that was in effect for Winnebago County in Illinois through 6:00 a.m. on July 15th, 2024:</u>

```
Flood Warning
National Weather Service Chicago IL
1156 PM CDT Sun Jul 14 2024
ILC007-037-141-201-151100-
/O.NEW.KLOT.FA.W.0008.240715T0456Z-240715T1100Z/
/00000.0.ER.000000T0000Z.000000T0000Z.000000T0000Z.OO/
Boone IL-De Kalb IL-Ogle IL-Winnebago IL-
1156 PM CDT Sun Jul 14 2024
...FLOOD WARNING IN EFFECT UNTIL 6 AM CDT MONDAY...
...REPLACES FLASH FLOOD WARNING...
* WHAT...Flooding caused by excessive rainfall is expected.
* WHERE...A portion of north central Illinois, including the
  following counties, Boone, De Kalb, Ogle and Winnebago.
* WHEN...Until 600 AM CDT Monday.
* IMPACTS...Creeks and streams may rise out of their banks. Flooding
  may occur in poor drainage and urban areas. Slow moving or
  standing water may continue.
* ADDITIONAL DETAILS...
  - At 1154 PM CDT, Doppler radar and automated rain gauges
```

DM 07312026

Docusign Envelope ID: 9221612B-DE1A-4DB9-A369-CDE265D1C418



```
    indicated widespread rainfall up to 4 inches fell during
    previous showers and thunderstorms. Rainfall has ended and no
    new flooding is expected, although some creeks may continue
    to rise for the next few hours.
  - Some locations that will experience flooding include...
    Rockford, Belvidere, Loves Park, Machesney Park, Poplar
    Grove, Rockford Airport, Candlewick Lake, Cherry Valley,
    Winnebago, Davis Junction, Pecatonica, Timberlane, New
    Milford, Garden Prairie and Seward.
  - http://www.weather.gov/safety/flood
PRECAUTIONARY/PREPAREDNESS ACTIONS...
Turn around, don't drown when encountering flooded roads. Most flood
deaths occur in vehicles.
Be especially cautious at night when it is harder to recognize the
dangers of flooding.
&&
LAT...LON 4220 8917 4220 8939 4235 8940 4236 8871
      4215 8871 4215 8917
```

<u>At 5:36 a.m. on July 15th, 2024, the NWS in Chicago/Romeoville, Illinois issued a "Flood Statement" that canceled the "Flood Warning" that was in effect:</u>

```
Flood Statement
National Weather Service Chicago IL
536 AM CDT Mon Jul 15 2024
ILC007-037-141-201-151046-
/O.CAN.KLOT.FA.W.0008.000000T0000Z-240715T1100Z/
/00000.0.ER.000000T0000Z.000000T0000Z.000000T0000Z.OO/
Boone IL-De Kalb IL-Ogle IL-Winnebago IL-
536 AM CDT Mon Jul 15 2024
...FLOOD WARNING IS CANCELLED...
The Flood Warning is cancelled for a portion of north central
Illinois, including the following areas, Boone, De Kalb, Ogle and
Winnebago.
The heavy rain has ended and flood waters have receded. Flooding is
no longer expected to pose a threat. Please continue to heed
remaining road closures.
&&
LAT...LON 4220 8917 4220 8939 4235 8940 4236 8871
      4215 8871 4215 8917
```

<u>At 6:56 a.m. on July 15th, 2024, the NWS in Chicago/Romeoville, Illinois issued a "Flood Warning" that was in effect "*until further notice*":</u>

```
Flood Warning
National Weather Service Chicago IL
656 AM CDT Mon Jul 15 2024
...The National Weather Service in Chicago IL has issued a Flood
Warning for the following rivers in Illinois...
  Rock River at Latham Park affecting Winnebago County.
For the Rock River...including Latham Park...Minor flooding is
forecast.
PRECAUTIONARY/PREPAREDNESS ACTIONS...
A Flood Warning means water levels above flood stage are imminent or
may already be occurring. Persons along rivers and streams in the
warned area should take immediate precautions to protect life and
property.
These forecasts are based on observed precipitation as well as
forecast precipitation 24 hours into the future. Changes to the
rainfall forecast, or any additional rainfall after 24 hours, may
cause changes to these river forecasts.
Additional information is available at www.weather.gov.
The next statement will be issued by late tonight.
&&
ILC201-160600-
/O.NEW.KLOT.FL.W.0043.240715T1600Z-000000T0000Z/
/LATI2.1.ER.240715T1600Z.240717T1800Z.000000T0000Z.NO/
```

DM 07312026

Docusign Envelope ID: 9221612B-DE1A-4DB9-A369-CDE265D1C418



```
656 AM CDT Mon Jul 15 2024
...FLOOD WARNING IN EFFECT FROM THIS MORNING UNTIL FURTHER NOTICE...
* WHAT...Minor flooding is forecast.
* WHERE...Rock River from Swanson Road in Roscoe downstream to
  Shorewood Park in Loves Park, including the Latham Park gauge.
* WHEN...From this morning until further notice.
* IMPACTS...At 10.5 feet, Low-lying sections of Shore Drive are
  threatened between Wilson Avenue and Park Road in Machesney Park.
  Water overflows low-lying river banks along East Drive in Loves
  Park. Low-lying areas of Martin Memorial Park are inundated.
* ADDITIONAL DETAILS...
  - At 6:30 AM CDT Monday the stage was 8.8 feet.
  - Forecast...The river is expected to rise above flood stage
    late this morning.
  - Flood stage is 9.0 feet.
  - http://www.weather.gov/safety/flood
&&
LAT...LON 4239 8908 4239 8898 4230 8903 4230 8911
```

<u>At 7:00 p.m. on July 15th, 2024, the NWS in Chicago/Romeoville, Illinois issued a "Severe Thunderstorm Warning" that was in effect for Winnebago County in Illinois through 8:15 p.m. on July 15th, 2024</u>:

```
Severe Thunderstorm Warning
National Weather Service Chicago/Romeoville
700 PM CDT Mon Jul 15 2024
The National Weather Service in Chicago has issued a
* Severe Thunderstorm Warning for...
  Ogle County in north central Illinois...
  Northern Lee County in north central Illinois...
  Winnebago County in north central Illinois...
* Until 815 PM CDT.
* At 700 PM CDT, severe thunderstorms were located along a line
  extending from near Warren to near Stockton to near Mount Carroll
  to Sabula, moving east at 50 mph.
  HAZARD...70 mph wind gusts.
  SOURCE...Radar indicated.
  IMPACT...Expect considerable tree damage. Damage is likely to
           mobile homes, roofs, and outbuildings.
* Locations impacted include...
  Rockford, Loves Park, Machesney Park, Dixon, Roscoe, Rochelle,
  South Beloit, Rockton, Byron, Oregon, Mount Morris, Polo, Rockford
  Airport, Cherry Valley, Winnebago, Davis Junction, Pecatonica,
  Forreston, Durand, Hillcrest, Stillman Valley, Franklin Grove,
  Ashton, Lost Nation, and New Milford.
PRECAUTIONARY/PREPAREDNESS ACTIONS...
Remain alert for a possible tornado! Tornadoes can develop quickly
from severe thunderstorms. If you spot a tornado go at once into the
basement or small central room in a sturdy structure.
For your protection move to an interior room on the lowest floor of a
building.
A Tornado Watch remains in effect until 100 AM CDT for north central
Illinois.
&&
LAT...LON 4249 8894 4182 8894 4185 8962 4195 8963
      4193 8963 4193 8969 4220 8969 4220 8940
      4250 8940
TIME...MOT...LOC 0000Z 282DEG 43KT 4251 8995 4231 8998 4216 9003 4206
9019
TORNADO...POSSIBLE
THUNDERSTORM DAMAGE THREAT...CONSIDERABLE
HAIL THREAT...RADAR INDICATED
MAX HAIL SIZE...<.75 IN
WIND THREAT...RADAR INDICATED
MAX WIND GUST...70 MPH
```

DM 07312026

Docusign Envelope ID: 9221612B-DE1A-4DB9-A369-CDE265D1C418



At 7:54 p.m. on July 15th, 2024, the NWS in Chicago/Romeoville, Illinois issued a "Tornado Warning" that was in effect for Central Winnebago County in Illinois through 8:30 p.m. on July 15th, 2024:

```
Tornado Warning
National Weather Service Chicago/Romeoville
754 PM CDT Mon Jul 15 2024
The National Weather Service in Chicago has issued a
* Tornado Warning for...
  Northeastern Ogle County in north central Illinois...
  Central Winnebago County in north central Illinois...
  Boone County in north central Illinois...
* Until 830 PM CDT.
* At 754 PM CDT, severe thunderstorms capable of producing both
  tornadoes and extensive straight line wind damage were located near
  Rockford Airport, moving east at 55 mph.
  HAZARD...Tornado.
  SOURCE...Radar indicated rotation.
  IMPACT...Flying debris will be dangerous to those caught without
           shelter. Mobile homes will be damaged or destroyed.
           Damage to roofs, windows, and vehicles will occur.  Tree
           damage is likely.
* These dangerous storms will be near...
  Rockford, Rockford Airport, and Cherry Valley around 800 PM CDT.
  Belvidere around 805 PM CDT.
PRECAUTIONARY/PREPAREDNESS ACTIONS...
This cluster of thunderstorms is capable of producing tornadoes and
widespread significant wind damage. Do not wait to see or hear the
tornado. For your protection move to an interior room on the lowest
floor of a building.
&&
LAT...LON 4215 8971 4215 8894 4206 8894 4206 8924
      4235 8935 4249 8871
TIME...MOT...LOC 00542 265DEG 46KT 4222 8918
TORNADO...RADAR INDICATED
MAX HAIL SIZE...0.00 IN
```

At 8:10 p.m. on July 15th, 2024, the NWS in Chicago/Romeoville, Illinois issued a "Severe Weather Statement" to update the "Tornado Warning" that was in effect for Southeastern Winnebago County in Illinois. As a result, the warning was no longer in effect for the incident location:

```
Severe Weather Statement
National Weather Service Chicago/Romeoville
810 PM CDT Mon Jul 15 2024
ILC007-141-201-160130-
/O.CON.KLOT.TO.W.0030.000000T0000Z-240716T0130Z/
Ogle IL-Winnebago IL-Boone IL-
810 PM CDT Mon Jul 15 2024
...A TORNADO WARNING REMAINS IN EFFECT UNTIL 830 PM CDT FOR EAST
CENTRAL OGLE...SOUTHEASTERN WINNEBAGO AND BOONE COUNTIES...
At 810 PM CDT, a severe squall line capable of producing both
tornadoes and extensive straight line wind damage was located near
Cherry Valley, or 7 miles east of Rockford Airport, moving east at 40
mph.
HAZARD...Tornado.
SOURCE...Radar indicated rotation.
IMPACT...Flying debris will be dangerous to those caught without
         shelter. Mobile homes will be damaged or destroyed. Damage
         to roofs, windows, and vehicles will occur.  Tree damage is
         likely.
These dangerous storms will be near...
  Belvidere and Cherry Valley around 815 PM CDT.
PRECAUTIONARY/PREPAREDNESS ACTIONS...
This cluster of thunderstorms is capable of producing tornadoes and
widespread significant wind damage. Do not wait to see or hear the
```

DM 07312026

Docusign Envelope ID: 9221612B-DE1A-4DB9-A369-CDE265D1C418



```
tornado. For your protection move to an interior room on the lowest
floor of a building.
&&
LAT...LON 4215 8871 4215 8894 4206 8894 4206 8903
      4228 8908 4249 8871
TIME...MOT...LOC 0110Z 262DEG 36KT 4217 8896
TORNADO...RADAR INDICATED
MAX HAIL SIZE...0.00 IN
```

At 6:33 p.m. on July 23rd, 2024, the NWS in Chicago/Romeoville, Illinois issued a "Flood Statement" that canceled the "Flood Warning" that was in effect:

```
Flood Statement
National Weather Service Chicago IL
633 PM CDT Tue Jul 23 2024
...The Flood Warning is cancelled for the following rivers in
Illinois...
  Rock River at Latham Park affecting Winnebago County.
ILC201-240045-
/O.CAN.KLOT.FL.W.0043.000000T0000Z-240723T2333Z/
/LATI2.1.ER.240715T1600Z.240717T1515Z.240723T1645Z.NO/
633 PM CDT Tue Jul 23 2024
...FLOOD WARNING IS CANCELLED...
The Flood Warning is cancelled for
  Rock River from Swanson Road in Roscoe downstream to Shorewood
  Park in Loves Park, including the Latham Park gauge.
* ADDITIONAL DETAILS...
  - At 5:30 PM CDT Tuesday the stage was 8.9 feet.
  - Forecast...The river is expected to continue to slowly fall.
  - http://www.weather.gov/safety/flood
&&
LAT...LON 4239 8908 4239 8898 4230 8903 4230 8911
```

## National Weather Service Local Storm Reports and Storm Events Database

After determining if Local Storm Reports were received by the NWS and if edited storm reports were included in the Storm Events Database from the National Centers for Environmental Information (NCEI) on July 15th, 2024, I quality-controlled and plotted these reports using the program Google Earth. Due to the density of these reports they were divided amongst three (3) maps. The following maps depict the reports that were received in the vicinity of the incident location. The text bulletins themselves are listed out after the storm report maps.

DM 07312026

Docusign Envelope ID: 9221612B-DE1A-4DB9-A369-CDE265D1C418

**FOREST HILLS COUNTRY CLUB – ROCKFORD, ILLINOIS – JULY 15, 2024**






DM 07312026

Docusign Envelope ID: 9221612B-DE1A-4DB9-A369-CDE265D1C418

**FOREST HILLS COUNTRY CLUB – ROCKFORD, ILLINOIS – JULY 15, 2024**




At 8:06 p.m. on July 15th, 2024, the NWS in Chicago/Romeoville, Illinois issued the following "Preliminary Local Storm Report" which included Winnebago County in Illinois:

```
Preliminary Local Storm Report
National Weather Service Chicago IL
806 PM CDT Mon Jul 15 2024
..TIME...    ...EVENT...      ...CITY LOCATION...     ...LAT.LON...
..DATE...    ....MAG....      ..COUNTY LOCATION..ST.. ...SOURCE....
             ..REMARKS..
0757 PM      Funnel Cloud     3 E Winnebago           42.27N 89.17W
07/15/2024                    Winnebago          IL   Broadcast Media
             Meridian Road near bypass 20.
```

At 8:17 p.m. on July 15th, 2024, the NWS in Chicago/Romeoville, Illinois issued the following "Preliminary Local Storm Report" which included Winnebago County in Illinois:

```
Preliminary Local Storm Report
National Weather Service Chicago IL
817 PM CDT Mon Jul 15 2024
..TIME...    ...EVENT...      ...CITY LOCATION...     ...LAT.LON...
..DATE...    ....MAG....      ..COUNTY LOCATION..ST.. ...SOURCE....
             ..REMARKS..
0812 PM      Tstm Wnd Gst     Rockford Airport        42.20N 89.10W
07/15/2024   M64 MPH          Winnebago          IL   Official NWS Obs
```

At 8:18 p.m. on July 15th, 2024, the NWS in Chicago/Romeoville, Illinois issued the following "Preliminary Local Storm Report" which included Winnebago County in Illinois:

```
Preliminary Local Storm Report
National Weather Service Chicago IL
818 PM CDT Mon Jul 15 2024
..TIME...    ...EVENT...      ...CITY LOCATION...     ...LAT.LON...
..DATE...    ....MAG....      ..COUNTY LOCATION..ST.. ...SOURCE....
             ..REMARKS..
0805 PM      Tstm Wnd Dmg     3 E Winnebago           42.27N 89.17W
07/15/2024                    Winnebago          IL   Fire Dept/Rescue
```

DM 07312026

Docusign Envelope ID: 9221612B-DE1A-4DB9-A369-CDE265D1C418



```
            Reports of numerous trees downed.
```

At 10:29 p.m. on July 15th, 2024, the NWS in Chicago/Romeoville, Illinois issued the following "Preliminary Local Storm Report" which included Winnebago County in Illinois:

```
Preliminary Local Storm Report
National Weather Service Chicago IL
1029 PM CDT Mon Jul 15 2024
..TIME...    ...EVENT...       ...CITY LOCATION...      ...LAT.LON...
..DATE...    ....MAG....       ..COUNTY LOCATION..ST.. ...SOURCE....
             ..REMARKS..
0805 PM      Tstm Wnd Dmg      3 ESE Winnebago          42.24N 89.18W
07/15/2024                     Winnebago          IL    Broadcast Media
             trees and power lines downed.
```

At 10:34 p.m. on July 15th, 2024, the NWS in Chicago/Romeoville, Illinois issued the following "Preliminary Local Storm Report" which included Winnebago County in Illinois:

```
Preliminary Local Storm Report
National Weather Service Chicago IL
1034 PM CDT Mon Jul 15 2024
..TIME...    ...EVENT...       ...CITY LOCATION...      ...LAT.LON...
..DATE...    ....MAG....       ..COUNTY LOCATION..ST.. ...SOURCE....
             ..REMARKS..
0805 PM      Tstm Wnd Dmg      4 ESE Winnebago          42.24N 89.17W
07/15/2024                     Winnebago          IL    Broadcast Media
             trees downed on meridian road.
```

At 11:19 p.m. on July 15th, 2024, the NWS in Chicago/Romeoville, Illinois issued the following "Preliminary Local Storm Report" which included Winnebago County in Illinois:

```
Preliminary Local Storm Report
National Weather Service Chicago IL
1119 PM CDT Mon Jul 15 2024
..TIME...    ...EVENT...       ...CITY LOCATION...      ...LAT.LON...
..DATE...    ....MAG....       ..COUNTY LOCATION..ST.. ...SOURCE....
             ..REMARKS..
0844 PM      Flood             3 N Cherry Valley        42.29N 88.94W
07/15/2024                     Winnebago          IL    Public
             Public report of street flooding north of
             Cherry Valley. Relayed via mping.
```

At 11:25 p.m. on July 15th, 2024, the NWS in Chicago/Romeoville, Illinois issued the following "Preliminary Local Storm Report" which included Winnebago County in Illinois:

```
Preliminary Local Storm Report
National Weather Service Chicago IL
1125 PM CDT Mon Jul 15 2024
..TIME...    ...EVENT...       ...CITY LOCATION...      ...LAT.LON...
..DATE...    ....MAG....       ..COUNTY LOCATION..ST.. ...SOURCE....
             ..REMARKS..
0806 PM      Tstm Wnd Dmg      1 E Roscoe               42.42N 88.98W
07/15/2024                     Winnebago          IL    Public
             Public report of possible tree damage near
             Roscoe. Relayed via mping. Time estimated by
             radar.
```

At 12:50 a.m. on July 16th, 2024, the NWS in Chicago/Romeoville, Illinois issued the following "Preliminary Local Storm Report" which included Winnebago County in Illinois:

```
Preliminary Local Storm Report
National Weather Service Chicago IL
```

DM 07312026

Docusign Envelope ID: 9221612B-DE1A-4DB9-A369-CDE265D1C418



```
1250 AM CDT Tue Jul 16 2024
..TIME...     ...EVENT...      ...CITY LOCATION...     ...LAT.LON...
..DATE...     ....MAG....      ..COUNTY LOCATION..ST.. ...SOURCE....
              ..REMARKS..
0811 PM       Tstm Wnd Dmg     2 WSW Rockford Airport  42.19N 89.14W
07/15/2024                     Winnebago          IL   Public
              IL-2. closed due to numerous large branches
              downed onto roadway. Time estimated by
              radar.
```

At 12:51 a.m. on July 16th, 2024, the NWS in Chicago/Romeoville, Illinois issued the following "Preliminary Local Storm Report" which included Winnebago County in Illinois:

```
Preliminary Local Storm Report
National Weather Service Chicago IL
1251 AM CDT Tue Jul 16 2024
..TIME...     ...EVENT...      ...CITY LOCATION...     ...LAT.LON...
..DATE...     ....MAG....      ..COUNTY LOCATION..ST.. ...SOURCE....
              ..REMARKS..
0812 PM       Tstm Wnd Dmg     1 NNW Rockford Airport  42.22N 89.11W
07/15/2024                     Winnebago          IL   Emergency Mngr
              Winnebago EM reports trees uprooted near
              US-20 and Main Street. Time estimated by
              radar.
```

At 12:54 a.m. on July 16th, 2024, the NWS in Chicago/Romeoville, Illinois issued the following "Preliminary Local Storm Report" which included Winnebago County in Illinois:

```
Preliminary Local Storm Report
National Weather Service Chicago IL
1254 AM CDT Tue Jul 16 2024
..TIME...     ...EVENT...      ...CITY LOCATION...     ...LAT.LON...
..DATE...     ....MAG....      ..COUNTY LOCATION..ST.. ...SOURCE....
              ..REMARKS..
0816 PM       Tstm Wnd Dmg     3 SW Cherry Valley      42.21N 89.00W
07/15/2024                     Winnebago          IL   Law Enforcement
              Winnebago EM reports large tree branches
              downed along Mulford Road southwest of
              Cherry Valley. Time estimated by radar.
```

At 9:35 a.m. on July 16th, 2024, the NWS in Chicago/Romeoville, Illinois issued the following "Preliminary Local Storm Report" which included Winnebago County in Illinois:

```
Preliminary Local Storm Report
National Weather Service Chicago IL
935 AM CDT Tue Jul 16 2024
..TIME...     ...EVENT...      ...CITY LOCATION...     ...LAT.LON...
..DATE...     ....MAG....      ..COUNTY LOCATION..ST.. ...SOURCE....
              ..REMARKS..
0759 PM       Tstm Wnd Dmg     2 W Rockford Airport    42.20N 89.15W
07/15/2024                     Winnebago          IL   Emergency Mngr
              trees down across prairie road near
              fitzgerald road. time estimated by radar.
```

At 10:37 a.m. on July 16th, 2024, the NWS in Chicago/Romeoville, Illinois issued the following "Preliminary Local Storm Report" which included Winnebago County in Illinois:

```
Preliminary Local Storm Report
National Weather Service Chicago IL
1037 AM CDT Tue Jul 16 2024
..TIME...     ...EVENT...      ...CITY LOCATION...     ...LAT.LON...
..DATE...     ....MAG....      ..COUNTY LOCATION..ST.. ...SOURCE....
              ..REMARKS..
0809 PM       Tstm Wnd Dmg     3 ENE Rockford Airport  42.22N 89.05W
```

DM 07312026

DocuSign Envelope ID: 9221612B-DE1A-4D89-A369-CDE265D1C418



```
07/15/2024                 Winnebago          IL    Broadcast Media
            Trees uprooted around apartments near Sandy
            Hollow Road and Hampton Ridge Drive in
            Rockford, IL. Time estimated by radar.
```

At 5:58 p.m. on July 19th, 2024, the NWS in Chicago/Romeoville, Illinois issued the following "Preliminary Local Storm Reports" which included a new report from Winnebago County in Illinois:

```
Preliminary Local Storm Report
National Weather Service Chicago IL
558 PM CDT Fri Jul 19 2024
..TIME...   ...EVENT...      ...CITY LOCATION...     ...LAT.LON...
..DATE...   ....MAG....      ..COUNTY LOCATION..ST.. ...SOURCE....
            ..REMARKS..
0758 PM     Tornado          1 W Davis Junction      42.10N 89.12W
07/15/2024                   Ogle               IL   NWS Storm Survey
            EF-0 tornado with winds of 80 mph.
0758 PM     Tornado          4 SSE Winnebago         42.22N 89.20W
07/15/2024                   Winnebago          IL   NWS Storm Survey
            EF-0 tornado with winds of 75 mph.
0849 PM     Tornado          1 E Big Rock            41.76N 88.52W
07/15/2024                   Kane               IL   NWS Storm Survey
            EF-1 tornado with winds of 95 mph.
0852 PM     Tornado          3 NW Sugar Grove        41.79N 88.48W
07/15/2024                   Kane               IL   NWS Storm Survey
            EF-0 tornado with winds of 85 mph.
0855 PM     Tornado          3 NNW Yorkville         41.68N 88.47W
07/15/2024                   Kendall            IL   NWS Storm Survey
            EF-1 tornado with winds of 100 mph.
0907 PM     Tornado          4 S Plattville          41.47N 88.39W
07/15/2024                   Kendall            IL   NWS Storm Survey
            *** 2 INJ ***
            EF-1 tornado with winds of 110 mph.
0912 PM     Tornado          5 NW Shorewood          41.56N 88.27W
07/15/2024                   Kendall            IL   NWS Storm Survey
            EF-0 tornado with winds of 80 mph.
0914 PM     Tornado          3 SW Channahon          41.40N 88.27W
07/15/2024                   Grundy             IL   NWS Storm Survey
            *** 2 INJ ***
            EF-2 tornado with winds of 120 mph.
0923 PM     Tornado          1 ESE Glen Ellyn        41.87N 88.05W
07/15/2024                   DuPage             IL   NWS Storm Survey
            EF-0 tornado with winds of 85 mph.
0929 PM     Tornado          Villa Park              41.89N 87.98W
07/15/2024                   DuPage             IL   NWS Storm Survey
            EF-0 tornado with winds of 75 mph.
0936 PM     Tornado          5 WSW Manteno           41.23N 87.93W
07/15/2024                   Kankakee           IL   NWS Storm Survey
            EF-0 tornado with winds of 85 mph.
0936 PM     Tornado          Broadview               41.86N 87.86W
07/15/2024                   Cook               IL   NWS Storm Survey
            EF-0 tornado with winds of 85 mph.
0937 PM     Tornado          1 N Willow Springs      41.75N 87.86W
07/15/2024                   Cook               IL   NWS Storm Survey
            EF-1 tornado with winds of 90 mph.
0941 PM     Tornado          2 S Peotone             41.31N 87.79W
07/15/2024                   Will               IL   NWS Storm Survey
            EF-0 tornado with winds of 85 mph.
0941 PM     Tornado          2 S Palos Heights       41.64N 87.80W
07/15/2024                   Cook               IL   NWS Storm Survey
            EF-0 tornado with winds of 85 mph.
0943 PM     Tornado          1 W Oak Forest          41.60N 87.77W
07/15/2024                   Cook               IL   NWS Storm Survey
            EF-0 tornado with winds of 85 mph.
0943 PM     Tornado          Flossmoor               41.54N 87.69W
07/15/2024                   Cook               IL   NWS Storm Survey
            EF-1 tornado with winds of 100 mph.
```

DM 07312026

Docusign Envelope ID: 9221612B-DE1A-4DB9-A369-CDE265D1C418



```
0947 PM     Tornado          1 ESE Garfield Park - C 41.87N 87.70W
07/15/2024                   Cook                 IL   NWS Storm Survey
            EF-1 tornado with winds of 95 mph.
0947 PM     Tornado          1 WSW Chicago Lawn      41.76N 87.71W
07/15/2024                   Cook                 IL   NWS Storm Survey
            EF-1 tornado with winds of 90 mph.
0950 PM     Tornado          1 E Humboldt Park - Chi 41.90N 87.70W
07/15/2024                   Cook                 IL   NWS Storm Survey
            EF-0 tornado with winds of 85 mph.
0951 PM     Tornado          3 ENE Grant Park        41.26N 87.59W
07/15/2024                   Kankakee             IL   NWS Storm Survey
            EF-1 tornado with winds of 90 mph.
0952 PM     Tornado          4 ENE Beecher           41.36N 87.56W
07/15/2024                   Will                 IL   NWS Storm Survey
            EF-1 tornado with winds of 90 mph.
1002 PM     Tornado          1 N Shelby              41.22N 87.35W
07/15/2024                   Lake                 IN   NWS Storm Survey
            EF-0 tornado with winds of 75 mph.
```

## Storm Events Database Entries

The Storm Events Database from the NCEI contained the following entries within 10 miles of the incident location on July 15th, 2024:

### Storm Events Database

**Event Details:**

| | |
|---|---|
| Event | Tornado |
| -- Scale | EF0 |
| -- Length | 1.2 Miles |
| -- Width | 100 Yards |
| State | ILLINOIS |
| County/Area | WINNEBAGO |
| WFO | LOT |
| Report Source | NWS Storm Survey |
| NCEI Data Source | CSV |
| Begin Date | 2024-07-15 18:58 CST-6 |
| Begin Location | 1ENE WESTFIELD CORNERS |
| Begin Lat/Lon | 42.217/-89.2027 |
| End Date | 2024-07-15 19:00 CST-6 |
| End Location | 3ENE WESTFIELD CORNERS |
| End Lat/Lon | 42.2238/-89.1836 |
| Deaths Direct/Indirect | 0/0 (fatality details below, when available...) |
| Injuries Direct/Indirect | 0/0 |
| Property Damage | 0.00K |
| Crop Damage | 0.00K |
| Episode Narrative | A derecho moved across northern Illinois during the evening of July 15th producing widespread wind damage and 30 tornadoes in northeast Illinois. One of these tornadoes crossed into northwest Indiana. At the height of the storms, 430,000 customers lost power with some power not restored for four days, on July 19th. |
| Event Narrative | A tornado with estimated peak winds of 75 mph touched down just north of the entrance to a forest preserve off Montague Road. The tornado initially moved southeast and then turned northeast moving along Montague Road. Damage to trees, power lines and crops occurred along the path of this tornado. A car was reported to have been pushed off Montague Road just south of Highlands Drive. The tornado ended just southeast of Highlands Drive. |

DM 07312026

DM 07312026

Docusign Envelope ID: 9221612B-DE1A-4DB9-A369-CDE265D1C418



## Storm Events Database

### Event Details:

| | |
|---|---|
| Event | Thunderstorm Wind |
| Magnitude | 70 kts. |
| State | ILLINOIS |
| County/Area | WINNEBAGO |
| WFO | LOT |
| Report Source | NWS Storm Survey |
| NCEI Data Source | CSV |
| Begin Date | 2024-07-15 18:58 CST-6 |
| Begin Location | 2WNW WOODCREST |
| Begin Lat/Lon | 42.185/-89.173 |
| End Date | 2024-07-15 19:00 CST-6 |
| End Location | 1WNW WOODCREST |
| End Lat/Lon | 42.185/-89.157 |
| Deaths Direct/Indirect | 0/0 (fatality details below, when available...) |
| Injuries Direct/Indirect | 0/0 |
| Property Damage | 0.00K |
| Crop Damage | 0.00K |
| Episode Narrative | A derecho moved across northern Illinois during the evening of July 15th producing widespread wind damage and 30 tornadoes in northeast Illinois. One of these tornadoes crossed into northwest Indiana. At the height of the storms, 430,000 customers lost power with some power not restored for four days, on July 19th. |
| Event Narrative | Numerous trees were uprooted or snapped with many other tree limbs blown down in an area just north of the Rock River. At least one house on Route 2, just east of Antler Trail was damaged when a tree fell on it. Crops were also blown down. |

DM 07312026

DocuSign Envelope ID: 9221612B-DE1A-4DB9-A369-CDE265D1C418



## Storm Events Database

### Event Details:

| | |
|---|---|
| Event | Tornado |
| -- Scale | EF0 |
| -- Length | 0.2 Miles |
| -- Width | 25 Yards |
| State | ILLINOIS |
| County/Area | WINNEBAGO |
| WFO | LOT |
| Report Source | NWS Storm Survey |
| NCEI Data Source | CSV |
| Begin Date | 2024-07-15 19:01 CST-6 |
| Begin Location | 1SW NEW MILFORD |
| Begin Lat/Lon | 42.1687/-89.092 |
| End Date | 2024-07-15 19:02 CST-6 |
| End Location | 1SW NEW MILFORD |
| End Lat/Lon | 42.1691/-89.0898 |
| Deaths Direct/Indirect | 0/0 (fatality details below, when available...) |
| Injuries Direct/Indirect | 0/0 |
| Property Damage | 0.00K |
| Crop Damage | 0.00K |
| Episode Narrative | A derecho moved across northern Illinois during the evening of July 15th producing widespread wind damage and 30 tornadoes in northeast Illinois. One of these tornadoes crossed into northwest Indiana. At the height of the storms, 430,000 customers lost power with some power not restored for four days, on July 19th. |
| Event Narrative | A brief tornado with estimated peak winds of 80 mph touched down southeast of the intersection of Bend Road and Baxter Road, moved northeast crossing Baxter Road and ended just northeast of Baxter Road. Photos and videos of a funnel cloud looking south southwest from the east side of Rockford and looking west from near Interstate 39 and Baxter Road lined up with drone footage of tree damage along the path of this brief tornado. Tree limbs were blown down in various directions and onto power lines. |

DM 07312026

Docusign Envelope ID: 9221612B-DE1A-4DB9-A369-CDE265D1C418



## Storm Events Database

### Event Details:

| | |
|---|---|
| Event | Thunderstorm Wind |
| Magnitude | 60 kts. |
| State | ILLINOIS |
| County/Area | WINNEBAGO |
| WFO | LOT |
| Report Source | Public |
| NCEI Data Source | CSV |
| Begin Date | 2024-07-15 19:01 CST-6 |
| Begin Location | 1NNW WOODCREST |
| Begin Lat/Lon | 42.1959/-89.1451 |
| End Date | 2024-07-15 19:01 CST-6 |
| End Location | 1NNW WOODCREST |
| End Lat/Lon | 42.1959/-89.1451 |
| Deaths Direct/Indirect | 0/0 (fatality details below, when available...) |
| Injuries Direct/Indirect | 0/0 |
| Property Damage | 0.00K |
| Crop Damage | 0.00K |
| Episode Narrative | A derecho moved across northern Illinois during the evening of July 15th producing widespread wind damage and 30 tornadoes in northeast Illinois. One of these tornadoes crossed into northwest Indiana. At the height of the storms, 430,000 customers lost power with some power not restored for four days, on July 19th. |
| Event Narrative | Trees and tree limbs were blown down blocking Prairie Road, just north of Fitzgerald Road. |

DM 07312026

Docusign Envelope ID: 9221612B-DE1A-4DB9-A369-CDE265D1C418



## Storm Events Database

**Event Details:**

| | |
|---|---|
| Event | Thunderstorm Wind |
| Magnitude | 65 kts. |
| State | ILLINOIS |
| County/Area | WINNEBAGO |
| WFO | LOT |
| Report Source | Fire Department/Rescue |
| NCEI Data Source | CSV |
| Begin Date | 2024-07-15 19:05 CST-6 |
| Begin Location | 3E WINNEBAGO |
| Begin Lat/Lon | 42.27/-89.17 |
| End Date | 2024-07-15 19:05 CST-6 |
| End Location | 3E WINNEBAGO |
| End Lat/Lon | 42.27/-89.17 |
| Deaths Direct/Indirect | 0/0 (fatality details below, when available...) |
| Injuries Direct/Indirect | 0/0 |
| Property Damage | 0.00K |
| Crop Damage | 0.00K |
| Episode Narrative | A derecho moved across northern Illinois during the evening of July 15th producing widespread wind damage and 30 tornadoes in northeast Illinois. One of these tornadoes crossed into northwest Indiana. At the height of the storms, 430,000 customers lost power with some power not restored for four days, on July 19th. |
| Event Narrative | Numerous trees were blown down. |

DM 07312026

Docusign Envelope ID: 9221612B-DE1A-4DB9-A369-CDE265D1C418



## Storm Events Database

Event Details:

| | |
|---|---|
| Event | Thunderstorm Wind |
| Magnitude | 65 kts. |
| State | ILLINOIS |
| County/Area | WINNEBAGO |
| WFO | LOT |
| Report Source | Broadcast Media |
| NCEI Data Source | CSV |
| Begin Date | 2024-07-15 19:05 CST-6 |
| Begin Location | 4NE WESTFIELD CORNERS |
| Begin Lat/Lon | 42.2388/-89.1733 |
| End Date | 2024-07-15 19:05 CST-6 |
| End Location | 4NE WESTFIELD CORNERS |
| End Lat/Lon | 42.2388/-89.1733 |
| Deaths Direct/Indirect | 0/0 (fatality details below, when available...) |
| Injuries Direct/Indirect | 0/0 |
| Property Damage | 0.00K |
| Crop Damage | 0.00K |
| Episode Narrative | A derecho moved across northern Illinois during the evening of July 15th producing widespread wind damage and 30 tornadoes in northeast Illinois. One of these tornadoes crossed into northwest Indiana. At the height of the storms, 430,000 customers lost power with some power not restored for four days, on July 19th. |
| Event Narrative | Trees were blown down on Meridian Road between Edwardsville Road and Kelley Road. Tree limbs and power lines were also blown down nearby. |

DM 07312026

DM 07312026

Docusign Envelope ID: 9221612B-DE1A-4DB9-A369-CDE265D1C418



## Storm Events Database

### Event Details:

| | |
|---|---|
| Event | Thunderstorm Wind |
| Magnitude | 50 kts. |
| State | ILLINOIS |
| County/Area | WINNEBAGO |
| WFO | LOT |
| Report Source | Public |
| NCEI Data Source | CSV |
| Begin Date | 2024-07-15 19:06 CST-6 |
| Begin Location | 2ENE ROSCOE |
| Begin Lat/Lon | 42.4191/-88.9603 |
| End Date | 2024-07-15 19:06 CST-6 |
| End Location | 2ENE ROSCOE |
| End Lat/Lon | 42.4191/-88.9603 |
| Deaths Direct/Indirect | 0/0 (fatality details below, when available...) |
| Injuries Direct/Indirect | 0/0 |
| Property Damage | 0.00K |
| Crop Damage | 0.00K |
| Episode Narrative | A derecho moved across northern Illinois during the evening of July 15th producing widespread wind damage and 30 tornadoes in northeast Illinois. One of these tornadoes crossed into northwest Indiana. At the height of the storms, 430,000 customers lost power with some power not restored for four days, on July 19th. |
| Event Narrative | Tree damage was reported near Roscoe. |

DM 07312026

Docusign Envelope ID: 9221612B-DE1A-4DB9-A369-CDE265D1C418



## Storm Events Database

### Event Details:

| | |
|---|---|
| Event | Thunderstorm Wind |
| Magnitude | 60 kts. |
| State | ILLINOIS |
| County/Area | WINNEBAGO |
| WFO | LOT |
| Report Source | Broadcast Media |
| NCEI Data Source | CSV |
| Begin Date | 2024-07-15 19:09 CST-6 |
| Begin Location | 3ENE (RFD) ROCKFORD AIRPORT |
| Begin Lat/Lon | 42.2236/-89.0472 |
| End Date | 2024-07-15 19:09 CST-6 |
| End Location | 3ENE (RFD) ROCKFORD AIRPORT |
| End Lat/Lon | 42.2236/-89.0472 |
| Deaths Direct/Indirect | 0/0 (fatality details below, when available...) |
| Injuries Direct/Indirect | 0/0 |
| Property Damage | 0.00K |
| Crop Damage | 0.00K |
| Episode Narrative | A derecho moved across northern Illinois during the evening of July 15th producing widespread wind damage and 30 tornadoes in northeast Illinois. One of these tornadoes crossed into northwest Indiana. At the height of the storms, 430,000 customers lost power with some power not restored for four days, on July 19th. |
| Event Narrative | Trees were uprooted near apartments near Sandy Hollow Road and Hampton Ridge Drive. |

DM 07312026

Docusign Envelope ID: 9221612B-DE1A-4DB9-A369-CDE265D1C418



## Storm Events Database

**Event Details:**

| | |
|---|---|
| Event | Thunderstorm Wind |
| Magnitude | 60 kts. |
| State | ILLINOIS |
| County/Area | WINNEBAGO |
| WFO | LOT |
| Report Source | Public |
| NCEI Data Source | CSV |
| Begin Date | 2024-07-15 19:11 CST-6 |
| Begin Location | 1N WOODCREST |
| Begin Lat/Lon | 42.19/-89.14 |
| End Date | 2024-07-15 19:11 CST-6 |
| End Location | 1N WOODCREST |
| End Lat/Lon | 42.19/-89.14 |
| Deaths Direct/Indirect | 0/0 (fatality details below, when available...) |
| Injuries Direct/Indirect | 0/0 |
| Property Damage | 0.00K |
| Crop Damage | 0.00K |
| Episode Narrative | A derecho moved across northern Illinois during the evening of July 15th producing widespread wind damage and 30 tornadoes in northeast Illinois. One of these tornadoes crossed into northwest Indiana. At the height of the storms, 430,000 customers lost power with some power not restored for four days, on July 19th. |
| Event Narrative | Route 2 was closed due to numerous large tree limbs blown down into the roadway. |

DM 07312026





## Storm Events Database

### Event Details:

| | |
|---|---|
| Event | Thunderstorm Wind |
| Magnitude | 50 kts. |
| State | ILLINOIS |
| County/Area | WINNEBAGO |
| WFO | LOT |
| Report Source | Public |
| NCEI Data Source | CSV |
| Begin Date | 2024-07-15 19:11 CST-6 |
| Begin Location | 0ENE WOODCREST |
| Begin Lat/Lon | 42.1813/-89.1346 |
| End Date | 2024-07-15 19:11 CST-6 |
| End Location | 0ENE WOODCREST |
| End Lat/Lon | 42.1813/-89.1346 |
| Deaths Direct/Indirect | 0/0 (fatality details below, when available...) |
| Injuries Direct/Indirect | 0/0 |
| Property Damage | 0.00K |
| Crop Damage | 0.00K |
| Episode Narrative | A derecho moved across northern Illinois during the evening of July 15th producing widespread wind damage and 30 tornadoes in northeast Illinois. One of these tornadoes crossed into northwest Indiana. At the height of the storms, 430,000 customers lost power with some power not restored for four days, on July 19th. |
| Event Narrative | Tree damage was reported along S Bend Road. |

DM 07312026

Docusign Envelope ID: 9221612B-DE1A-4DB9-A369-CDE265D1C418



## Storm Events Database

**Event Details:**

| | |
|---|---|
| Event | Thunderstorm Wind |
| Magnitude | 65 kts. |
| State | ILLINOIS |
| County/Area | WINNEBAGO |
| WFO | LOT |
| Report Source | Emergency Manager |
| NCEI Data Source | CSV |
| Begin Date | 2024-07-15 19:11 CST-6 |
| Begin Location | 1NNW (RFD) ROCKFORD AIRPORT |
| Begin Lat/Lon | 42.2172/-89.1092 |
| End Date | 2024-07-15 19:11 CST-6 |
| End Location | 1NNW (RFD) ROCKFORD AIRPORT |
| End Lat/Lon | 42.2172/-89.1092 |
| Deaths Direct/Indirect | 0/0 (fatality details below, when available...) |
| Injuries Direct/Indirect | 0/0 |
| Property Damage | 0.00K |
| Crop Damage | 0.00K |
| Episode Narrative | A derecho moved across northern Illinois during the evening of July 15th producing widespread wind damage and 30 tornadoes in northeast Illinois. One of these tornadoes crossed into northwest Indiana. At the height of the storms, 430,000 customers lost power with some power not restored for four days, on July 19th. |
| Event Narrative | Trees were uprooted near Route 20 and Main Street. |

DM 07312026

Docusign Envelope ID: 9221612B-DE1A-4DB9-A369-CDE265D1C418



## Storm Events Database

### Event Details:

| | |
|---|---|
| Event | Thunderstorm Wind |
| Magnitude | 56 kts. |
| State | ILLINOIS |
| County/Area | WINNEBAGO |
| WFO | LOT |
| Report Source | ASOS |
| NCEI Data Source | CSV |
| Begin Date | 2024-07-15 19:12 CST-6 |
| Begin Location | 0N (RFD) ROCKFORD AIRPORT |
| Begin Lat/Lon | 42.2/-89.1 |
| End Date | 2024-07-15 19:12 CST-6 |
| End Location | 0N (RFD) ROCKFORD AIRPORT |
| End Lat/Lon | 42.2/-89.1 |
| Deaths Direct/Indirect | 0/0 (fatality details below, when available...) |
| Injuries Direct/Indirect | 0/0 |
| Property Damage | 0.00K |
| Crop Damage | 0.00K |
| Episode Narrative | A derecho moved across northern Illinois during the evening of July 15th producing widespread wind damage and 30 tornadoes in northeast Illinois. One of these tornadoes crossed into northwest Indiana. At the height of the storms, 430,000 customers lost power with some power not restored for four days, on July 19th. |
| Event Narrative | |

DM 07312026

Docusign Envelope ID: 9221612B-DE1A-4DB9-A369-CDE265D1C418



## Storm Events Database

### Event Details:

| | |
|---|---|
| Event | Thunderstorm Wind |
| Magnitude | 70 kts. |
| State | ILLINOIS |
| County/Area | WINNEBAGO |
| WFO | LOT |
| Report Source | Emergency Manager |
| NCEI Data Source | CSV |
| Begin Date | 2024-07-15 19:12 CST-6 |
| Begin Location | 0WSW (RFD) ROCKFORD AIRPORT |
| Begin Lat/Lon | 42.198/-89.1089 |
| End Date | 2024-07-15 19:12 CST-6 |
| End Location | 0WSW (RFD) ROCKFORD AIRPORT |
| End Lat/Lon | 42.198/-89.1089 |
| Deaths Direct/Indirect | 0/0 (fatality details below, when available...) |
| Injuries Direct/Indirect | 0/0 |
| Property Damage | 0.00K |
| Crop Damage | 0.00K |
| Episode Narrative | A derecho moved across northern Illinois during the evening of July 15th producing widespread wind damage and 30 tornadoes in northeast Illinois. One of these tornadoes crossed into northwest Indiana. At the height of the storms, 430,000 customers lost power with some power not restored for four days, on July 19th. |
| Event Narrative | Approximately 100 empty metal airplane shipping containers were blown around, some onto a runway, others on top of each other. Most were damaged. A parked 737 airplane was rotated 90 degrees. |

DM 07312026

Docusign Envelope ID: 9221612B-DE1A-4DB9-A369-CDE265D1C418



## Storm Events Database

### Event Details:

| | |
|---|---|
| Event | Thunderstorm Wind |
| Magnitude | 55 kts. |
| State | ILLINOIS |
| County/Area | WINNEBAGO |
| WFO | LOT |
| Report Source | Emergency Manager |
| NCEI Data Source | CSV |
| Begin Date | 2024-07-15 19:15 CST-6 |
| Begin Location | 1SW PERRYVILLE |
| Begin Lat/Lon | 42.2101/-88.9987 |
| End Date | 2024-07-15 19:15 CST-6 |
| End Location | 1SW PERRYVILLE |
| End Lat/Lon | 42.2101/-88.9987 |
| Deaths Direct/Indirect | 0/0 (fatality details below, when available...) |
| Injuries Direct/Indirect | 0/0 |
| Property Damage | 0.00K |
| Crop Damage | 0.00K |
| Episode Narrative | A derecho moved across northern Illinois during the evening of July 15th producing widespread wind damage and 30 tornadoes in northeast Illinois. One of these tornadoes crossed into northwest Indiana. At the height of the storms, 430,000 customers lost power with some power not restored for four days, on July 19th. |
| Event Narrative | Large tree limbs were blown down along Mulford Road. |

## Storm Events Database

Event Details:

| | |
|---|---|
| Event | Flood |
| -- Flood Cause | Heavy Rain |
| State | ILLINOIS |
| County/Area | WINNEBAGO |
| WFO | LOT |
| Report Source | Public |
| NCEI Data Source | CSV |
| Begin Date | 2024-07-15 19:35 CST-6 |
| Begin Location | 4N CHERRY VALLEY |
| Begin Lat/Lon | 42.2917/-88.9481 |
| End Date | 2024-07-15 21:30 CST-6 |
| End Location | 4N CHERRY VALLEY |
| End Lat/Lon | 42.2854/-88.9481 |
| Deaths Direct/Indirect | 0/0 (fatality details below, when available...) |
| Injuries Direct/Indirect | 0/0 |
| Property Damage | 0.00K |
| Crop Damage | 0.00K |
| Episode Narrative | A derecho moved across northern Illinois during the evening of July 15th producing widespread wind damage and 30 tornadoes in northeast Illinois. One of these tornadoes crossed into northwest Indiana. At the height of the storms, 430,000 customers lost power with some power not restored for four days, on July 19th. |
| Event Narrative | Street flooding was reported north of Cherry Valley. |

## National Weather Service Weather Event Summary

The NWS in Chicago/Romeoville, Illinois issued a weather event summary titled, "*July 15, 2024: Derecho Produces Widespread Wind Damage and Numerous Tornadoes*". This summary stated the following:

***"During the evening hours of July 15, 2024, a well-organized and long-lived complex of thunderstorms (officially classified as a derecho) rolled across parts of Iowa, Illinois, and Indiana. Widespread damaging winds of 60 to locally 100 mph were observed within the line, especially from eastern Iowa through northern and central Illinois.*** *In addition, a total of 32 tornadoes were confirmed in the NWS Chicago forecast area."*

*"Derechos develop in environments with very warm and moist air at the surface, relatively cooler air aloft, and strong winds in the upper-levels of the atmosphere. Northern Illinois and Indiana are within a region where derechos are common, with an average of 1 derecho every year. Derechos as strong as the one that impacted the area on July 15th have an occurrence interval of once every 5 to 10 years."*

*"Wind speeds in derechos often exceed 100 mph in the hardest-hit areas. Some of the strongest derechos that have occurred have produced wind speeds estimated to exceed 120 mph."*

DM 07312026

Docusign Envelope ID: 9221612B-DE1A-4DB9-A369-CDE265D1C418



*"A derecho produces a swath of particularly damaging thunderstorm winds (specifically, wind gusts of at least 58 mph along most of its length with several well-separated 75 mph or greater gusts) over an area at least 250 miles long. The majority of the damage that they cause are usually not caused by tornadoes embedded within them, but tornadoes are common within derechos."*

## National Weather Service Storm Damage Survey

Following the events that occurred on July 15th, 2024, the NWS in Chicago/Romeoville performed a storm damage survey. It should be noted that the incident location is not included in any tornado swaths. The tornado and thunderstorm wind damage points surveyed by the NWS are located at least 5 miles from the incident location. Just because there are no surveyed damage points at the incident location by the NWS, it does not mean severe winds and/or wind damage did not occur.

The following map depicts the NWS storm damage survey for July 15th, 2024.




## WIND SPEEDS AT THE INCIDENT LOCATION

A Local Storm Report (LSR) that was transmitted by the National Weather Service (NWS) and included in the Storm Events Database indicated that an estimated wind gust of 75 MPH was reported approximately 6.5 miles west-southwest of the incident location at 8:05 p.m. on July 15th, 2024. This occurred within the derecho that also moved over the incident location. Doppler radar analysis indicated this occurred within a similar part of the derecho that also moved over the incident location.

DM 07312026

Docusign Envelope ID: 9221612B-DE1A-4DB9-A369-CDE265D1C418



Another LSR that was transmitted by the NWS and included in the Storm Events Database indicated that an estimated wind gust of 58 MPH was reported approximately 8.9 miles north-northeast of the incident location at 8:06 p.m. on July 15th, 2024. This occurred within the derecho that also moved over the incident location.

At the Chicago/Rockford International Airport (RFD) in Rockford, Illinois located approximately 7.8 miles south-southwest of the incident location, a measured 64 MPH wind gust was recorded from the northwest at 8:12 p.m. on July 15th, 2024. This occurred within the derecho that also moved over the incident location. The NWS storm damage survey indicated a maximum windspeed of 85 MPH occurred at this airport and stated, "*Roughly 100 empty approximately 450 lb containers blown around the airfield. Some blown onto the runway, others stacked on top of each other. Parked 737MAX was also rotated about 90 degrees.*"

A "Tornado Warning" was in effect at the incident location from 7:54 p.m. through 8:10 p.m. on July 15th, 2024; however, analysis of doppler radar and a review of the NWS storm damage survey indicated a tornado did not occur at the incident location.

Based on this information, analysis of Doppler radar, and all of the meteorological analysis and methodology discussed in this report, it is my opinion that wind gusts as high as 70-75 MPH generally from the west-northwest occurred at the incident location as the derecho moved over between approximately 8:05 p.m. and 8:30 p.m. on July 15th, 2024.

## CONCLUSIONS

It is my opinion with a reasonable degree of meteorological certainty based on sound, scientific principles, practices, and accepted methodologies that:

- On July 15th, 2024, light to moderate and occasionally heavy rain associated with a derecho moved over the incident location from approximately 7:34 p.m. and 10:45 p.m. During this time the derecho was very intense between approximately 8:05 p.m. and 8:30 p.m. on July 15th, 2024.
- Level II Base Reflectivity values were very intense within the derecho, with values as high as 46-51 dBZ at the incident location between approximately 8:05 p.m. and 8:30 p.m. on July 15th, 2024.
- Level II Differential Reflectivity values were as low as 0.91-1.91 dB at the incident location between approximately 8:05 p.m. and 8:30 p.m. on July 15th, 2024. This along with various other meteorological data is not consistent with a tornado.
- Level II Correlation Coefficient values were as low as 96.8-99.8% at the incident location between approximately 8:05 p.m. and 8:30 p.m. on July 15th, 2024. This along with various other meteorological data is not consistent with a tornado.
- Based on nearby storm reports, analysis of Doppler radar, and all the meteorological analysis and methodology discuss in this report, it is my opinion that wind gusts as high as 70-75 MPH generally from the west-northwest occurred at the incident location as the derecho moved over between approximately 8:05 p.m. and 8:30 p.m. on July 15th, 2024.
- At 11:56 p.m. on July 14th, 2024, the NWS in Chicago/Romeoville, Illinois issued a

DM 07312026

Docusign Envelope ID: 9221612B-DE1A-4DB9-A369-CDE265D1C418



"Flood Warning" for Winnebago County in Illinois (including the incident location and surrounding areas) that was in effect through 6:00 a.m. on July 15th, 2024. This warning stated that Rockford would be impacted by this weather. At 5:36 a.m. on July 15th, 2024, the NWS in Chicago/Romeoville, Illinois issued a "Flood Statement" which canceled the "Flood Warning".

- At 6:56 a.m. on July 15th, 2024, the NWS in Chicago/Romeoville, Illinois issued a "Flood Warning" for the Rock River between Swanson Road in Roscoe and Shorewood Park in Loves Park, including the Latham Park gauge in Illinois (including the incident location and surrounding areas) that was in effect "until further notice". This warning stated that Rockford would be impacted by this weather. At 6:33 p.m. on July 23rd, 2024, the NWS in Chicago/Romeoville, Illinois issued a "Flood Statement" which canceled the "Flood Warning".
- At 7:00 p.m. on July 15th, 2024, the NWS in Chicago/Romeoville, Illinois issued a "Severe Thunderstorm Warning" for Winnebago County in Illinois (including the incident location and surrounding areas) that was in effect through 8:15 p.m. on July 15th, 2024. This warning stated hail less than 0.75" in diameter and wind gusts as high as 70 MPH were expected along with a tornado being possible. This warning also stated that Rockford would be impacted by this severe weather.
- At 7:54 p.m. on July 15th, 2024, the NWS in Chicago/Romeoville, Illinois issued a "Tornado Warning" for Central Winnebago County in Illinois (including the incident location and surrounding areas) that was in effect through 8:30 p.m. on July 15th, 2025. This warning stated that a tornado was indicated on radar and that no hail was expected. This warning also stated, "These dangerous storms will be near...Rockford, Rockford Airport, and Cherry Valley around 800 PM CDT. Belvidere around 805 PM CDT." At 8:10 p.m. on July 15th, 2024, the NWS in Chicago/Romeoville, Illinois issued a "Severe Weather Statement" to update the "Tornado Warning" for Southeastern Winnebago County in Illinois. As a result, the warning was no longer in effect for the incident location.

## CERTIFICATION

I certify that the above information contained in this report is true and accurate to the best of my ability and that all of my opinions, findings, estimations, and interpolations expressed in this report were made with accuracy as a professional meteorologist within a reasonable degree of meteorological certainty.

Signed by:
Ethan Weisberger
AA5B1BAA7E23405...

By: ______________________

**Ethan Weisberger, M.S.**
**Consulting Meteorologist**

DM 07312026

# APPENDIX A
# PHOTOGRAPHS

DM 07312026

1



Drone - front with TPO low-slope over entrance

2



Left side of steep sloped tile assembly - tile noted to be lifted along field areas

Tiles over front entrance

3



Front and right slopes

4



5

Right side - rear slopes



6

Left slopes



DM 07312026



7



8

Tile displacement - no nails noted



**9**



10-½ inch exposure of tiles

**10**



Front of tile

DM 07312026



**11**

Tile = 13 inches long



**12**

Tile = 9-½ inches wide



13

Underlayment
Appears to be 30-pound felt - very brittle



14

Underlayment
Appears to be 30-pound felt - very brittle



15

Debris noted under tiles



16

chipping along the tiles edges were noted throughout the field areas, on all 4 cardinal slopes



17

Raised nail head - only 1 noted
This condition was noted on the majority of tiles lifted



18

Raised nail head - only 1 noted
This condition was noted on the majority of tiles lifted



19

Raised nail head - only 1 noted
This condition was noted on the majority of tiles lifted



20

Raised nail head - only 1 noted
This condition was noted on the majority of tiles lifted



21

Raised nail head - only 1 noted
This condition was noted on the majority of tiles lifted



22

Two nails securing the tile
This was not as common as finding only 1 nail



**23**

Attic space - water stains noted throughout the bottom of the 2x spaced decking



**24**

Attic space - woter stains noted throughout the bottom of the 2x spaced decking



DM 07312026



**25**

Attic space - water stains noted throughout the bottom of the 2x spaced decking



**26**

Front area, under left side where tiles are uplifted slightly The maintenance manager has placed a bucket under the decking to catch water during rain events.



Case: 3:26-cv-50355 Document #: 1-1 Filed: 08/19/26 Page 358 of 420 PageID #:362

DM 07312026



27

Area on roof where leak is occurring - minor uplifting of tiles noted



28

Front slope - uplifting of tiles noted



Noils noted to be on tiles - this was found on all slopes

29



Nails noted to be on tiles - this was found on all slopes

30



31



Nails noted to be on tiles - this was found on all slopes

32



Tiles could be lifted up to 2-½ inches due to nail(s) displaced or lifted

DM 07312026

33

Tiles easily lifted up to 2-½ inches



34

Tile chips from breakage are noted on slopes
Clean edges indicating recent



35

Tile chips from breakage are noted on slopes
Clean edges indicating recent



DM 07312026

DM 07312026

Docusign Envelope ID: 9221612B-DE1A-4DB9-A369-CDE265D1C418



FWC
FORENSIC WEATHER CONSULTANTS

2400 Western Avenue
Guilderland, New York 12084
518-862-1800 (P)
Www.WeatherConsultants.Com

# FORENSIC WEATHER INVESTIGATION OF THE WEATHER CONDITIONS AND WIND GUSTS ON JULY 15, 2024 AT 5135 FOREST HILLS COUNTRY CLUB IN ROCKFORD, ILLINOIS

**January 27, 2026**

| | |
|---|---|
| **CASE NAME:** | "Forest Hills Country Club" |
| **DATE OF LOSS:** | July 15, 2024 |
| **PREPARED FOR:** | Mr. Matthew Nelson |
| **COMPANY:** | Write it Right PA |

*This written report and all of the tables, graphs, findings, data, and opinions contained in it has been prepared for use with this specific case only. Use of any of this information for any other matter, claim or case other than what is indicated above, including for use in expert disclosures in other cases, is strictly prohibited.*



EXHIBIT
tabbies
5

DM 07312026

Docusign Envelope ID: 9221612B-DE1A-4DB9-A369-CDE265D1C418



## ASSIGNMENT

This case was assigned to me by Write it Right PA. I was asked to perform an in-depth weather analysis and forensic weather investigation at 5135 Forest Hills Country Club in Rockford, Illinois in order to determine what the weather conditions were on July 15th, 2024.

Studies to determine what the weather and/or ground conditions were at a specific location in the past should only be conducted by experienced and qualified meteorologists who are experts in the field, who have the education, training, and experience, and who use sound, scientific principles and accepted methodologies normally relied upon by meteorologists in these investigations.

## SUMMARY OF CONCLUSIONS

- On July 15th, 2024, light to moderate and occasionally heavy rain associated with a derecho moved over the incident location from approximately 7:34 p.m. and 10:45 p.m. During this time the derecho was very intense between approximately 8:05 p.m. and 8:30 p.m. on July 15th, 2024.
- Level II Base Reflectivity values were very intense within the derecho, with values as high as 46-51 dBZ at the incident location between approximately 8:05 p.m. and 8:30 p.m. on July 15th, 2024.
- Level II Differential Reflectivity values were as low as 0.91-1.91 dB at the incident location between approximately 8:05 p.m. and 8:30 p.m. on July 15th, 2024. This along with various other meteorological data is not consistent with a tornado.
- Level II Correlation Coefficient values were as low as 96.8-99.8% at the incident location between approximately 8:05 p.m. and 8:30 p.m. on July 15th, 2024. This along with various other meteorological data is not consistent with a tornado.
- Based on nearby storm reports, analysis of Doppler radar, and all the meteorological analysis and methodology discuss in this report, it is my opinion that wind gusts as high as 70-75 MPH generally from the west-northwest occurred at the incident location as the derecho moved over between approximately 8:05 p.m. and 8:30 p.m. on July 15th, 2024.
- At 11:56 p.m. on July 14th, 2024, the NWS in Chicago/Romeoville, Illinois issued a "Flood Warning" for Winnebago County in Illinois (including the incident location and surrounding areas) that was in effect through 6:00 a.m. on July 15th, 2024. This warning stated that Rockford would be impacted by this weather. At 5:36 a.m. on July 15th, 2024, the NWS in Chicago/Romeoville, Illinois issued a "Flood Statement" which canceled the "Flood Warning".
- At 6:56 a.m. on July 15th, 2024, the NWS in Chicago/Romeoville, Illinois issued a "Flood Warning" for the Rock River between Swanson Road in Roscoe and Shorewood Park in Loves Park, including the Latham Park gauge in Illinois (including the incident location and surrounding areas) that was in effect "until further notice". This warning stated that Rockford would be impacted by this weather. At 6:33 p.m. on July 23rd, 2024, the NWS in Chicago/Romeoville, Illinois issued a "Flood Statement" which canceled the "Flood Warning".
- At 7:00 p.m. on July 15th, 2024, the NWS in Chicago/Romeoville, Illinois issued a

DM 07312026

Docusign Envelope ID: 9221612B-DE1A-4DB9-A369-CDE265D1C418



"Severe Thunderstorm Warning" for Winnebago County in Illinois (including the incident location and surrounding areas) that was in effect through 8:15 p.m. on July 15th, 2024. This warning stated hail less than 0.75" in diameter and wind gusts as high as 70 MPH were expected along with a tornado being possible. This warning also stated that Rockford would be impacted by this severe weather.

- At 7:54 p.m. on July 15th, 2024, the NWS in Chicago/Romeoville, Illinois issued a "Tornado Warning" for Central Winnebago County in Illinois (including the incident location and surrounding areas) that was in effect through 8:30 p.m. on July 15th, 2025. This warning stated that a tornado was indicated on radar and that no hail was expected. This warning also stated, "These dangerous storms will be near...Rockford, Rockford Airport, and Cherry Valley around 800 PM CDT. Belvidere around 805 PM CDT." At 8:10 p.m. on July 15th, 2024, the NWS in Chicago/Romeoville, Illinois issued a "Severe Weather Statement" to update the "Tornado Warning" for Southeastern Winnebago County in Illinois. As a result, the warning was no longer in effect for the incident location.

## METHODOLOGY

Forensic Weather Consultants, LLC uses various reliable sources of weather information in order to conduct a reliable weather analysis. In order to accurately determine the weather conditions that existed leading up to and including the time of the incident, a detailed search was performed to find the closest, official weather stations to the incident location. Using the computer program "Google Earth", weather station locations provided by the National Centers for Environmental Information (NCEI), MesoWest, and Synoptic Data were plotted and are indicated by a yellow pushpin. MesoWest is a cooperative project that was started at the University of Utah in 1996 with a goal of providing access to current and archived weather observations from across the United States through internet-based resources. Synoptic Data is a Public Benefit Corporation and Certified B Corp which expanded MesoWest's data distribution and access capabilities. Synoptic Data plays a pivotal role in managing the National Mesonet Program (NMP), a groundbreaking initiative sponsored by the National Oceanic and Atmospheric Administration (NOAA). Additional data sources were obtained which are listed below. While not all of the weather data can be certified by the NCEI, the majority if not all of the data is housed and maintained on NOAA websites including ncei.noaa.gov and are the records that meteorologists rely upon during the normal course of business to conduct these kinds of investigations.

## GENERAL REVIEW OF WEATHER DATA SOURCES

Many different types of weather data are gathered and analyzed as part of our investigations. While some, but not necessarily all, of these weather data sources were utilized for this case, I am providing a list of the different types of stations for informational purposes.

The Automated Surface Observing Systems (ASOS) program is a joint effort of the NWS, the Federal Aviation Administration (FAA), and the Department of Defense (DOD). The ASOS serves as the nation's primary surface weather observing network. The ASOS compiles various weather observations, often more than once per hour, called Local Climatological Data (**LCD**) that are reviewed, maintained, and stored by NOAA. ASOS computed wind speeds are the 2-

DM 07312026

Docusign Envelope ID: 9221612B-DE1A-4DB9-A369-CDE265D1C418



minute average wind speed prior to the time of the observation. ASOS computed wind gusts are the greatest 5-second average wind speed that was measured in the 10 minutes prior to the time of the observation. Wind gusts are reported if the greatest gust exceeds 14 knots (16 MPH). ASOS also computes peak wind gusts which are the greatest 5-second average wind speed that occurred since the last generated Meteorological Aerodrome Report (METAR). Peak wind gusts are reported if the greatest peak wind gust exceeds 25 knots (29 MPH).

Through the NWS Cooperative Observer Program (**COOP**), more than 10,000 volunteers take daily weather observations at National Parks, seashores, mountaintops, and farms as well as in urban and suburban areas. COOP data usually consists of daily maximum and minimum temperatures, snowfall, and 24-hour precipitation totals ending at a specific time, such as 7:00 a.m. in many locations.

The Community Collaborative Rain, Hail and Snow Network (**CoCoRaHS**) is a network consisting of volunteer weather observers across the United States, Canada, Puerto Rico, and the Bahamas. These volunteers take daily precipitation measurements and report them to a centralized data store online, where this data is heavily utilized by the NWS, meteorologists, emergency managers and city utilities. CoCoRaHS data is particularly useful in situations where storm systems produce sharp precipitation gradients.

The Citizen Weather Observer Program (**CWOP**) is a network of privately-owned electronic weather stations in the United States and in over 150 countries. These stations are part of a network that allows volunteers with computerized weather stations to send automated surface weather observations to the NWS by way of the Meteorological Data Ingest System (MADIS). The CWOP reported wind speed is the 2-minute average of the wind speed prior to the observation. The CWOP reported wind gust is the maximum instantaneous wind speed (at least a 5-second average) observed in the 10 minutes prior to the observation.

One of the most effective tools to detect precipitation is radar. Radar, which stands for RAdio Detection And Ranging, has been utilized to detect precipitation, and especially thunderstorms, since the 1940s. The radar used by the NWS is called the WSR-88D, which stands for Weather Surveillance Radar - 1988 Doppler (the prototype radar was built in 1988). As its name suggests, the WSR-88D is a **Doppler radar**, meaning it can detect motions toward or away from the radar as well as the location of precipitation areas. There are approximately 160 WSR-88D Doppler radars in the nation, including the U.S. Territory of Guam and the Commonwealth of Puerto Rico, operated by the NWS and the DOD.

WSR-88D Doppler radar images were used in conjunction with other types of weather records in this study. Doppler radar is a 10-centimeter wavelength (S-Band) radar that is useful for locating precipitation and other features in the atmosphere. Doppler radar images are processed approximately every 1 to 5 minutes and can determine if precipitation was falling at the incident location and if so, when it started and stopped. The Transmitter at the Radar Data Acquisition Unit (RDA) sends a pulse of energy into the atmosphere and if any precipitation is intercepted by the energy, part of the energy is scattered back to the RDA receiver. These return signals, called "radar echoes", are assembled to produce radar images. The original returned signal is known as Level 1 data. The RDA Signal Processor takes the returned signal and performs clutter filtering,

DM 07312026

Docusign Envelope ID: 9221612B-DE1A-4DB9-A369-CDE265D1C418



range unfolding, and calculates the base data (Level II data). "Range Unfolding[1]" is the "process of removing range ambiguity in apparent range of a multitrip target on the radar." The base data is then sent to the Radar Product Generator (RPG) to distribute to users and to further process the data to create Level III products. A visualization of a typical Doppler radar facility can be found below.



Dual-polarized (dual-pol) radar technology provides advanced radar products to help determine the type and intensity of precipitation and how much may have accumulated. It can also help tell the difference between meteorological (rain, snow, etc.) and non-meteorological (smoke, birds, bugs, bats, etc.) echoes, in addition to confirming that tornadoes are on the ground causing damage. One of the most common features of dual-pol radar products is the ability to identify hail. With dual-pol technology, the radar image becomes two-dimensional because the radar sends both horizontally and vertically polarized electromagnetic waves. As these perpendicular fields bounce off an object and are received back at the radar, a computer program separately processes information about the horizontal and vertical dimensions of the particles. This cross-section now gives meteorologists a measure of the size and shape of the object. A visualization of the dual-pol process can be found below.

[1] https://forecast.weather.gov/glossary.php?word=RANGE+UNFOLDING

DM 07312026

Docusign Envelope ID: 9221612B-DE1A-4DB9-A369-CDE265D1C418






As previously stated, there are three levels of WSR-88D Doppler radar data: Level I, Level II, and Level III. Level I data consists of the raw returned signal at the RDA. Level II data consists of high-resolution (super-resolution) base moment data following quality control. The base moment data includes reflectivity, velocity, spectrum width, correlation coefficient, differential reflectivity, and differential phase. Quality control consists of clutter filtering and range unfolding. Level III data consists of derived products and base moment data that have been recombined into 1-degree azimuth bins and smoothed.

Level II data has a range resolution of 250 meters and an azimuth resolution of 0.5 degrees at elevations below the 1.65-degree tilt (also known as the Split Cuts). Above the 1.65-degree tilt (also known as the Batch Cuts), Level II data has a range resolution of 250 meters and an azimuth resolution of 1 degree. Level III products vary in resolution. Level III Differential Reflectivity, Correlation Coefficient, and Velocity have a range resolution of 250 meters and an azimuth resolution of 1 degree. Level III Reflectivity has a range resolution of 1 kilometer and an azimuth resolution of 1 degree.

The NWS Warning Decision Training Division (WDTD) Radar and Applications Course (RAC) which covers radar theory, operations, and current techniques in analyzing dual-polarization radar capabilities recommends using the highest resolution products available (Level II data). However, in the Base Data Quality Management section of the RAC, it is recommended to use Level III dual-polarization data (such as Differential Reflectivity and Correlation Coefficient) since the recombination and smoothing of Level II data into Level III data can eliminate some "noise" within the higher resolution data. The one caveat is that Tornadic Debris Signatures (TDS) are easier to see in Level II data. In the absence of Level III dual-polarization data, Level II dual-polarization data can be utilized by a trained meteorologist. As a result, I obtained Level II Doppler radar data to review.

The NWS offices around the country issue numerous weather alerts, advisories, warnings, statements, bulletins, and storm reports and these are also utilized in my investigations. Severe

DM 07312026

Docusign Envelope ID. 92216128-DE1A-4DB9 A369 CDE265D1C418



Thunderstorm Warnings issued by the NWS after July 28th, 2021, include a "damage threat" tag. There are three categories to distinguish between high-impact and low-impact events. The categories in order of highest to lowest damage threat are destructive, considerable, and base. The criteria for a destructive damage threat is at least 2.75 inch diameter (baseball-sized) hail and/or 80 mph thunderstorm winds. The criteria for a considerable damage threat is at least 1.75 inch diameter (golf ball-sized) hail and/or 70 mph thunderstorm winds. The criteria for a baseline or "base" severe thunderstorm warning is 1.00 inch (quarter-sized) hail and/or 58 mph thunderstorm winds. A map depicting the NWS offices can be found below.




## GOOGLE EARTH MAP OF INCIDENT LOCATION AND WEATHER STATIONS

The incident location was plotted on the map and is indicated by a red pushpin. The map will help give you an approximate location of the weather stations obtained for this analysis and their proximity to the incident location.

DM 07312026

Docusign Envelope ID: 9221612B-DE1A-4DB9-A369-CDE265D1C418





In order to perform my analysis of the weather conditions that existed, I obtained and reviewed the following weather records (the distance from the incident location and each weather station is also provided):

a. Hourly Surface Weather Observations/Local Climatological Data (LCD) from Chicago/Rockford International Airport (RFD) in Rockford, Illinois (approximately 7.8 miles south-southwest of the incident location).

b. 5-Minute Surface Observations from Chicago/Rockford International Airport (RFD) in Rockford, Illinois.

c. Citizen Weather Observer Program (CWOP) weather station reports from EW4118 in Roscoe, Illinois (approximately 9.9 miles northeast of the incident location).

d. Citizen Weather Observer Program (CWOP) weather station reports from FW1332 in Poplar Grove, Illinois (approximately 14.1 miles east-northeast of the incident location).

e. Cooperative Observer Program (COOP) weather station reports from Belvidere WWTP, Illinois (approximately 10.0 miles east-southeast of the incident location).

f. Community Collaborative Rain, Hail and Snow Network (CoCoRaHS) reports from Rockford 3.8 NNW, Illinois (approximately 2.5 miles west-northwest of the incident location).

g. Community Collaborative Rain, Hail and Snow Network (CoCoRaHS) reports from Rockford 4.5 WSW, Illinois (approximately 6.1 miles southwest of the incident location).

Docusign Envelope ID: 9221612B-DE1A-4DB9-A369-CDE265D1C418



h. Community Collaborative Rain, Hail and Snow Network (CoCoRaHS) reports from Belvidere 5.0 NNW, Illinois (approximately 8.7 miles east of the incident location).

i. Online Community Collaborative Rain, Hail and Snow Network (CoCoRaHS) reports and daily comments for Winnebago County in Illinois, Boone County in Illinois, and Ogle County in Illinois.

j. Level II Super-resolution Reflectivity Doppler Radar images from the Milwaukee, Wisconsin (MKX) radar site that were zoomed in over the incident location.

k. Level II Super-resolution Velocity Doppler Radar images from the Milwaukee, Wisconsin (MKX) radar site that were zoomed in over the incident location.

l. Level II Differential Reflectivity Doppler Radar images from the Milwaukee, Wisconsin (MKX) radar site that were zoomed in over the incident location.

m. Level II Correlation Coefficient Doppler Radar images from Milwaukee, Wisconsin (MKX) radar site that were zoomed in over the incident location.

n. Gibson Ridge Analyst Edition (GRAE) Level II data from the Milwaukee, Wisconsin (MKX) radar facility.

o. Atmospheric sounding numerical data from Davenport, Iowa on July 15th, 2024.

p. Various weather bulletins, advisories and statements that were issued by the National Weather Service (NWS) in Chicago/Romeoville, Illinois.

q. Forensic Weather Consultants Severe Weather History Database.

r. Iowa Environmental Mesonet (IEM) Archived Warnings issued by the NWS in Chicago/Romeoville, Illinois.

s. United States Surface Analysis images from the Weather Prediction Center (WPC).

t. Storm Events Database from the National Centers for Environmental Information (NCEI) for Winnebago County in Illinois, Boone County in Illinois, and Ogle County in Illinois.

u. National Weather Service Storm Survey Overlay from the National Weather Service Damage Assessment Toolkit.

v. National Weather Service Storm Summary titled "*July 15, 2024: Derecho Produces Widespread Wind Damage and Numerous Tornadoes*"

The weather data and climatological records used for this analysis are the records that meteorologists rely upon every day during the normal course of business. The findings in this report utilize the weather records that were available at the time of data retrieval for this case. Any additional weather records and data that become available at a later date may be incorporated into this report in the future.

Doppler radar images were processed by the Milwaukee, Wisconsin (MKX) radar site using the Weather and Climate Toolkit. These images were downloaded from the NCEI, zoomed in over the incident location, and the incident location was plotted on each image map.

In addition, I downloaded Doppler radar data and viewed these images using Gibson Ridge Analyst Edition (GRAE) which is customarily relied upon by other meteorologists, consulting meteorologists and NWS offices nationwide. I manually located the incident location using this program and plotted it with a white "dot" labeled "INCIDENT LOCATION" on the radar map to determine the intensity and values of the different radar products. Using this methodology, I was able to determine the many different radar values and reflectivity heights that are contained in my report. These, along with the other weather records and data were used to complete my meteorological analysis.

The Milwaukee, Wisconsin (MKX) radar site is located approximately 52.6 miles north-northeast of the incident location. It should be noted that the radar image date and time stamps that are given on the Doppler radar images are given in "GMT", which is Greenwich Mean Time. In order to convert "GMT" to Central Daylight Time (CDT), a subtraction of 5 hours is necessary. Additionally, the Hourly Surface Weather Observations/Local Climatological Data (LCD) are given in "Local Standard Time" which requires a one-hour forward time adjustment to obtain "Local Daylight Time." The only exception to this is that some of the remarks themselves are given in GMT. The findings in this report have incorporated and converted all of these times correctly.

Not all hail events, wind gusts, and storm damage are reported to the NWS and the NCEI. These are the entities that compile these reports. There are number of reasons why storm reports may not be listed. Some include the time of day, if the storm occurred during the overnight hours when most people were sleeping, how populated an area is, if communications were interrupted, if the NWS logged each storm report that was received, or if the general public even knew how to submit such a report. For these reasons and others, just because hail, wind or tornado reports were not listed near the location of an incident does not mean it didn't occur. In order to determine what the weather conditions were at the incident location, an experienced and qualified meteorologist, such as a consulting meteorologist, should conduct a detailed analysis using the most reliable data sources and industry accepted methodology and practices.

Numerous studies and research have been conducted which led to the accepted methodologies, standards, and practices that I employed during this study. These best practices and standards are based on documented research, accepted practices and principles that experienced meteorologists utilize in these kinds of investigations. Some of the many different guidelines, which are utilized by NWS offices nationwide, can be found in online NWS modules located at https://training.weather.gov/wdtd/courses/rac/outline.php.

The methodology, practices, and principles I employed researching, analyzing, and determining the weather information contained in this report is the industry-accepted way to determine the presence of hail, hail size, wind speeds, tornadoes, and other weather conditions at a specific incident location. My findings, including extrapolation of the radar data and weather records, are

all based on sound, scientific principles, practices, and accepted methodology in the field of meteorology.

## METEOROLOGICAL ANALYSIS FOR JULY 15, 2024

Weather systems are features located in the atmosphere that can be categorized by their horizontal size. In general, high and low pressure systems, cold fronts, and warm fronts are synoptic-scale systems that range in size from approximately 620 – 3100 miles (1000 – 5000 km). Mesoscale weather features such as Mesoscale Convective Systems and thunderstorms range in size generally between 1.2 – 620 miles (2 – 1000 km). On a microscale level, weather features are generally less than 1.2 miles (2 km) wide.

The following is a surface analysis map of the contiguous United States at 7:00 p.m. CDT on July 15th, 2024, that was prepared by the Weather Prediction Center (WPC), a division of the National Weather Service (NWS). This surface map indicated that low pressure was located across the Upper Mississippi Valley with a surface trough present across eastern Iowa and western Illinois.




Doppler radar images that were zoomed in over the incident location and other information indicated that on July 15th, 2024, light to moderate and occasionally heavy rain associated with a

derecho[2] moved over the incident location from approximately 7:34 p.m. and 10:45 p.m. During this time the derecho was very intense between approximately 8:05 p.m. and 8:30 p.m.

**Level II Doppler radar images indicated that the derecho was very intense with reflectivity values as high as 46.0-51.0 dBZ at the incident location between approximately 8:05 p.m. and 8:30 p.m. on July 15th, 2024.** The derecho generally moved toward the east. While the height of the Milwaukee, Wisconsin (MKX) radar beam fluctuates slightly, it was generally located approximately 3,800 feet over the incident location.

At 11:56 p.m. on July 14th, 2024, the NWS in Chicago/Romeoville, Illinois issued a "Flood Warning" for Winnebago County in Illinois (including the incident location and surrounding areas) that was in effect through 6:00 a.m. on July 15th, 2024. This warning stated that Rockford would be impacted by this weather. At 5:36 a.m. on July 15th, 2024, the NWS in Chicago/Romeoville, Illinois issued a "Flood Statement" which canceled the "Flood Warning".

At 6:56 a.m. on July 15th, 2024, the NWS in Chicago/Romeoville, Illinois issued a "Flood Warning" for the Rock River between Swanson Road in Roscoe and Shorewood Park in Loves Park, including the Latham Park gauge in Illinois (including the incident location and surrounding areas) that was in effect "until further notice". This warning stated that Rockford would be impacted by this weather. At 6:33 p.m. on July 23rd, 2024, the NWS in Chicago/Romeoville, Illinois issued a "Flood Statement" which canceled the "Flood Warning".

At 7:00 p.m. on July 15th, 2024, the NWS in Chicago/Romeoville, Illinois issued a "Severe Thunderstorm Warning" for Winnebago County in Illinois (including the incident location and surrounding areas) that was in effect through 8:15 p.m. on July 15th, 2024. This warning stated hail less than 0.75" in diameter and wind gusts as high as 70 MPH were expected along with a tornado being possible. This warning also stated that Rockford would be impacted by this severe weather.

According to the NWS, a "Severe Thunderstorm[3]" is defined as "a thunderstorm that produces a tornado, winds of at least 58 mph (50 knots), and/or hail at least 1" in diameter. Structural wind damage may imply the occurrence of a severe thunderstorm. A thunderstorm wind equal to or greater than 40 mph (35 knots) and/or hail less than 1" is defined as approaching severe."

At 7:54 p.m. on July 15th, 2024, the NWS in Chicago/Romeoville, Illinois issued a "Tornado Warning" for Central Winnebago County in Illinois (including the incident location and

---

[2] Storm Prediction Center Definition of "Derecho" (2025): "***A widespread, severe windstorm that originates from a mid-latitude MCS [Mesoscale Convective System] that is driven by a cold pool and other possible internal forcing mechanisms.*** *Although a derecho can produce destruction similar to that of a tornado, the damage typically occurs in one direction along a relatively straight path. As a result, the term "straight-line wind damage" is sometimes used to describe derecho damage.* ***By definition, if the swath of wind damage extends at least 250 miles (about 400 kilometers) long, includes wind gusts of at least 58 mph (93 km/h) along its length, with several, well-separated 75 mph (121 km/h) or greater gusts, and originates from an MCS that moves faster than the mean wind speed (thus being primarily cold pool driven), the event may be classified as a derecho.*** *The derecho-producing convective system also should contain certain radar-observed storm features such as bow echoes and rear-inflow jets.*" https://www.spc.noaa.gov/misc/AbtDerechos/derechofacts.htm#whatsnew

[3] https://forecast.weather.gov/glossary.php?word=SEVERE+THUNDERSTORM

DM 07312026

Docusign Envelope ID: 9221612B-DE1A-4DB9-A369-CDE265D1C418



surrounding areas) that was in effect through 8:30 p.m. on July 15th, 2025. This warning stated that a tornado was indicated on radar and that no hail was expected. This warning also stated, "*These dangerous storms will be near...Rockford, Rockford Airport, and Cherry Valley around 800 PM CDT. Belvidere around 805 PM CDT.*" At 8:10 p.m. on July 15th, 2024, the NWS in Chicago/Romeoville, Illinois issued a "Severe Weather Statement" to update the "Tornado Warning" for Southeastern Winnebago County in Illinois. As a result, the warning was no longer in effect for the incident location.

I utilized the "WSR-88D Dual-Polarization Guide" that was created by the National Weather Service Warning Decision Training Division (WDTD) and the National Oceanic and Atmospheric Administration (NOAA)[4] to assist in my analysis.

## Level II Base Reflectivity, Base Velocity, Differential Reflectivity and Correlation Coefficient Doppler Radar Images

The following Level II Doppler radar images (**Figures 1-10**) show the derecho moving over the incident location.

Level II base velocity Doppler radar images from the Milwaukee, Wisconsin (MKX) radar site indicated winds as high as 28-33 MPH at the incident location between approximately 8:05 p.m. and 8:30 p.m. on July 15th, 2024.



**Figure 1:** This Level II Doppler radar image was processed at 8:05 p.m. CDT on July 15th, 2024, and depicts super-resolution base reflectivity (top left), super-resolution base velocity (top right), differential reflectivity (bottom left), and correlation coefficient (bottom right).

[4] https://training.weather.gov/wdtd/courses/dualpol/documents/QuickReference-MediaGuide.pdf

DM 07312026

Docusign Envelope ID: 9221612B-DE1A-4DB9-A369-CDE265D1C418





**Figure 2:** This Level II Doppler radar image was processed at 8:06 p.m. CDT on July 15th, 2024, and depicts super-resolution base reflectivity (top left), super-resolution base velocity (top right), differential reflectivity (bottom left), and correlation coefficient (bottom right).



**Figure 3:** This Level II Doppler radar image was processed at 8:09 p.m. CDT on July 15th, 2024, and depicts super-resolution base reflectivity (top left), super-resolution base velocity (top right), differential reflectivity (bottom left), and correlation coefficient (bottom right).

DM 07312026

Docusign Envelope ID: 9221612B-DE1A-4DB9-A369-CDE265D1C418





**Figure 4:** This Level II Doppler radar image was processed at 8:12 p.m. CDT on July 15th, 2024, and depicts super-resolution base reflectivity (top left), super-resolution base velocity (top right), differential reflectivity (bottom left), and correlation coefficient (bottom right).



**Figure 5:** This Level II Doppler radar image was processed at 8:15 p.m. CDT on July 15th, 2024, and depicts super-resolution base reflectivity (top left), super-resolution base velocity (top right), differential reflectivity (bottom left), and correlation coefficient (bottom right).

DM 07312026

Docusign Envelope ID: 9221612B-DE1A-4DB9-A369-CDE265D1C418





**Figure 6:** This Level II Doppler radar image was processed at 8:18 p.m. CDT on July 15th, 2024, and depicts super-resolution base reflectivity (top left), super-resolution base velocity (top right), differential reflectivity (bottom left), and correlation coefficient (bottom right).



**Figure 7:** This Level II Doppler radar image was processed at 8:22 p.m. CDT on July 15th, 2024, and depicts super-resolution base reflectivity (top left), super-resolution base velocity (top right), differential reflectivity (bottom left), and correlation coefficient (bottom right).

DM 07312026

Docusign Envelope ID: 9221612B-DE1A-4DB9-A359-CDE265D1C418





**Figure 8:** This Level II Doppler radar image was processed at 8:25 p.m. CDT on July 15th, 2024, and depicts super-resolution base reflectivity (top left), super-resolution base velocity (top right), differential reflectivity (bottom left), and correlation coefficient (bottom right).



**Figure 9:** This Level II Doppler radar image was processed at 8:28 p.m. CDT on July 15th, 2024, and depicts super-resolution base reflectivity (top left), super-resolution base velocity (top right), differential reflectivity (bottom left), and correlation coefficient (bottom right).

DM 07312026

Docusign Envelope ID: 9221612B-DE1A-4DB9-A369-CDE265D1C418





**Figure 10:** This Level II Doppler radar image was processed at 8:31 p.m. CDT on July 15th, 2024, and depicts super-resolution base reflectivity (top left), super-resolution base velocity (top right), differential reflectivity (bottom left), and correlation coefficient (bottom right).

## Differential Reflectivity (ZDR)

Differential reflectivity (ZDR) is the difference between the horizontal and vertical reflectivity values observed by Doppler radar. ZDR is useful in determining the shape of the hydrometeor and identifying hail compared to a raindrop.

**At the incident location, Level II Differential Reflectivity values were as low as 0.91-1.91 dB when the very intense reflectivity values moved over between approximately 8:05 p.m. and 8:30 p.m. on July 15th, 2024.** According to the WSR-88D Dual-Polarization Guide for "ZDR" that can be found below, and analysis of various other meteorological data, this is not consistent with a tornado.

Typical Values for ZDR (dB)



## Correlation Coefficient (CC)

Correlation Coefficient (CC) is a measure of how similar the horizontal and vertical pulses are behaving from pulse to pulse. CC is useful for identifying large hail, tornadic debris aloft, rain versus snow, and irregular hydrometeor shapes.

**At the incident location, Level II Correlation Coefficient values were as low as 96.8-99.8% when the very intense reflectivity values moved over between approximately 8:05 p.m. and 8:30 p.m. on July 15th, 2024.** According to the WSR-88D Dual-Polarization Guide for "CC" that can be found below, and analysis of various other meteorological data, this is not consistent with a tornado.

Typical Values for CC




## National Weather Service Bulletins, Warnings and Statements

The following are publicly issued warnings and severe weather statements from the NWS in Chicago/Romeoville, Illinois which included the incident location and surrounding areas.

<u>At 11:56 p.m. on July 14th, 2024, the NWS in Chicago/Romeoville, Illinois issued a "Flood Warning" that was in effect for Winnebago County in Illinois through 6:00 a.m. on July 15th, 2024:</u>

```
Flood Warning
National Weather Service Chicago IL
1156 PM CDT Sun Jul 14 2024
ILC007-037-141-201-151100-
/O.NEW.KLOT.FA.W.0008.240715T0456Z-240715T1100Z/
/00000.0.ER.000000T0000Z.000000T0000Z.000000T0000Z.OO/
Boone IL-De Kalb IL-Ogle IL-Winnebago IL-
1156 PM CDT Sun Jul 14 2024
...FLOOD WARNING IN EFFECT UNTIL 6 AM CDT MONDAY...
...REPLACES FLASH FLOOD WARNING...
* WHAT...Flooding caused by excessive rainfall is expected.
* WHERE...A portion of north central Illinois, including the
  following counties, Boone, De Kalb, Ogle and Winnebago.
* WHEN...Until 600 AM CDT Monday.
* IMPACTS...Creeks and streams may rise out of their banks. Flooding
  may occur in poor drainage and urban areas. Slow moving or
  standing water may continue.
* ADDITIONAL DETAILS...
  - At 1154 PM CDT, Doppler radar and automated rain gauges
```

```
    indicated widespread rainfall up to 4 inches fell during
    previous showers and thunderstorms. Rainfall has ended and no
    new flooding is expected, although some creeks may continue
    to rise for the next few hours.
  - Some locations that will experience flooding include...
    Rockford, Belvidere, Loves Park, Machesney Park, Poplar
    Grove, Rockford Airport, Candlewick Lake, Cherry Valley,
    Winnebago, Davis Junction, Pecatonica, Timberlane, New
    Milford, Garden Prairie and Seward.
  - http://www.weather.gov/safety/flood
PRECAUTIONARY/PREPAREDNESS ACTIONS...
Turn around, don't drown when encountering flooded roads. Most flood
deaths occur in vehicles.
Be especially cautious at night when it is harder to recognize the
dangers of flooding.
&&
LAT...LON 4220 8917 4220 8939 4235 8940 4236 8871
      4215 8871 4215 8917
```

At 5:36 a.m. on July 15th, 2024, the NWS in Chicago/Romeoville, Illinois issued a "Flood Statement" that canceled the "Flood Warning" that was in effect:

```
Flood Statement
National Weather Service Chicago IL
536 AM CDT Mon Jul 15 2024
ILC007-037-141-201-151046-
/O.CAN.KLOT.FA.W.0008.000000T0000Z-240715T1100Z/
/00000.0.ER.000000T0000Z.000000T0000Z.000000T0000Z.OO/
Boone IL-De Kalb IL-Ogle IL-Winnebago IL-
536 AM CDT Mon Jul 15 2024
...FLOOD WARNING IS CANCELLED...
The Flood Warning is cancelled for a portion of north central
Illinois, including the following areas, Boone, De Kalb, Ogle and
Winnebago.
The heavy rain has ended and flood waters have receded. Flooding is
no longer expected to pose a threat. Please continue to heed
remaining road closures.
&&
LAT...LON 4220 8917 4220 8939 4235 8940 4236 8871
      4215 8871 4215 8917
```

At 6:56 a.m. on July 15th, 2024, the NWS in Chicago/Romeoville, Illinois issued a "Flood Warning" that was in effect "*until further notice*":

```
Flood Warning
National Weather Service Chicago IL
656 AM CDT Mon Jul 15 2024
...The National Weather Service in Chicago IL has issued a Flood
Warning for the following rivers in Illinois...
  Rock River at Latham Park affecting Winnebago County.
For the Rock River...including Latham Park...Minor flooding is
forecast.
PRECAUTIONARY/PREPAREDNESS ACTIONS...
A Flood Warning means water levels above flood stage are imminent or
may already be occurring. Persons along rivers and streams in the
warned area should take immediate precautions to protect life and
property.
These forecasts are based on observed precipitation as well as
forecast precipitation 24 hours into the future. Changes to the
rainfall forecast, or any additional rainfall after 24 hours, may
cause changes to these river forecasts.
Additional information is available at www.weather.gov.
The next statement will be issued by late tonight.
&&
ILC201-160600-
/O.NEW.KLOT.FL.W.0043.240715T1600Z-000000T0000Z/
/LATI2.1.ER.240715T1600Z.240717T1800Z.000000T0000Z.NO/
```

DM 07312026



Docusign Envelope ID: 9221612B-DE1A-4DB9-A369-CDE265D1C418

**FOREST HILLS COUNTRY CLUB – ROCKFORD, ILLINOIS – JULY 15, 2024**

```
656 AM CDT Mon Jul 15 2024
...FLOOD WARNING IN EFFECT FROM THIS MORNING UNTIL FURTHER NOTICE...
* WHAT...Minor flooding is forecast.
* WHERE...Rock River from Swanson Road in Roscoe downstream to
  Shorewood Park in Loves Park, including the Latham Park gauge.
* WHEN...From this morning until further notice.
* IMPACTS...At 10.5 feet, Low-lying sections of Shore Drive are
  threatened between Wilson Avenue and Park Road in Machesney Park.
  Water overflows low-lying river banks along East Drive in Loves
  Park. Low-lying areas of Martin Memorial Park are inundated.
* ADDITIONAL DETAILS...
  - At 6:30 AM CDT Monday the stage was 8.8 feet.
  - Forecast...The river is expected to rise above flood stage
    late this morning.
  - Flood stage is 9.0 feet.
  - http://www.weather.gov/safety/flood
&&
LAT...LON 4239 8908 4239 8898 4230 8903 4230 8911
```

<u>At 7:00 p.m. on July 15th, 2024, the NWS in Chicago/Romeoville, Illinois issued a "Severe Thunderstorm Warning" that was in effect for Winnebago County in Illinois through 8:15 p.m. on July 15th, 2024</u>:

```
Severe Thunderstorm Warning
National Weather Service Chicago/Romeoville
700 PM CDT Mon Jul 15 2024
The National Weather Service in Chicago has issued a
* Severe Thunderstorm Warning for...
  Ogle County in north central Illinois...
  Northern Lee County in north central Illinois...
  Winnebago County in north central Illinois...
* Until 815 PM CDT.
* At 700 PM CDT, severe thunderstorms were located along a line
  extending from near Warren to near Stockton to near Mount Carroll
  to Sabula, moving east at 50 mph.
  HAZARD...70 mph wind gusts.
  SOURCE...Radar indicated.
  IMPACT...Expect considerable tree damage. Damage is likely to
           mobile homes, roofs, and outbuildings.
* Locations impacted include...
  Rockford, Loves Park, Machesney Park, Dixon, Roscoe, Rochelle,
  South Beloit, Rockton, Byron, Oregon, Mount Morris, Polo, Rockford
  Airport, Cherry Valley, Winnebago, Davis Junction, Pecatonica,
  Forreston, Durand, Hillcrest, Stillman Valley, Franklin Grove,
  Ashton, Lost Nation, and New Milford.
PRECAUTIONARY/PREPAREDNESS ACTIONS...
Remain alert for a possible tornado! Tornadoes can develop quickly
from severe thunderstorms. If you spot a tornado go at once into the
basement or small central room in a sturdy structure.
For your protection move to an interior room on the lowest floor of a
building.
A Tornado Watch remains in effect until 100 AM CDT for north central
Illinois.
&&
LAT...LON 4249 8894 4182 8894 4185 8962 4185 8963
      4193 8963 4193 8969 4220 8969 4220 8940
      4250 8940
TIME...MOT...LOC 0000Z 282DEG 43KT 4251 8995 4231 8998 4216 9003 4206
9019
TORNADO...POSSIBLE
THUNDERSTORM DAMAGE THREAT...CONSIDERABLE
HAIL THREAT...RADAR INDICATED
MAX HAIL SIZE...<.75 IN
WIND THREAT...RADAR INDICATED
MAX WIND GUST...70 MPH
```

DM 07312026

Docusign Envelope ID: 9221612B-DE1A-4DB9-A369-CDE265D1C418



At 7:54 p.m. on July 15th, 2024, the NWS in Chicago/Romeoville, Illinois issued a "Tornado Warning" that was in effect for Central Winnebago County in Illinois through 8:30 p.m. on July 15th, 2024:

```
Tornado Warning
National Weather Service Chicago/Romeoville
754 PM CDT Mon Jul 15 2024
The National Weather Service in Chicago has issued a
* Tornado Warning for...
  Northeastern Ogle County in north central Illinois...
  Central Winnebago County in north central Illinois...
  Boone County in north central Illinois...
* Until 830 PM CDT.
* At 754 PM CDT, severe thunderstorms capable of producing both
  tornadoes and extensive straight line wind damage were located near
  Rockford Airport, moving east at 55 mph.
  HAZARD...Tornado.
  SOURCE...Radar indicated rotation.
  IMPACT...Flying debris will be dangerous to those caught without
           shelter. Mobile homes will be damaged or destroyed.
           Damage to roofs, windows, and vehicles will occur.  Tree
           damage is likely.
* These dangerous storms will be near...
  Rockford, Rockford Airport, and Cherry Valley around 800 PM CDT.
  Belvidere around 805 PM CDT.
PRECAUTIONARY/PREPAREDNESS ACTIONS...
This cluster of thunderstorms is capable of producing tornadoes and
widespread significant wind damage. Do not wait to see or hear the
tornado. For your protection move to an interior room on the lowest
floor of a building.
&&
LAT...LON 4215 8871 4215 8894 4206 8894 4206 8924
      4235 8935 4249 8871
TIME...MOT...LOC 0054Z 265DEG 46KT 4222 8918
TORNADO...RADAR INDICATED
MAX HAIL SIZE...0.00 IN
```

At 8:10 p.m. on July 15th, 2024, the NWS in Chicago/Romeoville, Illinois issued a "Severe Weather Statement" to update the "Tornado Warning" that was in effect for Southeastern Winnebago County in Illinois. As a result, the warning was no longer in effect for the incident location:

```
Severe Weather Statement
National Weather Service Chicago/Romeoville
810 PM CDT Mon Jul 15 2024
ILC007-141-201-160130-
/O.CON.KLOT.TO.W.0020.000000T0000Z-240716T0130Z/
Ogle IL-Winnebago IL-Boone IL-
810 PM CDT Mon Jul 15 2024
...A TORNADO WARNING REMAINS IN EFFECT UNTIL 830 PM CDT FOR EAST
CENTRAL OGLE...SOUTHEASTERN WINNEBAGO AND BOONE COUNTIES...
At 810 PM CDT, a severe squall line capable of producing both
tornadoes and extensive straight line wind damage was located near
Cherry Valley, or 7 miles east of Rockford Airport, moving east at 40
mph.
HAZARD...Tornado.
SOURCE...Radar indicated rotation.
IMPACT...Flying debris will be dangerous to those caught without
         shelter. Mobile homes will be damaged or destroyed. Damage
         to roofs, windows, and vehicles will occur.  Tree damage is
         likely.
These dangerous storms will be near...
  Belvidere and Cherry Valley around 815 PM CDT.
PRECAUTIONARY/PREPAREDNESS ACTIONS...
This cluster of thunderstorms is capable of producing tornadoes and
widespread significant wind damage. Do not wait to see or hear the
```

DM 07312026

Docusign Envelope ID: 92216128-DE1A-4DB9-A369-CDE285D1C418



```
tornado. For your protection move to an interior room on the lowest
floor of a building.
&&
LAT...LON 4215 8971 4215 8894 4206 8894 4206 8903
      4228 8908 4249 8871
TIME...MOT...LOC 0110Z 262DEG 36KT 4217 8896
TORNADO...RADAR INDICATED
MAX HAIL SIZE...0.00 IN
```

At 6:33 p.m. on July 23rd, 2024, the NWS in Chicago/Romeoville, Illinois issued a "Flood Statement" that canceled the "Flood Warning" that was in effect:

```
Flood Statement
National Weather Service Chicago IL
633 PM CDT Tue Jul 23 2024
...The Flood Warning is cancelled for the following rivers in
Illinois...
  Rock River at Latham Park affecting Winnebago County.
ILC201-240045-
/O.CAN.KLOT.FL.W.0043.000000T0000Z-240723T2333Z/
/LATI2.1.ER.240715T1600Z.240717T1515Z.240723T1645Z.NO/
633 PM CDT Tue Jul 23 2024
...FLOOD WARNING IS CANCELLED...
The Flood Warning is cancelled for
  Rock River from Swanson Road in Roscoe downstream to Shorewood
  Park in Loves Park, including the Latham Park gauge.
* ADDITIONAL DETAILS...
  - At 5:30 PM CDT Tuesday the stage was 8.9 feet.
  - Forecast...The river is expected to continue to slowly fall.
  - http://www.weather.gov/safety/flood
&&
LAT...LON 4239 8903 4239 8898 4230 8903 4230 8911
```

## National Weather Service Local Storm Reports and Storm Events Database

After determining if Local Storm Reports were received by the NWS and if edited storm reports were included in the Storm Events Database from the National Centers for Environmental Information (NCEI) on July 15th, 2024, I quality-controlled and plotted these reports using the program Google Earth. Due to the density of these reports they were divided amongst three (3) maps. The following maps depict the reports that were received in the vicinity of the incident location. The text bulletins themselves are listed out after the storm report maps.

DM 07312026

Docusign Envelope ID: 9221612B-DE1A-4DB9-A369-CDE265D1C418

**FOREST HILLS COUNTRY CLUB – ROCKFORD, ILLINOIS – JULY 15, 2024**






DM 07312026

Docusign Envelope ID: 9221612B-DE1A-4DB9-A369-CDE265D1C418

**FOREST HILLS COUNTRY CLUB – ROCKFORD, ILLINOIS – JULY 15, 2024**




At 8:06 p.m. on July 15th, 2024, the NWS in Chicago/Romeoville, Illinois issued the following "Preliminary Local Storm Report" which included Winnebago County in Illinois:

```
Preliminary Local Storm Report
National Weather Service Chicago IL
806 PM CDT Mon Jul 15 2024
..TIME...    ...EVENT...       ...CITY LOCATION...     ...LAT.LON...
..DATE...    ....MAG....       ..COUNTY LOCATION..ST.. ...SOURCE....
             ..REMARKS..
0757 PM      Funnel Cloud      3 E Winnebago           42.27N 89.17W
07/15/2024                     Winnebago          IL   Broadcast Media
             Meridian Road near bypass 20.
```

At 8:17 p.m. on July 15th, 2024, the NWS in Chicago/Romeoville, Illinois issued the following "Preliminary Local Storm Report" which included Winnebago County in Illinois:

```
Preliminary Local Storm Report
National Weather Service Chicago IL
817 PM CDT Mon Jul 15 2024
..TIME...    ...EVENT...       ...CITY LOCATION...     ...LAT.LON...
..DATE...    ....MAG....       ..COUNTY LOCATION..ST.. ...SOURCE....
             ..REMARKS..
0812 PM      Tstm Wnd Gst      Rockford Airport        42.20N 89.10W
07/15/2024   M64 MPH           Winnebago          IL   Official NWS Obs
```

At 8:18 p.m. on July 15th, 2024, the NWS in Chicago/Romeoville, Illinois issued the following "Preliminary Local Storm Report" which included Winnebago County in Illinois:

```
Preliminary Local Storm Report
National Weather Service Chicago IL
818 PM CDT Mon Jul 15 2024
..TIME...    ...EVENT...       ...CITY LOCATION...     ...LAT.LON...
..DATE...    ....MAG....       ..COUNTY LOCATION..ST.. ...SOURCE....
             ..REMARKS..
0805 PM      Tstm Wnd Dmg      3 E Winnebago           42.27N 89.17W
07/15/2024                     Winnebago          IL   Fire Dept/Rescue
```

DM 07312026

Docusign Envelope ID: 9221612B-DE1A-4DB9-A369-CDE265D1C418



```
            Reports of numerous trees downed.
```

At 10:29 p.m. on July 15th, 2024, the NWS in Chicago/Romeoville, Illinois issued the following "Preliminary Local Storm Report" which included Winnebago County in Illinois:

```
Preliminary Local Storm Report
National Weather Service Chicago IL
1029 PM CDT Mon Jul 15 2024
..TIME...   ...EVENT...      ...CITY LOCATION...     ...LAT.LON...
..DATE...   ....MAG....      ..COUNTY LOCATION..ST.. ...SOURCE....
            ..REMARKS..
0805 PM     Tstm Wnd Dmg     3 ESE Winnebago         42.24N 89.18W
07/15/2024                   Winnebago          IL   Broadcast Media
            trees and power lines downed.
```

At 10:34 p.m. on July 15th, 2024, the NWS in Chicago/Romeoville, Illinois issued the following "Preliminary Local Storm Report" which included Winnebago County in Illinois:

```
Preliminary Local Storm Report
National Weather Service Chicago IL
1034 PM CDT Mon Jul 15 2024
..TIME...   ...EVENT...      ...CITY LOCATION...     ...LAT.LON...
..DATE...   ....MAG....      ..COUNTY LOCATION..ST.. ...SOURCE....
            ..REMARKS..
0805 PM     Tstm Wnd Dmg     4 ESE Winnebago         42.24N 89.17W
07/15/2024                   Winnebago          IL   Broadcast Media
            trees downed on meridian road.
```

At 11:19 p.m. on July 15th, 2024, the NWS in Chicago/Romeoville, Illinois issued the following "Preliminary Local Storm Report" which included Winnebago County in Illinois:

```
Preliminary Local Storm Report
National Weather Service Chicago IL
1119 PM CDT Mon Jul 15 2024
..TIME...   ...EVENT...      ...CITY LOCATION...     ...LAT.LON...
..DATE...   ....MAG....      ..COUNTY LOCATION..ST.. ...SOURCE....
            ..REMARKS..
0844 PM     Flood            3 N Cherry Valley       42.29N 88.94W
07/15/2024                   Winnebago          IL   Public
            Public report of street flooding north of
            Cherry Valley. Relayed via mping.
```

At 11:25 p.m. on July 15th, 2024, the NWS in Chicago/Romeoville, Illinois issued the following "Preliminary Local Storm Report" which included Winnebago County in Illinois:

```
Preliminary Local Storm Report
National Weather Service Chicago IL
1125 PM CDT Mon Jul 15 2024
..TIME...   ...EVENT...      ...CITY LOCATION...     ...LAT.LON...
..DATE...   ....MAG....      ..COUNTY LOCATION..ST.. ...SOURCE....
            ..REMARKS..
0806 PM     Tstm Wnd Dmg     1 E Roscoe              42.42N 88.98W
07/15/2024                   Winnebago          IL   Public
            Public report of possible tree damage near
            Roscoe. Relayed via mping. Time estimated by
            radar.
```

At 12:50 a.m. on July 16th, 2024, the NWS in Chicago/Romeoville, Illinois issued the following "Preliminary Local Storm Report" which included Winnebago County in Illinois:

```
Preliminary Local Storm Report
National Weather Service Chicago IL
```

DM 07312026

Docusign Envelope ID: 92216128-DE1A-4D89-A369-CDE265D1C418



```
1250 AM CDT Tue Jul 16 2024
..TIME...      ...EVENT...       ...CITY LOCATION...     ...LAT.LON...
..DATE...      ....MAG....       ..COUNTY LOCATION..ST.. ...SOURCE....
               ..REMARKS..
0811 PM        Tstm Wnd Dmg      2 WSW Rockford Airport  42.19N 89.14W
07/15/2024                       Winnebago          IL   Public
               IL-2. closed due to numerous large branches
               downed onto roadway. Time estimated by
               radar.
```

At 12:51 a.m. on July 16th, 2024, the NWS in Chicago/Romeoville, Illinois issued the following "Preliminary Local Storm Report" which included Winnebago County in Illinois:

```
Preliminary Local Storm Report
National Weather Service Chicago IL
1251 AM CDT Tue Jul 16 2024
..TIME...      ...EVENT...       ...CITY LOCATION...     ...LAT.LON...
..DATE...      ....MAG....       ..COUNTY LOCATION..ST.. ...SOURCE....
               ..REMARKS..
0812 PM        Tstm Wnd Dmg      1 NNW Rockford Airport  42.22N 89.11W
07/15/2024                       Winnebago          IL   Emergency Mngr
               Winnebago EM reports trees uprooted near
               US-20 and Main Street. Time estimated by
               radar.
```

At 12:54 a.m. on July 16th, 2024, the NWS in Chicago/Romeoville, Illinois issued the following "Preliminary Local Storm Report" which included Winnebago County in Illinois:

```
Preliminary Local Storm Report
National Weather Service Chicago IL
1254 AM CDT Tue Jul 16 2024
..TIME...      ...EVENT...       ...CITY LOCATION...     ...LAT.LON...
..DATE...      ....MAG....       ..COUNTY LOCATION..ST.. ...SOURCE....
               ..REMARKS..
0816 PM        Tstm Wnd Dmg      3 SW Cherry Valley      42.21N 89.00W
07/15/2024                       Winnebago          IL   Law Enforcement
               Winnebago EM reports large tree branches
               downed along Mulford Road southwest of
               Cherry Valley. Time estimated by radar.
```

At 9:35 a.m. on July 16th, 2024, the NWS in Chicago/Romeoville, Illinois issued the following "Preliminary Local Storm Report" which included Winnebago County in Illinois:

```
Preliminary Local Storm Report
National Weather Service Chicago IL
935 AM CDT Tue Jul 16 2024
..TIME...      ...EVENT...       ...CITY LOCATION...     ...LAT.LON...
..DATE...      ....MAG....       ..COUNTY LOCATION..ST.. ...SOURCE....
               ..REMARKS..
0759 PM        Tstm Wnd Dmg      2 W Rockford Airport    42.20N 89.15W
07/15/2024                       Winnebago          IL   Emergency Mngr
               trees down across prairie road near
               fitzgerald road. time estimated by radar.
```

At 10:37 a.m. on July 16th, 2024, the NWS in Chicago/Romeoville, Illinois issued the following "Preliminary Local Storm Report" which included Winnebago County in Illinois:

```
Preliminary Local Storm Report
National Weather Service Chicago IL
1037 AM CDT Tue Jul 16 2024
..TIME...      ...EVENT...       ...CITY LOCATION...     ...LAT.LON...
..DATE...      ....MAG....       ..COUNTY LOCATION..ST.. ...SOURCE....
               ..REMARKS..
0809 PM        Tstm Wnd Dmg      3 ENE Rockford Airport  42.22N 89.05W
```

DM 07312026

Docusign Envelope ID: 92216128-DE1A-4DB9-A369-CDE265D1C418



```
07/15/2024                    Winnebago          IL   Broadcast Media
             Trees uprooted around apartments near Sandy
             Hollow Road and Hampton Ridge Drive in
             Rockford, IL. Time estimated by radar.
```

At 5:58 p.m. on July 19th, 2024, the NWS in Chicago/Romeoville, Illinois issued the following "Preliminary Local Storm Reports" which included a new report from Winnebago County in Illinois:

```
Preliminary Local Storm Report
National Weather Service Chicago IL
558 PM CDT Fri Jul 19 2024
..TIME...    ...EVENT...      ...CITY LOCATION...         ...LAT.LON...
..DATE...    ....MAG....      ..COUNTY LOCATION..ST..     ...SOURCE....
             ..REMARKS..
0758 PM      Tornado          1 W Davis Junction          42.10N 89.12W
07/15/2024                    Ogle               IL       NWS Storm Survey
             EF-0 tornado with winds of 80 mph.
0758 PM      Tornado          4 SSE Winnebago             42.22N 89.20W
07/15/2024                    Winnebago          IL       NWS Storm Survey
             EF-0 tornado with winds of 75 mph.
0849 PM      Tornado          1 E Big Rock                41.76N 88.52W
07/15/2024                    Kane               IL       NWS Storm Survey
             EF-1 tornado with winds of 95 mph.
0852 PM      Tornado          3 NW Sugar Grove            41.79N 88.48W
07/15/2024                    Kane               IL       NWS Storm Survey
             EF-0 tornado with winds of 85 mph.
0855 PM      Tornado          3 NNW Yorkville             41.68N 88.47W
07/15/2024                    Kendall            IL       NWS Storm Survey
             EF-1 tornado with winds of 100 mph.
0907 PM      Tornado          4 S Plattville              41.47N 88.39W
07/15/2024                    Kendall            IL       NWS Storm Survey
             *** 2 INJ ***
             EF-1 tornado with winds of 110 mph.
0912 PM      Tornado          5 NW Shorewood              41.56N 88.27W
07/15/2024                    Kendall            IL       NWS Storm Survey
             EF-0 tornado with winds of 80 mph.
0914 PM      Tornado          3 SW Channahon              41.40N 88.27W
07/15/2024                    Grundy             IL       NWS Storm Survey
             *** 2 INJ ***
             EF-2 tornado with winds of 120 mph.
0923 PM      Tornado          1 ESE Glen Ellyn            41.87N 88.05W
07/15/2024                    DuPage             IL       NWS Storm Survey
             EF-0 tornado with winds of 85 mph.
0929 PM      Tornado          Villa Park                  41.89N 87.98W
07/15/2024                    DuPage             IL       NWS Storm Survey
             EF-0 tornado with winds of 75 mph.
0936 PM      Tornado          5 WSW Manteno               41.23N 87.93W
07/15/2024                    Kankakee           IL       NWS Storm Survey
             EF-0 tornado with winds of 85 mph.
0936 PM      Tornado          Broadview                   41.86N 87.86W
07/15/2024                    Cook               IL       NWS Storm Survey
             EF-0 tornado with winds of 85 mph.
0937 PM      Tornado          1 N Willow Springs          41.75N 87.86W
07/15/2024                    Cook               IL       NWS Storm Survey
             EF-1 tornado with winds of 90 mph.
0941 PM      Tornado          2 S Peotone                 41.31N 87.79W
07/15/2024                    Will               IL       NWS Storm Survey
             EF-0 tornado with winds of 85 mph.
0941 PM      Tornado          2 S Palos Heights           41.64N 87.80W
07/15/2024                    Cook               IL       NWS Storm Survey
             EF-0 tornado with winds of 85 mph.
0943 PM      Tornado          1 W Oak Forest              41.60N 87.77W
07/15/2024                    Cook               IL       NWS Storm Survey
             EF-0 tornado with winds of 85 mph.
0943 PM      Tornado          Flossmoor                   41.54N 87.69W
07/15/2024                    Cook               IL       NWS Storm Survey
             EF-1 tornado with winds of 100 mph.
```

DM 07312026

Docusign Envelope ID: 9221612B-DE1A-4DB9-A369-CDE265D1C418



```
0947 PM      Tornado          1 ESE Garfield Park - C 41.87N 87.70W
07/15/2024                    Cook                 IL   NWS Storm Survey
             EF-1 tornado with winds of 95 mph.
0947 PM      Tornado          1 WSW Chicago Lawn        41.76N 87.71W
07/15/2024                    Cook                 IL   NWS Storm Survey
             EF-1 tornado with winds of 90 mph.
0950 PM      Tornado          1 E Humboldt Park - Chi 41.90N 87.70W
07/15/2024                    Cook                 IL   NWS Storm Survey
             EF-0 tornado with winds of 85 mph.
0951 PM      Tornado          3 ENE Grant Park          41.26N 87.59W
07/15/2024                    Kankakee             IL   NWS Storm Survey
             EF-1 tornado with winds of 90 mph.
0952 PM      Tornado          4 ENE Beecher             41.36N 87.56W
07/15/2024                    Will                 IL   NWS Storm Survey
             EF-1 tornado with winds of 90 mph.
1002 PM      Tornado          1 N Shelby                41.22N 87.35W
07/15/2024                    Lake                 IN   NWS Storm Survey
             EF-0 tornado with winds of 75 mph.
```

## Storm Events Database Entries

The Storm Events Database from the NCEI contained the following entries within 10 miles of the incident location on July 15th, 2024:

### Storm Events Database

**Event Details:**

| | |
|---|---|
| Event | Tornado |
| -- Scale | EF0 |
| -- Length | 1.2 Miles |
| -- Width | 100 Yards |
| State | ILLINOIS |
| County/Area | WINNEBAGO |
| WFO | LOT |
| Report Source | NWS Storm Survey |
| NCEI Data Source | CSV |
| Begin Date | 2024-07-15 18:58 CST-6 |
| Begin Location | 1ENE WESTFIELD CORNERS |
| Begin Lat/Lon | 42.2171/-89.2027 |
| End Date | 2024-07-15 19:00 CST-6 |
| End Location | 3ENE WESTFIELD CORNERS |
| End Lat/Lon | 42.2238/-89.1836 |
| Deaths Direct/Indirect | 0/0 (fatality details below, when available...) |
| Injuries Direct/Indirect | 0/0 |
| Property Damage | 0.00K |
| Crop Damage | 0.00K |
| Episode Narrative | A derecho moved across northern Illinois during the evening of July 15th producing widespread wind damage and 30 tornadoes in northeast Illinois. One of these tornadoes crossed into northwest Indiana. At the height of the storms, 430,000 customers lost power with some power not restored for four days, on July 19th. |
| Event Narrative | A tornado with estimated peak winds of 75 mph touched down just north of the entrance to a forest preserve off Montague Road. The tornado initially moved southeast and then turned northeast moving along Montague Road. Damage to trees, power lines and crops occurred along the path of this tornado. A car was reported to have been pushed off Montague Road just south of Highlands Drive. The tornado ended just southeast of Highlands Drive. |

DM 07312026

Docusign Envelope ID: 9221612B-DE1A-4DB9-A369-CDE265D1C418



## Storm Events Database

### Event Details:

| | |
|---|---|
| Event | Thunderstorm Wind |
| Magnitude | 70 kts. |
| State | ILLINOIS |
| County/Area | WINNEBAGO |
| WFO | LOT |
| Report Source | NWS Storm Survey |
| NCEI Data Source | CSV |
| Begin Date | 2024-07-15 18:58 CST-6 |
| Begin Location | 2WNW WOODCREST |
| Begin Lat/Lon | 42.185/-89.173 |
| End Date | 2024-07-15 19:00 CST-6 |
| End Location | 1WNW WOODCREST |
| End Lat/Lon | 42.185/-89.157 |
| Deaths Direct/Indirect | 0/0 (fatality details below, when available...) |
| Injuries Direct/Indirect | 0/0 |
| Property Damage | 0.00K |
| Crop Damage | 0.00K |
| Episode Narrative | A derecho moved across northern Illinois during the evening of July 15th producing widespread wind damage and 30 tornadoes in northeast Illinois. One of these tornadoes crossed into northwest Indiana. At the height of the storms, 430,000 customers lost power with some power not restored for four days, on July 19th. |
| Event Narrative | Numerous trees were uprooted or snapped with many other tree limbs blown down in an area just north of the Rock River. At least one house on Route 2, just east of Antler Trail was damaged when a tree fell on it. Crops were also blown down. |

DM 07312026

Docusign Envelope ID: 9221612B-DE1A-4DB9-A369-CDE265D1C418



## Storm Events Database

### Event Details:

| | |
|---|---|
| Event | Tornado |
| -- Scale | EF0 |
| -- Length | 0.2 Miles |
| -- Width | 25 Yards |
| State | ILLINOIS |
| County/Area | WINNEBAGO |
| WFO | LOT |
| Report Source | NWS Storm Survey |
| NCEI Data Source | CSV |
| Begin Date | 2024-07-15 19:01 CST-6 |
| Begin Location | 1SW NEW MILFORD |
| Begin Lat/Lon | 42.1687/-89.092 |
| End Date | 2024-07-15 19:02 CST-6 |
| End Location | 1SW NEW MILFORD |
| End Lat/Lon | 42.1691/-89.0888 |
| Deaths Direct/Indirect | 0/0 (fatality details below, when available...) |
| Injuries Direct/Indirect | 0/0 |
| Property Damage | 0.00K |
| Crop Damage | 0.00K |
| Episode Narrative | A derecho moved across northern Illinois during the evening of July 15th producing widespread wind damage and 30 tornadoes in northeast Illinois. One of these tornadoes crossed into northwest Indiana. At the height of the storms, 430,000 customers lost power with some power not restored for four days, on July 19th. |
| Event Narrative | A brief tornado with estimated peak winds of 80 mph touched down southeast of the intersection of Bend Road and Baxter Road, moved northeast crossing Baxter Road and ended just northeast of Baxter Road. Photos and videos of a funnel cloud looking south southwest from the east side of Rockford and looking west from near Interstate 39 and Baxter Road lined up with drone footage of tree damage along the path of this brief tornado. Tree limbs were blown down in various directions and onto power lines. |

DM 07312026

Docusign Envelope ID: 9221612B-DE1A-4DB9-A369-CDE265D1C418



## Storm Events Database

### Event Details:

| | |
|---|---|
| Event | Thunderstorm Wind |
| Magnitude | 60 kts. |
| State | ILLINOIS |
| County/Area | WINNEBAGO |
| WFO | LOT |
| Report Source | Public |
| NCEI Data Source | CSV |
| Begin Date | 2024-07-15 19:01 CST-6 |
| Begin Location | 1NNW WOODCREST |
| Begin Lat/Lon | 42.1959/-89.1451 |
| End Date | 2024-07-15 19:01 CST-6 |
| End Location | 1NNW WOODCREST |
| End Lat/Lon | 42.1959/-89.1451 |
| Deaths Direct/Indirect | 0/0 (fatality details below, when available...) |
| Injuries Direct/Indirect | 0/0 |
| Property Damage | 0.00K |
| Crop Damage | 0.00K |
| Episode Narrative | A derecho moved across northern Illinois during the evening of July 15th producing widespread wind damage and 30 tornadoes in northeast Illinois. One of these tornadoes crossed into northwest Indiana. At the height of the storms, 430,000 customers lost power with some power not restored for four days, on July 19th. |
| Event Narrative | Trees and tree limbs were blown down blocking Prairie Road, just north of Fitzgerald Road. |

DM 07312026

Docusign Envelope ID: 9221612B-DE1A-4DB9-A369-CDE265D1C418



## Storm Events Database

### Event Details:

| | |
|---|---|
| Event | Thunderstorm Wind |
| Magnitude | 65 kts. |
| State | ILLINOIS |
| County/Area | WINNEBAGO |
| WFO | LOT |
| Report Source | Fire Department/Rescue |
| NCEI Data Source | CSV |
| Begin Date | 2024-07-15 19:05 CST-6 |
| Begin Location | 3E WINNEBAGO |
| Begin Lat/Lon | 42.27/-89.17 |
| End Date | 2024-07-15 19:05 CST-6 |
| End Location | 3E WINNEBAGO |
| End Lat/Lon | 42.27/-89.17 |
| Deaths Direct/Indirect | 0/0 (fatality details below, when available...) |
| Injuries Direct/Indirect | 0/0 |
| Property Damage | 0.00K |
| Crop Damage | 0.00K |
| Episode Narrative | A derecho moved across northern Illinois during the evening of July 15th producing widespread wind damage and 30 tornadoes in northeast Illinois. One of these tornadoes crossed into northwest Indiana. At the height of the storms, 430,000 customers lost power with some power not restored for four days, on July 19th. |
| Event Narrative | Numerous trees were blown down. |

DM 07312026

Docusign Envelope ID: 9221612B-DE1A-4DB9-A369-CDE265D1C418



## Storm Events Database

### Event Details:

| | |
|---|---|
| Event | Thunderstorm Wind |
| Magnitude | 65 kts. |
| State | ILLINOIS |
| County/Area | WINNEBAGO |
| WFO | LOT |
| Report Source | Broadcast Media |
| NCEI Data Source | CSV |
| Begin Date | 2024-07-15 19:05 CST-6 |
| Begin Location | 4NE WESTFIELD CORNERS |
| Begin Lat/Lon | 42.2388/-89.1733 |
| End Date | 2024-07-15 19:05 CST-6 |
| End Location | 4NE WESTFIELD CORNERS |
| End Lat/Lon | 42.2388/-89.1733 |
| Deaths Direct/Indirect | 0/0 (fatality details below, when available...) |
| Injuries Direct/Indirect | 0/0 |
| Property Damage | 0.00K |
| Crop Damage | 0.00K |
| Episode Narrative | A derecho moved across northern Illinois during the evening of July 15th producing widespread wind damage and 30 tornadoes in northeast Illinois. One of these tornadoes crossed into northwest Indiana. At the height of the storms, 430,000 customers lost power with some power not restored for four days, on July 19th. |
| Event Narrative | Trees were blown down on Meridian Road between Edwardsville Road and Kelley Road. Tree limbs and power lines were also blown down nearby. |

DM 07312026

Docusign Envelope ID: 9221612B-DE1A-4DB9-A369-CDE265D1C418



## Storm Events Database

Event Details:

| | |
|---|---|
| Event | Thunderstorm Wind |
| Magnitude | 50 kts. |
| State | ILLINOIS |
| County/Area | WINNEBAGO |
| WFO | LOT |
| Report Source | Public |
| NCEI Data Source | CSV |
| Begin Date | 2024-07-15 19:06 CST-6 |
| Begin Location | 2ENE ROSCOE |
| Begin Lat/Lon | 42.4191/-88.9803 |
| End Date | 2024-07-15 19:06 CST-6 |
| End Location | 2ENE ROSCOE |
| End Lat/Lon | 42.4191/-88.9803 |
| Deaths Direct/Indirect | 0/0 (fatality details below, when available...) |
| Injuries Direct/Indirect | 0/0 |
| Property Damage | 0.00K |
| Crop Damage | 0.00K |
| Episode Narrative | A derecho moved across northern Illinois during the evening of July 15th producing widespread wind damage and 30 tornadoes in northeast Illinois. One of these tornadoes crossed into northwest Indiana. At the height of the storms, 430,000 customers lost power with some power not restored for four days, on July 19th. |
| Event Narrative | Tree damage was reported near Roscoe. |

DM 07312026

Docusign Envelope ID: 9221612B-DE1A-4DB9-A369-CDE265D1C418



# Storm Events Database

## Event Details:

| | |
|---|---|
| Event | Thunderstorm Wind |
| Magnitude | 60 kts. |
| State | ILLINOIS |
| County/Area | WINNEBAGO |
| WFO | LOT |
| Report Source | Broadcast Media |
| NCEI Data Source | CSV |
| Begin Date | 2024-07-15 19:09 CST-6 |
| Begin Location | 3ENE (RFD) ROCKFORD AIRPORT |
| Begin Lat/Lon | 42.2236/-89.0472 |
| End Date | 2024-07-15 19:09 CST-6 |
| End Location | 3ENE (RFD) ROCKFORD AIRPORT |
| End Lat/Lon | 42.2236/-89.0472 |
| Deaths Direct/Indirect | 0/0 (fatality details below, when available...) |
| Injuries Direct/Indirect | 0/0 |
| Property Damage | 0.00K |
| Crop Damage | 0.00K |
| Episode Narrative | A derecho moved across northern Illinois during the evening of July 15th producing widespread wind damage and 30 tornadoes in northeast Illinois. One of these tornadoes crossed into northwest Indiana. At the height of the storms, 430,000 customers lost power with some power not restored for four days, on July 19th. |
| Event Narrative | Trees were uprooted near apartments near Sandy Hollow Road and Hampton Ridge Drive. |

DM 07312026

Docusign Envelope ID: 9221612B-DE1A-4DB9-A369-CDE265D1C418



## Storm Events Database

**Event Details:**

| | |
|---|---|
| Event | Thunderstorm Wind |
| Magnitude | 60 kts. |
| State | ILLINOIS |
| County/Area | WINNEBAGO |
| WFO | LOT |
| Report Source | Public |
| NCEI Data Source | CSV |
| Begin Date | 2024-07-15 19:11 CST-6 |
| Begin Location | 1N WOODCREST |
| Begin Lat/Lon | 42.19/-89.14 |
| End Date | 2024-07-15 19:11 CST-6 |
| End Location | 1N WOODCREST |
| End Lat/Lon | 42.19/-89.14 |
| Deaths Direct/Indirect | 0/0 (fatality details below, when available...) |
| Injuries Direct/Indirect | 0/0 |
| Property Damage | 0.00K |
| Crop Damage | 0.00K |
| Episode Narrative | A derecho moved across northern Illinois during the evening of July 15th producing widespread wind damage and 30 tornadoes in northeast Illinois. One of these tornadoes crossed into northwest Indiana. At the height of the storms, 430,000 customers lost power with some power not restored for four days, on July 19th. |
| Event Narrative | Route 2 was closed due to numerous large tree limbs blown down into the roadway. |

DM 07312026

Docusign Envelope ID: 9221612B-DE1A-4DB9-A369-CDE265D1C418



## Storm Events Database

### Event Details:

| | |
|---|---|
| Event | Thunderstorm Wind |
| Magnitude | 50 kts. |
| State | ILLINOIS |
| County/Area | WINNEBAGO |
| WFO | LOT |
| Report Source | Public |
| NCEI Data Source | CSV |
| Begin Date | 2024-07-15 19:11 CST-6 |
| Begin Location | 0ENE WOODCREST |
| Begin Lat/Lon | 42.1813/-89.1346 |
| End Date | 2024-07-15 19:11 CST-6 |
| End Location | 0ENE WOODCREST |
| End Lat/Lon | 42.1813/-89.1346 |
| Deaths Direct/Indirect | 0/0 (fatality details below, when available...) |
| Injuries Direct/Indirect | 0/0 |
| Property Damage | 0.00K |
| Crop Damage | 0.00K |
| Episode Narrative | A derecho moved across northern Illinois during the evening of July 15th producing widespread wind damage and 30 tornadoes in northeast Illinois. One of these tornadoes crossed into northwest Indiana. At the height of the storms, 430,000 customers lost power with some power not restored for four days, on July 19th. |
| Event Narrative | Tree damage was reported along S Bend Road. |

DM 07312026

Docusign Envelope ID: 9221612B-DE1A-4DB9-A369-CDE265D1C418



## Storm Events Database

**Event Details:**

| | |
|---|---|
| Event | Thunderstorm Wind |
| Magnitude | 65 kts. |
| State | ILLINOIS |
| County/Area | WINNEBAGO |
| WFO | LOT |
| Report Source | Emergency Manager |
| NCEI Data Source | CSV |
| Begin Date | 2024-07-15 19:11 CST-6 |
| Begin Location | 1NNW (RFD) ROCKFORD AIRPORT |
| Begin Lat/Lon | 42.2172/-89.1092 |
| End Date | 2024-07-15 19:11 CST-6 |
| End Location | 1NNW (RFD) ROCKFORD AIRPORT |
| End Lat/Lon | 42.2172/-89.1092 |
| Deaths Direct/Indirect | 0/0 (fatality details below, when available...) |
| Injuries Direct/Indirect | 0/0 |
| Property Damage | 0.00K |
| Crop Damage | 0.00K |
| Episode Narrative | A derecho moved across northern Illinois during the evening of July 15th producing widespread wind damage and 30 tornadoes in northeast Illinois. One of these tornadoes crossed into northwest Indiana. At the height of the storms, 430,000 customers lost power with some power not restored for four days, on July 19th. |
| Event Narrative | Trees were uprooted near Route 20 and Main Street. |

DM 07312026

Docusign Envelope ID: 92216128-DE1A-4D89-A369-CDE265D1C418



## Storm Events Database

**Event Details:**

| | |
|---|---|
| Event | Thunderstorm Wind |
| Magnitude | 56 kts. |
| State | ILLINOIS |
| County/Area | WINNEBAGO |
| WFO | LOT |
| Report Source | ASOS |
| NCEI Data Source | CSV |
| Begin Date | 2024-07-15 19:12 CST-6 |
| Begin Location | 0N (RFD) ROCKFORD AIRPORT |
| Begin Lat/Lon | 42.2/-89.1 |
| End Date | 2024-07-15 19:12 CST-6 |
| End Location | 0N (RFD) ROCKFORD AIRPORT |
| End Lat/Lon | 42.2/-89.1 |
| Deaths Direct/Indirect | 0/0 (fatality details below, when available...) |
| Injuries Direct/Indirect | 0/0 |
| Property Damage | 0.00K |
| Crop Damage | 0.00K |
| Episode Narrative | A derecho moved across northern Illinois during the evening of July 15th producing widespread wind damage and 30 tornadoes in northeast Illinois. One of these tornadoes crossed into northwest Indiana. At the height of the storms, 430,000 customers lost power with some power not restored for four days, on July 19th. |
| Event Narrative | |

DM 07312026

Docusign Envelope ID: 9221612B-DE1A-4DB9-A369-CDE265D1C418



## Storm Events Database

### Event Details:

| | |
|---|---|
| Event | Thunderstorm Wind |
| Magnitude | 70 kts. |
| State | ILLINOIS |
| County/Area | WINNEBAGO |
| WFO | LOT |
| Report Source | Emergency Manager |
| NCEI Data Source | CSV |
| Begin Date | 2024-07-15 19:12 CST-6 |
| Begin Location | 0WSW (RFD) ROCKFORD AIRPORT |
| Begin Lat/Lon | 42.198/-89.1089 |
| End Date | 2024-07-15 19:12 CST-6 |
| End Location | 0WSW (RFD) ROCKFORD AIRPORT |
| End Lat/Lon | 42.198/-89.1089 |
| Deaths Direct/Indirect | 0/0 (fatality details below, when available...) |
| Injuries Direct/Indirect | 0/0 |
| Property Damage | 0.00K |
| Crop Damage | 0.00K |
| Episode Narrative | A derecho moved across northern Illinois during the evening of July 15th producing widespread wind damage and 30 tornadoes in northeast Illinois. One of these tornadoes crossed into northwest Indiana. At the height of the storms, 430,000 customers lost power with some power not restored for four days, on July 19th. |
| Event Narrative | Approximately 100 empty metal airplane shipping containers were blown around, some onto a runway, others on top of each other. Most were damaged. A parked 737 airplane was rotated 90 degrees. |

DM 07312026

Docusign Envelope ID: 9221612B-DE1A-4DB9-A369-CDE265D1C418



## Storm Events Database

### Event Details:

| | |
|---|---|
| Event | Thunderstorm Wind |
| Magnitude | 55 kts. |
| State | ILLINOIS |
| County/Area | WINNEBAGO |
| WFO | LOT |
| Report Source | Emergency Manager |
| NCEI Data Source | CSV |
| Begin Date | 2024-07-15 19:15 CST-6 |
| Begin Location | 1SW PERRYVILLE |
| Begin Lat/Lon | 42.2101/-88.9987 |
| End Date | 2024-07-15 19:15 CST-6 |
| End Location | 1SW PERRYVILLE |
| End Lat/Lon | 42.2101/-88.9987 |
| Deaths Direct/Indirect | 0/0 (fatality details below, when available...) |
| Injuries Direct/Indirect | 0/0 |
| Property Damage | 0.00K |
| Crop Damage | 0.00K |
| Episode Narrative | A derecho moved across northern Illinois during the evening of July 15th producing widespread wind damage and 30 tornadoes in northeast Illinois. One of these tornadoes crossed into northwest Indiana. At the height of the storms, 430,000 customers lost power with some power not restored for four days, on July 19th. |
| Event Narrative | Large tree limbs were blown down along Mulford Road. |

DM 07312026

Docusign Envelope ID: 9221612B-DE1A-4DB9-A369-CDE265D1C418



## Storm Events Database

Event Details:

| | |
|---|---|
| Event | Flood |
| -- Flood Cause | Heavy Rain |
| State | ILLINOIS |
| County/Area | WINNEBAGO |
| WFO | LOT |
| Report Source | Public |
| NCEI Data Source | CSV |
| Begin Date | 2024-07-15 19:35 CST-6 |
| Begin Location | 4N CHERRY VALLEY |
| Begin Lat/Lon | 42.2917/-88.9481 |
| End Date | 2024-07-15 21:30 CST-6 |
| End Location | 4N CHERRY VALLEY |
| End Lat/Lon | 42.2854/-88.9481 |
| Deaths Direct/Indirect | 0/0 (fatality details below, when available...) |
| Injuries Direct/Indirect | 0/0 |
| Property Damage | 0.00K |
| Crop Damage | 0.00K |
| Episode Narrative | A derecho moved across northern Illinois during the evening of July 15th producing widespread wind damage and 30 tornadoes in northeast Illinois. One of these tornadoes crossed into northwest Indiana. At the height of the storms, 430,000 customers lost power with some power not restored for four days, on July 19th. |
| Event Narrative | Street flooding was reported north of Cherry Valley. |

## National Weather Service Weather Event Summary

The NWS in Chicago/Romeoville, Illinois issued a weather event summary titled, "*July 15, 2024: Derecho Produces Widespread Wind Damage and Numerous Tornadoes*". This summary stated the following:

"***During the evening hours of July 15, 2024, a well-organized and long-lived complex of thunderstorms (officially classified as a derecho) rolled across parts of Iowa, Illinois, and Indiana. Widespread damaging winds of 60 to locally 100 mph were observed within the line, especially from eastern Iowa through northern and central Illinois.*** *In addition, a total of 32 tornadoes were confirmed in the NWS Chicago forecast area.*"

*"Derechos develop in environments with very warm and moist air at the surface, relatively cooler air aloft, and strong winds in the upper-levels of the atmosphere. Northern Illinois and Indiana are within a region where derechos are common, with an average of 1 derecho every year. Derechos as strong as the one that impacted the area on July 15th have an occurrence interval of once every 5 to 10 years."*

*"Wind speeds in derechos often exceed 100 mph in the hardest-hit areas. Some of the strongest derechos that have occurred have produced wind speeds estimated to exceed 120 mph."*

DM 07312026

Docusign Envelope ID: 9221612B-DE1A-4DB9-A369-C0E265D1C418



*"A derecho produces a swath of particularly damaging thunderstorm winds (specifically, wind gusts of at least 58 mph along most of its length with several well-separated 75 mph or greater gusts) over an area at least 250 miles long. The majority of the damage that they cause are usually not caused by tornadoes embedded within them, but tornadoes are common within derechos."*

## National Weather Service Storm Damage Survey

Following the events that occurred on July 15th, 2024, the NWS in Chicago/Romeoville performed a storm damage survey. It should be noted that the incident location is not included in any tornado swaths. The tornado and thunderstorm wind damage points surveyed by the NWS are located at least 5 miles from the incident location. Just because there are no surveyed damage points at the incident location by the NWS, it does not mean severe winds and/or wind damage did not occur.

The following map depicts the NWS storm damage survey for July 15th, 2024.




## WIND SPEEDS AT THE INCIDENT LOCATION

A Local Storm Report (LSR) that was transmitted by the National Weather Service (NWS) and included in the Storm Events Database indicated that an estimated wind gust of 75 MPH was reported approximately 6.5 miles west-southwest of the incident location at 8:05 p.m. on July 15th, 2024. This occurred within the derecho that also moved over the incident location. Doppler radar analysis indicated this occurred within a similar part of the derecho that also moved over the incident location.

DM 07312026

Docusign Envelope ID: 9221612B-DE1A-4DB9-A369-CDE265D1C418



Another LSR that was transmitted by the NWS and included in the Storm Events Database indicated that an estimated wind gust of 58 MPH was reported approximately 8.9 miles north-northeast of the incident location at 8:06 p.m. on July 15th, 2024. This occurred within the derecho that also moved over the incident location.

At the Chicago/Rockford International Airport (RFD) in Rockford, Illinois located approximately 7.8 miles south-southwest of the incident location, a measured 64 MPH wind gust was recorded from the northwest at 8:12 p.m. on July 15th, 2024. This occurred within the derecho that also moved over the incident location. The NWS storm damage survey indicated a maximum windspeed of 85 MPH occurred at this airport and stated, "*Roughly 100 empty approximately 450 lb containers blown around the airfield. Some blown onto the runway, others stacked on top of each other. Parked 737MAX was also rotated about 90 degrees.*"

A "Tornado Warning" was in effect at the incident location from 7:54 p.m. through 8:10 p.m. on July 15th, 2024; however, analysis of doppler radar and a review of the NWS storm damage survey indicated a tornado did not occur at the incident location.

Based on this information, analysis of Doppler radar, and all of the meteorological analysis and methodology discussed in this report, it is my opinion that wind gusts as high as 70-75 MPH generally from the west-northwest occurred at the incident location as the derecho moved over between approximately 8:05 p.m. and 8:30 p.m. on July 15th, 2024.

## CONCLUSIONS

It is my opinion with a reasonable degree of meteorological certainty based on sound, scientific principles, practices, and accepted methodologies that:

- On July 15th, 2024, light to moderate and occasionally heavy rain associated with a derecho moved over the incident location from approximately 7:34 p.m. and 10:45 p.m. During this time the derecho was very intense between approximately 8:05 p.m. and 8:30 p.m. on July 15th, 2024.
- Level II Base Reflectivity values were very intense within the derecho, with values as high as 46-51 dBZ at the incident location between approximately 8:05 p.m. and 8:30 p.m. on July 15th, 2024.
- Level II Differential Reflectivity values were as low as 0.91-1.91 dB at the incident location between approximately 8:05 p.m. and 8:30 p.m. on July 15th, 2024. This along with various other meteorological data is not consistent with a tornado.
- Level II Correlation Coefficient values were as low as 96.8-99.8% at the incident location between approximately 8:05 p.m. and 8:30 p.m. on July 15th, 2024. This along with various other meteorological data is not consistent with a tornado.
- Based on nearby storm reports, analysis of Doppler radar, and all the meteorological analysis and methodology discuss in this report, it is my opinion that wind gusts as high as 70-75 MPH generally from the west-northwest occurred at the incident location as the derecho moved over between approximately 8:05 p.m. and 8:30 p.m. on July 15th, 2024.
- At 11:56 p.m. on July 14th, 2024, the NWS in Chicago/Romeoville, Illinois issued a

DM 07312026

Docusign Envelope ID: 9221612B-DE1A-4DB9-A369-CDE265D1C418



"Flood Warning" for Winnebago County in Illinois (including the incident location and surrounding areas) that was in effect through 6:00 a.m. on July 15th, 2024. This warning stated that Rockford would be impacted by this weather. At 5:36 a.m. on July 15th, 2024, the NWS in Chicago/Romeoville, Illinois issued a "Flood Statement" which canceled the "Flood Warning".

- At 6:56 a.m. on July 15th, 2024, the NWS in Chicago/Romeoville, Illinois issued a "Flood Warning" for the Rock River between Swanson Road in Roscoe and Shorewood Park in Loves Park, including the Latham Park gauge in Illinois (including the incident location and surrounding areas) that was in effect "until further notice". This warning stated that Rockford would be impacted by this weather. At 6:33 p.m. on July 23rd, 2024, the NWS in Chicago/Romeoville, Illinois issued a "Flood Statement" which canceled the "Flood Warning".
- At 7:00 p.m. on July 15th, 2024, the NWS in Chicago/Romeoville, Illinois issued a "Severe Thunderstorm Warning" for Winnebago County in Illinois (including the incident location and surrounding areas) that was in effect through 8:15 p.m. on July 15th, 2024. This warning stated hail less than 0.75" in diameter and wind gusts as high as 70 MPH were expected along with a tornado being possible. This warning also stated that Rockford would be impacted by this severe weather.
- At 7:54 p.m. on July 15th, 2024, the NWS in Chicago/Romeoville, Illinois issued a "Tornado Warning" for Central Winnebago County in Illinois (including the incident location and surrounding areas) that was in effect through 8:30 p.m. on July 15th, 2025. This warning stated that a tornado was indicated on radar and that no hail was expected. This warning also stated, "These dangerous storms will be near...Rockford, Rockford Airport, and Cherry Valley around 800 PM CDT. Belvidere around 805 PM CDT." At 8:10 p.m. on July 15th, 2024, the NWS in Chicago/Romeoville, Illinois issued a "Severe Weather Statement" to update the "Tornado Warning" for Southeastern Winnebago County in Illinois. As a result, the warning was no longer in effect for the incident location.

## CERTIFICATION

I certify that the above information contained in this report is true and accurate to the best of my ability and that all of my opinions, findings, estimations, and interpolations expressed in this report were made with accuracy as a professional meteorologist within a reasonable degree of meteorological certainty.

Signed by:
Ethan Weisberger
AA5E1BAA7B23405...

By: ______________________

**Ethan Weisberger, M.S.**
**Consulting Meteorologist**

DM 07312026

DM 07312026

Deb Seward

**From:** Adam Long
**Sent:** Wednesday, July 15, 2026 2:08 PM
**To:** Deb Seward
**Subject:** FW: [External] F8Y3566

---------- Forwarded message ---------
From: **Rook, Jared** <JROOK@travelers.com>
Date: Tue, May 12, 2026 at 8:53 AM
Subject: RE: [External] F8Y3566
To: Matt Nelson <support@writeitrightpa.com>

Good morning,

We will review the documentation and send over a response once our review is complete.

Thank you!

Jared Rook | Claim Professional | Outside Property

Lake Michigan Claim Center

Travelers

PO Box 650293 | Dallas, TX 75265-0293

W: 224-319-6354 F: 877.795.9975

jrook@travelers.com

TRAVELERS

EXHIBIT 6

DM 07312026

**Everything You Need at Your Fingertips**

With 24/7 access to your claim online via MyTravelers® you can check the status of your claim, view your deductible, interact with us and upload documents. Log into MyTravelers or download the app.

You can also upload documents directly to your claim at www.travelers.com/claimuploadcenter.

*If further assistance is required, please contact my manager at gneace@travelers.com*

**From:** Matt Nelson <support@writeitrightpa.com>
**Sent:** Monday, May 11, 2026 4:38 PM
**To:** Rook, Jared <JROOK@travelers.com>
**Subject:** [External] F8Y3566

**CAUTION: This email came from outside of the company.**
**Please exercise caution when opening attachments, clicking links or responding to this email. The original sender of this email is support@writeitrightpa.com.**

Mr. Rook:

I represent Forest Hills Country Club in the above-referenced claim. This letter, together with:

- **Exhibit A – Engineering Rebuttal Summary,**

DM 07312026

- **Exhibit B – Meteorology Comparison**, and
- **Exhibit C – Photo Index**,

responds to the **Vertex Roof Condition Assessment** dated **December 3, 2025** (Vertex Project 109742), which Travelers cited in its **Loss Not Covered** letter (P0397LossNotCovered (1).pdf).

Based on my review of:

- Vertex's report (VertexReport109742TravelersF8Y3566 (2).pdf),
- The **Damage Assessment Report** (Damage_Assessment_Report.pdf),
- The **Shields Engineering Group forensic report** (SEG_Report_Forest_Hills_CC_4-12-26.pdf), and
- The **Forensic Weather Consultants report** (MatthewNelson_JUL152024_Forest_Hills_Country_Club (1) (1).pdf),

I strongly disagree with Vertex's core conclusions that:

1. The clay tile roof "was not damaged by wind or wind borne debris"; and
2. Interior water damage is not related to a covered storm event.

For convenience, **Exhibit A** lists each disputed Vertex position, the counter-evidence, and pinpoint citations, and **Exhibits B and C** support those points with weather data and photographs.

---

## 1. Wind Severity and Causation (Exhibit A Row 1; Exhibit B)

Vertex characterizes the July 2024 weather at the property as producing "up to approximately 50 mph" gusts and calls these "relatively regularly-occurring wind speeds" not expected to damage a properly installed tile roof (Vertex, §4.0 and §6.0).

However, the **Forensic Weather Consultants report** concludes that a **derecho** impacted Forest Hills with **70–75 mph** WNW gusts between **8:05 PM and 8:30 PM** on July 15, 2024:

> *"Wind gusts were estimated to reach **70–75 MPH from the west-northwest** during the peak of the storm…"*

DM 07312026

The **Damage Assessment Report** likewise describes a **"catastrophic wind and hail event...high-velocity winds...widespread impact"** on July 15, 2024.

**Exhibit B – Meteorology Comparison** sets this out side-by-side. It shows that:

- NOAA WFO and Verisk BHWR both record a stronger event on **7/15/24** than on 7/14, and

- The site-specific forensic analysis at the property (Forensic Weather) supports **70–75 mph** gusts, not just the 50 mph figure Vertex emphasizes.

Vertex does not address this higher-end, site-specific data at all.

---

## 2. TRI 2-Inch Lift and Redefinition of Damage (Exhibit A Row 2; Exhibit C Rows 1–4)

Vertex relies on a Tile Roofing Industry Alliance (TRI) wind-tunnel concept to argue that lifting tile noses **"by several inches is not considered wind damage"** and does not indicate code non-compliance (Vertex, §6.0). The policy, however, does not adopt TRI's lab threshold as the definition of damage.

Field evidence shows more than a harmless cosmetic effect:

- The Damage Assessment Report documents a tile uplift of **approximately 4"** with underlayment exposed – see **Exhibit C, Photo Index, Row 1** (Damage_Assessment_Report.pdf, Roof (SE) "Tile Displacement Measurement"). The note reads:

> *"Vertical displacement: Approx. 4"...Tile observed lifted from substrate, indicating fastener disruption or substrate distortion."*

This is a clear loss of securement and weather protection. It is damage for both engineering and insurance purposes, regardless of whether the tile fully detached.

---

## 3. Admitted Code-Deficient Fastening and Systemic Loss of Securement

(Exhibit A Rows 3 & 9; Exhibit C Rows 2–4, 13)

DM 07312026

Vertex documents that many uplifted tiles had only **one** fastener installed, that second nail holes were empty, and that fasteners were raised (Vertex, Observations; Photographs 15–18). These conditions are visible in **Exhibit C, Rows 2–4**, which show:

- Uplifted tiles with a **single nail and an empty nail hole** (Vertex Photographs 15–18, 20–21), and
- Slipped tiles with **no fasteners present** in critical locations.

Vertex then cites:

- **IBC §1507.3** (two fasteners per tile), and
- **Ludowici instructions** (fasteners near flush),

but uses those only to blame "deficient installation and age" rather than acknowledging that:

- The existing fastening is **non-compliant** with current code and manufacturer requirements, and
- Any post-loss repair must restore **code-compliant fastening** and **underlayment** across disturbed areas.

Shields Engineering's forensic report, supported by its own photo set (see **Exhibit C, Rows 10 and 13**), concludes:

> *"The clay tile roofing system is experiencing* ***systemic loss of securement and functional performance****...[and] is* ***not repairable on a localized basis*** *and requires full replacement..."*

Vertex does not engage with Shields' contrary engineering conclusions at all (see Exhibit A, Row 9).

---

## 4. Directionality and Roof Geometry

(Exhibit A Row 4; Exhibit C Rows 3–5, 13)

Vertex argues that true wind damage must be strongly directional and concentrated on windward slopes, and that a mixed pattern on opposite faces is "inconsistent" with a single wind event (Vertex, §6.0).

DM 07312026

The **photo record** shows a more complex but entirely plausible pattern for a hip-dormer clay tile roof:

- **Exhibit C, Rows 3–5**: Vertex's own photos (18, 20, 21, 28–31) show clusters of slipped, fractured, and uplifted tiles along tile/EPDM and tile/TPO interfaces and at valleys with newer powder-coated metals.

- **Exhibit C, Row 13**: Roof overviews in the Damage Assessment and Shields reports show widespread tile distress across multiple slopes and around dormers.

These are exactly the zones where turbulence, suction, and uplift concentrate in high-wind events. The fact that damage exists on more than one orientation does **not** negate wind causation; it reflects the building's geometry and the derecho's WNW approach (see Exhibit B for direction).

---

## 5. Timing of Inspection and "Historical" Labels

(Exhibit A Row 5; Exhibit C Rows 7, 11, 13)

Vertex inspected on **November 12, 2025**, ~16 months after the July 2024 storm. It labels many fractures and stains as "historical" or "age-related" based on rounded edges and sealant.

By that time:

- The roof had already been leaking and moving for more than a year, as confirmed by attic stains and active buckets (**Exhibit C, Rows 7 & 8** – Vertex Photographs 39–43), and

- Shields' April 2026 photos show brittle underlayment and systemic staining (**Exhibit C, Row 10**).

It is expected that storm-initiated failures will appear older by late 2025. The "historical" label does not prove a pre-storm origin; it aligns with storm-accelerated deterioration.

---

## 6. Interior Leaks and Storm-Compromised Assembly

(Exhibit A Row 5; Exhibit C Rows 7–9)

Vertex documents:

DM 07312026

- Water stains on rafters and sheathing under roof fields (Photographs 39–41),
- Water staining at a chimney penetration (Photograph 42), and
- Ceiling stains and **buckets set under the southeast field** (Photograph 43).

See **Exhibit C, Rows 7–8** for these images.

Vertex itself states that stains in the roof fields are "consistent with water infiltration through fastener holes as a result of wind driven rain and loose tiles" (Vertex, §6.0) and then re-characterizes the cause as flashing/age.

The Damage Assessment interior photo (**Exhibit C, Row 9**) shows cracking, staining, and paint delamination that report explicitly links to **roof leak and prolonged moisture intrusion**, not settlement (Damage_Assessment_Report.pdf, Interior Room Notes, p.26).

When combined with the uplift, one-nail fastening, and derecho meteorology (Exhibits A and B), these photos support the insured's position: the roof assembly's functional integrity was compromised by the storm, driving interior water damage.

---

## 7. Collateral Hail Damage Ignored

(Exhibit A Row 8; Exhibit C Rows 8, 12)

The Damage Assessment Report and Exhibit C show clear storm impacts beyond the clay tiles:

- **Downspouts:** Exhibit C Row 8 – aluminum downspouts with 1–1.25" circular hail dents labeled "Hail Impact Dent…hail impact confirmed" (Damage_Assessment_Report.pdf, Northwest Elevation).
- **Flat Roof (SE) membrane:** Exhibit C Row 12 – multiple ¾–1¼" impact marks across the membrane; the report calls this "hail damage observed across field" (Flat Roof SE, pp.19–21).
- **Flat Roof (NW) HVAC & exhaust fan:** Exhibit C Row 12 – coils and domes with dense hail impacts; notes of "hail-related mechanical damage" and recommended repair/replacement (pp.21–25).

Vertex largely ignores these obvious storm impacts, even though they occurred on the same building and roof system it inspected.

DM 07312026

## Request for Reconsideration

With the full record now organized in **Exhibits A, B, and C**, I respectfully request that Travelers:

1. **Withdraw reliance on the current Vertex conclusions** as the sole engineering basis for denying or limiting coverage.

2. **Re-evaluate the claim** in light of:

    - The derecho-level winds documented in Exhibit B,

    - The systemic loss of securement and underlayment failure documented by Shields and the Damage Assessment, and

    - The collateral hail damage to downspouts, membranes, and HVAC units documented in Exhibit C.

3. **Convene a joint engineering conference** (Vertex and Shields, and a neutral if appropriate) to reconcile differences on causation, code compliance, and repair feasibility.

4. **Issue a revised coverage position** that recognizes wind and hail as significant contributing causes of the roof and interior damages and funds **code-compliant replacement** of the affected roof systems and related components.

If Travelers chooses to maintain its current position, please provide a **point-by-point written response** to each issue in Exhibit A, with specific references to any contrary meteorological or photographic evidence and the code provisions Travelers is relying on.

I look forward to your prompt response.

Sincerely,

**Matthew Nelson**

Public Adjuster

Write It Right Public Adjusting

Support@writeitrightpa.com

DM 07312026

815-299-9950

---

This message (including any attachments) may contain confidential, proprietary, privileged and/or private information. The information is intended to be for the use of the individual or entity designated above. If you are not the intended recipient of this message, please notify the sender immediately, and delete the message and any attachments. Any disclosure, reproduction, distribution or other use of this message or any attachments by an individual or entity other than the intended recipient is prohibited.